# EXHIBIT 4

My Courses ▶ Journal CME - 2021 February ▶ Journal CME - 2021 February - Liposomal Bupivacaine ▶ Posttest

| | |
|---|---|
| **Started on** | Wednesday, 3 February 2021, 6:05 PM |
| **State** | Finished |
| **Completed on** | Wednesday, 3 February 2021, 6:07 PM |
| **Time taken** | 2 mins 7 secs |
| **Grade** | **4.00** out of 6.00 (**67**%) |
| **Feedback** | Congratulations, you passed! Please continue. |

**Question 1**
Correct
Mark 1.00 out of 1.00
⚑ Flag question
My Notes

A majority of the studies reporting lower postoperative pain scores or lower opioid usage with liposomal bupivacaine compared with aqueous local anesthetic or placebo were deemed to be at high risk for bias (ie, industry sponsored).

Select one:
- ⦿ a. True ✓
- ○ b. False

The correct answer is: True

**Question 2**
Correct
Mark 1.00 out of 1.00
⚑ Flag question
My Notes

Which of the following is true regarding studies comparing liposomal bupivacaine to aqueous local anesthetics?

Select one:
- ○ a. Only eleven percent of studies showed lower postoperative pain scores or lower opioid usage with liposomal bupivacaine infiltrated at the surgical site, compared to aqueous local anesthetic.
- ○ b. A high percentage of randomized controlled trials showed that infiltration of the surgical site with liposomal bupivacaine provides inferior analgesia to a peripheral nerve block with aqueous local anesthetics.
- ○ c. Infiltration with liposomal bupivacaine showed clinically significant improvement in pain intensity after bunionectomy or hemorrhoidectomy only during the first 24 hours when compared to saline.
- ⦿ d. All of the above ✓

The correct answer is: All of the above

**Question 3**

Incorrect

Mark 0.00 out of 1.00

🚩 Flag question

My Notes

A majority of randomized controlled trials showed lower postoperative pain scores or lower opioid usage when liposomal bupivacaine was infiltrated at the surgical site, compared to saline.

Select one:
- ⦿ a. True ✗
- ○ b. False

The correct answer is: False

**Question 4**

Incorrect

Mark 0.00 out of 1.00

🚩 Flag question

My Notes

A peripheral nerve block with liposomal bupivacaine, compared to aqueous bupivacaine, reduced the severity of pain at rest for which of the following time periods?

Select one:
- ⦿ a. 24 hours ✗
- ○ b. 48 hours
- ○ c. 72 hours
- ○ d. None of the above

The correct answer is: None of the above

**Question 5**

Correct

Mark 1.00 out of 1.00

🚩 Flag question

My Notes

Peripheral nerve blockade with liposomal bupivacaine improved which of the following, compared to aqueous bupivacaine?

Select one:
- ○ a. Opioid consumption up to 72 hours
- ○ b. Functional recovery
- ○ c. Long-term outcomes
- ⦿ d. None of the above ✓

The correct answer is: None of the above

---

**Question 6**
Correct
Mark 1.00 out of 1.00
⚑ Flag question
My Notes

Blinded study results justify the associated extra cost of liposomal bupivacaine for peripheral nerve block.

Select one:
○ a. True
◉ b. False ✓

The correct answer is: False

Finish review

**Quiz navigation**

1 2 3 4 5 6

Finish review

---

**Submit support request**

*About ASA: The American Society of Anesthesiologists is an educational, research and scientific association of physicians organized to raise and maintain the standards of the medical practice of anesthesiology and improve the care of the patient. Since its founding in 1905, the Society's achievements have made it an important voice in American Medicine and the foremost advocate for all patients who require anesthesia or relief from pain.*

*The American Society of Anesthesiologists is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to provide continuing medical education for physicians.*

Copyright © 1995 - 2021 American Society of Anesthesiologists (ASA), All Rights Reserved.

Privacy Statement | Site Map | Terms and Conditions