# EXHIBIT 6

*ANESTHESIOLOGY* CME PROGRAM

# Instructions for Obtaining Anesthesiology Continuing Medical Education (CME) Credit

CME Editors: Leslie C. Jameson, M.D., and Dan J. Kopacz, M.D.

ANESTHESIOLOGY's Journal CME is open to all readers. To take part in ANESTHESIOLOGY Journal-based CME, complete the following steps:

1. Read the accreditation information presented on this page.
2. Read this month's articles designated for credit (listed below) in either the print or online edition.
3. Register at http://www.asahq.org/shop-asa. In the category, search for Journal CME. Nonmembers will need to provide payment.
4. Achieve a score of at least 50% correct on the six-question online journal quiz and complete the evaluation.
5. Claim credit in 15-minute increments, for a maximum of 1 *AMA PRA Category 1 Credits*™ per journal article.

## Accreditation Information

**Purpose:** The focus of ANESTHESIOLOGY Journal-based CME is to educate readers on current developments in the science and clinical practice of anesthesiology.

**Target Audience:** ANESTHESIOLOGY Journal-based CME is intended for anesthesiologists. Researchers and other healthcare professionals with an interest in anesthesiology may also participate.

**Accreditation and Designation Statements:** The American Society of Anesthesiologists is accredited by the Accreditation Council for Continuing Medical Education to provide continuing medical education for physicians.

The American Society of Anesthesiologists designates this journal-based activity for a maximum of 1 *AMA PRA Category 1 Credits*™. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

Maintenance of Certification in Anesthesiology™ program and MOCA® are registered trademarks of the American Board of Anesthesiology®. MOCA 2.0® is a trademark of the American Board of Anesthesiology®.

This activity contributes to the CME component of the American Board of Anesthesiology's redesigned Maintenance of Certification in Anesthesiology™ (MOCA®) program, known as MOCA 2.0®. Please consult the ABA website, http://www.theABA.org, for a list of all MOCA 2.0 requirements.

## Rates

Two options are available:

|  | ASA Member | Non-member |
|---|---|---|
| Annual Fee | $0 | $120 |

Payment may be made using Visa or MasterCard.

Please direct any questions about Journal-based CME to: EducationCenter@asahq.org

**Date of Release:** January 2021
**Expiration Date:** January 2024

## This Month's ANESTHESIOLOGY Journal-based CME Articles

Read the article by Ilfeld *et al.* entitled "Clinical Effectiveness of Liposomal Bupivacaine Administered by Infiltration or Peripheral Nerve Block to Treat Postoperative Pain: A Narrative Review" on page 283 and the article by Hussain *et al.* entitled "Perineural Liposomal Bupivacaine Is Not Superior to Nonliposomal Bupivacaine for Peripheral Nerve Block Analgesia: A Systematic Review and Meta-analysis" on page 147.

## Learning Objectives

After successfully completing this activity, the learner will be able to describe the clinical effects of liposomal bupivacaine used for infiltration at the surgical site and in comparison with aqueous local anesthetics; describe the clinical effects of liposomal bupivacaine used for peripheral nerve blockade and in comparison with aqueous bupivacaine; and describe the cost–benefit relationship of liposomal bupivacaine in comparison with aqueous bupivacaine.

## Disclosures

These journal articles have been selected for and planned as a journal CME activity, which is designated for *AMA PRA Category 1 Credit*™. The authors disclosed relationships in keeping with ANESTHESIOLOGY's requirements for all journal submissions. All relationships journal authors disclosed to ANESTHESIOLOGY are disclosed to learners, even those relationships that are not relevant financial relationships, per the ACCME's requirements for CME activities.

**Editor-in-Chief:** Evan D. Kharasch, M.D., Ph.D., has disclosed no relevant financial relationships with commercial interests.

**CME Editors:** Leslie C. Jameson, M.D., has disclosed no relevant financial relationships with commercial interests. Dan J. Kopacz, M.D., has disclosed holding an equity position with Solo-Dex, Inc.

**ASA Staff:** Kari Lee and Anne Farace have disclosed no relevant financial relationships with commercial interests.

## Disclaimer

The information provided in this activity is for continuing education purposes only and is not meant to substitute for the independent medical judgment of a healthcare provider relative to diagnostic and treatment options of a specific patient's medical condition.

DOI: 10.1097/ALN.0000000000003675

Downloaded from http://pubs.asahq.org/anesthesiology/article-pdf/134/2/A11/500429/20210200.0-00006.pdf by Jonathan Slonin on 03 February 2021