# EXHIBIT 7

# ANESTHESIOLOGY

Trusted Evidence: Discovery to Practice®

2021
February

**Liposomal Bupivacaine Is Not Superior to Standard Local Anesthetics**

**Volume 134**
**Number 2**
anesthesiology.org

The Journal of the American Society of Anesthesiologists, Inc.