Kevin M. McDonough
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
kevin.mcdonough@lw.com

Allen M. Gardner (*PHV* forthcoming)
Sarah M. Gragert (*PHV* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
allen.gardner@lw.com
sarah.gragert@lw.com

*Attorneys for Plaintiff Pacira BioSciences, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA BIOSCIENCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF ANESTHESIOLOGISTS, INC., et al.,<br><br>Defendants. | Civil Action No. 2:21 Civ. 09264<br><br>**Oral Argument Requested**<br><br>**MOTION DAY**: May 17, 2021 |

**NOTICE OF PLAINTIFF PACIRA BIOSCIENCES, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

1

**PLEASE TAKE NOTICE** that on May 17, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Pacira BioSciences, Inc. ("Pacira") shall move this Court, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an order pursuant to Federal Rule of Civil Procedure 65 preliminarily enjoining Defendant American Society of Anesthesiologists, Inc., to retract publication of three false and disparaging articles, an accompanying podcast, and related continuing medical education materials on its website, to publish a retraction of the same disparaging materials in the next issue of its journal *Anesthesiology*, to prohibit the individual defendants from further publishing or circulating the disparaging material, and for such other relief as the court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Pacira will rely upon the attached Memorandum of Law, various exhibits and declarations thereto appended, as well as any submissions offered on reply.

**PLEASE TAKE FURTHER NOTICE** that Pacira seeks expedited determination of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

| | |
|---|---|
| Dated April 14, 2021 | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br><br>/s/ Kevin M. McDonough<br>885 Third Avenue<br>New York, NY 10022-4834<br>(212) 906-1200<br>kevin.mcdonough@lw.com<br><br>Allen M. Gardner (*pro hac vice* forthcoming)<br>Sarah M. Gragert (*pro hac vice* forthcoming)<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200<br><br>*Attorneys for Plaintiff Pacira BioSciences, Inc.* |