# Memorandum in
# Support of Motion for
# Preliminary Injunction
# (FILED UNDER SEAL)