# EXHIBIT 3

**EXPERT DECLARATION OF CHARLES T MEHLMAN, DO, MPH**

1. **EXPERT QUALIFICATIONS**

   I am a graduate of the Ohio University Heritage College of Osteopathic Medicine and completed an Ohio University residency in Orthopaedic Surgery as well as fellowship training in Pediatric Orthopaedic Surgery at Cincinnati Children's Hospital.  In addition, I received a Masters of Public Health (MPH) degree from the Harvard Chan School of Public Health with an emphasis on epidemiology and clinical effectiveness.  I am board certified (and re-certified twice) in Orthopaedic Surgery and licensed to practice medicine in the State of Ohio.

   I have been a practicing academic pediatric orthopaedic surgeon for the last twenty-five years and hold the rank of Professor at the University of Cincinnati College of Medicine.   I have a special research interest in the area of conflict of interest in medicine.  I have multiple publications on this topic in national and international peer-reviewed journals (including the New England Journal of Medicine).   I also have extensive experience as a member of editorial review boards for multiple medical journals (e.g. J Pediatr Orthop, J Orthop Trauma, J Child Orthop, The Spine Journal).

   Additional qualifications include my overall experience as a clinical researcher (over 130 peer reviewed publications) and my participation over the last decade either as committee member or chairperson of the US News and World Report Pediatric Orthopaedic Work Group. This work group establishes the criteria used to rank children's hospitals across the United States.

   My current curriculum vitae is attached as **Exhibit A**.

2. **QUESTIONS ASKED**

   Counsel for Pacira Biosciences, Inc. asked me to summarize the current standards for identifying and mitigating conflicts of interest in medical publications and to evaluate two articles published in the February 2021 issue of ANESTHESIOLOGY related to liposomal bupivacaine regarding their compliance with such standards.

3. **SUMMARY OF OPINIONS**
   a. Healthcare professionals and others in the medical industry frequently receive compensation from industry entities in support of different types of work.  This remuneration, regardless of its size, creates a risk that the outcomes of medical research and medical publications may be influenced by the payments.  To mitigate against such risk, it is imperative that publication authors accurately disclose their industry relationships in their publications for purposes of transparency so that the reader may consider that relationship when evaluating the publication.

   b. Editors of publications also face the risk of being influenced in their editorial decisions, especially publication decisions, by compensation received from industry entities.  They, too, should disclose those relationships and recuse themselves from publication decisions related to articles for which they have a conflict of interest.

c. The authors of two articles published in the February 2021 issue of ANESTHESIOLOGY raise serious questions regarding the above stated issues.  The articles were critical of liposomal bupivacaine (trade name EXPAREL).  There was a failure of certain authors of those articles to disclose financial conflicts of interest derived from manufacturers of competitor pharmaceuticals and pharmaceutical devices.  This failure to disclose is a breach of well-established medical journal standards.

d. The editor-in-chief of ANESTHESIOLOGY appears to have a conflict of interest with respect to EXPAREL and should have disclosed that conflict of interest and recused himself from any publication decision with respect to the two articles.  His research and past publications reveal a pro-opioid bias, which creates the risk of bias when considering liposomal bupivacaine, a post-operative alternative to opioids.

## 4. <u>OPINIONS</u>

### a. Overview of Bias in Medical Research Publications and How It Is Addressed

A conflict of interest can arise when a personal, financial, or professional interest of a researcher, physician, or medial publication editor creates a risk of bias and resulting harm in the individual's exercise of professional judgement.  The issue of conflict of interest and its influence on the publication of medical research has received abundant attention over the last several decades.  The key concern is that those involved with the publication of medical research may be driven by undisclosed biases that affect the outcome of the research and publication decisions associated with it.  Public interest in the issue of industry-related financial conflicts of interest and their influence on physician behavior stimulated Congressional interest in the same with eventual legislation that created mandatory reporting requirements and the publically available Open Payments database. [OPEN PAYMENTS] It has been shown that conflicted authors may be at risk of reaching conclusions that support the interests of those who financially supported the research. [Okike 2008]  These concerns have been shown to span all studied medical specialties. [Kjaergard 2002, Momeni 2009, Okike 2007, Perlis 2005, Riaz 2018]

The medical specialty of anesthesiology is not immune to the existence of such potential conflicts of interest.  A national physician database study found overall that 40% of United States anesthesiologists had industry-related payment histories with 3% of them receiving greater than $10,000. [Tringale 2017]   Another study focusing on the top industry-supported physicians in ten different medical specialties found that anesthesiologists were the second most frequently represented specialty with an average payment of $95,993. [Ziai 2018]  A cross-sectional study that spanned more than a decade of clinical practice guidelines published in the top ten anesthesia journals found that more than 60% of guideline panel members had reported conflicts of interest. [Wyss 2019]  When looking at all physicians receiving $100,000 or more in pharmaceutical payments, anesthesiologists had the highest average payment per physician ($174,666). [Norris 2012]

Whereas strikingly large physician payments may draw more attention, the measured associations of financial conflicts of interest are not directly proportional to the size of the payment. [Lo 2017]  What would appear to be surprisingly small financial incentives have been

2

shown to influence physician behavior.  For example when opioid prescribing habits of a mixed group pf physicians (including pain medicine specialists, anesthesiologists, psychiatrists, and neurologists) were studied, those receiving opioid-related payments (average payment in the range of $13) had a more than 70% increased odds of overprescribing opioids as compared to physicians not receiving such payments. [Fleischman 2019]  Using the federally-mandated Open Payments database, researchers have shown that as many as 1 in 12 physicians in the United States receive opioid-related payments of a non-research nature, with anesthesiologists receiving the highest average payments (median payment of $50). [Hadland 2017]  Thus, based on available literature, there does not appear to be any particular threshold regarding financial conflicts of interest.

Of course, simply because a medical study is funded by industry or that the author has received industry payments does not necessarily mean that the conclusions are flawed.  Indeed, some industry-sponsored studies can be very well done and offer important information to the medical community.  But in order to provide a check on any potential biases (intentional or unintentional) it is necessary to disclose those financial interests so that readers may choose to factor that information into their consideration of the article's take-home message.  For that reason, the predominant strategy adopted by the medical journal establishment to mitigate such conflicts of interest has been author disclosure. [Bauchner 2018]   In fact, virtually all medical journal currently have some type of conflict of interest declaration policy for authors. [Okike 2009]  Many journals, including ANESTHESIOLOGY, utilize the International Committee of Medical Journal Editors (ICMJE) Uniform Requirements for Manuscripts Submitted to Biomedical Journals (attached as **Exhibit B**), emphasizing a commitment to author transparency to allow readers to make their own judgements.  The ANESTHESIOLOGY journal website specifically states that "authors must disclose all commercial associations, including consultancies, equity interests, or patent-licensing arrangements." [https://pubs.asahq.org/anesthesiology/pages/instructions-for-authors-general#coi Accessed 3-17-21]  At least one authority from within the field of academic anesthesiology has called for dollar specific disclosure policies for authors and speakers. [Kofke 2010]

Most attention has been focused on conflict of interest issues as they relate to authors, but a growing body of literature now sheds light on those who review or approve clinical research studies: editors and editorial board members.  In a study of 100 academic medical institutions it was noted that 67% of members of institutional review boards had financial relationships with industry. [Campbell 2006]  A review of the physician editorial review board members for the top fifteen orthopaedic surgery journals found that 78% had financial conflicts of interest. [Mehlman 2017]  In another study of 35 medical journals and 447 so-called top tier physician editors, a nearly 64% rate of financial conflicts of interest was uncovered. [Wong 2019]

Due to the extremely powerful and important function that these overseers of the publication process serve, there has been an increasing crescendo of calls for conflict of interest transparency of editors in addition to authors. [Teixeira da Silva 2019, Wong 2019]  Although disclosure among editorial staff is not as common as with authors, the issue is drawing increased attention and there is a clear upward trend towards editor disclosure.  Multiple professional

3

editors' associations recommend that relevant conflicts of interest among editors be disclosed and that editors recuse themselves if they have a potential conflict of interest with an article under consideration. [Hague 2018]  For example, the Journal of the American Medical Association (JAMA) has policies to control for editorial bias.  A group of editors jointly discuss whether to invite authors to submit a revised manuscript after peer review; final decisions regarding publication are made by the editor-in-chief or a designated editor who does not have any relevant conflicts of interest.  JAMA has a formal recusal process should an editor have a conflict of interest. [Fontarosa 2017]

   **b.   The journal ANESTHESIOLOGY Failed to Follow Accepted Protocols With Respect to Conflicts of Interest Affecting EXPAREL-related publications.**

      I have reviewed two publications in the February 2021 issue of ANESTHESIOLOGY related to liposomal bupivacaine.  From my review it is clear that these conflict of interest reporting standards were not followed with respect to the following articles:

   (1)  Ilfeld BM, Eisenach JC, Gabriel RA. Clinical effectiveness of liposomal bupivacaine administered by infiltration or peripheral nerve block to treat postoperative pain. Anesthesiology 2021;134:283-344.
   (2)  Hussain N, Brull R, Sheehy B, Essandoh MK, Stahl DL, Weaver TE, Abdallah FW. Perineural liposomal bupivacaine is not superior to nonliposomal bupivacaine for peripheral nerve block analgesia. Anesthesiology 2021;134:147-164.

As discussed below, these articles raise questions related to financial conflicts of interest and appropriate disclosures, biased study design, and editorial influence over the overall message that was delivered regarding liposomal bupivacaine.

      First, the Ilfeld et al. article strikes a clear negative tone regarding the medication in question.  Direct quotes include: "The preponderance of evidence fails to support the routine use of liposomal bupivacaine over standard local anesthetics" (from the ABSTRACT), "Thus, there are currently insufficient data to conclusively support or refute the use of liposomal bupivacaine administered as a peripheral nerve block" (from p. 332), and "However, before widespread adoption, it is incumbent on those proposing a switch to liposomal bupivacaine to provide high-quality data from multicenter, randomized, active controlled trials with a low risk of bias conclusively demonstrating benefits that justify the 100-fold increase in cost over unencapsulated bupivacaine" (from p. 344). [Ilfeld 2021]

      The article is a "narrative review", the very nature of which offers ample opportunities for subjective assessment and opinion masquerading as fact.  In fact, such review articles are not even recognized in commonly utilized hierarchies of evidence and their potential for bias is considered to be significant. [Bhandari 2002, Murad 2014, Murad 2016]  The risk of influence from subjective bias makes it particularly important to disclose any financial interests.  And yet, two of the authors of the Ilfeld et al article (including the lead author) fail to disclose highly relevant conflicts of interest.  The disclosure included at the end of the article acknowledges that Drs. Ilfeld and Gabriel received research support from four different companies, including

past consulting work (2011-2014) that Ilfeld performed for Pacira Pharmceuticals (the manufacturer of EXPAREL, a liposomal bupivacaine criticized in the article).  However, the disclosure fails to report other funding the authors received from manufacturers of non-liposomal bupivacaine drugs and medical devices that compete with EXPAREL.  These undisclosed payments include a $2,500 payment Gabriel received in October 2019 from Heron Therapeutics, the manufacturer of a competitor product. [OPEN PAYMENTS]  Ilfeld has also authored multiple journal articles in which he disclosed that the University of California San Diego (UCSD), where he is a professor of anesthesiology, received research support from Heron in 2020 and 2021, yet Ilfeld failed to include that disclosure in the narrative review of EXPAREL. [Finneran 2020, Ilfeld 2021, Swisher 2020] Ilfeld also failed to disclose that he received $14 million in Department of Defense funding for his research involving treatment modalities that compete with EXPAREL. [https://profiles.ucsd.edu/brian.ilfeld#toc-id0] In addition, Gabriel and Ilfeld failed to disclose additional funding that they received from InfuTronix (Natick, MA), a pain pump that competes with EXPAREL. Once again, Ilfeld and Gabriel made this disclosure in other recent articles, but did not do so in the February 2021 narrative. [Finneran 2020, Ilfeld 2021]

These omissions represent key information that should have been immediately available to the reader and would typically have been included on the required ICMJE disclosure form.  It is also striking that a number of Brian M Ilfeld's publications during the same timeframe do disclose his relationship with Heron Therapeutics. [Finneran 2020 A&A Pract, Finneran Aneshtesiol 2020, Ilfeld 2018, Ilfeld 2020, Ilfeld 2020, Ilfeld 2021, Swisher 2020]  This raises a question of whether his omission of this relationship in the ANESTHESIOLOGY publication was truly inadvertent.  These omissions by Ilfeld et al are all the more notable given the authors own admonition in criticizing purported bias within relevant articles included in their review, even overtly stating "… minimizing conflict of interest should be emphasized" (from p. 333). [Ilfeld 2021]

Second, the Hussain et al. article takes an adversarial position with respect to liposomal bupivacaine.  Indeed, the title states: "Perineural Liposomal Bupivacaine is Not Superior to Nonliposomal Bupivacaine for Peripheral Nerve Block Analgesia". [Hussain 2021]  Other strong negative comments include, "Perineural liposomal bupivacaine provided a statistically significant but clinically unimportant improvement in … postoperative pain scores compared with plain local anesthetic" (from the ABSTRACT), and "We also found liposomal bupivacaine to be no different from nonliposomal bupivacaine for all other analgesic and functional outcomes" (from p. 158). [Hussain 2021]  Yet the Hussain et al. article also fails to disclose relevant financial interests.

In particular, the disclosures for Tristan E. Weaver, M.D. declare only that he is a consultant for the Medtronic Corporation.  However, according to the Open Payments database, over the last three years Dr. Weaver received an undisclosed amount of financial support from Abbott Laboratories (a manufacturer of non-opioid pain medication) and  over $9,000 of research related support from Egalet Incorporated (manufacturers of pain medications oxycodone and ketorolac).  [OPEN PAYMENTS] These financial relationships were withheld from readers of the article.

**c.   The Editor-In-Chief Of ANESTHESIOLOGY Shows Himself To Not Be An Unbiased Referee And Demonstrates Many Pro-Opioid Opinions.**

Evan D. Kharasch (Editor-In-Chief of ANESTHESIOLOGY) has an easily identifiable track record of comments, attitudes, and positions that are pro-opioid and effectively anti-EXPAREL. In an April 2021 pro-opioid editorial he asserts: "Opioid-free anesthesia may be feasible. Nevertheless, it appears neither logical nor beneficial to patients." [Kharasch 2021]  In a pro-opioid April 2020 editorial, Kharasch stated: "Approaches to the management of perioperative pain should be less arbitrary and commercially influenced and more evidence-based than the practices that caused the opioid crisis in the first place." [Kharasch 2020]  He also commented with respect to the long-acting opioid methadone that "Perhaps counterintuitively, opioids themselves can be opioid sparing."  Kharasch and his fellow researchers also published pro-opioid methadone related research in 2019. [Komen 2019]  Similarly, a 2018 Kharasch editorial states: "For millennia, opioids have been a mainstay of pain treatment." [Rathmell 2018]  Kharasch's published support of the opioid methadone dates back to at least 2011 with his publications "Intraoperative Methadone: Rediscovery, Reappraisal, and Reinvigoration?" and "Perioperative Pharmacokinetics of Methadone in Adolescents." [Kharasch 2011, Sharma 2011]  Dr. Kharasch has received considerable funding for this opioid-related research:

- R01-DA042985 Optimizing Out-Patient Anesthesia: Improving Analgesia and Reducing Opioid Misadventure: $566,187 [https://taggs.hhs.gov].

- R01-DA014211-11 Methadone and HIV Drug Interactions: $561,637 [https://taggs.hhs.gov]

- R01-DA025931-05 Addiction Therapy: Metabolism and Transport-Mediated Drug Interaction: $328,423.   Other related R01 funding related to this project: $328.423 (2011), $338,580 (2010), $342,000 (2009), $342,000 (2008) [https://taggs.hhs.gov].

- K24-DA000417-01 Opioids in Cancer Pain and Drug Abuse – Optimizing Therapy: $109,264 [https://grants.nih.gov].

Dr. Kharasch has received millions of dollars in federal funding related to his studies of opioids.  This is a clear conflict of interest that should have been disclosed, and he should have recused himself from publication decisions that implicate that conflict. However, with respect to the February 2021 liposomal bupivacaine articles, there is no indication he did either.  Indeed, his ANESTHESIOLOGY profile expressly declares no conflicts of interest. [ANESTHESIOLOGY] Thus, not only are readers not able to weigh his conflict of interest in their review of ANESTHESIOLOGY articles, Dr. Kharasch has affirmatively and misleadingly informed the readers that he has no such conflicts.

5.  **REFERENCES**

ANESTHESIOLOGY. https://pubs.asahq.org/anesthesiology/pages/editorial-board#Kharasch.

Bauchner H, Fontanarosa PB, Flanagin A. Conflicts of Interests, Authors, and Journals

New Challenges for a Persistent Problem. JAMA 2018;320:2315-2318.

Bhandari M, Guyatt GH, Montori V, et al. User's guide to the orthopaedic literature: how to use a systematic literature review. J Bone Joint Surg-Am 2002;84-A:1672-1682.

Campbell EG, Weissman JS., Vogeli C, Clarridge BR, Abraham M, Marder JE, Koski G. Financial Relationships between Institutional Review Board Members and Industry. N Engl J Med 2006;355:2321-2329.

Finneran JJ, Swisher MW, Gabriel RA, Abanobi MU, Abramson WB, Dalstrom DJ, Schwartz AK, Kent WT, Yang D, Mascha EJ, Ilfeld BM. Suture-method versus through-the-needle catheters for continuous popliteal-sciatic nerve blocks. Anesthesiology 2020;132;:854-866.

Finneran JJ, Ilfeld BM. Letter regarding "Repeated intercostal nerve blocks with liposomal bupivacaine for chronic chest pain: a case report". A & A Practice 2020;14:67.

Fleischman W, Agrawal S, Gross CP, et al. Association of Pharmaceutical Manufacturer Payments to Physicians and Prescribing Dosage of Opioids. J Gen Intern Med 2019;34:1074-1076.

Fontanarosa P, Baucher H. Conflicts of interest and medical journals. JAMA 2017;317:1768-1771.

Hadland SE, Krieger MS, Marshall BDL. Industry Payments to physicians for opioid products, 2013–2015. AJPH 2017;107:1493-1495.

Hague W, Minhajuddin A, Gupta A, et al. Conflicts of interest of editors of medical journals. PLoS One 2018;13:e0197141.

Hussain N, Brull R, Sheehy B, Essandoh MK, Stahl DL, Weaver TE, Abdallah FW. Perineural liposomal bupivacaine is not superior to nonliposomal bupivacaine for peripheral nerve block analgesia. Anesthesiology 2021;134:147-164.

Ilfeld BM, Gabriel RA, Eisenach JC. Liposomal bupivacaine infiltration for knee arthroplasty: significant analgesic benefits or just a bunch of fat? Anesthesiology 2018;129:623-626.

Ilfeld BM, Gelfand H, Dhanjal S, et al. Ultrasound guided percutaneous peripheral nerve stimulation: a pragmatic effectiveness trial of a nonpharmacologic alternative for the treatment of postoperative pain. Pain Med 2020;21(S2):S53-S61

Ilfeld BM, Khatibia B, Maheshwar K, et al. Ambulatory continuous peripheral nerve blocks to treat postamputation phantom limb pain: a multicenter, randomized, quadruple-masked, placebo-controlled clinical trial. Pain 2021;162:938-955.

Ilfeld BM, Eisenach JC, Gabriel RA. Clinical effectiveness of liposomal bupivacaine administered by infiltration or peripheral nerve block to treat postoperative pain. Anesthesiology 2021;134:283-344.

Kjaergard LL, Als-Nielsen B. Association between competing interests and authors' conclusions: epidemiological study of randomised clinical trials published in the *BMJ*. BMJ 2002;325:249.

Kharasch ED. Intraoperative methadone: rediscovery reappraisal and reinvigoration? Anesth Analg 2011;112:13-16.

Kharasch ED, Avram MJ, Clark JD. Rational perioperative opioid management in the era of the opioid crisis. Anesthesiology 2020;132:603-605.
Kharasch ED, Clark JD. Opioid-free anesthesia: time to regain our balance. Anesthesiology 2021;134:509-514.

Kofke WA. Disclosure of industry relationships by anesthesiologists: is the conflict of interest resolved? Current Opinion in Anesthesiology 2010;23:177-183.

Komen H, Brunt LM, Deych E, Blood J, Kharasch ED. Intraoperative methadone in same-day ambulatory surgery: a randomized double-blinded dose-finding pilot study. Anesth Analg 2019;128:802-810.

Lo B, Grady D. Payments to Physicians Does the Amount of Money Make a Difference? JAMA 2017;317:1719-1720.

Mehlman CT, Okike K, Bhandari M, Kocher MS. Potential financial conflict of interest among physician editorial board members of orthopaedic surgery journals. J Bone Joint Surg-Am 2017;99-A:e19(1-5).

Momeni A, Becker A, Bannasch H, Antes G, Blumle A, Stark GB. Association between research sponsorship and study outcome in plastic surgery literature. Ann Plast Surg 2009;63:661-664.

Murad MH, Montori VM, Ioannidis JPA, et al. How to Read a Systematic Review and Meta-analysis and Apply the Results to Patient Care Users' Guides to the Medical Literature. JAMA 2014;312:171-179.

Murad MH, Asi N, Alsawas M, Alahdab F. New evidence pyramid. Evid Based Med 2016;21:125-127.

Norris SL, Holmer HK, Ogden LO, Burda BU, Fu R. Characteristics of physicians receiving large payments from pharmaceutical companies and the accuracy of their disclosures in publications: an observational study. BMC Med Ethics 2012;13:24

Okike K, Kocher MS, Mehlman CT, Bhandari M. Conflict of Interest in Orthopaedic Research An Association Between Findings and Funding in Scientific Presentations. J Bone Joint Surg-Am 2007;89-A:608-613.

Okike K, Kocher MS, Mehlman CT, Bhandari M. Industry-sponsored research. Injury 2008;39:666-680.

Okike K, Kocher MS, Wei EX, Mehlman CT, Bhandari M. Accuracy of Conflict-of-Interest Disclosures Reported by Physicians. N Engl J Med 2009;361:1466-1474.

OPEN PAYMENTS. https://openpaymentsdata.cms.gov.

Perlis RH, Perlis CS, Wu Y, Hwang C, Joseph M, Nierenberg AA. Industry Sponsorship and Financial Conflict of Interest in the Reporting of Clinical Trials in Psychiatry. Am J Psychiat 2005;162:1957-1960.

Rathmell JP, Kharasch ED. Frontiers in opioid pharmacology. Anesthesiology 2018;128:865-866.

Riaz H, Khan MS, Riaz IB, Raza S, Khan AR, Krasuski RA. Conflicts of Interest and Outcomes of Cardiovascular Trials. Am J Cardiol 2016;117:858-860.

Sharma A, Tallchief D, Blood J, Kim T, London A, Kharasch ED. Perioperative pharmacokinetics of methadone in adolescents. Anesthesiology 2011;115:1153-1161.

Swisher MW, Wallace AM, Sztain JF, Said ET, Khatibi B, Abanobi M, Finneran JJ, Gabriel RA, Abramson W, Blair SL, Hasseini A, Dobke MK, Donohue MC, Ilfeld BM. Erector spinae plane versus paravertebral analgesia after breast surgery: a randomized clinical trial. Reg Anesth Pain Med 2020;45:260-266.

Teixeira da Silva JA, Dobranszki J, Bhar RH, Mehlman CT. Editors Should Declare Conflicts of Interest. Bioethical Inquiry 2019; https://doi.org/10.1007/s11673-019-09908-2.

Tringale KR, Marshall D, Mackey TK, Connor M, Murphy JD, Hattangadi-Gluth JA. Types and Distribution of Payments From Industry to Physicians in 2015. JAMA 2017;317:1774-1784.

Vandepitte C, Kuroda M, Witvrouw R, Anne L, Bellemans J, Corten K, Vanelderen P, Mesotten D, Leunen I, Heylen M, Van Boxstael S, Golebiewski M, Van de Velde M, Knezevic NN, Hadzic A. Addition of Liposome Bupivacaine to Bupivacaine HCl Versus Bupivacaine HCl Alone for Interscalene Brachial Plexus Block in Patients Having Major Shoulder Surgery. Reg Anesth Pain Med 2017;42:334-341.

Wong VSS, Avalos LN, Callaham ML. Industry payments to physician journal editors. PLoS ONE 2019;14(2): e0211495.

Wyssa D, Tramèr MR, Elia N. Reporting of conflicts of interest and of sponsorship of guidelines in anaesthesiology: A cross-sectional study. Plos One; February 27, 2019.

Ziai K, Pigazzi A, Smith BR, Nouri-Nikbakht R, Nepomuceno H, Carmichael JC, Mills S, Stamos MJ, Mehraneh D. Jafari. Association of Compensation From the Surgical and Medical Device Industry to Physicians and Self-declared Conflict of Interest. JAMA Surgery August 15, 2018.

Date: April 7, 2021

Charles T Mehlman, DO, MPH

# EXHIBIT A

*Revised April 5, 2021*

# CURRICULUM VITAE
# Charles T. Mehlman, DO, MPH

| | |
|---|---|
| BORN | February 22, 1962, Wheeling, West Virginia |
| HOME ADDRESS | 407 Lafayette Ave.<br>Cincinnati, Ohio  45220 - 1127<br>(513) 961-7476 |
| WORK ADDRESS | Children's Hospital Medical Center<br>Division of Pediatric Orthopaedic Surgery<br>3333 Burnet Avenue<br>Cincinnati, Ohio 45229<br>(513) 636-4087 |
| FAX | (513) 636 –3928 |
| E-MAIL | charles.mehlman@cchmcc.org<br>ctmehlman@post.harvard.edu |
| MARITAL STATUS | Married, Elsira M. Pina, D.O. on 7/1/97<br>Pulmonary – Critical Care Physician/ Intensivist<br>University of Cincinnati Medical Center<br>Cincinnati, Ohio |
| SOCIAL SECURITY NUMBER | Available Upon Request |
| FAMILY | Maya Juliette Mehlman (Daughter) DOB: 7/18/01<br>Bronson Ramsey Mehlman (Son) DOB: 7/18/01<br>Isabella Maggie  Mehlman (Vizsla) DOB: 9/3/08<br>Jack Mehlman (Bluetick Coonhound) DOB: 2/15 |
| PRESENT POSITION | Attending Pediatric Orthopaedic Surgeon<br>Professor, Pediatrics and Pediatric Orthopaedic Surgery<br>Director, Musculoskeletal Outcomes Research<br>Director, Pediatric Orthopaedic Resident Education<br>Division of Pediatric Orthopaedic Surgery<br>Cincinnati Children's Hospital Medical Center<br>Cincinnati, Ohio<br>9/96 – present |

| CERTIFICATIONS | Re-certification 2019 Certificate No. R-1227 |
| | Board Certified, American Osteopathic Board of |
| | Orthopaedic Surgery [01/01/2019 - 12/2028] |

Standards Setting Committee, Member [2000 – present]

Fellow, American Osteopathic Academy of Orthopedics [1998] #051035

Diplomat, National Board of Osteopathic Medical Examiners [1990] #17802

Certified Athletic Trainer, National Athletic Trainer's Association
[1985 – 1995] #4-1425
Certified, CCHMC Procedural Sedation/Analgesia [2003 – Current]

PALS Provider, American Heart Association/AAP [2002 – Current]

| MEDICAL LICENSES | Ohio [1990 – present] No. 34-00-5069 |

| ACADEMIC APPOINTMENTS | Professor Pediatrics and Pediatric Orthopaedic Surgery |
| | University of Cincinnati College of Medicine |
| | Cincinnati, Ohio |
| | 2008 – Present |

Adjunct Clinical Associate Professor
Ohio University Heritage College of Osteopathic Medicine
Pediatric Orthopedic Surgery
Athens, OH
2018 through the end of 2021

Associate Professor Pediatrics and Pediatric Orthopaedic Surgery
University of Cincinnati College of Medicine
Cincinnati, Ohio
2002 – 2008

Assistant Professor Pediatrics and Pediatric Orthopaedic
Surgery
University of Cincinnati College of Medicine
Cincinnati, Ohio
1997 – 2002

Associate Clinical Professor, Orthopaedic Surgery
Ohio University College of Osteopathic Medicine
Athens, Ohio

Adjunct Clinical Professor, Pediatric Orthopaedic Surgery
Pikeville College of Osteopathic Medicine
Pikeville, Kentucky

EDUCATION

Clinical Effectiveness and Outcomes Research, Masters of
Public Health (MPH)
Harvard School of Public Health
Boston, Massachusetts
7/96 – 11/98

Fellowship, Pediatric Orthopaedic Surgery
University of Cincinnati College of Medicine
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
7/95 – 6/96

Residency, Orthopaedic Surgery
Ohio University College of Osteopathic Medicine
Grandview Hospital and Medical Center
Dayton, Ohio
7/91 – 6/95

Internal Medicine (Preliminary Medicine Year)
Akron General Medical Center
Akron, Ohio
7/90 – 6/91

Rotating Internship
Ohio University College of Osteopathic Medicine
Grandview Hospital and Medical Center
Dayton, Ohio
7/89 – 6/90

Medical School, Doctor of Osteopathic Medicine (DO)
Ohio University College of Osteopathic Medicine
Athens, Ohio
9/85 – 6/89

The University of Akron
Akron, Ohio
Major = Physiology (BA)
Minor = Chemistry
Certified Athletic Trainer (ATC)
8/80 – 5/85

ORTHOPEADIC
BOARD
EXAMINATION
SERVICE

Oakstone
Medical Publishing Director
Orthopaedic board Review (5th Edition) 2019
38 Lectures
20 Speakers

Oakstone
Medical Publishing Director
Orthopaedic Board Review (4th Edition) 2016
36 Lectures
25 Speakers

Oakstone
Medical Publishing Director
Orthopaedic Board Review (3rd Edition) 2014
33 Lectures
24 Speakers

Oakstone
Medical Publishing Director
Orthopaedic Board Review (2nd Edition) 2012
33 Lectures
24 Speakers

Oakstone
Medical Publishing Director
Orthopaedic Board Review (1st Edition) 2010
30 Lectures
26 Speakers

Clinical Examiner
Clinical Exam
7/28/2004 to present

Item Writing Committee
TC - Test Development
3/12/2006 -3/4/2011

American Osteopathic Board of Orthopedic Surgery
Standard Setting Committee
Test Development
1/17/2003 – 11/11/2010

SELECTED NATIONAL
COMMITTEE SERVICE



2020-2021 Orthopedics Working Group - U S News &
World Report BEST Children's Hospitals (Leader)

2019-2020 Orthopedics Working Group - U S News &
World Report BEST Children's Hospitals (Leader)

2018-2019 Orthopedics Working Group - U S News &
World Report BEST Children's Hospitals (Leader)

2017-2018 Orthopedics Working Group - U S News &
World Report BEST Children's Hospitals (Leader)

2016-2017 Orthopedics Working Group - U S News &
World Report BEST Children's Hospitals (Leader)

2015-2016 Orthopedics Working Group - U S News &
World Report BEST Children's Hospitals (Leader)

2014-2015 Orthopedics Working Group - U S News &
World Report BEST Children's Hospitals (Leader)

2013-2014 Orthopedics Working Group - U S News &
World Report BEST Children's Hospitals (Leader)

2012-2013 Orthopedics Working Group – U S News &
World Report BEST Children's Hospitals

2011-2012 Orthopedics Working Group – U S News &
World Report BEST Children's Hospitals

2010-2011 Orthopedics Working Group – U S News &
World Report BEST Children's Hospitals

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.*                    *Curriculum Vitae Continued*

| | |
|---|---|
| CHINESE MEDICAL MISSIONS / CHINESE EXCHANGE FELLOWSHIP WORK | 2011 "Eee-Hua" Ge, MD – 3 month Chinese Exchange Fellow to Cincinnati Children's Division of Pediatric Orthopaedic Surgery |
| | 2010 Dr. "Shoo" – 3 month Chinese Exchange Fellow to Cincinnati Children's Division of Pediatric Orthopaedic Surgery |
| | 2009 Zhigang Wang, MD - 6 month Chinese Exchange Fellow to Cincinnati Children's Division of Pediatric Orthopaedic Surgery |
| | 2007 Healing The Children Scoliosis / Spinal Deformity Mission Trip to Shanghai, CHINA (Mehlman, TEAM LEADER) |
| | 2006 Healing The Children Scoliosis / Spinal Deformity Mission Trip to Shanghai, CHINA (Mehlman, TEAM LEADER) |
| | 2005 Healing The Children Scoliosis / Spinal Deformity Mission Trip to Shanghai, CHINA (Mehlman, TEAM LEADER) |
| | 2004 Healing The Children Orthopaedic Surgery Mission Trip to Shanghai, CHINA (DiPasquale, TEAM LEADER) |
| *CCHMC PROGRAMMATIC INVOLVEMENT* | Co - Director, Limb Reconstruction Clinic |
| | Co – Director, Brachial Plexus Center |
| | Attending Pediatric Orthopaedic Surgeon, Spine Center |
| | Attending Pediatric Orthopaedic Surgeon, Sports Medicine Biodynamic Center |
| | Pediatric Orthopaedic Consultant,  International Adoption Center |

HONORS/AWARDS

Orthopedic Subspecialist of the Year for Exemplary
Mentorship July2016-June2017

Cincinnati Magazine
Cincinnati Top Doctors 2018



Cincinnati Magazine
Cincinnati Top Doctors 2017



Cincinnati Magazine
Cincinnati Top Doctors 2016



Cincinnati Magazine
Cincinnati Top Doctors 2015



Cincinnati Magazine
Cincinnati Top Doctors 2014



Cincinnati Magazine
Cincinnati Top Doctors 2013



Cincinnati Magazine
Cincinnati Top Doctors 2012



Ohio Osteopathic Association George L. Eckert, Jr., DO
Mentor of the Year Award, Hall of Fame Induction 2014

AOAO Morton J. Morris, DO, JD Award for Osteopathic
Orthopedic Education 2014

Ohio University Mentor Hall of Fame Inductee 2014

The American Journal of Orthopedics
2012 Resident Writer's Award
Second-Place
Original Study
The Orthopedic Gender Gap: Trends in Authorship and
Editorial Board Representation Over the Past 4 Decades
Okike K, Liu B, Lin YB, Torpey JL, Kocher MS, **Mehlman CT**,
Bhandari M, Biermann JS

Ohio University
Medal of Merit 2012

Bellaire High School
Alumnus of the Year 2011

Bethedsa Hospital Family Medicine Residency
Teacher of the Year 2010

Re-certification 2009 Certificate No. R-1227, AOBOS, #1
score in nation

Ohio University College of Osteopathic Medicine
2006 Medal of Merit Award
October 28, 2006

Scoliosis Research Society
Fellow, 2005 SRS Traveling Fellowship
Sapporo, Japan
Seoul, Korea
Beijing, China
Hong Kong
Bangkok, Thailand
Singapore
May 13–June 4, 2005
Spinal Deformity Education Group
Fellow, Spinal Deformity Advancement Award
2003/2004

Scoliosis Research Society
Goldstein Award
Best Poster
**Mehlman CT**, Al-Sayyad MJ, Crawford AH.
Effectiveness of Spinal Release and Halo-Femoral Traction
in the Management of Severe Spinal Deformity.
2001 Annual Meeting Scoliosis Research Society
Cleveland, Ohio
September 18-22, 2001

American Fracture Association (Trinidad, West Indies)
Femoral Shaft Fractures in Children: Traction and Casting
Versus Intramedullary Nailing
1st place Meyerding Award
Spring, 2000

American Osteopathic Academy of Orthopaedics (Seattle,
Washington)
Orthopaedic Injuries in Children Secondary to Airbag
Deployment: A Report of Two Cases
1st place poster "clinical category"
Fall, 1999

Yearbook of Orthopedics 1998 (Mosby, St. Louis)
Radiation Exposure to the Orthopaedic Surgical Team
During Fluoroscopy: "How Far Away is Far Enough?"
Included as one of the "papers representing significant
advances and statements of important clinical principles"

American Fracture Association
Nashville, TN
2nd Place Myerding Award
Traumatic Hip Dislocations in Children
Spring 1998

Annual Clinical Assembly Osteopathic Specialists
New Orleans, LA
1st Place Scientific Poster Display
Radiation Exposure to Orthopaedic Surgical Team
Fall 1995

Annual Clinical Assembly Osteopathic Specialists
New Orleans, LA
2nd Place Scientific Poster Display
Video-Assisted Thoracoscopic Surgery of Spine
Fall 1995
Annual Clinical Assembly Osteopathic Specialists
San Francisco, California
2nd Place Scientific Poster Display
Arthroscopic Bankart Suture Repair
Fall 1993

Annual Clinical Assembly Osteopathic Specialists
Chicago, IL
3rd Place Scientific Poster Display
Effects of Ketorolac on Collagen Production
Fall 1992

Dayton Regional Cancer Association
Resident Writing Contest
1st Place – Surgical Division
Primary Lymphoma of Bone
Winter 1991

Northeastern Ohio Universities College of Medicine
Akron General Medical Center
Post-Graduate Day Research Competition: 2nd Place
Ketorolac Stimulation of Collagen Production
1991

Student Osteopathic Medical Association
Squibb Intern Scholarship Recipient
Grandview Hospital and Medical Center
Clinical Medical Education – An Opinion
1990

National Athletic Trainer's Association
Certification Achievement Award for Highest Score on
Certification Examination
1985

| VISITING PROFESSORSHIPS/ FEATURED SPEAKER | **Mehlman CT**  Visiting Professor<br>Dupont Virtual Visiting Professor Series<br>Pedi Ankle Fracture Complications: New Insights into an old problem<br>The Wisdom of Teams: Evolution of Pediatric Orthopaedic Surgical Care<br>November 11 2020 |
|---|---|
| | **Mehlman CT** - Visiting Professor<br>Michigan State University College of Osteopathic Medicine<br>Peds & Peds Trauma Conference: Pediatric Elbow Fracture Extravaganza<br>Supracondylar Humeral Fractures: The Most Common Pediatric Elbow Fracture<br>Some Supracondylars Suck: Complications & Scary Stories<br>Lateral Condyle Fractures: The Most Common Growth Plate Fracture of the Elbow<br>Radial Neck Fracture: Disproportionate Bad Results Await<br>Detroit, Michigan<br>September 12, 2019 |
| | **Mehlman CT** – Guest Speaker<br>Children's Health Care Batesville<br>"My Kid's Legs Look Funny" and "My Kid Just Started Limping" combined lecture<br>Batesville, IN<br>January 16, 2019 |
| | **Mehlman CT** – Guest Speaker<br>University of Cincinnati<br>Caducea Pre-Medical Society<br>DOs are the Coolest<br>Cincinnati, Ohio<br>November 9, 2018 |
| | **Mehlman CT** – Guest Speaker<br>University of Cincinnati<br>Emergency Medicine Grand Rounds<br>Little Bones Big Problems<br>Cincinnati, Ohio<br>October 31, 2018 |

**Mehlman CT** Visiting Professor
AAJ 2018 Annual Convention
Birth Trauma Litigation
Colorado Convention Center
Neonatal Brachial Plexus Palsy: What The Heck Are The
Risk Factors?
Denver, Colorado
July 8, 2018

**Mehlman CT** Visiting Professor
John S. Smith, MD Memorial Orthopaedic Symposium
Orthopaedic Controversies
The Queens Conference Center
Clavicle Fractures: Hey It's Only a Kid
Honolulu, Hawaii
April 5, 2018

**Mehlman CT** Visiting Professor
33RD Annual Combined Orthopaedic Combined Symposium
Hale Koa Hotel
The Difficult Pediatric Supracondylar Humeral Fracture:
Scary Stories About Things that go Bump in the Night
Femoral Shaft Fractures: Teenie Tinys, School Age, and
Knuckle Heads
Honolulu, Hawaii
April 6-7, 2018

**Mehlman CT** - Visiting Professor
Michigan State University College of Osteopathic Medicine
Peds & Peds Trauma Conference
Biggest Bone in the Body: Pediatric Tibia Fractures are
Cool
The 3 "T's" of Pediatric Ankle Fractures: Tillaux, Triplane,
& Tachdjian
Clavicle Shaft Fractures: Hey It's Only A Kid
Pediatric Polytrauma: Navigating Gator Country
Detroit, Michigan
September 13, 2017

**Mehlman, CT** – Visiting Professor
17th Annual Trauma Symposium Notre Dame
Pediatric Polytrauma: Navigating Gator Country
The Difficult Supracondylar Humeral Fracture: Scary
Stories About Things that Go Bump in the Night
South Bend, Indiana
March 18, 2017

Visiting Professor – Featured Speaker
4th Annual Neil E. Green Lectureship
Vanderbilt, University
Nashville, Tennessee
2016

Invited Lectureship
Oklahoma State University Medical Center
Oklahoma State University –
Tulsa, Oklahoma
2015

Visiting Professor
Elizabethtown Lectureship
Penn State College of Medicine
2015

Visiting Professor
Akron Children's Hospital
Akron, Ohio
2014

**Mehlman CT**. – Keynote Speaker
British Society for Children's Orthopaedic Surgery
2014 Annual Meeting
Chairman: Two Debates
Pediatric Plytrauma Update
Tricky Tibial Fractures
Aberdeen, Scotland
June 13-14, 2014

**Mehlman CT**. – International Guest Speaker
St. Bartholomew's Hospital, London
Paediatric Polytrauma – Navigating Gator Country,
Adolescent Idiopathic Scoliosis: Do We Have an Effective
Non-Operative Treatment?
Spondylolysis & Spondylolisthesis in Children & Adolescents
London
June 18, 2013

**Mehlman CT**. – Keynote Speaker
Pediatric Trauma Summit
Regions Hospital
University of Minnesota
St. Paul, Minnesota
November 1-2, 2013

Michigan State University College of Osteopathic Medicine
Orthopedic Surgery Educational Day - "Pediatrics"
Moderator: **Mehlman CT**
Pediatric Polytrauma: Navigating Gator Country
The Difficult Pediatric Supracondylar Humeral Fracture
Troy, Michigan
September 11, 2013

**Mehlman CT**. – Visiting Professor
Grand Rounds Presentation
Nova Southeastern University
Broward Health Medical Center
Ft. Lauderdale, Florida
January 31-February 1, 2013

**Mehlman CT.**
Orthopedic Presentation
Ohio University
St. Vincent Medical Center
Toledo, Ohio
May 10, 2013

**Mehlman CT**
Michigan State University
College of Osteopathic Medicine
Michigan State University
2012

**Mehlman CT**. – Visiting Professor
Philadelphia Ortho Society - Howard Steel Lecture
The 3 T's of Pediatric Fractures: Tachdijan, Tillaux and
Triplane
Forearm Fractures
September 12, 2011

**Mehlman CT**. – Visiting Professor
Pediatric Polytrauma
Michigan State University College of Osteopathic Medicine
Hosted by Danny Morrison
Troy, Michigan
September 21, 2011

**Mehlman CT**. – Visiting Professor
Supracondylar Humeral Fractures in Children:  The
M.A.I.N. Things You Wish to Avoid
Clavicle Shaft Fractures in Kids:  Who Needs Surgery,
Who Needs a Sling?
Michigan State University College of Osteopathic Medicine
Hosted by Danny Morrison
Troy, Michigan
November 10, 2010

**Mehlman CT**. – Visiting Professor
Neonatal Brachial Plexus Palsy: You've Come a Long Way
Baby
University of North Carolina
Hosted by Steven Frick
Carolina's Medical Center
Charlotte, North Carolina
September 27, 2010

**Mehlman CT.** – Visiting Professor
The Consequences of Crooked and the Story on Stiffness:
Forearm Shaft Fractures in Children
Richard E. Lindseth Lectureship
Indiana University School of Medicine
Indianapolis, Indiana
November 21, 2008

**Mehlman CT**. – Visiting Professor
CORE System, Orthopedic RPAC Educational Day program
Ohio University College of Osteopathic Medicine
"Fractures/Dislocated Hip & Fractures of the Knee"
Toledo, Ohio
May 9, 2008

**Mehlman CT**.
"China Orthopaedic Trip"
"Fracture of the Shaft: Forearm"
"Fracture of the Shaft: Femur"
Michigan State University
Troy, Michigan
November 8, 2006

**Mehlman CT**. – Visiting Professor
"Neonatal Brachial Plexus Injury: You've Come a Long Way Baby"
Southern Illinois University School of Medicine – Hosted by Keith Gabriel
Springfield, Illinois
June 13, 2005

**Mehlman CT**. – Visiting Professor
"Idiopathic Scoliosis – An Evidence Based Approach"
"Congenital and Neuromuscular Scoliosis"
"Spondylolisthesis in Children and Adolescents"
Ohio University College of Osteopathic Medicine/CORE
Dayton, Ohio
February 13,2004

**Mehlman CT**. – Visiting Professor
"Complex Fracture of Pediatric Shoulder and Elbow" and "Pediatric Shoulder: Sports Injury"
Ohio University College of Osteopathic Medicine/CORE
Columbus, Ohio
December 12, 2003

**Mehlman CT**.
"Scoliosis: An Update for Those in the Trenches"
Tucson Osteopathic Medical Foundation
Tucson, Arizona
March 8, 2003

**Mehlman CT**. – Visiting Professor
"Stephen J. Bertisch Memorial Lecture: Shoulder & Elbow Problems in the Pediatric Athlete"
6th Annual What's New in Pediatric Orthopaedics
Albany Medical College, Division of Orthopedic Surgery
Albany, New York
October 31, 2003

**Mehlman CT**.
"Common Foot Deformities in Children" and
"Management of Femoral Shaft Fractures in Children"
Illinois Osteo Society
Chicago, Illinois
December 7, 2002

**Mehlman CT**.
"Common shoulder injuries in children and adolescents" and
"Pediatric Foot and Ankle Injuries- the good, the bad, and
the ugly"
Ohio University College of Osteopathic Medicine/CORE
Emergency Medicine RPAC Educational Day
Columbus, Ohio
November 13, 2002

**Mehlman CT**.
"Spondylolysis & Spondylolisthesis: The Low Tech
Approach"
Orthopedic RPAC Educational Day
Ohio State U, Dept. of Orthopaedic Surgery
Columbus, Ohio
September 9, 2000

**Mehlman CT**. – Visiting Professor
Scoliosis: An Overview
Spondylolysis and Spondylolisthesis in Children
COGMET
Michigan State University College of Osteopathic Medicine
Deptarment. of Orthopaedic Surgery
East Lansing, Michigan
December 8, 1999
**Mehlman CT**.
"Femoral Shaft Fractures in Children: Options and
Outcomes"
Grand Rounds
University of Louisville
Louisville, Kentucky
February 17, 1998

**Mehlman CT**. - Visiting Professor
Clinical Effectiveness vs Clinical Defectiveness: What is
Orthopaedic Outcomes Research All About?
Wright State University
Department of Orthopaedics
Dayton, Ohio
April 30, 1997

**Mehlman CT**. - OU-COM, Visiting Professor
"Pediatric Elbow Fxs: The Good, Bad, & Ugly".
Orthopaedic Surgery Residency CORE meeting
Columbus, Ohio
January 10, 1997

**Mehlman CT**.- OU-COM, Visiting Professor
"Forearm Fractures in Children."
Orthopaedic Surgery Residency CORE Meeting
Columbus, Ohio
January 10, 1997

| | |
|---|---|
| NATIONAL COMMITTEES/ NATIONAL TASK FORCES | Pediatric Trauma Society Membership Committee 2015 |



American Academy of Orthopaedic Surgeons (AAOS)
Council of Musculoskeletal Specialty Societies
Board of Specialty Societies
June 2011 – Current



American Orthopaedic Association
CORD Web/Communications Committee
August 2011 – Current



American College of Surgeons
NSQIP Peds Committee
December 2010 – Current



American Academy of Orthopaedic Surgeons (AAOS)
 Guideline on Pediatric Diaphyseal Femur Fractures Task
Force (16 members) Chairperson – Mininder S. Kocher, MD,
MPH
Member - March 2008 – June 2009



Scoliosis Research Society
Global Outreach Committee, Chair – August 2008 - Current
Long Range Planning Committee, Member – August 2008 –
Current
Awards & Scholarship Committee, Member – August 2008 –
Current
Worldwide Course Committee, Member – August 2008 –
Current



Pediatric Orthopaedic Society of North America (POSNA)
Bylaws Committee, Member – August 2008 - Current



Ohio University College of Osteopathic Medicine Alumni
Board – November 2006 - Current



American Osteopathic Academy of Orthopedics Board of
Directors – August 2008 – October 2011



U.S. News and World Report Pediatric Orthopedic (focus
on surgery) Expert Panel



*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.* *Curriculum Vitae Continued*

| | | |
|---|---|---|
| AO/ASIF AND OTA TRAUMA CONTINUING MEDICAL EDUCATION | OTA Comprehensive Fracture Course For Residents 2.0 04/16/14 – 04/19/14 Pediatric Trauma Faculty Member Lombard, Illinois |  |
| | OTA Comprehensive Fracture Course For Residents 2.0 04/10/13 – 04/10/13 Pediatric Trauma Faculty Member Lombard, Illinois |  |
| | OTA Comprehensive Fracture Course For Residents 2.0 04/25/12 – 04/28/12 Pediatric Trauma Faculty Member Lombard, Illinois |  |
| | OTA Comprehensive Fracture Course For Residents 2.0 04/28/11 – 04/30/11, Pediatric Trauma Faculty Member Schaumberg, Illinois |  |
| | AO Principles of Fracture Management Course, Minneapolis, MN 8/19/04 – 8/22/04, Faculty Member |  |
| | AO Basic Operating Room Personnel Course, Cincinnati, OH 4/20/04 – 4/21/04 Co-Chair/Presenter |  |
| | AO North America Orthopaedic Faculty   1/10/2003 – Present AO Basic Operating Room Personnel Course, Dayton, OH 4/26/2002 Course #02C2010 Faculty Member |  |
| | AO Basic & Advanced Operating Room Personnel Course, Cincinnati, OH  11/20/1998 Course # 98C5062, Faculty Member |  |

AO Advanced Course, Sun Valley, ID 3/26/1995 #95C0902
North American AO Center, Orthopaedic Trauma Services
4/1994-6/1994
Tampa General Hospital, Tampa, FL



AO Basic Course, Toronto Basic & Advanced Course, ON
2/1/1992 #92CAN01



North American AO Center, Orthopaedic Trauma Services,
September, 1990 Tampa General Hospital, Tampa, FL



JOURNAL EDITORIAL
SERVICE

Associate Board Member
Journal of Orthopaedic Trauma
2003 – 2016

Pediatric Section Editor
Journal of Orthopaedic Trauma
2017 - present

International Editorial Board Member
Journal of Children's Orthopaedics 2007 – present





Associate Board Member
The Spine Journal: Official Journal of the North American
Spine Society
2002 - present

Member, Editorial Review Board
Orthopaedic Surgery for eMedicine
2001 – present



Editorial Board
Journal of Pediatric Orthopedics
2015-present



Consultant Reviewer
Journal of Pediatric Orthopedics
2001 – 2015

Member, Manuscript Review Board – Lippincott Raven,
The Journal of Trauma
1998 – present



Member, Manuscript Review Board
Journal of Joint and Bone Surgery



Vice-Chairman, Editorial Review Board
The Orthopod:  The Journal of the American Osteopathic
Academy of Orthopaedics
1998 – 2011



PEER
REVIEWED
PUBLICATIONS

149   Hariharan AR,Ho C,Bauer A,**_Mehlman CT_**,Sponsellar
      PD,O'Hara N,Elliot M,Abzurg JM Transphyseal Humeral
      Separations:What Can we Learn? A Retrospective,
      Multicenter Review of Surgically Treated Patients over a
      25-year period J Pesiatr Orthop 40(6):e424-e429, Jul
      2020

148   Bauer AS,Kalish LA, Adamczyk MJ, Bae DS, Cornwall R,
      James MA, Lightdale-Miric N, Peljovich AE, Waters PM,
      Foad M, Hentz VR, Little K, **_Mehlman CT_**, et al. Treatment
      and Outcomes of Brachail Plexus Injury (TOBI) Study
      Group, J Bone Joint Surg AM 102(3):194-204 05 Feb 2020

147  Dolan LA,Weinstein SL,Abel MF,Bosch PP,Doobs MB, Farber TO,Halsey MF,Hresko MT,Krengel WF,**Mehlman CT** et al. Bracing in Adolescent Idiopathic Scoliosis Trial (BrAIST): Development and Validation of a Prognostic Model in Untreated Adolescent Idiopathic Scoliosis Using the Simplified Skeletal Maturity System. Spine Deform 7(6):890-898 Nov 2019

146  Wacker EM, Denning, JR, **Mehlman CT**, Pediatric Proximal Radial Shaft Fractures Treated Nonoperatively Fail to Maintain Acceptable Reduction up to 70% of the Time. J Pediatr Orthop 2019 Oct;33(10):e378-e384

145  Hariharan AR, Ho C, Bauer A, **Mehlman CT**, Sponseller PD, O'Hara N, Elliott M, Abzug JM Transphyseal Humeral Separations: What Can We Learn? A Retrospective, Multicenter Review of Surgically Treated Patients Over a 25-Year Period. J Pediatr Orthop 12 Sep 2019 Epub ahead of print

144  Hughes M, Dua K, O'Hara NN, Brighton BK, Ganley TJ, Hennrikus WL, Herman MJ, Hyman JE, Lawrence JT, **Mehlman CT**, (. .) Abzug JM. Variation Among Pediatric Orthopaedic Surgeons When Treating Medial Epicondyle Fractures. J Pediatr Orthop 2019 Sep;39(8):e592-e596

143  **Mehlman CT**, Hennrikus WL, The Community Orthopedic Surgeon Taking Trauma Call: Pediatric Distal Radius and Ulna Fracture Pearls and Pitfalls. J Orthop Trauma, 2019 Aug;33 Suppl 8:S6-S11

142  Gibly RF, Garg S, **Mehlman CT**, The Community Orthopaedic Surgeon Taking Trauma Call: Radial Neck Fracture Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl 8:S17-S21

141  Vargas-Vila MA, **Mehlman CT**, Pennock AT. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Midshaft Clavicle Fracture Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl 8:S1-S5

140  Denning JR, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Foot Fracture Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl 8:S27-S32

139   Sankar WN, **Mehlman CT**, The Community Orthopaedic
      Surgeon Taking Trauma Call: Pediatric Femoral Neck
      Fracture Pearls and Pitfalls. J Orthop Trauma. 2019
      Aug;33 Suppl 8:S22-S26

138   Ho CA, **Mehlman CT**. The Community Orthopaedic Surgeon
      Taking Trauma Call: Lateral Humeral Condyle Fracture
      Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl
      8:S12-S16

137   **Mehlman CT**, Pearls and Pitfalls in Pediatric Orthopaedic
      Trauma: The Community Orthopaedic Surgeon Taking
      Trauma Call (PART 2). J Orthop Trauma. 2019 Aug;33
      Suppl

136   Matsumoto H, Hyman JE, Shah HH, Sanker WN, Laine JC,
      **Mehlman CT**, Schrader T, Kelly DM, Rosenfeld SB, Janicki
      JA, Thacker MM, Trupia E, McGuire MF, Kim HKW,
      Validation of Pediatric Self-Report Patient-Reported
      Outcomes Measurement Information System(PROMIS)
      Measures in Different Stages of Legg-Calve'-Perthes
      Disease J Pediatr Orthop. 2019 Jul 16

135   Dua K, Stein MK, O'Hara NN, Brighton B K, Hennrikus WL,
      Herman, Lawerence T, **Mehlman CT**, (..) Variation Among
      Pediatric Orthopaedic Surgeons When Diagnosing and
      Treating Pediatric and Adolescent Distal Radius Fractures.
      J Pediatr Orthop, 2019 Jul;39(6):306-313

134   Teixeira da Silva JA, Dobránszki J, Bhar RH, **Mehlman CT**.
      Editors Should Declare Conflicts of Interest.
      J Bioeth Inq. 2019 Jun;16(2):279-298

133   Abzug,JM **Mehlman CT** Ying,J Assesment of Current
      Epidemiology and Risk Factors Surrounding Brachial Plexus
      Birth Palsy J Hand Surg Am 2019 Jun 44(6):515.e10

132   Binkley A, **Mehlman CT** Freeh E Salter-Harris II Ankle
      Fractures in Children: Does Fracture Pattern Matter? J
      Orthop Trauma 2019 May 21. Epub ahead of print

131   **Mehlman CT**, Denning JR, McCarthy JJ, Fisher ML.
      Infantile Supracondylar Humeral Fractures (Patients Less
      Than Two Years of Age): Twice as Common in Females and a
      High Rate of Malunion with Lateral Column-Only Fixation, J
      Bone Joint Surg Am. 2019 Jan 2;101(1):25-34

130  Louden E, Marcotte M, **Mehlman CT**, Lippert W, Huang B, Paulson A; Risk Factors for Brachial Plexus Birth Injury Children March 2018 Mar 29;5(4). pii: E46

129  **Mehlman CT**. Pearls and Pitfalls in Pediatric Orthopaedic Trauma: The Community Orthopaedic Surgeon Taking Trauma Call. J Orthop Trauma 2017, 31 Suppl 6

128  Abzug JM, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Phalangeal Fracture Pearls and Pitfalls. J Orthop Trauma, 31 Suppl 6 2017, S1-S5

127  Herman MJ, Simon M, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Forearm Shaft Fracture Pearls and Pitfalls. J Orthop Trauma, 31 Suppl 6 2017 S6-S10

126  Frick SL, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Supracondylar Humeral Fracture Pearls and Pitfalls. J Orthop Trauma 2017, 31 Suppl 6, S11-S15

125  Gordon JE, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Femoral Shaft Fracture Pearls and Pitfalls. J Orthop Trauma 2017, 31 Suppl 6, S16-S21

124  Lovejoy SA, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Tibia Fracture Pearls and Pitfalls. J Orthop Trauma, 31 Suppl 6 2017, S22-S26

123  Parikh SN, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Ankle Fracture Pearls and Pitfalls. J Orthop Trauma 2017, 31 Suppl 6 S27-S31

122  **Mehlman CT**, Okike K, Bhandari M, Kocher MS. Potential Financial Conflict of Interest Among Physician Editorial Board Members of Orthopaedic Surgery Journals J Bone Joint Surg Am March 2017, 99(5) e19

121   Tan E, **Mehlman CT**, Baker M. Benign Osteolytic Lesions in Children with Previously Normal Radiographs. J Pediatr Orthop 2016; 37(4), E282-E285

120   Murphy HA, Jain VV, Parikh SN, Wall EJ, Cornwall R, **Mehlman CT**. Extensor Tendon Injury Associated ith Dorsal Entry Flexible Nailing of Radial Shaft Fractures in Children: A report of 5 New Cases and Review of the Literature. J Pediatr Orthop 2016 ePub ahead of print

119   Agabegi SS, Kazemi N, Sturm PF, **Mehlman CT**. Natural History of Adolescent Idiopathic Scoliosis in Skeletally Mature Patients: A Critical Review.  J Am Acad Orthop Surg. 2015 Oct 28; 23(12), 714-723

118   **Mehlman CT**, Ain MC.  Evaluation of the Child with Short Stature.  Orthop Clin North Am. 2015 Oct;46(4):523-31.

117   Eismann EA, Stephan ZA, **Mehlman CT**, Denning J, Mehlman T, Parikh SN, Tamai J, Zbojniewicz A. Pediatric Triplane Ankle Fractures: Impact of Radiographs and Computed Tomography on Fracture Classification and Treatment Planning. J Bone Joint Surg Am. 2015 Jun 17;97(12):995-1002.

116   Louden E, Allgier A, Overton M, Welge J, **Mehlman CT**. The impact of pediatric brachial plexus injury on families. J Hand Surg Am. 2015 Jun;40(6):1190-5

115   Trout AT, Sharp SE, Anton CG, Gelfand MJ, **Mehlman CT**. Spondylolysis and Beyond: Value of SPECT/CT in Evaluation of Low Back Pain in Children and Young Adults. Radiographics. 2015 May-Jun;35(3):819-34

114   Hyman JE, Trupia EP, Wright ML, Matsumoto H, Jo CH, Mulpuri K, Joseph B, Kim HK, Casey VF, Castaneda P, Choi PD, De Barros FF, Gilbert SR, Gourineni PV, Hennessey TA, Herring JA, Janicki JA, Kelly DM, Kessler JI, Larson AN, & 19 others, **Mehlman CT** & 9 others International Perthes Study Group Members .  Interobserver and intraobserver reliability of the modified Waldenström classification system for staging of Legg-Calvé-Perthes disease. J Bone Joint Surg Am. 2015 Apr 15;97(8):643-650

113  Michaud LJ, Louden EJ, Lippert WC, Allgier AJ, Foad SL,
     **<u>Mehlman CT</u>**. Use of botulinum toxin type A in the
     Management of neonatal brachial plexus palsy.
     PM&R 6(12):1107-1119 01 Dec 2014.

112  Masnovi ME, **<u>Mehlman CT</u>**, Eismann EA, Matey DA.
          *Pediatric refracture rates following angulated and*
          *displaced clavicle shaft fractures. J Orthop*
          *Trauma. 2014 Apr 15 Epub ahead of print*

111  Ghattas PJ, **<u>Mehlman CT</u>**, Eichten D. Treatment of
     postoperative infection after posterior spinal fusion and
     instrumentation in a patient with neuromuscular scoliosis.
     Am J Orthop. 2014 Feb;43(2):89-92.

110  Parikh SN, Lykissas MG, **<u>Mehlman CT</u>**, Sands S, Herrrera-
     Soto J, Panchal A, Crawford AH. Convergent and divergent
     dislocation of the pediatric elbow: two case reports and
     comprehensive review of literature. J Pediatr Orthop B.
     2014 March;23(2):158-167.

109  Louden EJ, Broering CA, **<u>Mehlman CT</u>**, Lippert WC, Pratt J,
     King EC. Meta-analysis of function after secondary
     shoulder surgery in neonatal brachial plexus palsy. J
     Pediatr Orthop. 2013 Sep;33(6):656-63.

108  Post JM, Switzer KD, Brown DK, Meinzen-Derr J, Dively J,
     Dunkin BS, **<u>Mehlman CT</u>**. Cast saw noise does not reach
     occupational hazard levels. J Pediatr Orthop. 2013
     Jun;33(5):580-4.

107  Klein G, Hussain N, Sprague S, **<u>Mehlman CT</u>**, Dogbey G,
     Bhandari M. Characteristics of highly successful
     orthopedic surgeons: a survey of orthopedic chairs and
     editors. Can J Surg. 2013;56(3):192-8.

106  Daugherty MC, **<u>Mehlman CT</u>**, Moody S, Lemaster T, Falcone
     RA, Jr. Significant rate of misuse of the hare traction
     splint for children with femoral shaft fractures. Journal of
     emergency nursing: JEN : official publication of the
     Emergency Department Nurses Association 2013;39:97-
     103.

105  Cates, R, **Mehlman CT**.
     *Growth Arrest of the Capitellar Physis After Displaced*
     *Lateral Condyle Fractures in Children*
     *Journal of Pediatric Orthopaedics:*
     *December 2012 - Volume 32 - Issue 8 - p e57–e62*

104  Parikh SN, Jain VV, Denning JR, Tamai JT, **Mehlman CT**,
     McCarthy JJ, Wall EJ, Crawford AH; Complications of
     Elastic Stable Intramedullary Nailing in Pediatric Fracture
     Management AAOS Exhibit Selection. The Journal of Bone
     & Joint Surgery. 2012 Dec;94(24):e184 1-14.

103  **Mehlman CT**, Shepherd MA, Norris CS, McCourt JB.
     Diagnosis and treatment of osteopenic fractures in
     children.  Curr Osteoporos Rep. 2012 Dec;10(4):317-21

102  Okike K, Liu B, Lin YB, Torpey JL, Kocher MS, **Mehlman CT**,
     et al. The orthopedic gender gap: trends in authorship and
     editorial board representation over the past 4 decades. Am
     J Orthop (Belle Mead NJ). 2012;41(7):304-10.

101  Okike K, Kocher MS, Nwachukwu BU, **Mehlman CT**,
     Heckman JD, Bhandari M. The fate of manuscripts
     rejected by the Journal of Bone and Joint Surgery
     (American Volume). J Bone Joint Surg Am.
     2012;94(17):e1301-9.

100  Nguyen NA, Klein G, Dogbey G, McCourt JB, **Mehlman CT**.
     Operative versus nonoperative treatments for legg-calve-
     perthes disease: a meta-analysis. J Pediatr Orthop.
     2012;32(7):697-705.

 99  **Mehlman CT**, Shepherd MA, Norris CS, McCourt JB.
     Diagnosis and Treatment of Osteopenic Fractures in
     Children. Current osteoporosis reports. 2012.

 98  **Mehlman CT**, Howard AW. Medial epicondyle fractures in
     children: clinical decision making in the face of uncertainty.
     J Pediatr Orthop. 2012;32 Suppl 2:S135-42.

 97  Pierce TR, **Mehlman CT**, Tamai J, Skaggs DL. Access to
     care for the adolescent anterior cruciate ligament patient
     with Medicaid versus private insurance. J Pediatr Orthop.
     2012;32(3):245-8.

96  Lippert WC, Miller MA, Lippert AM, **Mehlman CT**. Documentation of postoperative pain in the neonatal brachial plexus palsy population. Journal of clinical nursing. 2012;21(9-10):1263-73.

95  Lippert WC, **Mehlman CT**, Cornwall R, Foad MB, Laor T, Anton CG, et al. The intrarater and interrater reliability of glenoid version and glenohumeral subluxation measurements in neonatal brachial plexus palsy. J Pediatr Orthop. 2012;32(4):378-84.

94  Howard A, Mulpuri K, Abel MF, Braun S, Bueche M, Epps H, **Mehlman CT**, et al. The treatment of pediatric supracondylar humerus fractures. J Am Acad Orthop Surg. 2012;20(5):320-7.

93  Kunkel S, Cornwall R, Little K, Jain V, **Mehlman C**, Tamai J. Limitations of the radiocapitellar line for assessment of pediatric elbow radiographs. J Pediatr Orthop. 2011;31(6):628-32.

92  Talbert RJ, Michaud LJ, **Mehlman CT**, Kinnett DG, Laor T, Foad SL, et al. EMG and MRI are independently related to shoulder external rotation function in neonatal brachial plexus palsy. J Pediatr Orthop. 2011;31(2):194-204.

91  Roach JW, **Mehlman CT**, Sanders JO. "Does the outcome of adolescent idiopathic scoliosis surgery justify the rising cost of the procedures?". J Pediatr Orthop. 2011;31(1 Suppl):S77-80.

90  Passanise AM, **Mehlman CT**, Wall EJ, Dieterle JP. Radiographic evidence of regression of a solitary osteochondroma: a report of 4 cases and a literature review. J Pediatr Orthop. 2011;31(3):312-6.

89  Parikh SN, Wells L, **Mehlman CT**, Scherl SA. Management of fractures in adolescents. Instructional course lectures. 2011;60:397-411.

88  McCarthy JJ, Armstrong DG, Davey JP, Epps HR, Gerardi JA, Kanel JS, **Mehlman CT**, Roach JW, Schwend RM, Smith BG, Ward WT. The current medical practice of the pediatric orthopaedic surgeon in North America. J Pediatr Orthop. 2011;31(3):223-6.

87   Okike K, Kocher MS, Torpey JL, Nwachukwu BU, **Mehlman CT**, Bhandari M. Level of evidence and conflict of interest disclosure associated with higher citation rates in orthopedics. J Clin Epidemiol. 2011;64(3):331-8.

86   **Mehlman CT**, DeVoe WB, Lippert WC, Michaud LJ, Allgier AJ, Foad SL. Arthroscopically assisted Sever-L'Episcopo procedure improves clinical and radiographic outcomes in neonatal brachial plexus palsy patients. J Pediatr Orthop. 2011;31(3):341-51.

85   Talbert RJ, Michaud LJ, **Mehlman CT**, Kinnett DG, Laor T, Foad SL, Schnell B, Salisbury S.  EMG and MRI are Independently Related to Shoulder External Rotation Function in Neonatal Brachial Plexus Palsy. J Pediatr Orthop 2011 March 31 (2) 194-204.

84   Roach JW, **Mehlman CT**, Sanders JO. Does the Outcome of Adolescent Idiopathic Scoliosis Surgery Justify the Rising Cost of the Procedures? J Pediatr Orthop 2011 Jan/Feb 31 (1) S77-S80.

83   Bowman EN, **Mehlman CT**, Lindsell CJ, Tamai J. Nonoperative treatment of both-bone forearm shaft fractures in children: predictors of early radiographic failure. J Pediatr Orthop. 2011;31(1):23-32. PMID: PMC3073825.

82   Gammon SR., **Mehlman CT**, Winston C, Heifetz J, Durrett G, Wall EJ. A Comparison of Thoracolumbosacral Orthoses and SpineCor Treatment of Adolescent Idiopathic Scoliosis Patients Using the Scoliosis Research Society Standardized Criteria. J Pediatr Orthop. 2010 Sept 30 (6): 531-538.

81   Bigelow TL, **Mehlman CT**. Plica Syndrome. eMedicine from WebMD.  Updated September 21, 2010.  Available at: (www.eMedine.com) article/1252011 overview.

80   White L, **Mehlman CT**, Crawford AH. Perfused, Pulseless, and Puzzling:  A Systematic Review of Vascular Injuries in Pediatric Supracondylar Humerus Fractures and Results of POSNA Questionnaire.  J Pediatr Orthop. 2010 June 30 (4): 328-335.

79  Babal JC, **<u>Mehlman CT</u>**, Klein G. Nerve Injuries Associated with Pediatric Supracondylar Humeral Fractures:  A Meta-Analysis. J Pediatr Orthop 2010 Apr/May 30(3):253263.

78  McGraw MA, **<u>Mehlman CT</u>**, Lindsell CJ, Kirby CL. Postnatal Growth of the Clavicle: Birth to Eighteen Years of Age.  J Pediatr Orthop. 2009 Dec 29 (8):937-43.

77  Librodo G, **<u>Mehlman CT</u>**. Osteoid Osteoma. eMedicine from WebMD.  Updated April 23, 2010. (www.eMedicine.com)

76  **<u>Mehlman CT</u>**. Unicameral Bone Cyst. eMedicine from WebMD, Vol. 3, No. 2, February 19, 2002, updated April 27, 2010. (www.eMedicine.com)

75  Kocher MS, Sink EL, Blasier RD, Luhmann SJ, **<u>Mehlman CT</u>**, Scher DM, Matheney T, Sanders JO.  AAOS Guideline on the Treatment of Pediatric Diaphyseal Femur Fractures.  J Bone Joint Surg Am. 2010; 92:1790-2.

74  Kocher MS, Sink EL, Blasier RD, Luhmann SJ, **<u>Mehlman CT</u>** et al. Treatment of pediatric diaphyseal femur fractures. J Am Acad Orthop Surg. 2009 Nov; 17(11):718-25.

73  Okike K, Kocher MS, Wei EX, **<u>Mehlman CT</u>**, Bhandari M. Accuracy of conflict-of-interest disclosures reported by physicians.  N Engl J Med. 2009 Oct 8;361(15):1466-74

72  **<u>Mehlman CT</u>**. Neonatal Brachial Plexus Palsy: Modern Concepts Regarding Evaluation and Treatment in Infants and Children. The Orthopod. Spring 2009:24-26.

71  McCarty MD, **<u>Mehlman CT</u>**, Tamai J, Do TT, Crawford AH, Klein G. Spondylolisthesis: Intraobserver and Interobserver Reliability with Regard to the Measurement of Slip Percentage.  J Pediatr Orthop 2009 Oct; 29(7):755-759.

70  Basener CJ, **<u>Mehlman CT</u>**, DiPasquale TG. Growth disturbance after distal femoral growth plate fractures in children: a meta-analysis.  J Orthop Trauma. 2009 Oct; 23(9):663-7.

69  Klein G, **Mehlman CT**, McCarty M. Nonoperative treatment of spondylolysis and grade I spondylolisthesis in children and young adults: a meta-analysis of observational studies. J Pediatr Orthop. 2009 Mar; 29(2):146-56.

68  Okike K, Kocher MS, **Mehlman CT**, Heckman JD, Bhandari M. Nonscientific factors associated with acceptance for publication in The Journal of Bone and Joint Surgery (American Volume). J Bone Joint Surg Am. 2008 Nov; 90(11):2432-7.

67  **Mehlman CT**. Management on Low Back Pain in Pediatric Athletes: Look Out For Spondylolysis. J Am Osteo Acad Orthop 2008; 45:27-30.

66  Schmitt C, **Mehlman CT**, Meiss L. Hyphenated History: Erb-Duchenne Brachial Plexus Palsy. Am J Orthop. 2008;37(7): 356-358.

65  Shea KG, Scanlan KJ, Nilsson KJ, Wilson B, **Mehlman CT**. Interstate Variability of the Statute of Limitations for Medical Liability. J Pediatr Orthop 2008; 28:370-374.

64  Wall EJ, Jain V, Vora V, **Mehlman CT**, Crawford AH. Complications of titanium and stainless steel elastic nail fixation of pediatric femoral fractures. J Bone Joint Surg Am. 2008 June;90(6):1305-13.

63  Foad SL, **Mehlman CT**, Ying J. The Epidemiology of neonatal brachial plexus palsy in the United States. J Bone Joint Surg Am.  June;90(6):1258-64.

62  **Mehlman CT**, Koepplinger ME. Hyphenated history: the Sever-L'Episcopo procedure. J Pediatr Orhop. 2007 Jul-Aug;27(5):533-6.

61  **Mehlman CT**, Bishai SK.  Tibial nails for femoral shaft fractures in large adolescents with open femoral physes. J Trauma. 2007 Aug;63(2):424-8.

60  Okike K, Kocher MS, **Mehlman CT**, Bhandari M. Industry-sponsored research. Injury. 2008 Jun;39(6):666-80.

59  Okike K, Kocher MS, **Mehlman CT**, Heckman JD, Bhandari M.  Publication bias in orthopaedic research: an analysis of scientific factors associated with publication in the Journal of Bone and Joint Surgery (American Volume). JBJS Am 2008; 90:595-601.

58  Okike K, Kocher MS, **Mehlman CT**, Bhandari M. Conflict of interest in orthopaedic research. An association between findings and funding in scientific presentations.  J Bone Joint Surg Am. Mar; 89(3):608-12, 2007.

57  Srivastava AK, **Mehlman CT**, Wall EJ, Do TT. Elastic stable intramedullary nailing of tibial shaft fractures in children. J Pediatr Orthop. 2008 Mar;28(2):152-8.

56  **Mehlman CT**, Nemeth NM, Glos DL. Antegrade versus retrograde titanium elastic nail fixation of pediatric distal-third femoral-shaft fractures: a mechanical study.  J Orthop Trauma, Oct;20(9):608-12.

55  **Mehlman CT**, Shah SA, Dobbs MB, Chan DP. 2005 Scoliosis Research Society Asian Traveling Fellowship: report to the Education Committee. Spine. 2006 Sep 15;31(20):2288.

54  **Mehlman CT**, Wenger DR. The top 25 at 25: citation classics in the Journal of Pediatric Orthopaedics. J Pediatr Orthop. 2006 Sep-Oct;26(5):691-4.

53  Shinde A, **Mehlman CT**, Collins MH. Aneurysmal bone cysts express vascular markers. Pediatr Dev Pathol. 2006 Jan-Feb;9(1):38-43. Epub 2006 Apr 4.

52  Moon ES, **Mehlman CT**. Risk factors for avascular necrosis after femoral neck fractures in children:  25 Cincinnati cases and meta-analysis of 360 cases. J Orthop Trauma. 2006 May;20(5):323-9.

51  VanderBeek BL, **Mehlman CT**, Foad SL, Wall EJ, Crawford AH. The use of conscious sedation for pain control during forearm fracture reduction in children: does race matter? J Pediatr Orthop. 2006 Jan-Feb;26(1):53-7.

50  West DL, **Mehlman CT**. Medial Epicondylar Apophysitis: A Component of Little Leaguers Elbow.  J Am Osteo Acad Orthop 2005; 42:40-43.

49  Balasa VV, Gruppo RA, Glueck CJ, Wang P, Roy DR, Wall EJ, **Mehlman CT**, Crawford AH. Legg-Calve-Perthes disease and thrombophilia. J Bone Joint Surg Am. 2004 Dec; 86-A (12):2642-7.

48  **Mehlman CT**, Al-Sayyad MJ, Crawford AH. Effectiveness of spinal Release and Halo-Femoral Traction in the Management of Severe Spinal Deformity. J Pediatr Orthop. 2004 Nov-Dec;24(6):667 – 673.

47  Paksima N, Panchal A, Posner MA, Green SM, **Mehlman CT**,Hiebert R.  A Meta-Analysis of the Literature on Distal Radius Fractures: Review of 615 Articles. Hosp for Joint Diseases 62(1&2): 40-46, 2004.

46  Lucas JC, **Mehlman CT**, Laor T. The Location of the Biceps Tendon in Completely Displaced Proximal Humerus Fractures in Children: A Report of Four Cases with Magnetic Resonance Imaging and Cadaveric Correlation. J Pediatr Orthop 2004; 24(3): 249-253.

45  Deitch J, **Mehlman CT**, Foad SL, Obbehat A, Mallory M. Traumatic Anterior Shoulder Dislocation in Adolescents. Am Journl Sports Med. 2003 Sep-Oct; 31(5): 758-763.

44  **Mehlman CT**, Lee TM. Hyphenated History: Park-Harris Growth Arrest Lines. Am J Orthop. 32(8):408-411, 2003.

43  Dunham RC, **Mehlman CT**, Foad SL. Anterior Knee Pain in Children & Adolescents: Evaluation and Treatment of Plica Syndrome. J Am Osteo Acad Orthop 40:29-35, 2003.

42  **Mehlman CT**, Farmer JA. Teaching Orthopaedics on the Run:  Tell Me the Story Backward.  Clin Orthop. (413):303-308, 2003.

41  Parikh SN, **Mehlman CT**, Keith RW. A Third-Degree Burn Caused By a Neurogenic Motor-Evoked Potential Monitoring Electrode During Spinal Surgery: A Case Report. Spine 2003; 28(1):E21-24.

40  Do TT, Strub WM, Foad SL, **Mehlman CT**, Crawford AH. Reduction versus remodeling in pediatric distal forearm fractures: a preliminary cost analysis. J Pediatr Orthop 2003; 12(2):109-115.

39  Sop AL, **Mehlman CT**, Meiss L. Hyphenated History: The
    Böhler-Braun Frame. J Orthop Trauma 2003; 17(3):217-
    221.

38  **Mehlman CT**, Tressler MA. Hyphenated History: The
    Shands-MacEwen Osteotomy. J Am Acad Orthop 2003;
    40:38-41.

37  Melton NM, **Mehlman CT**. Hyphenated History: A Case
    Report of CVT with Spontaneous Resolution. J Am Acad
    Orthop 2003; 40:46-48.

36  Nematbakhsh A, **Mehlman CT**, Crawford AH, Berlin RE.
    Spinal Deformity in Association with Carbohydrate-
    Deficient Syndrome (Jaeken's Syndrome): A Report of
    Three Cases.  Spine 2003; 28(7):E132-135.

35  Nowinski RJ, **Mehlman CT**. Posterior Glenohumeral
    Instability, eMedicine  Orthopaedics December 30, 2002
    (www.eMedicine.com)

34  Herra-Sota J, **Mehlman CT**. Spinal Muscle Atrophy,
    eMedicine Orthopaedics December 30, 2002
    (www.eMedicine.com)

33  **Mehlman CT**, Shepherd MA. Pediatric foot deformities:
    advances in evaluation and management.  Curr Opin Orthop
    2002; 13(6): 401-407.

32  Buechsenschuetz KE, **Mehlman CT**, Shaw KJ, Crawford,
    AH, Immerman EB. Femoral Shaft Fractures in Children:
    Traction and Casting versus Elastic Stable Intramedullary
    Nailing. J TRAUMA 2002; 53(5): 914-921.

31  Brown RL, Koepplinger ME, **Mehlman CT**, Gittelman M,
    Garcia VF,:  All-Terrain Vehicle and Bicycle Crashes in
    Children: Epidemiology and Comparison of Injury Severity.
    J Pediatr Surg. 2002 37(3):375-80.

30  Wall EJ, Kolata R, Roy DR, **Mehlman CT**, Crawford AH.
    Endoscopic Pelvic Osteotomy for the Treatment of Hip
    Dysplasia.  J Am Acad Orthop Surg 2001; 9(3): 150-156.

29  Humbert ET, **Mehlman CT**, Crawford AH. Two Cases of
    Osteochondroma Recurrence After Surgical Resection. Am
    J Orthop 30(1):62-64, 2001.

28  **Mehlman CT**, Cripe T. Osteosarcoma. eMedicine from WebMD, Vol. 3, No.2, February 26, 2002, updated April 23, 2010 (www.eMedicine.com)

27  **Mehlman CT**, Strub WM, Roy DR, Wall EJ, Crawford AH: The Effect of Surgical Timing on the Perioperative Complications of Treatment of Supracondylar Humeral Fractures in Children.  JBJS 2001; 83-A (3):323-327.

26  Laor T, Roy DR, **Mehlman CT**. Limited Magnetic Resonance Imaging Examination After Surgical Reduction of Developmental Dysplasia of the Hip. J Pediatr Orthop 20:572-74, 2000.

25  **Mehlman CT**, Schwegmann JP. Hyphenated-History: Knight-Taylor Spinal Orthosis. Am J Orthop 29(6):479-483, 2000.

24  **Mehlman CT**, Hubbard GW, Crawford AH, et al. Traumatic Hip Dislocation in Children: Long-Term Follow-up of 42 Patients. Clin Orthop Rel Res 376:68-79, 2000.

23  **Mehlman CT**, Scott KA, Koch B. L., Garcia C. F. Orthopaedic Injuries In Children Secondary to Airbag Deployment. J Bone Joint Surg 82-A (6):895-898, 2000.

22  **Mehlman CT**, Meiss L, DiPasquale TG. Hyphenated-History: the Kocher-Langenbeck surgical approach. J Orthop Trauma 2000 Jan;14 (1):60-64

21  Crawford AH, **Mehlman CT**, Slovek RW. The Fate of Untreated Developmental Dislocation of the Hip: Long-Term Follow-Up on Eleven Patients. J of Pediatr Orthop 1999; 19(5):641-644.

20  **Mehlman CT**, Crawford AH, McMath J. Pediatric Vertebral and Spinal Cord Tumors. Orthopedics 1999; 21(1):49-55.

19  Nowinski R, **Mehlman CT**. Hyphenated-History: Osgood-Schlatter Disease. Am Journal of Orthopedics 1998; 584-585.

18  **Mehlman CT**, Rubinstein JH, Roy DR. Instability of the Patellofemoral joint in Rubinstein-Taybi Syndrome. J Pediatr Orthop 1998; 18:508-511.

17  **Mehlman <u>CT</u>**. Difficult Fractures About the Wrist in
     Children. J Am Osteo Acad Orthop 1998; 35:52.

16  **Mehlman <u>CT</u>**, Crawford AH. Hyphenated-History: The
     Phelps-Baker Test. Am J Orthop 1997; 12:871-873.

15  **Mehlman <u>CT</u>**, Araghi A, Roy DR. Hyphenated-History: The
     Hueter-Volkmann Law. Am J Orthop 1997; 26:798-800.

14  **Mehlman <u>CT</u>**, Crawford AH. Hyphenated-History: The
     Boyd-Syme Amputation. J Am Osteo Acad Orthop 1997;
     34: 36-39.

13  **Mehlman <u>CT</u>**, DiPasquale TG. Radiation Exposure To The
     Orthopaedic Surgical Team: How Far Away Is Far Enough?
     J Orthop Trauma 1997; 11:392-398.

12  **Mehlman <u>CT</u>**, Crawford AH, McMillion TL, Roy DR.
     Operative treatment of Supracondylar Fractures of the
     Humerus in Children: The Cincinnati Experience. Acta
     Orthop Belg 1996; 62:41-50.

11  **Mehlman <u>CT</u>**, Crawford AH, Wolf RK. Video-Assisted
     Thoracoscopic Surgery: Endoscopic Thoracoplasty
     Technique. Spine 1997; 22:2178-2182.

10  **Mehlman <u>CT</u>**, Young EC. Avulsion of the Femoral
     Attachment of the Anterior Cruciate Ligament. J Am
     Osteo Acad Orthop 1997; 34:32-35.

 9  **Mehlman <u>CT</u>**, Bamberger HB, Donahue WH. Distal Radius
     and Ulna Metaphyseal-diaphyseal Disruption: The D.R.U.M.
     Lesion. J Am Osteo Acad Orthop 1996; 33:39-42.

 8  **Mehlman <u>CT</u>**, Roy DR. You Make The Diagnosis:
     Neuroblastoma. J Am Osteo Acad Orthop 1996; 33:7, 74.

 7  **Mehlman <u>CT</u>**. Injuries to the Lateral Clavicle and A-C
     Joint: A Pediatric Perspective. J Am Osteo Acad Orthop.
     The Orthopod.  Apr 1996: 33:82-83.

 6  Pina EM, **Mehlman <u>CT</u>**. Rhabdomyolysis: A Primer for the
     Orthopedist. Ortho Rev [Am J Orthop] 1994:23:28-32.

5  DiCicco JD, **Mehlman CT**, Urse JS. Fracture of the Shaft
   of the Humerus Secondary to Muscular Violence. J Orthop
   Trauma 1993; 7:90-3.

4  **Mehlman CT**, Dickens DRV, Menelaus MB. Bilateral
   Hypoplastic Calcanei. J Pediatr Orthop 1991; 11:38-45.

3  **Mehlman CT**, Menelaus MB. Juxtaepiphyseal Pathological
   Fracture of the Proximal Femur Secondary to Metaphyseal
   Chondrodysplasia.  J Pediatr Child Health 1990; 26:148-9.

2  **Mehlman CT**. Ankle Fracture: Common Mechanisms,
   Classifications, Complications. Athletic Training 1988;
   23:110-3.

1  **Mehlman CT**, Zachary SV, Barre PS. Total Wrist
   Arthroplasty in the Rheumatoid Patient: A Clinical Review.
   Contemp Orthop 1988; 17:39-44.



BOOKS            **Mehlman CT**, That's Gotta Hurt: VOLUME 1
                 Tips & pointers from a Pediatric Orthopaedic Surgeon (and
                 a Dad) on your child's sports injuries.  Kindle Edition 2016



BOOK CHAPTERS    16  **Mehlman C T** Chapter 25 New Horizons in ACL Surgery.
                     In: The Pediatric Anterior Cruciate Ligament. Parikh S.
                     (eds) Springer, Cham Surgery 285-291. 01 Jan 2017



                 15  **Mehlman CT**, Chapter 27 Neonatal Brachial Plexus Palsy.
                     In: The Pediatric Upper Extremity. Abzug J, Kozin S,
                     Zlotolow D. Springer 589-605. 01 Jan 2015



14  **<u>Mehlman CT</u>**, Wall EJ. Diaphyseal Radius and Ulna Fractures. In: 8th edition of Rockwood and Wilkins' Fractures in Children. Flynn JM, Skaggs DL and Waters PM. Lippincott Williams & Wilkins. 2015, Chapter 12 pp 413-472



13  **<u>Mehlman CT</u>**, Spierre LZ, Thorogood, C. Rehabilitation of the Child with Multiple Injuries. Chapter 20 In: 5th edition Green's Skeletal Trauma in Children 2014. Mencio & Swiontowski. Elsevier 2014



12  **<u>Mehlman CT</u>**, Common Orthopaedic Foot Issues in the Pediatric Athlete. Chapter 12, Sports Injuries of the Foot. Philbin. Springer 2014



11  **<u>Mehlman CT</u>**, Crawford AH, Parikh, SN. Fractures and Dislocations of the Foot and Ankle. Chapter 17 In: 5th edition Green's Skeletal Trauma in Children. Mencio & Swiontowski. Elsevier 2014



10  **<u>Mehlman CT</u>**, Wall EJ. Injuries to the Shafts of the Radius and Ulna. In: 7th edition of Rockwood and Wilkins' Fractures in Children. JH Beaty and JR Kasser. Lippincott Williams & Wilkins. 2009, Chapter 10 pp 347-402



9  **<u>Mehlman CT</u>**, Wall EJ. Injuries to the Shafts of the Radius and Ulna. In: 6th edition of Rockwood and Wilkins' Fractures in Children. JH Beaty and JR Kasser. Lippincott Williams & Wilkins. 2008

8  **<u>Mehlman CT</u>**, Crawford AH. Pediatric Critical Care Medicine: Basic Science and Clinical Evidence: Orthopedic Trauma. Wheeler, Derek S.; Wong, Hector R; Shanley, Thomas P. (Eds.). Springer-Verlag London Limited Publishing; Section XII, Chapter 132, pp 1589-1597, 2007



*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.* *Curriculum Vitae Continued*

7 **<u>Mehlman CT</u>**.  Pediatric Forearm Fractures. Operative Techniques in Orthopaedic Surgery textbook.  WB Saunders/Elsevier, 2010



6 **<u>Mehlman CT</u>**. Fractures and Dislocations of the Foot and Ankle. Green & Swiontkowski. Skeletal Trauma in Children, 4th edition 2009. WB Saunders/Elsevier

5 **<u>Mehlman CT</u>**, Michaud L, Pruitt DW, Spierre LZ. Rehabilitation of the Child with Multiple Injuries. Green & Swiontkowski. Skeletal Trauma in Children 4th edition, 2009. WB Sunders/Elsevier

4 **<u>Mehlman CT</u>**. Clinical Epidemiology. In: Orthopaedic Knowledge Update-7 American Academy of Orthopaedic Surgeons, AAOS Rosemont, Illinois. 9:79-83, 2002



3 Crawford AH, Roy DR, Wall EJ, **<u>Mehlman CT</u>**. Rudolph's Pediatrics, Twenty-First Edition. C Rudolph and A Rudolph. McGraw-Hill. New York. 2002/2003

2 Regan JJ, Araghi AA, **<u>Mehlman CT</u>**, Crawford AH. Endoscopic Approaches to the Anterior Thoracic Spine. In: Zdeblick TA ed. Anterior Approaches to the Spine. St. Louis: Quality Medical Publishing 1999:125-155



1 Guy Klein, **<u>Charles T. Mehlman</u>**, Michael Stretanski. Conflict of Interest Reporting.  In: Advanced Concepts in Surgical Research. Mohit Bhandari and Bernd Robioneck. Thiemes 2012, Chapter 26 pp 168-172.

PUBLISHED EDITORIALS/ LETTERS TO EDITOR

**<u>Mehlman CT</u>**, Invited Commentary Related to "Gartland Type-3 Supracondylar Humeral Fractures in Children. Which Open Reduction Approach Should Be Used After Failed Closed Reduction?" Kzlay YO, Aktekin CN, Özsoy MH, Aksahin E, Sakaoğullar A, Pepe M, Kocadal O; J Orthop Trauma Jan 2017, 31(1): e23-24

**Mehlman CT**, Letter to the Editor. J Pediatr Orthop. Jul/Aug 2016; v.36. In response to "Predicting the Presence of Adjacent Infections in Septic Arthritis in Children" by Rosenfeld S. et al,

**Mehlman CT**. Invited Commentary related to: Intramedullary Implant Choice and Costin the Treatment of Pediatric Diaphyseal Forearm Fractures. Heare A, Goral D, Belton M, Beebe C, Trizno A, Stoneback J; J Orthop Trauma Oct 2017, 31(10), e339

**Mehlman CT**, Letter to the Editor.  J of Ped Orthop 2010; 30 (8): 942-943. In reference to Proximal Humeral Fractures in Children and Adolescents" by Bahrs C, et al.

**Mehlman CT**, Parikh SN, Wells L, Scherl SA.  Letter to the Editor. J Bone Joint Surg Am 2010; 92: 2947-2958. In response to Khan IM, on article entitled "Management of Fractures in Adolescents" by Parikh, et al.

**Mehlman CT**, Wall EJ, Jain V, Vagmin V, Crawford AH. Letter to the Editor, J Bone Joint Surg Am 2008; 90: 1305-1313.  In response to Thakkar N, Gulati, et al on article entitled " Complications of Titanium and Stainless Steel Elastic Nail Fixation of Pediatric Femoral Fractures" by Wall, et al.

**Mehlman CT**, Foad SL, Ying J. Letter to the Editor, J Bone Joint Surg Am 2008; 90: 1258-1264. In response to Alfonso, et al on article entitled "The Epidemiology of Neonatal Brachial Plexus Palsy in the United States" by Foad, et al.

**Mehlman CT**. Letter to the Editor. J Trauma 2006: 60:217-223. In reference to "Closed, Locked Intramedullary Nailing of Pediatric Femoral Shaft Fractures Through the Tip of the Greater Trochanter" by Kanellopoulos AD, et al.

**Mehlman CT**. Invited Commentary. J Orthop Trauma 2004 Aug;18(7): 423-424., In reference to article entitled "Intramedullary Nailing of Femoral Fractures in Children Through the Lateral aspect of the Greater Trochanter Using a Modified Rigid Humeral Intramedullary Nail" by Gordon JE, et al.

**Mehlman CT**. Letter to the Editor. JBJS Am 2004; 86: 770-777, in reference to article entitled "Comparison of Titanium Elastic Nails with Traction and a Spica Cast to Treat Femoral Fractures in Children" by Flynn JM, et al.

**Mehlman CT**, Wall EF, Crawford AH. Letter to the Editor. JBJS Am 2004; 86: 702-707., in reference to article entitled "Lateral – Entry Pin Fixation in the Management of Supracondylar Fractures in Children" by Skaggs DL, et al.

**Mehlman CT**. AOAO Newsletter Vol (4) 2, June 2004. Mala Praxis vs Mala Expertis.

**Mehlman CT**. AOAO Newsletter Vol (4) 1, Feb 2004. Treatment effects and differentiating "orthopaedic fads" and "new therapeutic interventions."

**Mehlman CT**, Wall EJ. Letters to the Editor. J of Ped Orthop. 2003; 23(2): 273-274.in reference to article entitled "Hemivertebral Excision for Congenital Scoliosis in Very Young Children" by Klemme et al.

**Mehlman CT**. Editorial Comment. J Trauma 2003; 54(6):1146-51. in reference to article entitled "Pelvic Fractures in Pediatric and Adult Trauma Patients: Are They Different Injuries?" by Demetriades et al

AOAO Newsletter Vol (3) 3, Nov 2003.
**Mehlman CT**.  The fault of measuring customer satisfaction using cognitive metaphoric surveys instead of focusing on treatment outcomes.

**Mehlman CT**.  AOAO Newsletter Vol (3) 1. Mar 2003.
 "The Wealth of Nations Part I & II."

**Mehlman CT**.  AOAO Newsletter Vol (3) 2, June 2003.
 "Return Your Seats and Mayo Stand Tray-Tables to their Upright and Locked Positions."

**Mehlman CT**, Strub WM, Roy DR, Wall EJ, Crawford AH. Letters to the Editor. JBJS 84A (6):1078-80, 2002 in reference to article entitled "Early or Delayed Surgical Treatment of Supracondylar Humeral Fractures in Children" by Mehlman et al.

**Mehlman CT** – JBJS 84A (5): 883, 2002.
Commentary:  Evidence-Based Orthopaedics.

**Mehlman CT**. AOAO Newsletter Vol (2) 2, Aug 2002.
"Importance of Communicating AOAO Member History."

**Mehlman CT**. AOAO Newsletter Vol(2) 3, Aug 2002.
"Who Cares About Evidence-Based Practice?"

**Mehlman CT**. What Constitutes a Case Report? JBJS 84A
(6):915-920, 2002 Reader Roundtable section in reference
to "Surgical Treatment of Nonunion and Avascular Necrosis
of the Proximal Part of the Scaphoid in Adolescents."
Waters PM, Stewart SL.

**Mehlman CT**. Letters to the Editor. J Trauma 51 (6):1182-
1188., in reference to article entitled "Treatment of
Femoral Shaft Fractures in Children and Adolescents" by
Mostafa M et al.

Saroff DA, Deeney VF, **Mehlman CT**, et al. JBJS. 2001;
83A (6):1755-1757.Time to Treatment: The Questions of
Beneficial Surgical Delays. [editorial]

PRESENTATIONS     Poster-Presentation
Jenkins Sarah, BS Cincinnati OH **Charles T Mehlman,
DO,MPH,FAAOS** Cincinnati OH
Unicolumnar Pin Fixation of Type III Supracondylar
Humeral Fractures is Associated with Nearly Four Times
Higher Odds of Lost Reduction
AAOS–Trauma Poster Session 1
Orlando FL
March  23-28 2020

Poster Presentation
**Mehlman CT,** Parikh SN, Ames T, Toy R
Comparative Effectiveness of Nonoperative Versus
Operative Treatment for Completely Displaced Clavicle
Shaft Fractures in Children
POSNA
Charlotte, North Carolina
May 15-18, 2019

**Mehlman CT**
Perthes: Why Does My Child Have It?
2018 Perthes Conference
IPSG Parent Conference
Dallas, TX
October 20, 2018

**Mehlman CT**
The Wisdom of Teams: The Evolution of Orthopaedic
Surgical Care
Pearls & Pitfalls in Pediatric Orthopaedic Trauma: The
Community Orthopaedic Surgeon Taking Trauma Call
AOAO Annual Meeting
Atlanta, GA
October 18-20, 2018

**Mehlman CT**, Fisher M, Denning JR, McCarthy JJ
Infantile (Less than 2-years-old) Supracondylar Humeral
Fractures: Twice as Common in Females and High Rate of
Malunion with Lateral Column Only Fixation
Pediatric Orthopaedic Society of North America
Austin, TX
May 9-12, 2018

**Mehlman CT**, Yahya A, Tamai J, Eismann E, Crawford AH
Modified Waldenstrom Classification Less than II-B
Associated with Better Surgical Results in Severe Legg-
Clave-Perthes Disease
Pediatric Orthopaedic Society of North America
Austin, TX
May 9-12, 2018

Hariharan A, Ho C, Bauer A, **Mehlman CT**, O'Hara NN,
Sponseller PD, **Abzug JM**. (Presenter)
Transphyseal Humeral Separations: What Can We Learn?
Pediatric Orthopaedic Society of North America
2018 Annual Meeting,
Austin, TX.
May 19-12, 2018

**Hyman, Joshua** (Presenter), Masumoto H, Minkara A, Callejo F, Dieckmann R, Shah H, Sankar W, Choi P, Laine J, Janicki J, Thacker M, Schrader T, Kelly D, **Mehlman CT**, Rosenfeld S, Kim H
*Validity of Selected Patient-Reported Outcomes Measures in Patients with Legg-Calve-Perthes Disease*
Pediatric Orthopaedic Society of North America
2018 Annual Meeting,
Austin, TX.
May 19-12, 2018

Hariharan A, Ho C, Bauer A, **Mehlman CT**, O'Hara NN, Sponseller PD, **Abzug JM.** (Presenter)
*Transphyseal Humeral Separations are Associated with High Rates of Misdiagnosis.*
Podium Presentation
37th European Pediatric Orthopaedic Society Annual Meeting,
Oslo, Norway.
April, 2018.

Hariharan A, Ho C, Bauer A, **Mehlman CT**, O'Hara NN, Sponseller PD, **Abzug JM** (Presenter)
*Transphyseal Humeral Separations: What Can We Learn?*
37th European Pediatric Orthopaedic Society Annual Meeting,
Oslo, Norway.
April, 2018.

Hariharan AR, Ho CA, Bauer AS, **Mehlman CT**, Sponseller PD, O'Hara NN, Abzug JM
*Transphyseal Humeral Separations are Associated with High Rates of Misdiagnosis*
2018 Annual Meeting of the Maryland Orthopaedic Association.
Annapolis, MD
February, 2018

Hariharan AR, Ho CA, Bauer AS, **Mehlman CT**, Sponseller PD, O'Hara NN, Abzug JM
*Transphyseal Humeral Separations: What Can We Learn?*
2018 Annual Meeting of the Maryland Orthopaedic Association
Annapolis, MD
February, 2018

e-Poster #71
**Mehlman CT**, Yahya A, Tamai J, Eismann E, Crawford AH
Modified Waldenstrom Classification Less Than II-B
Associated with Better Surgical Results in Severe Legg-
Calve-Perthes Disease
EPOSNA Annual Meeting
Barcelona, Spain
May 1, 2017

e-Poster
Abzug J, Dua K, Stein MK, O'Hara N, Brighton BK,
Hennrikus WL, Herman MJ, Lawrence JT, Otsuka NY,
Shrader MW, Smith BG, Sponseller PD, **Mehlman CT**
Does Substantial Variation Exist When Diagnosing and
Treating Pediatric Distal Radius Fractures?
American Association for Hand Surgery Annual Meeting
Waikoloa Village, Hawaii
January 11-14 2017

e-Poster
Abzug J, Hennrikus W, Hyman J, Hurley M, Jones K,
Brighton B, MD, **Mehlman CT**
Diagnosis and Treatment of Pediatric Septic Hips: Is
There Consensus?
American Association for Hand Surgery Annual Meeting
Waikoloa Village, Hawaii
January 11-14 2017

Paper Presentation
Abzug JM, Ying J, **Mehlman CT**,
Assessment of Current Epidemiology and Risk Factors
Surrounding Brachial Plexus Birth Palsy.
American Association for Hand Surgery Annual Meeting,
Waikoloa Village, Hawaii
January 2017

Paper Presentation
Dua K, Stein MK, O'Hara N, Brighton BK, Hennrikus WH,
Herman MJ, Lawrence TJ, **Mehlman CT**, Otsuka NY,
Shrader MW, Smith BG, Sponseller PD, Abzug JM
The Inter-observer Reliability of Diagnosing and Treating
Pediatric Distal Radius Fractures
71st Annual Meeting of the American Society for Surgery
of the Hand
Austin, Texas
Sep 29 - Oct 01, 2016

Paper Presentation
**Mehlman CT**, Howard AW
Displaced Medial Epicondyle Fractures in Children:
Comparative Effectiveness of Operative Versus Non-
Operative Treatment
Annual Meeting of the Pediatric Orthopaedic Society of
North America
Atlanta, Georgia
May 2, 2015


Paper Presentation
Yahya A, **Mehlman CT**, Junichi T, Crawford AH
Staged Containment Protocol for LCPD Health-Related
Quality of Life
Annual Meeting of the American Academy of Orthopaedic
Surgeons
Las Vegas, Nevada
March 24-28, 2015
Paper Presentation
Michaud LJ, Louden EJ, Lippert WC, Allgier AJ, Foad SL,
**Mehlman CT**
Use of botulinum toxin type A in the
Management of neonatal brachial plexus palsy
Pediatric Orthopaedic Society of North America Annual
Meeting
Hollywood, California
2014


Paper presentation #108
Roehrich J, **Mehlman CT**, Ying J
Epidemiology of vascular complications in supracondylar
humerus fractures in the United States
Annual Meeting of the Orthopaedic Trauma Association
October 6, 2012.


e-Poster #756
Klein G. **Mehlman CT**. Schlenzka D
Operative Treatment of Spondylolysis and Low Grade
Spondylolisthesis in Children and Young Adults: A Meta-
Analysis of Observational Studies
IMAST
Istanbul, Turkey
July 18-21, 2012

Paper presentation #36
**<u>Mehlman CT</u>**, Lierl MB, Grady M, Kirby CL
Preoperative metal allergy testing for adolescent idiopathic
scoliosis patients
IMAST
Istanbul, Turkey
July 19, 2012

Paper presentation #73
**<u>Mehlman CT</u>**, Marcotte M, Lippert W, Sadow E, Louden E
Antepartum and intrapartum factors associated with
neonatal brachial plexus palsy
Annual Meeting of the Pediatric Orthopaedic Society of
North America
Denver, Colorado
May 18, 2012

Paper presentation #79
Reinersman A, Priola MJ, Wall EJ, Wilson L, Eismann EA,
Langsam S, **<u>Mehlman CT</u>**
Functional outcomes after adolescent clavicle fractures
based on fracture displacement and age
Annual Meeting of the Pediatric Orthopaedic Society of
North America
Denver, Colorado
May 18, 2012

Paper presentation #679
**<u>Mehlman CT</u>**, Marcotte M, Sadow E, Cola K, Lippert W,
Louden E, Higham K, Higham D
Antepartum and intrapartum risk factors for neonatal
brachial plexus palsy
Annual Meeting of the American Academy of Orthopaedic
Surgeons
San Francisco, California
February 10, 2012

Paper presentation #690
Pierce T, **<u>Mehlman CT</u>**, Tamai J, Skaggs DL
Access to anterior cruciate ligament care for children with
Medicaid versus private insurance
Annual Meeting of the American Academy of Orthopaedic
Surgeons
San Francisco, California
February 10, 2012

Paper presentation #230
Roehrich J, **Mehlman CT**, Ying J
Epidemiology of vascular complications in supracondylar
humerus fractures in the United States. at the Annual
Meeting of the American Academy of Orthopaedic
Surgeons
San Francisco, California
February 8, 2012

Paper presentation #232
Reinersman A, Priola M, Wall E, Wilson LM, Eismann EA,
Langsam SB, **Mehlman CT**
Functional outcomes after adolescent clavicle fractures
based on fracture displacement and age
Annual Meeting of the American Academy of Orthopaedic
Surgeons
San Francisco, California
February 8, 2012

Podium 628
Talbert RJ, Michaud LJ, **Mehlman CT**, Kinnett DG, Laor T,
Foad SL, Schnell B, Salisbury S
EMG and MRI are Independently Related to Shoulder
External Rotation Function in Neonatal Brachial Plexus
Palsy
2011 AAOS Annual Meeting
San Diego, California
February 18, 2011

Podium 169
Daugherty M, LeMaster T, Moody S, **Mehlman CT**, Falcone
RA Jr
Significant Rate of Misuse of the Hare Traction Splint in
Pediatric Trauma
2011 AAOS Annual Meeting
San Diego, California
February 16, 2011

Paper Presentation
Matey III DA, **Mehlman CT**, Reinersman AC
Remodeling Potential of Completely Displaced Pediatric
Clavicle Shaft Fractures People
2011 AAOS Annual Meeting
San Diego, California
February 15, 2011

Paper Presentation #628
Michaud L, **Mehlman CT**, Foad SL.
Botox as an Adjunct to the Non-Operative Treatment of
Muscle Imbalance in Neonatal Brachial Plexus Palsy: A
Preliminary Report of 34 Patients
American Academy of Orthopaedic Surgeons 2011 Annual
Meeting
San Diego, California
February 15-19, 2011


e-Poster
Okike KM, Kocher MS, Torpey J, **Mehlman CT**, Bhandari M.
Increasing the impact: Characteristics associated with
citation rates of the orthopaedic literature
Bosques G, Michaud LJ, **Mehlman CT**, Yakuboff KP, Foad
MB, Wade SL, Kinnett DG, Bean, JA
The Predictive Value of Electrodiagnostic Findings in Birth
Brachial Plexus Palsy
Pediatric Orthopaedic Society of North America
2010 Annual Meeting
Waikoloa, Hawaii
May 4-7, 2010


Podium Presentation
DeVoe WB, **Mehlman CT**, Michaud LJ, Lippert WC,
Allgier A
Arthroscopic Sever-L Episcopo Procedure for the
Treatment of Internal Rotation Contractures of the
Shoulder in Neonatal Brachial Plexus Palsy: Clinical and
Radiographic Outcomes
Pediatric Orthopaedic Society of North America
2010 Annual Meeting
Waikoloa, Hawaii
May 4-7, 2010


e-Poster
Talbert R, **Mehlman CT**, Michaud LJ, Kinnett DG, Laor T,
Foad SL
Do EMG Characteristics Correlate with MRI Findings in
children with Neonatal Brachial Plexus Palsy?
Pediatric Orthopaedic Society of North America
2010 Annual Meeting
Waikoloa, Hawaii
May 4-7, 2010

Podium Presentation
DeVoe WB, **Mehlman CT**, Michaud LJ, Lippert WC, Allgier A
Arthroscopic Sever-L Episcopo Procedure for the Treatment of Internal Rotation Contractures of the Shoulder in Neonatal Brachial Plexus Palsy: Clinical and Radiographic Outcomes
European Paediatric Orthopaedic Society
2010 Annual Meeting
Zagreb, Croatia
April 7-10, 2010

Poster Presentation
Bosques G, Bean JA, Foad Mb, Kinnett DG, **Mehlman CT**, Michaud LJ, Wade S, Yakuboff KP
The Use of Electrodiagnosis in Operative Decision-Making for Early Plexus Reconstruction in Birth Brachial Plexus Palsy
American Academy of Physical Medicine and Rehabilitation
70th Annual Assembly
Austin, Texas
October 22–24, 2009

Poster Presentation
Chan W, Gammon SR, **Mehlman CT**, Wall EJ
A Comparison of TLSO and SPINECOR Treatment of Adolescent Idiopathic Scoliosis Patients Using the SRS Standardized Criteria
Pediatric Orthopaedic Society of North America
Boston, Massachusetts
April 30, 2009

Poster Presentation
**Mehlman CT**, Ying J, Kirby CL.
Hospital Costs Associated with Surgical Treatment of Idiopathic Scoliosis
Pediatric Orthopaedic Society of North America
Boston, Massachusetts
April 30, 2009

Poster Presentation
Talbert R, **Mehlman CT**, Michaud LJ, Kinnett D, Foad SL
Do EMG Characteristics Predict Muscle Function in Neonatal Brachial Plexus Palsy?
Pediatric Orthopaedic Society of North America
Boston, Massachusetts
April 30, 2009

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.* *Curriculum Vitae Continued*

e-Poster #217
Klein G, **Mehlman CT**, McCarty M. Non-operative
Treatment of Spondylolysis and Grade I Spondylolisthesis
in Children and Young Adults: A Meta-analysis of
Observational Studies
28 the European Paediatric Orthopaedic Society Annual
Meeting
Lisbon, Portugal
April 1 – 4, 2009

e-Poster #303
**Mehlman CT**, Gammon S, Chan W
A Retrospective Review of TLSO and SpineCor Orthosis in
the Treatment of Adolescent Idiopathic Scoliosis
28 the European Paediatric Orthopaedic Society Annual
Meeting
Lisbon, Portugal
April 1 – 4, 2009

Paper Presentation
**Mehlman CT**, White L, Crawford AH. Pulseless and
Puzzling, Vascular Injuries in Supracondylar Humeral
Fractures in Children: A Meta-Analysis of Observational
Studies and Results of a POSNA Membership Survey
28th Annual European Pediatric Orthopaedic Society
Lisbon, Portugal
April 1–4, 2009

Paper Presentation
White L, **Mehlman CT**, Crawford AH
Pulseless and Puzzling Vascular Injuries in Supracondylar
Humeral Fractures in Children: a Meta-Analysis of
Observational Studies and Results of a POSNA
Membership Survey
2009 Annual American Academy of Orthopaedic Surgeons
Las Vegas, Nevada
February 25-28, 2009

Paper Presentation
**Mehlman CT**
Hospital Costs Associated with Surgical Treatment of AI
Scoliosis Research Society 43rd Annual Meeting
Salt Lake City, Utah
September 10-13, 2008

Paper Presentation
Shea KG, Grimm NL, Belzer J, Pfeiffer R, Nilssson K,
**Mehlman CT**
Volumetric Damage of the Femoral Physis During Double
Bundle ACL Reconstruction
Pediatric Orthopaedic Society of North America
2008 Annual Meeting
Albuquerque, New Mexico
April 30–May 3, 2008

Paper Presentation
**Mehlman CT**.
Update on the Management of Neonatal Brachial Plexus
Palsy
Congenital Scoliosis
Arab Health Congress 2008
Pakistan Orthocon
Dubai, UAE
January 28-31, 2008

e-Poster #19
**Mehlman CT**. Intramedullary Nailing Versus Locked Bridge
Plating for Comminuted Pediatric Femoral Shaft Fractures.
2007 Pediatric Orthopaedic Society of North America
Annual Meeting
Hollywood, Florida
May 24–26, 2007

e-Poster #26
**Mehlman CT**
Forearm Stiffness Following Forearm Shaft Fractures in
Children: A Meta-Analysis of Operative Versus Non
Operative Treatment
2007 Pediatric Orthopaedic Society of North America
Annual Meeting
Hollywood, Florida
May 24–26, 2007

e-Poster #40
**Mehlman CT**
Neonatal Brachial Plexus Palsy Incidence and Risk Factor
Analysis from a United States National Database
2007 Pediatric Orthopaedic Society of North America
Annual Meeting
Hollywood, Florida
May 24–26, 2007

e-Poster #49
**Mehlman CT**
Elastic Stable Intramedullary Nailing of Tibial Shaft
Fractures in children
2007 Pediatric Orthopaedic Society of North America
Annual Meeting
Hollywood, Florida
May 24–26, 2007

Paper Presentations
**Mehlman CT**, Greiwe M, Wall EJ, Crawford AH.
Stiffness in displaced pediatric both-bone forearm
fractures.
2007 European Pediatric Orthopaedic Society
Sorrento, Italy
April 10-14, 2007

e-Poster #3198
**Mehlman CT**
Neonatal  Brachial Plexus Palsy – incidence and Risk Factor
Analysis from a United States National Database
2007 European Pediatric Orthopaedic Society
Sorrento, Italy
April 10–14, 2007

Paper Presentation
**Mehlman CT**, McDonald N, Glos DL, Bylski-Austrow D.
Flexible Nail Fixation of Distal Third Femur Fractures:
Antegrade vs Retrograde Insertion Affects Construct
Stiffness
2006 Pediatric Orthopaedic Society of North America
Annual Meeting
San Diego, California
May 3–6, 2006

Poster Presentation
**Mehlman CT**, Shinde A, Collins MH
Aneurysmal Bone Cysts Express Vascular Markers
2006 Pediatric Orthopaedic Society of North America
Annual Meeting
San Diego, California
May 3–6, 2006

e-Poster
**Mehlman CT**
The reliability of Cobb Angle Measurements using the
Digital Picture Archiving and Communication (PACS) vs
Manual Measurements
2006 Pediatric Orthopaedic Society of North America
Annual Meeting
San Diego, California
May 3–6, 2006

e-Poster
**Mehlman CT**
Spine Abnormalities in Rubinstein-Taybi Syndrome
2006 Pediatric Orthopaedic Society of North America
Annual Meeting
San Diego, California
May 3–6, 2006

Paper Presentation
Foad S, **Mehlman CT**, Wall EJ
Patients who've been told they have scoliosis score the
same on the SRS-22 as scoliosis patients
25th Annual European Pediatric Orthopedic Society
Dresden, Germany
April 4-9, 2006

Paper Presentation
Moon ES, **Mehlman CT**
Risk factors for avascular necrosis following femoral neck
fractures in children: A meta-analysis of 360 patients
25th Annual European Pediatric Orthopedic Society
Dresden, Germany
April 4-9, 2006

Paper Presentation
McDonald N, **Mehlman CT**, Byslki-Austrow D, Glos D
Nail fixation of distal third paediatric femur fractures:
Insertion approach affects stiffness
25th Annual European Pediatric Orthopedic Society
Dresden, Germany
April 4-9, 2006

Paper Presentation
McDonald N, **Mehlman CT**, Bylski-Austrow D, Glos D. Nail Fixation of Distal Third Pediatric Femoral Shaft Fractures: Retrograde Insertion Increases Stiffness in Bending but Not Axial Torsion
Instruction Course Lecture. The Difficult Pediatric Supracondylar Humerus Fracture: Tips and Techniques to Avoid Complications
73rd Annual Meeting of the American Academy of Orthopedic Surgeons
Chicago, Illinois
March 22-26, 2006

Paper Presentation
Standoli F, Barton B, Jonah D, Dennision R, **Mehlman CT**, Koptis SE. Effectiveness of Bracing for Thoracolumbar Kyphosis in Achondroplasia
40th Annual Meeting Scoliosis Research Society: The Immature Spine and Adult Spinal Deformity
Miami, Florida
October 27-30, 2005

Poster Presentation
**Mehlman CT**, Wall EJ, Foad SL. Patients Who've Been Told They Have Scoliosis Score the Same on the SRS-22 as Scoliosis Patients Requiring Treatment
40th Annual Meeting Scoliosis Research Society
Miami, Florida
October 27 – 30, 2005

Paper Presentation
**Mehlman CT**.
Orthopaedic Brachial Plexus Injury
2005 Annual Clinical Assembly of Osteopathic Specialists
Orlando, Florida
October 22-25, 2005

Paper Presentation
Standoli F, Barton B, Johah D, Dennison R, **Mehlman CT**, Kopits SE
Effectiveness of Bracing for Thoracolumbar Kyphosis in Achondroplasia
2005 Annual Meeting of the Spine Society of Europe
Barcelona, Spain
September 21–24, 2005

Paper Presentation
**Mehlman CT**, Wall EJ, Foad SL
Patients Who've Been Told They Have Scoliosis Score the
Same on the SRS-22 as Scoliosis Patients Requiring
Treatment
2005 Annual Meeting of the Spine Society of Europe
Barcelona, Spain
September 21–24, 2005


Paper Presentation
Bhatt T, **Mehlman CT**, Foad SL, Crawford AH
Weight > 99 Pounds (45kg) and Age > 12 Years Predict
Malunion Following Elastic Stable Intramedullary Nailing
(Nancy Nailing) of Femoral Shaft Fractures in Children
24th Annual Meeting European Pediatric Orthopaedic
Society
Palma de Mallorca, Spain
April 6–9, 2005


Paper Presentation
**Mehlman CT**
Instructional Course Lecture 315 "The Difficult Pediatric
Supracondylar Humerus Fracture: Tips and Techniques to
Avoid Complications"
American Academy of Orthopaedic Surgeons
72nd Annual Meeting
Washington, DC
March 9–14, 2005


Poster Presentation
Bhatt T, **Mehlman CT**, Foad SL, Crawford AH.
Weight > 99 Pounds (45kg) and Age > 12 Years Predict
Malunion Following Elastic Stable Intramedullary Nailing
(Nancy Nailing) of Femoral Shaft Fractures in Children
American Academy of Orthopedic Surgeons Annual
Meeting
Washington, DC
February 24 – 27, 2005

Poster Presentation
**Mehlman CT**, Lee, T, Foad SL
The Reliability of cobb angle Measurements Using the
Digital Picture Archiving and Communication (PACS) Versus
Manual Measurements
2004 Scoliosis Research Society Annual Meeting
Buenos Aires, Argentina
September 5–September 9, 2004

Paper Presentation
**Mehlman CT**, Wall EJ, Foad SL
Patients Who've Been Told They Have Scoliosis Score the
Same on the SRS-22 as Scoliosis Patients Requiring
Treatment
2004 International Meeting on Advanced Spine Techniques
Fairmont Southampton, Bermuda
July 1–3, 2004

Paper Presentation
**Mehlman CT**, Lee, T, Foad SL
The Reliability of Cobb angle Measurements Using the
Digital Picture Archiving and Communication (PACS) Versus
Manual Measurements
2004 International Meeting on Advanced Spine Techniques
Fairmont Southampton, Bermuda
July 1–3, 2004

Paper Presentation
**Mehlman CT**, Alsayyad MJ, Crawford AH
Effectiveness of Spinal Release and Halo-Femoral Traction
in the Management of Severe Spinal Deformity
2004 SpineWeek/Eurospine
Porto, Portugal
May 30–June 7, 2004

Poster Presentation
**Mehlman CT**, Crawford AH, Kelty PJ
Surgical Treatment of  Spondylolisthesis in Children and
Adolescents
2004 SpineWeek/Eurospine
Porto, Portugal
May 30–June 5, 2004

Poster Presentation
**Mehlman CT**, Wall EJ, Foad S
Patients Who've Been Told They Have Scoliosis Score The
Same on The SRS-22 as Scoliosis Patients Requiring
Treatment
2004 SpineWeek/Eurospine
Porto, Portugal
May 30–June 5, 2004

Poster Presentation
**Mehlman CT**, Balasa VV, Gruppo RA, Pillow A, Becker A,
Stroop D, Glueck
CJ, Roy D, Wall EJ, Crawford AH
Legg-Perthes Disease and Thrombophilia
2004 Annual Meeting Pediatric Orthopaedic Society of
North America
St. Louis, Missouri
April 27–May 1, 2004

Poster Presentation
**Mehlman CT**, Moon E, Foad SL
Femoral Neck Fractures in Children: 20 Cincinnati Cases &
Meta-Analysis of 333 Cases
2004 Annual Meeting Pediatric Orthopaedic Society of
North America
St. Louis, Missouri
April 27–May 1, 2004

Poster Presentation
Al-Sayyad MJ, **Mehlman CT**, Crawford AH.
Effectiveness of Spinal Release and Halo-Femoral Traction
in the Management of Severe Spinal Deformity.
24th Meeting European Paediatric Orthopaedic Society
March 31–April 3, 2004

Poster Presentation
Kelty PJ, Crawford AH, **Mehlman CT**.
Surgical Treatment of Spondylolisthesis in Children and
Adolescents.
24th Meeting European Paediatric Orthopaedic Society
March 31–April 3, 2004

Paper Presentation
**Mehlman CT**, Wall EJ, Foad SL.
Patients Who've Been Told They Have Scoliosis Score the
Same on the SRS-22 as Scoliosis Patients Requiring
Treatment
24th Meeting European Paediatric Orthopaedic Society
Geneva, Switzerland
March 31–April 3, 2004

Paper Presentation
**Mehlman CT**, Balasa VV, Gruppo RA, Pillow A, Becker A,
Stroop D, Gluek CJ, Wang P, Roy D, Wall EJ, Crawford AH.
Legg-Perthes Disease and Thrombophilia
POSNA Specialty Day
71st Annual Meeting of the American Academy of
Orthopaedic Surgeons
San Francisco, California
March 10–13, 2004

Paper Presentation
**Mehlman CT**, Moon E, Foad SL.
Femoral Neck Fractures in Children: 20 Cincinnati Cases &
Meta-analysis of 33 Cases
POSNA Specialty Day
71st Annual Meeting of the American Academy of
Orthopaedic Surgeons
San Francisco, California
March 10–13, 2004

Paper Presentation
**Mehlman CT**, Balasa VV, Gruppo RA, Pillow A, Becker A,
Stroop D, Gluek CJ, Wang P, Roy D, Wall EJ, Crawford AH.
Legg-Perthes Disease and Thrombophilia
Instructional Course Lecture #172
The Difficult Pediatric Supracondylar Humerus Fracture:
Tips and tricks to avoid complications
71st Annual Meeting of the American Academy of
Orthopaedic Surgeons
San Francisco, California
March 10–13, 2004

Paper Presentation
**Mehlman CT**. Snakes in the Grass, Bad Actors, and Gator
Country:  Fracture Complications in Kids and My Kid's Leg
Looks Funny: Lower Extremity Problems in Children and
Scoliosis: That Which is Crooked Can Be Made Straight
American Osteopathic Academy of Orthopedics
Chicago, Illinois
September 18-21, 2003

Paper Presentation
Parikh SN, Crawford AH
Orthopedic Implication in the Management of Pediatric
Vertebral or Spinal Cord Tumors – A Retrospective Review
World Spine II: Second Interdisciplinary Congress on
Spine Care
Chicago, Illinois
August 11, 2003

Paper Presentation
Crawford AH, Mohammed A
Defining The Learning Curve of Video Assisted
Thoracoscopic Surgery (VATS): The First Hundred Cases.
World Spine II: Second Interdisciplinary Congress on
Spine Care
Chicago, Illinois
August 11, 2003

Paper Presentation
**Mehlman CT**, Kelty PJ, Crawford AH.
Emergency Surgery for Open Fractures and Type III
Supracondylars.
Pediatric Orthopaedic Society Of North America
Amelia Island, Florida
May 1, 2003

Paper Presentation
Kelty P, **Mehlman CT**
Spondylolysis and Spondylolisthesis in Children:
Effectiveness of Operative and Nonoperative Treatment
and Bailey GM, **Mehlman CT**, Rubinstein JH
Pediatric Hip Disorders Associated with Rubinstein-Taybi
Syndrome.
70th American Academy of Orthopedic Surgeons
New Orleans, Louisiana
February 4-9, 2003

Paper Presentation
**Mehlman CT**, Hoenninger D, Rubinstein JH, Winter R.
Spine Abnormalities in Rubinstein-Taybi Syndrome and
**Mehlman CT**, Epps H.  Pearls and Pitfalls: Children's
Fractures (audience response case discussion)
American Academy of Pediatrics National Conference &
Exhibition
Boston, Massachusetts
October 19-23, 2002
Paper Presentation
**Mehlman CT**, Koepplinger ME, Brown, RL, Gittelman M,
Garcia V.
All Terrain Vehicle-Related Injuries in Children: A Nine
Year Epidemiological Study & Comparison to Bicycle-
Related Trauma.
Pediatric Orthopaedic Society of North America
Salt Lake City, Utah
May 3-5, 2002

Paper Presentation
Foad S, **Mehlman CT**, et al.
Undisplaced Fractures of the Distal Radius in Children-Risk
Factors for Displacement.
69th Annual Meeting of the American Academy of
Orthopaedic Surgeons.
Dallas, Texas
February 13-17, 2002

Poster Presentation
**Mehlman CT**, Kelty PJ, Crawford AH.
Surgical Treatment of Spondylolisthesis in Children and
Adolescents.
69th Annual Meeting of the American Academy of
Orthopaedic Surgeons.
Dallas, Texas
January 13-17, 2002

Poster Presentation
Schweer L, Garcia VF, Bivens K, Cook B, McCain, **Mehlman
CT**, et al.
Impact of Hospitalization on Quality of Life for Preteen
and Adolescent Children and Their Parents. Poster
Presentation: Mobilizing for a Safe USA.  A Leadership
Conference to Reduce Violence and Injury in America.
Atlanta, Georgia
December 3-5, 2001

Paper Presentation
Kelty PJ, Crawford AH, **Mehlman CT**. Surgical Treatment
of Spondylolisthesis in Children and Adolescents
Scoliosis Research Society 36th Annual Meeting
Cleveland, Ohio
September 19-22, 2001

Poster Presentation
**Mehlman CT**, Al-Sayyad MJ, Crawford AH.
Effectiveness of Spinal Release and Halo-Femoral Traction
in the Management of Severe Spinal Deformity.
2001 Annual Meeting Scoliosis Research Society
Cleveland, Ohio
September 18-22, 2001

Poster Presentation
**Mehlman CT**, Kelty PJ, Crawford AH.
Surgical Treatment of Spondylolisthesis in Children and
Adolescents.
3rd Annual Eurospine Meeting
Gothenburg, Sweden
September 4-8, 2001

Paper Presentation
**Mehlman CT**, O'Brien MS.
Irreducible Fracture of the Distal Radius in Children:  Non-
operative Management.
2001 Annual Meeting Pediatric Orthopaedic Society of
North America
Cancun, Mexico
May 3-5, 2001

Poster Presentation
**Mehlman CT**, Bailey GM, Rubinstein JH, Moens P, Nuzzo
RM.
Pediatric Hip Disorders Associated with Rubinstein-Taybi
Syndrome.
2001 Annual Meeting Pediatric Orthopaedic Society of
North America
Cancun, Mexico
May 3-5, 2001

Paper Presentation
**Mehlman CT**, Wall EJ, Olsen G.
Complications Associated with the Use of Meniscal Arrows
in Children.
2001 Meeting European Pediatric Orthopaedic Society
Montpellier, France
April 5-7, 2001

Paper Presentation
**Mehlman CT**, O'Brien MS, Crawford AH, Roy DR, Wall EJ.
Irreducible Fractures of the Distal Radius in Children:
Non-Operative Management.
68th Annual American Academy of Orthopaedic Surgeons
San Francisco, California
February 28–March 4, 2001

Paper Presentation
**Mehlman CT**, Olsen G, Wall EJ.
Complications Associated With The Use of Meniscal
Arrows in Children and Adolescents
AANA Specialty Day
68th Annual American Academy of Orthopaedic Surgeons
San Francisco, California
February 28–March 4, 2001

**Mehlman CT**, Crawford AH, Rodway IP.
Video-Assisted Thoracoscopic Surgery in the Management
of Pediatric Spinal Deformity: Impact on Health Related
Quality of Life
Eurospine 2000
Antwerp, Belgium
October 11-14, 2000

Poster Presentation
**Mehlman CT**, Crawford AH, Sandercock D.
Effectiveness of Halo-Femoral Traction in the Management
of Severe Spinal Deformity.
Spine Across the Sea 2000
Japanese Spine Research Society/NASS
Waikoloa, Hawaii
July 23–27, 2000

Poster Presentation
**Mehlman CT**, Strub WM, Crawford AH, Roy, DR, Wall EJ
Displaced Supracondylar Humeral Fractures in Children:
Does the Timing of Surgery Make a Difference?
2000 Pediatric Orthopaedic Society of North America
meeting
Vancouver, British Columbia, Canada
May 1–4, 2000

Poster Presentation
**Mehlman CT**, Robbins AC, Shepherd M, Selin M
Bilateral Lower Limb Deficiencies in Association with Prune
Belly Syndrome: A 12-year Progress Report
2000 Annual meeting Association of Children's Prosthetic-
Orthotic Clinics
Banff, Alberta, Canada
April 26–29, 2000

Poster Presentation
**Mehlman CT**, Strub WM, Crawford AH, Roy, DR, Wall EJ
Displaced Supracondylar Humeral Fractures in Children:
Does the Timing of Surgery Make a Difference?
67th Annual American Academy of Orthopaedic Surgeons
Orlando, Florida
March 15–19, 2000

Poster Presentation
**Mehlman CT**, Strub WM, Todd LT
Talar Neck Fractures in Children: Epidemiology and Clinical
Outcomes in Fifteen Patients
67th Annual American Academy of Orthopaedic Surgeons
Orlando, Florida
March 15–19, 2000

Poster Presentation
**Mehlman CT**, Parker KC, Roy DR, Crawford AH, Wall EJ
Hinge Abduction and Joint Stiffness in Perthes Disease:
Effectiveness of Medial Soft Tissue Release and Petrie
Casting Followed by Femoral Head Containment
67th Annual American Academy of Orthopaedic Surgeons
Orlando, Florida
March 15–19, 2000

Paper Presentation
**Mehlman CT**, Crawford AH, Rodway IP.
Video-Assisted Thoracoscopic Surgery in the Management
of Pediatric Spinal Deformity: Impact on Health Related
Quality of Life
Eurospine 2000
Antwerp, Belgium
October 11-14, 2000

Poster Presentation
Scott KA, **Mehlman CT**, Koch BL, Garcia VF
Orthopaedic Injuries in Children Secondary to Airbag
Deployment:
A Report of Two Cases
American Osteopathic Academy Orthopaedics
Seattle, Washington
October 2–5, 1999

Poster Presentation
**Mehlman CT**, Roy DR, Crawford AH, Wall EJ, Parker KC
Hinge Abduction and Joint Stiffness in Perthes Disease:
Effectiveness of Medial Soft Tissue Release and Petrie
Casting Followed By Femoral Head Containment
Pediatric Orthopaedic Society of North America
Lake Buena Vista, Florida
May 15–19, 1999

Poster Presentation
Todd L, Strub W, **Mehlman CT**
Talus Fractures in Children
American Osteopathic Academy of Orthopedics
Chicago, Illinois
September 26-29, 1998

Poster Presentation
Todd L, **Mehlman CT**, Nymberg S.
Femoral Shaft Fractures In Children: Flexible Intra-
Medullary Nailing
American Osteopathic Academy of Orthopedics
Chicago, Illinois
September 26-29, 1998

Poster Presentation
**Mehlman CT**, Nowinski RJ.
Meta-Analysis of Outcomes Following Displaced
Supracondylar Humeral Fractures in Children's Hospital
Orthopaedic Trauma Association 17th Annual Meeting
Louisville, Kentucky
October 17-19, 1997

Poster Presentation
**Mehlman CT**, Crawford AH, Wall EJ, Wolfe RK.
Anterior Spinal Release and Fusion for Pediatric Spinal
Deformity:
V.A.T.S. vs Thoracotomy. Pediatric Orthopaedic Society of
North America
Banff, Alberta (Canada)
May 15-17, 1997

Poster Presentation
Davis KR, **Mehlman CT**, Roy DR, Wall EJ, Crawford AH.
Treatment of Hinge Abduction and Joint Stiffness in
Perthes Disease by Medial Capsulotomy and Petrie Casting.
Pediatric Orthopaedic Society of North America
Banff, Alberta (Canada)
May 15-17, 1997

Paper Presentation
Wall EJ, Kolata RJ, Griffen MJ, Roy DR, **Mehlman CT**, et
al.
Endoscopic Pelvic Osteotomy: A Basic Science and Clinical
Study.
Pediatric Orthopaedic Society of North America.
Banff, Alberta (Canada)
May 15, 1997

Paper Presentation
**Mehlman CT**, Crawford AH, Wall EJ, Wolfe RK.
Video-Assisted Thoracoscopic Surgery: Perioperative
Parameters.
1996 Annual Meeting Pediatric Orthopaedic Society of
North America
Phoenix, Arizona,
May 12-15, 1996

Poster Presentation
**Mehlman CT**, Crawford AH, et al.
Complications Associated with Closed Reduction and
Percutaneous Pin Fixation of Displaced Supracondylar
Fractures of the Humerus in Children.
American Fracture Association 59th Annual Meeting
San Diego, California
April 10-13, 1997

Poster Presentation
Wall EJ, Roy DR, Lim EV, **Mehlman CT**, et al.
Endoscopic Pelvic Osteotomy: A Cadaver and Animal Study
American Academy of Orthopaedic Surgeons
San Francisco, California
February 13, 1997

Poster Presentation
**Mehlman CT**, Crawford AH, Wolfe RK.
Video-Assisted Thoracoscopic Surgery: Endoscopic
Thoracoplasty Technique.
Scoliosis Research Society
Ottawa, Ontario (Canada)
September 25-28, 1996

Poster Presentation
**Mehlman CT**, Crawford AH, Wall EJ, Wolfe RK.
Video-Assisted Thoracoscopic Surgery: Pediatric
Orthopaedic Applications.
Scoliosis Research Society
Ottawa, Ontario (Canada)
September 25-28, 1996

Poster Presentation
Wall EJ, Roy DR, **Mehlman CT**.
Endoscopic Pelvic Osteotomy.
Pediatric Orthopaedic Society of North America
Phoenix, Arizona
May 12-15, 1996

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.*                                    *Curriculum Vitae Continued*

Poster Presentation
**Mehlman CT**, DiPasquale TG, Scheidler JS.
Radiation Exposure to the Orthopaedic Surgical Team:
How Far Away is Far Enough?
American Academy of Orthopaedic Surgeons 63rd Annual
Meeting
Atlanta, Georgia
February 26, 1996

Poster Presentation
**Mehlman CT**, Crawford AH.
Video-Assisted Thoracoscopic Surgery: Pediatric
Orthopaedic Applications.
Annual Clinical Assembly Osteopathic Specialists
New Orleans, Louisiana
September 1995
Poster Presentation
Klein G, Hussain N, Sprague S, **Mehlman CT**, Dogbey G,
Bhandari M.   Characteristics of Highly Successful
Orthopaedic Surgeons: A Survey of Orthopaedic Chairs
and Editors

OTHER INVITED LECTURES and/or CME PROGRAMS

**Mehlman CT** – Journal of Orthopaedic Trauma-
Peer Review
Associations of Nonsteroidal Anti-Inflammatory Drug use
with Pediatric Fracture Healing
Wolters Kluwer – CME 3.0-AMA PRA 1 credit
February 26, 2020

**Mehlman CT** – Junior Examiner; Forman, ES Senior
Examiner
AOBOS 2019 Winter Clinical Exams
Part III Exams
Dallas, Texas
January 31-February 1, 2019

**Mehlman CT** – Junior Examiner; Triana ME - Senior
Examiner
AOBOS 2019 Winter Clinical Exams
Part III Exams
St. Paul, Minnesota
February 24-24, 2019

**Mehlman CT** – Guest Speaker
International Perthes Study Group Annual Meeting
Legg Calve Perthes Disease: What You Should Know
Dallas, Texas
October 5-8, 2017

Michaud LJ, Louden EJ, Lippert WC, Allgier AJ, Foad SL,
**Mehlman CT** – Guest Speaker
Children's Hospital Colorado Annual Orthopaedic Day
Conference
Pediatric Polytrauma: Navigating Gator Country
The Wisdom of Teams: The Evolution of Pediatric
Orthopaedic Surgical Care Delivery
Denver, Colorado
April 21, 2017

**Mehlman CT** – Guest Speaker
Urology Workshop
Bladder Exstrophy Complex: The Pediatric Orhopaedic
Perspective
Cincinnati Children's Hospital Medical Center
March 9-12, 2017

**Mehlman CT**.
Michigan State University College of Osteopathic Medicine
Orthopedic Surgery Educational Day - "Pediatrics"
Moderator: **Mehlman CT**
Femoral Shaft Fractures in Children: Teenie Tinys, School
Age & Knuckleheads
Pediatric Forearm Fractures: The Consequences of Crooked
The 3 Most Common Elbow Fractures in Kids
Top 10 Differences Between Kids and Adults
Troy, Michigan
October 14, 2016

**Mehlman CT** – Guest Rotary Speaker
Covington Rotary Club
Common Sports Injuries in Children: The Power of the
Pediatric Skeleton.
Covington, Kentucky
August 9, 2016

**Mehlman CT.** – Guest Speaker
Wellspan York Orthopaedic Graduation
York, Pennsylvania
June 26, 2015

**Mehlman CT**.
Ohio University Alumni Awards Gala
Guest Lecture For 1st And 2nd Year Medical Students
Pediatric Fractures
October 12, 2012

**Mehlman CT**.
Michigan State University College of Osteopathic Medicine
Orthopedic Surgery Educational Day - "Pediatrics"
Moderator: Fred Schreiber, DO
Spondylolysis & Spondylolisthesis: Back Pain in the
Pediatric Athlete.
What Works for Legg-Calve Perthes Disease.
Neonatal Brachial Plexus Plasy: You've Come A Long Way
Baby
Troy, Michigan
September 5, 2012

**Mehlman CT**.
Michigan Osteopathic Academy of Orthopaedic Surgeons
When Should I Operate on a Child's Fracture (A Case-
Based Interactive Discussion)
Novi, Michigan
May 10, 2012

**Mehlman CT**.
AOAO Annual Meeting
The Importance and Evolution of Evidence-Based Medicine
In Pediatric Orthopedics
Pediatric Orthopedics and Health Care Reform
Chicago, Illinois
October 20-23, 2011

**Mehlman CT**.
University of Cincinnati Grand Rounds
Department of Orthopaedics
Pediatric Polytrauma
Cincinnati, Ohio
October 12, 2011

**Mehlman CT**.
Common Pediatric Fractures
Batesville Pediatrics CME Lecture
Batesville, Indiana
June 22, 2011

**Mehlman CT**.
Common Sports Injuries
Queen City Physicians CME Lecture
Cincinnati, Ohio
April 6, 2011

**Mehlman CT**.
Instructional Course Lecture #414
Challenges in the Management of Fractures in Adolescents
– A Case-Based Approach
2011 AAOS Annual Meeting, San Diego, California
February 18, 2011

**Mehlman CT**.
Instructional Course Lecture #247
The Difficult Pediatric Supracondylar Humerus Fracture:
Tips and Techniques to Avoid Complications
2011 AAOS Annual Meeting
San Diego, California
February 16, 2011

**Mehlman CT**.
Neonatal Brachial Plexus Palsy: An Evidence-Based
Treatment Approach
Richard E. Lindseth Lectureship
Indiana University's School of Medicine
Indianapolis, Indiana
November 6, 2009

**Mehlman CT**.
Common Sports Injuries
Bethesda North Hospital CME Lecture
Cincinnati, Ohio
October 27, 2009

**Mehlman CT**.
Clavicle Shaft Fractures: Should We Treat Kids Like Little
Adults?
Comprehensive Children's Injury Center (CCIC)
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
October 27, 2009

**Mehlman CT**.
Often Wrong, Never In Doubt
American Osteopathic Academy of Orthopedics Annual
Meeting
Boston, Massachusetts
October 8-11, 2009

**Mehlman CT**.
Common Sports Related Fractures in Children: Which
Fractures Do You Need to Worry About
Queen City Pediatrics CME Lecture
Cincinnati, Ohio
September 30, 2009

**Mehlman CT**.
Spondylolysis/Spondylolisthesis in Children and
Adolescents
Physical Medicine and Rehabilitation Department
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
March 2, 2009

**Mehlman CT**.
The Christ Hospital, Department of Obstetrics and
Gynecology
"Brachial Plexus Injury"
Cincinnati, Ohio
May 7, 2008

**Mehlman CT**.
Shanghai POSNA-COUR (Children's Orthopaedics in
Underdeveloped Regions) Pediatric Orthopaedic Course
"Spine Fractures"
"Legg-Calve Perthes Disease"
"Congenital Scoliosis"
"VEPTR"
Shanghai Children's Medical Center
Shanghai, China
October 10–14, 2007

**Mehlman CT**.
"So you think you know about forearm shaft fractures in children?"
"Ankle fractures in children are different!"
Moderator: Pediatric Section
AOAO Postgraduate Seminar
Atlanta, Georgia
May 4–5, 2007

**Mehlman CT**.
"Neonatal Brachial Plexus palsy: You've Come a Long Way Baby"
Fetal Care Center Grand Rounds
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
May 3, 2007

**Mehlman CT**.
"Neonatal Grand Rounds"
Neonatology & Pulmonary Biology Grand Rounds
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
March 23, 2007

Dunham RC, **Mehlman CT**, Foad SL
"Anterior Knee Pain in Children & Adolescents: Evaluation and Treatment of Plica Syndrome"
High School and Collegiate Sports Medicine Conference
Cincinnati, Ohio
June 16-18, 2006

**Mehlman CT**, Farmer J
"Teaching Orthopaedics on the Run: Tell Me the Story Backward"
14th Annual Osteopathic Orthopedic Educators' Course for Directors and Trainers
American Osteopathic Academy of Orthopedics
Scottsdale, Arizona
May 6-7, 2006

**Mehlman CT**.
"The importance of evidence-based Orthopaedics in resident training"
14th Annual Osteopathic Orthopedic Educators' Course for Directors and Trainers
American Osteopathic Academy of Orthopedics
Scottsdale, Arizona
May 6-7, 2006

**Mehlman CT**.
"Pearl and Pitfalls"
Harrison Pediatrics CME Lecture
Harrison, Ohio
November 30, 2005

**Mehlman CT**.
"Scoliosis-An Overview for Those in the Trenches"
Margaret Mary Community Hospital CME Lecture
Cincinnati, Ohio
November 15, 2005

**Mehlman CT**.
"Kid's Sports Shoulder and Elbow Injuries"
Queen City Pediatrics CME Lecture
Cincinnati, Ohio
November 3, 2005

**Mehlman CT**.
"Congenital Spine"
"Femur Fractures in Children"
8th Annual What's New in Pediatric Orthopedics
Albany Medical College
Albany, New York
October 20–21, 2005

**Mehlman CT**.
"My Kid's Leg Looks Funny: Lower Extremity Problems in Children"
Batesville Pediatrics CME Lecture
Batesville, Indiana
August 17, 2005

**Mehlman CT**.
"Anatomical and Biomechanical Overview and Relationship
to Shoulder Pathology"
"Anterior Knee Pain and Surgical Options"
High School and Collegiate Sports Medicine Conference
Cincinnati Children's Sports Medicine Biodynamics Center
Cincinnati, Ohio
July 22 – July 24, 2005

**Mehlman CT**.
"Neonatal Brachial Plexus Injury: You've Come A Long Way
Baby"
Ohio Osteopathic Association Annual Convention
Cincinnati Marriott at River Center Vista East
Covington, Kentucky
June 23 – 26, 2005

**Mehlman CT**.
"Anterior Knee Pain and Surgical Options"
"Anatomical and Biomechanical Overview and Relationship
to Shoulder Pathology"
2nd Annual Management of the Female Athlete Prevention
and Rehabilitation Strategies Conference
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
July 22, 2005

**Mehlman CT**.
"Professionalism: Lifeline to Success"
"Alumni Research Series Kickoff"
"Research Case Study – High Points of a Project"
"The Importance of Research and Why Should I Care"
"Traits of a Good Research Project"
Ohio University College of Osteopathic Medicine
Athens, Ohio
May 4, 2005

**Mehlman CT**.
"It's a Bone Thing – Pearls and Pitfalls in Pediatric
Fractures"
Cincinnati Children's Hospital Medical Center
Community Pediatrics Sunrise Lecture Series
Cincinnati, Ohio
May 3, 2005

**Mehlman CT**.
"Neonatal Brachial Plexus Injury – You've Come a Long Way Baby"
University of Cincinnati Grand Rounds
Department of Physical Medicine and Rehabilitation
Cincinnati, Ohio
April 22, 2005

**Mehlman CT**.
"Evaluation of Joint Pain in the ER"
American College of Osteopathic Pediatricians
2005 Spring Conference
Chicago, Illinois
April 15–17, 2005

**Mehlman CT**.
"Neonatal Brachial Plexus Injuries"
"Knee Fractures in Children"
"Forearm Fractures in Children"
7th Annual What's New in Pediatric Orthopedics
Albany Medical College
Albany, New York
October 22, 2004

**Mehlman CT** and Wall, EJ
"Common Orthopedic Injuries in Children"
Cincinnati Children's Pediatric Update 2004
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
October 1 – 3, 2004

**Mehlman CT**.
"Treatment of Brachial Plexus Injury: The Team Approach at CCHMC"
Neonatology Grand Rounds
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
June 11, 2004

**Mehlman CT**.
Co-Chair/Presenter
"Ways Kids Get Hurt"
"Anterior Knee Pain in the Young Athlete"
"Little League Elbow and Shoulder"
"Physical Examination (Shoulder/Upper Extremity)"
Cincinnati Children's Hospital Medical Center Sports
Medicine Symposium
Cincinnati, Ohio
April 16-17, 2004

**Mehlman CT**.
Pediatric Grand Rounds
"Idiopathic Scoliosis: Common Myths, Current Evidence &
Candent Ideas"
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
January 20, 2004

**Mehlman CT**.
University of Cincinnati Grand Rounds
"Common Bone Tumors in Children: An Evidence-Based
Approach"
University of Cincinnati College of Medicine
Cincinnati, Ohio
December 6, 2003

**Mehlman CT**.
"Shoulder Instabilities in the Female Athlete"
Cincinnati Children's Sports Medicine Biodynamics Center
Cincinnati, Ohio
November 8, 2003

**Mehlman CT**.
"Scoliosis: An Evidence Based Approach"
Ohio University College of Osteopathic Medicine/CORE
Athens, Ohio
September 26-27, 2003

**Mehlman CT**.
"Other Orthopaedic Issues in RTS…Knees, Hips
Ambulation" and
"Spine Problems Associated with RTS
International Family Conference on Rubinstein-Taybi
Syndrome
Northern Kentucky Convention Center
Covington, Kentucky
July 10-12, 2003

**Mehlman CT**.
"Pediatric Shoulder and Elbow Injuries"
2nd Annual Dayton Sports Medicine Institute
Dayton, Ohio
April 25, 2003

**Mehlman CT**.
"Common Orthopedic Problems in Pediatrics"
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
March 29, 2003

Michaud, L., and **Mehlman CT**.
Pediatric Grand Rounds
Brachial Plexus Injury
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
December 20, 2002

**Mehlman CT**.
"Common Bone Tumors in Kids " and "OITE Tumor
Question Review"
Grandview Hospital
Dayton, Ohio
October 2, 2002

Michaud, L., and **Mehlman CT**. Pediatric Grand Rounds
Pediatric Rehabilitation
Brachial Plexus Injury
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
August 20, 2002

**Mehlman CT**.
"Bones R Us: Femoral Shaft Fractures in Children"
4th Annual Ohio Pediatric Trauma Symposium
Cincinnati, Ohio
April 19, 2002

**Mehlman CT**.
"Pediatric Hip and Knee"
CORE/Centers for Osteopathic Research and Education
Orthopedic RPAC Educational Day
Doctor's Hospital
Columbus, Ohio
February 8, 2002

**Mehlman CT**. - Visiting Professor
"Benign Bone Tumors"
"CON:  Clubfoot Casting"
"CON:  Bracing and PT "
"DDH and Dislocation, Birth to 18 Months of Age"
"Foot and Ankle Trauma in Children: The Good, the Bad and the Ugly"
"CON: Femur Fracture"
Ohio U Orthopaedic Surgery
Desmond Hotel and Conference Center
Albany, New York
October 25-26, 2001

**Mehlman CT**.
"Pediatric Foot and Congenital Ankle"
State Wide Campus-Orthopedic Surgery Educational Day
Troy Management Center
Troy Michigan
August 8, 2001

**Mehlman CT**.
"Congenital Clubfoot: Evaluation and Treatment"
"Congenital Abnormalities: Pediatric Lower Extremities"
 "Congenital Clubfoot: Evaluation & Treatment"
 "Common Foot Problems in Children"
 "Pediatric Congenital Foot & Ankle OITE Review"
CORE, Orthopaedic Educational Day
Ohio U College of Osteopathic Medicine
Doctors Hospital
Columbus, Ohio
June 8, 2001

**Mehlman CT**.
"Pediatric Injuries of the Leg, Ankle, Foot (The Good, The Bad, The Ugly)"
7th Annual Sports Medicine Symposium for the Health Care Professional
Sharonville Convention Center
Cincinnati, Ohio
March 2–3, 2001

**Mehlman CT**.
"Spondylolisthesis in Children: The Low-Tech Approach"
Grand Rounds
University of Cincinnati College of Medicine
Department of Orthopaedic Surgery
Cincinnati, Ohio
November 8, 2000

**Mehlman CT**.
"Osteochondritis Dissecans of the Knee & Meniscal Injuries "
"ACL Evaluation & Treatment in the Skeletally Immature Knee"
" Anterior Knee Pain"
3rd What's New in Pediatric Orthopedics?
Albany Medical College
Albany, New York
October 27, 2000

**Mehlman CT**.
"The History of Scoliosis"
Orthopedic RPAC Educational Day - Doctors Hospital
Columbus, Ohio
September 8, 2000

**Mehlman CT**.
"Idiopathic Scoliosis: Overview of Diagnosis and Management"
Orthopedic RPAC Educational Day
Doctors Hospital
Columbus, Ohio
September 8, 2000

**Mehlman CT**.
"Thoracic & Lumbar Spine Trauma in Children"
Orthopedic RPAC Educational Day
Doctors Hospital
Columbus, Ohio
September 8, 2000

**Mehlman CT**.
"Spondylolysis & Spondylolisthesis in Children"
"Elbow Fractures in Children: The Ugly Lateral Condyle,
Medial Condyle, and Transphyseal Fractures in Children"
Columbus Children's Hospital Grand Rounds
Columbus, Ohio
June 16, 2000

**Mehlman CT**.
" Randomized Clinical Trials Instructional Course"
2000 Pediatric Orthopaedic Society of North America
meeting
Vancouver, British Columbia
Canada
May 1–4, 2000

**Mehlman CT**.
"Potpourri of Pediatric Trauma and Other Chuckisms"
40th Annual American Osteopathic Academy of
Orthopedics Postgraduate Seminar
Lake Buena Vista, Florida
May 5-6, 2000

**Mehlman CT**.
"How To Get Residents To Write A Paper"
"Coaching"
8th Annual American Osteopathic Academy of
Orthopedics Educators' Course
Lake Buena Vista, Florida
May 6-7, 2000

**Mehlman CT**.
"Sports Injuries"
Obstetrics/Gynecology & Pediatrics Conference
Doctors Hospital
Columbus, Ohio
March 5, 2000

**Mehlman CT**.
"Common Splinting"
Obstetrics/Gynecology & Pediatrics Conference
Doctors Hospital
Columbus, Ohio
March 5, 2000

**Mehlman CT**.
"Patient Focused Outcomes Assessment of Shoulder
Pathologies"
"Chronic Shoulder Instabilities"
6th Annual Sports Medicine Symposium for the Health
Care Professional
Sharonville Convention Center
Cincinnati, Ohio
March 3–4, 2000

**Mehlman CT**.
"Impact of VATS on Quality of Life"
Scoliosis Research Society Tutorial
Children's Hospital Medical Center
Cincinnati, Ohio
December 9-10, 1999

**Mehlman CT**.
"Sports Injuries"
Dearborn County Hospital CME Lecture
Lawrenceburg, Indiana
November 12, 1999

**Mehlman CT**.
"Traumatic Injuries of the Hip & Pelvis in Children
Tots and Trauma: Trauma Update '99
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
November 12, 1999

**Mehlman CT**.
"Shoulder Instability in Young Adults and Children"
"Elbow Fractures in Children, 'The Ugly Lateral Condyle,
Medial Condyle, and Transphyseal Fractures in Children"
Orthopaedic RPAC Educational Day
Doctors Hospital Central CORE
Columbus, Ohio
October 15, 1999

**Mehlman CT**.
"Pseudodislocation of the AC Joint in Children: Growth
Plate Fractures
of the Distal Clavicle"
Orthopaedic RPAC Educational Day
Doctors Hospital Central CORE
Columbus, Ohio
October 15, 1999

**Mehlman CT**.
"Spondylolysis and Spondylolisthesis in Children,
The Low-Tech Approach"
"Common Pediatric Bone Lesions"
72nd Annual Clinical Assembly of Osteopathic Specialists
Seattle, Washington
October 2–5, 1999

**Mehlman CT**.
"Common Sports Injuries in Children"
"Hip Disorders in Children"
Ohio Osteopathic Association 101st Annual Meeting
Columbus, Ohio
June 26, 1999

**Mehlman CT**.
"Overview and Epidemiology of Extremity Trauma in
Children"
"Pediatric Wrist Fractures"
"Proximal Humeral Physeal Fractures"
AOAO 39th Postgraduate Seminar
Scottsdale, Arizona
May 1-2, 1999

**Mehlman CT**.
"Pediatric Orthopaedics: The Good, The Bad, and The Ugly"
Children's Health Care
Batesville, Indiana
March 23, 1999

**Mehlman CT**.
"Pediatric orthopedics: A Survival Guide for Those in the
Trenches"
Pediatric Grand Rounds
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
February 16, 1999

**Mehlman CT**.
"Clinical Effectiveness and Outcomes of Research
Doctors Hospital Central CORE
Ohio University College of Osteopathic Medicine
Athens, Ohio
December 11, 1998

**Mehlman CT**.
"Idiopathic Scoliosis: From Barber Surgeons to Bona-fide
Bone Doctors"
71st AOAO Clinical Assembly of Osteopathic Specialists
Chicago, Illinois
September 27, 1998

**Mehlman CT**.
"Clubfoot: Pathogenesis and Treatment"
"Miscellaneous Pediatric Foot"
Pediatric CORE Conference
Doctors Hospital West
Columbus, Ohio
May 29, 1998

**Mehlman CT**.
"Clinical Effectiveness vs. Clinical Defectiveness: What is
Outcomes Research All About"
Grand Rounds
University of Cincinnati College of Medicine
Department of Orthopaedic Surgery
Cincinnati, Ohio
January 31, 1998

**Mehlman CT**.
"Management of Femoral Shaft Fractures in Children".
Education Design/Osteonics
New York, New York
November 21, 1997

**Mehlman CT**.
"Difficult Fractures About the Wrist in Children"
American Osteopathic Academy of Orthopedics
Atlanta, Georgia
September 20-23, 1997

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.*         *Curriculum Vitae Continued*

**Mehlman CT**.
"Fractures in Children: The Good, the Bad and the Ugly"
"Scoliosis: An Overview For Those in the Trenches"
"Pediatric Orthopaedics Jeopardy – Various Topics"
Pediatric CORE Conference
Doctors Hospital West
Columbus, Ohio
September 17, 1997

**Mehlman CT**.
"Pediatric Fractures"
Ohio Osteopathic Association
Cleveland, Ohio
June 21, 1997

**Mehlman CT**.
"Fracture Management in children: The Good, The Bad, and
The Ugly"
Ohio Osteopathic Association
Cleveland, Ohio
June 21, 1997

**Mehlman CT**.
"Scoliosis: An Overview for Those in the Trenches"
Ohio Osteopathic Association
Cleveland, Ohio
June 21, 1997

**Mehlman CT**.
"Newborn Foot Deformities"
St. Elizabeth South Hospital
Edgewood, Kentucky
June 12, 1997

**Mehlman CT**.
"Newborn Foot Deformities"
Children's Hospital Medical Center
Community Pediatrics Grand Rounds
Cincinnati, Ohio
May 6, 1997

**Mehlman CT**.
"Common Pediatric Foot Problems."
Children's Hospital Medical Center Brown County Outreach
Brown County Hospital
Georgetown, Ohio
September 4, 1996

**Mehlman CT**.
"The Pediatric Elbow: Fractures of the Proximal Radius,
Olecranon, and Medial Epicondyle."
American Osteopathic Academy of Orthopaedics Midyear
Meeting
Dearborn, Michigan
May 6, 1996

**Mehlman CT**.
"Pediatric Elbow Anatomy: A Celestial Committee Update."
American Osteopathic Academy of Orthopedics Midyear
Meeting
Dearborn, Michigan
May 5, 1996

**Mehlman CT**.
"Scoliosis: A Paradigm For the Study of Orthopaedic
History."
Pediatric Spine Symposium: OU-COM
Grandview Hospital & Medical Center
Dayton, Ohio
April 1996

**Mehlman CT**.
"Injuries to the Lateral End of the Clavicle and A-C Joint:
A Pediatric Perspective."
American Osteopathic Academy of Orthopaedics
Pediatric Orthopaedic Section
New Orleans, Louisiana
September 17, 1995

CLINICAL RESEARCH     **Mehlman CT**.
"Orthopaedic Emergencies for the Uninterested."
Symposium: The Spectrum of Emergency Medicine
Sponsored by Grandview/Southview Hospital's Emergency
Medicine Program & Ohio Coalition of Osteopathic
Emergency Medicine Residencies
Dayton, Ohio
February 24, 1995

**Mehlman CT**, Klein G.   Non-Operative Treatment of Spondylolysis and Spondylolisthesis in Children and Young Adults: A Systematic Review.
University of Cincinnati Orthopaedic Department
2007 – current (Funded: UOREF Grant $6,335)

**Mehlman CT**, McCarty M
Spondylolisthesis: Intra and Inter-Observer Variability in the Measurement of Percent Slip.
University of  Cincinnati Orthopaedic Department
2007 – current (Funded: UOREF Grant $5,500)

Weinstein S, **Mehlman CT**. Multi-center BrAIST study.
Funding Source National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS)
Grant Number:  R01 AR052113
Study Title:  Bracing in Adolescent Idiopathic Scoliosis Trial (BrAIST)
University of Iowa
2003 – in progress

**Mehlman CT**, Foad SL. Incidence of Brachial Plexus Injuries in the United States. NIH final approval pending

**Mehlman CT**, Michaud LJ, Allgier A, Yakuboff K.
Prospective Study of the Treatment for Brachial Plexus Birth Palsy. IRB approved. In progress

Femoral Neck Fractures in Children: 20 Cincinnati Cases & Meta-Analysis of 333 Cases
University of Cincinnati Orthopaedic Department
2003-2004

Weight > 99 Pounds (45kg) and Age > 12 Years Predict Malunion Following Elastic Stable Intramedullary Nailing of Femoral Shaft Fractures in Children
University of Cincinnati Orthopaedic Department
2003-2004

The Use of Conscious Sedation for Forearm Fracture Reduction in Children: Does Race Matter?
University of Cincinnati Orthopaedic Department
2002-2003 (Funded: UOREF Grant $5.000)

Spinal Deformities Associated with Rubinstein-Taybi
Syndrome 2001
University of Cincinnati College of Medicine
Children's Hospital Medical Center

Outcomes Following Surgical Treatment of Legg-Calve-
Perthes Disease 2001
University of Cincinnati College of Medicine
Children's Hospital Medical Center

Buckle Fractures of the Distal Radius and Ulna in Children:
Risk Factors for Displacement
1999-2001 (Funded: CHMC Trustee Grant $20,000)

Pediatric Femoral Shaft Fractures: 90-90 Traction &
Casting versus Flexible Intramedullary Nails
Accepted AAOS 2000
Orlando, Florida

ATV and Bicycle Related Trauma in the Pediatric Population
2000
University of Cincinnati College of Medicine
Children's Hospital Medical Center

Surgical Treatment of Spondylolisthesis in Children &
Adolescents 2000
University of Cincinnati College of Medicine
Children's Hospital Medical Center

Video-Assisted Thoracoscopic Surgery in the Management
of Pediatric Spinal Deformity: Impact on Health Related
Quality of Life
Divisional Grant, Pediatric Orthopaedic Surgery $2,500
1999

Thoracic and Lumbar Spine Fractures in Children: An
Outcomes Analysis
Divisional Grant, Pediatric Orthopaedic Surgery $2,500
1999

Perioperative Complications Associated with Supracondylar
Humeral Fractures in Children: Does Timing of Surgery
Make a Difference?
1998

|  |  |  |
|---|---|---|
| **BASIC SCIENCE RESEARCH** | Northeastern Ohio Universities College of Medicine<br>Akron General Medical Center<br>Akron, OH<br>In Vitro Stimulation of Rabbit Synoviocyte Collagen<br>Production by Ketorolac<br>**Mehlman CT**, Sloan-Stakelff K<br>1990 – 1991 |  |
|  | Wright State University College of Medicine<br>Veterans Administration Medical Center<br>Dayton, OH<br>Musculotendinous Imbalance in Total Wrist Arthroplasty<br>Barre PS, Zachary SV, **Mehlman CT**<br>1988 – 1989 |  |
|  | Northeastern Ohio Universities College of Medicine<br>Akron City Hospital Dept Musculoskeletal Research<br>Akron, OH<br>Biomechanical Analysis of the Zielke Anterior Spinal<br>Instrumentation System<br>**Mehlman CT**, Bethem D. , Askew M<br>1985 |  |
|  | The University of Akron<br>Akron City Hospital Dept Vascular Research<br>Akron, OH<br>A Comparison of Microvascular Suture Techniques<br>**Mehlman CT**, Schmidt SP<br>1985 | 157759003 |
| **MEDICAL PROVIDER INFORMATION** |  | 000905693X |
| **MEDICAL PROVIDER INFORMATION** | Arkansas Medicaid  200127610<br>Georgia Medicaid  200005290A<br>Indiana Medicaid  64954340<br>Kansas Medicaid  0159957<br>Kentucky Medicaid  50011165<br>Ohio Medicaid  1021005360001<br>PASSPORT  4047411<br>Pennsylvania Medicaid  3810007526<br>Tennessee Medicaid<br>West Virginia Medicaid |  |

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.*                    *Curriculum Vitae Continued*

| | |
|---|---|
| EXAMINATIONS | Re-Certification American Osteopathic Board of Orthopedic Surgery, Certificate No. R-1227 April 12, 2008 Ranked #1 |
| | Ranked #1 Part III [Clinical Exam] American Osteopathic Board of Orthopaedic Surgery – Completed Exam 7/23/98 & 7/24/98 |
| | Part II [Oral Boards] American Osteopathic Board of Orthopaedic Surgery 9/12/95   Ranked #3 |
| | Part I [Written Boards] American Osteopathic Board of Orthopaedic Surgery 3/10/95  Ranked #1 |

2010 Orthopaedic In-Training Examination
2009 Orthopaedic In-Training Examination
2008 Orthopaedic In-Training Examination
2007 Orthopaedic In-Training Examination
2006 Orthopaedic In-Training Examination
2005 Orthopaedic In-Training Examination
2004 Orthopaedic In-Training Examination
2003 Orthopaedic In-Training Examination
2002 Orthopaedic In-Training Examination
2001 Orthopaedic In-Training Examination
2000 Orthopaedic In-Training Examination
1999 Orthopaedic In-Training Examination
1998 Orthopaedic In-Training Examination
1997 Orthopaedic In-Training Examination
1996 Orthopaedic In-Training Examination
1995 Orthopaedic In-Training Examination
1994 Orthopaedic In-Training Examination
1993 Orthopaedic In-Training Examination
1992 Orthopaedic In-Training Examination
1991 Orthopaedic In-Training Examination
1990 Orthopaedic In-Training Examination
1989 Orthopaedic In-Training Examination

| | |
|---|---|
| PROFESSIONAL ASSOCIATIONS | American Orthopaedic Scoliosis Research Society Cabinet Member [2008-present] |
| | Scoliosis Research Society Active Fellow 2007 |
| | Cincinnati Academy of Osteopathic Medicine & The Ohio Osteopathic Association, President [2002-present] |

Scoliosis Research Society – Candidate Fellow [2002-present]
Arthroscopy Association of North America [2000 – present]

American Orthopaedic Foot and Ankle Society, Active member
[1999 – present]

American Academy of Pediatrics [1999 – present]

American Osteopathic Association [1985 – present]

American Medical Association [1999 – present]

American Osteopathic Academy of Orthopedics
Inducted as Fellow [1998]
Candidate Member [1991 – 1998]
Publications Committee [1996 – present]
Research Committee [1996 – present]
Chairman [1998 – present]
Pediatric Section [1996 – present]
President [1998 – 1999]

Ohio State Medical Association
Academy of Medicine of Cincinnati [1996 – present]

Ohio Osteopathic Association [1985 – present]
Committee on Student Affairs & Physician
Placement [1990 – present]
House of Delegates Member [1999]
Professional Affairs Committee [1999 – present]

Pediatric Orthopaedic Society of North America
Associate Member [1999 – present]

North American Spine Society Active Member [1998 – present]

American Fracture Association Active Member [1998 - present]

National Athletic Trainers Association [1980-1990]

| | |
|---|---|
| EDUCATIONAL ACTIVITIES | Teaching:<br>Twice weekly Didactic Lectures to residents<br>Wednesday weekly pediatric orthopaedic conferences |
| COMMUNITY SERVICE/ VOLUNTEER ACTIVITY | Cincinnati Children's Hospital Medical Center / Healing the Children<br>Team Leader<br>Spine related orthopaedic mission<br>Shanghai, China<br>October 14–21, 2007 |
| | Cincinnati Children's Hospital Medical Center / Healing the Children<br>Team Leader<br>Spine related orthopaedic mission<br>Shanghai, China<br>September 20–29, 2006 |
| : | Cincinnati Children's Hospital Medical Center/Healing the Children,<br>Team Leader<br>Spine related orthopaedic mission<br>Shanghai, China<br>June 26–July 7, 2005 |
| | Healing the Children – Northeast, Inc., Member<br>Spine related orthopaedic mission<br>Shanghai, China<br>May 3–14, 2004 |
| | Member, Rock Hill United Presbyterian Church<br>Bellaire, OH [1976 – present] |
| | Ohio University College of Osteopathic Medicine –<br>Academic Research Center / Integrated Learning Research Facility Fund (contributed $10,000 in 2008) |

| | |
|---|---|
| FUNDRAISING & PHILANTHROPY | Ohio University College of Osteopathic Medicine – Learning Research Center Expansion (contributed $1,000 in 1999 approx) |
| | Orthopaedic Research Education Foundation (OREF) – cumulative contribution of approx $12,000 since 1997 |
| MENTORSHIP | Ravinder Kang University of Cincinnati College of Medicine 2009 |
| | Eric Bowman University of Cincinnati College of Medicine 2009 |
| | Jessica Smalley Babal University of Cincinnati  College of Medicine 2009 |
| | Molly McGraw Ohio University College of Medicine 2008 |
| | Robert Talbert University of Cincinnati MS, Biological Engineering 2008 |
| | Winston Chan University of Cincinnati Biological Engineering 2008 |
| | Mary McCarty University of Cincinnati College of Medicine 2007 |
| | Guy Klein Ohio University College of Medicine 2007 |
| | Shilpa Reddy University of Cincinnati College of Medicine 2007 |
| | Raghav Tadepalli Northeastern Ohio University College of Medicine 2007 |
| | Adarsh Srivastava Wright State University College of Medicine 2007 |
| | Nicole McDonald University of Cincinnati College of Medicine 2006 |
| | Lucas Richie University of Cincinnati College of Medicine 2006 |
| | Edward Moon University of Cincinnati College of Medicine 2005 |

Tracy Lee (Bigelow) Doctor's Hospital College of Medicine 2002

David Hoenninger University of Cincinnati College of Medicine 2001

Matthew Koepplinger Ohio University College of Medicine 2000

Ian Rodway University of Cincinnati College of Medicine 2001 1999

George Papacostas University of Cincinnati College of Medicine 1997

# EXHIBIT B



# ICMJE Form for Disclosure of Potential Conflicts of Interest

**Instructions**

The purpose of this form is to provide readers of your manuscript with information about your other interests that could influence how they receive and understand your work. The form is designed to be completed electronically and stored electronically. It contains programming that allows appropriate data display. Each author should submit a separate form and is responsible for the accuracy and completeness of the submitted information. The form is in six parts.

## 1. Identifying information.

## 2. The work under consideration for publication.

This section asks for information about the work that you have submitted for publication. The time frame for this reporting is that of the work itself, from the initial conception and planning to the present. The requested information is about resources that you received, either directly or indirectly (via your institution), to enable you to complete the work. Checking "No" means that you did the work without receiving any financial support from any third party -- that is, the work was supported by funds from the same institution that pays your salary and that institution did not receive third-party funds with which to pay you. If you or your institution received funds from a third party to support the work, such as a government granting agency, charitable foundation or commercial sponsor, check "Yes".

## 3. Relevant financial activities outside the submitted work.

This section asks about your financial relationships with entities in the bio-medical arena that could be perceived to influence, or that give the appearance of potentially influencing, what you wrote in the submitted work. You should disclose interactions with ANY entity that could be considered broadly relevant to the work. For example, if your article is about testing an epidermal growth factor receptor (EGFR) antagonist in lung cancer, you should report all associations with entities pursuing diagnostic or therapeutic strategies in cancer in general, not just in the area of EGFR or lung cancer.

Report all sources of revenue paid (or promised to be paid) directly to you or your institution on your behalf over the 36 months prior to submission of the work. This should include all monies from sources with relevance to the submitted work, not just monies from the entity that sponsored the research. Please note that your interactions with the work's sponsor that are outside the submitted work should also be listed here. If there is any question, it is usually better to disclose a relationship than not to do so.

For grants you have received for work outside the submitted work, you should disclose support ONLY from entities that could be perceived to be affected financially by the published work, such as drug companies, or foundations supported by entities that could be perceived to have a financial stake in the outcome. Public funding sources, such as government agencies, charitable foundations or academic institutions, need not be disclosed. For example, if a government agency sponsored a study in which you have been involved and drugs were provided by a pharmaceutical company, you need only list the pharmaceutical company.

## 4. Intellectual Property.

This section asks about patents and copyrights, whether pending, issued, licensed and/or receiving royalties.

## 5. Relationships not covered above.

Use this section to report other relationships or activities that readers could perceive to have influenced, or that give the appearance of potentially influencing, what you wrote in the submitted work.

### Definitions.

**Entity:** government agency, foundation, commercial sponsor, academic institution, etc.

**Grant:** A grant from an entity, generally [but not always] paid to your organization

**Personal Fees:** Monies paid to you for services rendered, generally honoraria, royalties, or fees for consulting , lectures, speakers bureaus, expert testimony, employment, or other affiliations

**Non-Financial Support:** Examples include drugs/equipment supplied by the entity, travel paid by the entity, writing assistance, administrative support, etc**.**

**Other:** Anything not covered under the previous three boxes

**Pending:** The patent has been filed but not issued

**Issued:** The patent has been issued by the agency

**Licensed:** The patent has been licensed to an entity, whether earning royalties or not

**Royalties:** Funds are coming in to you or your institution due to your patent



# ICMJE Form for Disclosure of Potential Conflicts of Interest

**Section 1.**    **Identifying Information**

1. Given Name (First Name)
_____

2. Surname (Last Name)
_____

3. Date
_____

4. Are you the corresponding author?    ☐ Yes    ☐ No

5. Manuscript Title
_____

6. Manuscript Identifying Number (if you know it)
_____

**Section 2.**    **The Work Under Consideration for Publication**

Did you or your institution **at any time** receive payment or services from a third party (government, commercial, private foundation, etc.) for any aspect of the submitted work (including but not limited to grants, data monitoring board, study design, manuscript preparation, statistical analysis, etc.)?
Are there any relevant conflicts of interest?    ☐ Yes    ☐ No

**Section 3.**    **Relevant financial activities outside the submitted work.**

Place a check in the appropriate boxes in the table to indicate whether you have financial relationships (regardless of amount of compensation) with entities as described in the instructions. Use one line for each entity; add as many lines as you need by clicking the "Add +" box. You should report relationships that were **present during the 36 months prior to publication**.
Are there any relevant conflicts of interest?    ☐ Yes    ☐ No

**Section 4.**    **Intellectual Property -- Patents & Copyrights**

Do you have any patents, whether planned, pending or issued, broadly relevant to the work?    ☐ Yes    ☐ No



## ICMJE Form for Disclosure of Potential Conflicts of Interest

| Section 5. | Relationships not covered above |
|---|---|

Are there other relationships or activities that readers could perceive to have influenced, or that give the appearance of potentially influencing, what you wrote in the submitted work?

☐ Yes, the following relationships/conditions/circumstances are present (explain below):

☐ No other relationships/conditions/circumstances that present a potential conflict of interest

At the time of manuscript acceptance, journals will ask authors to confirm and, if necessary, update their disclosure statements. On occasion, journals may ask authors to disclose further information about reported relationships.

| Section 6. | Disclosure Statement |
|---|---|

Based on the above disclosures, this form will automatically generate a disclosure statement, which will appear in the box below.

| Evaluation and Feedback |
|---|

Please visit http://www.icmje.org/cgi-bin/feedback to provide feedback on your experience with completing this form.