# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

PACIRA BIOSCIENCES, INC.,

                Plaintiff,

    v.

AMERICAN SOCIETY OF
ANESTHESIOLOGISTS, INC., et al.,

                Defendants.

Civil Action No. _____

**EXPERT STATEMENT OF**
**WILLIAM RAYBURN, MD, MBA**

## I.    QUALIFICATIONS

I am an emeritus distinguished professor, chair of obstetrics and gynecology, and associate dean for continuing medical education and professional development at the University of New Mexico School of Medicine.  I recently joined the faculty at the Medical University of South Carolina. As a maternal-fetal medicine specialist, I continue to care for underserved women with complicated pregnancies and have received several teaching awards, and my research has led to more than 700 peer-reviewed journal articles and abstracts presented at national scientific meetings that deal with high risk pregnancy topics, physician workforce issues, and evaluative education trials.

I also have extensive experience in the development, oversight, implementation, and administration of continuing medical education (CME) activities.  I currently sit on the Board of Directors for the Accreditation Council for Continuing Medical Education (ACCME), the governing body for CME activities, and previously served as the Chair of the Board from 2017 to 2018.  (The opinions expressed in this statement are my personal opinions and do not represent the views of ACCME.)  I also served as the President of the Society for Academic Continuing Medical Education (SACME) from 2018 until 2020, and held various other positions

with SACME before serving as President.  I also served for two years as a Senior Consultant for

Continuing Medical Education for the Association of American Medical Colleges, and I have

served as a peer reviewer for the Journal of Continuing Education in the Health Professionals.  In

addition to these association positions, I was responsible for overseeing implementation of the

CME program at the University of New Mexico during my tenure as an associate dean.

I have received several awards with respect to my CME-related work, including the 2014

Robert Fox Award for Excellence in CME Research, awarded by SACME.  I have also been

invited to speak over a dozen times on topics related to CME and have various publications

regarding CME, including a 2018 book, *Continuing Professional Development in Medicine and

Health Care: Better Education, Better Patient Outcomes*, which, is the official book of SACME.

My full CV is attached as **Exhibit A.**

## II.       QUESTION ASKED

I was asked by counsel to describe the process for providing continuing medical

education (CME) activities and to explain if such materials should be free of bias and

commercial interest and, if so, why.

## III.       OPINIONS

### A.       Background on CME Programs

Continuing medical education (CME) is required for all physicians to remain board-

certified, and it frequently is also required for physicians to maintain their state medical licenses

and hospital privileges.  It takes a variety of forms, but the most common form of CME activities

are: (1) conferences and seminars promoted nationally, typically hosted by medical societies

(i.e., societies for specific medical specialties); (2) local events, often hosted by a large hospital

or academic health center; (3) Regularly Scheduled Series (known as RSS), such as standing,

weekly or monthly "grand rounds" at a hospital; (4) journal clubs, in which medical journals highlight a given article from their publication and provide the subscriber several multiple choice questions related to the content of that article; and (5) journal club meetings, in which subscribers attend meetings where select articles are reviewed with the objective of education.

CME activities are typically hosted by a "provider," such as the medical school within a university (e.g., The George Washington University School of Medicine), or a membership organization (e.g., the American College of Obstetricians and Gynecologists). Each event usually has a Program Director, who is typically the individual interested in hosting the event and then tasked with doing so, such as a member of a hospital, medical school, or medical association. Industry corporations, such as pharmaceutical companies, insurance companies, and medical device companies are ineligible to provide accredited CME activities ("ineligible companies").[1]

CME programs are regulated by the Accreditation Council for Continuing Medical Education (ACCME). Every year, accredited CME providers must submit Program and Activity Reporting System (PARS) data to ACCME as a requirement to maintain their accreditation. This permits ACCME to evaluate changes in the providers' programs from year to year, and every four to six years, when each program is reviewed by ACCME surveyors. ACCME evaluates programs for their compliance with ACCME's Accreditation Core Criteria: Mission, Program Analysis, Educational Needs, Designed to Change, and Analyzes Change.[2] Providers also must comply with ACCME's Standards for Integrity and Independence in Accredited Continuing Education

---

[1]  An industry corporation can provide educational grants for education and can sponsor an event, but typically only with a co-sponsor. When an industry sponsor is involved, various safeguards against bias in the presentation materials are imposed, as discussed below.

[2] ACCME Accreditation Criteria, available at https://www.accme.org/accreditation-rules/accreditation-criteria.

(ACCME Integrity Standards).[3]  These Accreditation Criteria and Integrity Standards are discussed more below.

> **B.    Because CME Serves an Important Role in the Continuing Professional Development of Physicians, it is Crucial that CME Information Be Balanced and Free From Commercial Influence.**
>
> > **1.    Physicians Often Participate in Practice-Specific CME Activities with the Intent of Applying Newfound Knowledge to Their Practice.**

CME is central to a physician's medical practice.  It is more than simply a "check-the-box" exercise needed to maintain certifications—serving patients requires a lifelong commitment to learning.  A physician must stay abreast of evolving and developing advancements in his or her field and continuously work to identify and fill his or her knowledge gaps.  Accordingly, there is a general understanding in the field, especially among those involved in the development and implementation of CME activities, that CME is aptly described as "continuing professional development" (CPD).  CPD is the effort to acquire knowledge with the expectation that it will lead to performance improvement; i.e., enhanced patient care.  A physician who gains knowledge that he or she does not apply has wasted that education.  All stakeholders involved in CME activities—learners, researchers, authors, educators, accreditors, health care systems— share a responsibility for advancing CPD so that it effectively meets the needs of emerging generations of clinicians and fulfills their potential as strategic partners in health care improvement.

Consistent with the goals of CPD, educational activities are typically focused on the specific practice areas of participating health care providers.  Indeed, one of the accreditation criterion on which ACCME evaluates providers is whether the "provider incorporates into CME

---

[3] *Available at* https://www.accme.org/accreditation-rules/standards-for-integrity-independence-accredited-ce.

activities the educational needs (knowledge, competence, or performance) that underlie the professional practice gaps of their own learners."[4]  Physicians also tend to seek CME activities that are relevant to their specific professional practices and capable of application.  In my experience, physicians are often task-oriented, i.e., they respond well to pragmatic information and to training in cognitive or technical skills that they can apply immediately.  Physicians are also trained from the outset of their careers to seek out CME activities that are relevant to their specific medical practices, with the intent that they will use the information to improve their performance.  For example, young physicians in training are judged by certain core "competencies."  One of those competencies is the physician's ability to identify gaps in her knowledge base and close those gaps through education.  Thus, health care practitioners, especially younger practitioners, are especially responsive to material that is personalized and targeted specifically to address their needs and areas for growth.

Regulatory authorities facilitate a physician's lifelong learning by providing access to practice-specific education that drives clinical practice and quality improvement.  In my experience, the American Board of Anesthesiology is a leader among regulatory boards in this respect.  The Maintenance of Certification in Anesthesiology (MOCA) provides access to practice-specific CME content for board-eligible or board-certified anesthesiologists. Specifically, MOCA provides clear descriptions of what it expects its members to accomplish and identifies specific articles and content tailored to their members' areas of expertise.  In my role as Associate Dean at The University of New Mexico School of Medicine, I oversaw the CME activities that our school provided.  MOCA offered a CME course at our school, which

---

[4] ACCME Accreditation Criteria, available at https://www.accme.org/accreditation-rules/accreditation-criteria.

occurred several times a year and was limited in capacity.  During the course, participants engaged in pragmatic simulations of real-world events.

### 2. CME Activities Should be Free From Commercial Bias In Order to Preserve Their Integrity.

Because physicians are likely to apply knowledge obtained through CME activities to their practices in serving patients, it is critical that the knowledge they obtain is balanced and accurate.  For this reason, ACCME states that the "independence" of medical education from industry influence is "*the cornerstone of accredited continuing education.*"[5]  Healthcare professionals must have "a protected space to learn, teach, and engage in scientific discourse free from influence from organizations that may have an incentive to insert commercial bias into education."[6]

ACCME places the onus on CME providers at their organizations to implement safeguards to protect the independence of CME activities.  ACCME holds accredited CME providers "responsible for ensuring that healthcare professionals have access to learning and skill development activities that are trustworthy and are based on best practices and high-quality evidence," recognizing that "[t]hese activities must serve the needs of patients and not the interests of industry."[7]  As a provider, I understood that we had a responsibility to provide CME activities that were balanced, evidence-based, and based on best practices.

Specifically, to become accredited and to maintain accreditation from ACCME, all CME providers must comply with five Standards for Integrity and Independence in Accredited Continuing Education.  Among others, Standard 1 requires that content be valid, meaning,

---

[5] *Supra* n.3, ACCME Integrity Standards, Introduction, at 3 (emphasis added).

[6] *Ibid.*

[7] *Ibid.* at 3.

among other things, that providers ensure CME material "give[s] a fair and balanced view of diagnostic and therapeutic options," and that "[a]ll scientific research referred to, reported, or used in accredited education in support or justification of a patient care recommendation … conform[s] to the generally accepted standards of experimental design, data collection, analysis, and interpretation." Standard 2 "prevents commercial bias and marketing," and, among other things, prohibits influence from ineligible companies. And Standard 3 obligates providers to "identify, mitigate, and disclose relevant financial relationships … between individuals in control of educational content and ineligible companies[.]" The standard expressly states that "there is no minimum financial threshold."[8] Standard 3 also imposes affirmative obligations on providers to collect and disclose information about financial relationships, mitigate any conflicts, and exclude owners and employees of industry corporations from the educational activities.

In the present dispute, I have not evaluated the CME material or related content offered by the journal *Anesthesiology* that is at issue and do not express an opinion as to whether they satisfy the industry standard for educational content. However, if the content is not accurate and balanced or if the editors who create the CME materials have not made efforts to control for editorial and/or author biases of the underlying material, or worse—if they know such biases exist and do not correct for it—then such content would not comply with the applicable requirements governing the educational content.

Date: 03-28-2021

William Rayburn MD, MBA

Dr. William Rayburn, M.D.

---

[8] *Ibid.* at 5-8.

7

# EXHIBIT A

*Current as of: 4/7/2021*

# Curriculum Vitae
# William F. Rayburn, MD, MBA

## TABLE OF CONTENTS

TITLE AND COMMUNICATION ........................................................................................................... 2

EDUCATION .................................................................................................................................... 2

ACADEMIC APPOINTMENTS ............................................................................................................ 3

INSTITUTIONAL LEADERSHIP POSITIONS .......................................................................................... 4

NATIONAL LEADERSHIP POSITIONS .................................................................................................. 8

REVIEWER AND CONSULTANT ....................................................................................................... 10

ACADEMIC HONORS & AWARDS .................................................................................................... 12

PROFESSIONAL SOCIETIES ............................................................................................................. 16

BOARD CERTIFICATIONS & MEDICAL LICENSURE ............................................................................ 17

SERVICE CONTRACT SUPPORT ....................................................................................................... 18

CLINICAL CARE RESPONSIBILITIES .................................................................................................. 20

EDUCATIONAL PROGRAMS & TEACHING ....................................................................................... 20

CONTINUING MEDICAL EDUCATION CREDITS (2014 - Present) ......................................................... 22

INVITED LECTURES (2013 – Present) ............................................................................................... 25

RESEARCH GRANTS ...................................................................................................................... 29

INSTITUTIONAL REVIEW BOARD APPROVED PROJECTS (University of New Mexico Only) ................... 34

ABSTRACTS AT NATIONAL MEDICAL MEETINGS ............................................................................. 37

PUBLICATIONS ............................................................................................................................. 64

    *Manuscripts in Peer-Reviewed Medical Journals* ...................................................................... 64

    *Manuscripts Submitted* ......................................................................................................... 90

    *Books* .................................................................................................................................. 90

    *Symposia Edited* ................................................................................................................... 92

    *Chapters* .............................................................................................................................. 92

    *Monographs, Non-Peer-Reviewed Publications, Editorials/Commentaries* ................................... 97

    *Forewords (Editor, Obstetrics and Gynecology Clinics of North America)* ..................................... 99

**TITLE AND COMMUNICATION**

Emeritus Distinguished Professor, Chair of Obstetrics & Gynecology, Associate Dean
1 University of New Mexico, MSC 09 5370
Albuquerque, NM  87131-0001
Mobile: (505) 615-0819
Fax:      (505) 272-8604
E-mail: wrayburnmd@gmail.com


**EDUCATION**

**College/Teaching**

| | |
|---|---|
| Hampden-Sydney College, B.S. (Interscience), Hampden-Sydney, Virginia | 07/1967-05/1971 |
| Teacher, Amherst County High School (Biology), Amherst, Virginia | 01/1971-07/1971 |

**Medical School**

| | |
|---|---|
| University of Kentucky, Lexington, Kentucky | 08/1971-06/1975 |

**Internship**

| | |
|---|---|
| Family Medicine, University of Iowa Hospitals and Clinics, Iowa City, Iowa (Chair: Robert Rakel, MD) | 07/1975-06/1976 |

**Residency**

| | |
|---|---|
| Obstetrics & Gynecology, University of Kentucky Medical Center, Lexington, Kentucky (Chair: John Greene Jr., MD) | 07/1976-06/1979 |

**Fellowships**

| | |
|---|---|
| Maternal-Fetal Medicine, Department of Obstetrics and Gynecology, The Ohio State University Hospitals, Columbus, Ohio (Chair: Frederick Zuspan, MD) | 07/1979-06/1981 |
| Leadership Fellowship, Council of Deans, Association of American Medical Colleges | 09/2007-08/2008 |

| | |
|---|---|
| Physician Workforce Research Fellowship, American College of Obstetricians and Gynecologists | 09/2008-08/2010 |

**Graduate School**

| | |
|---|---|
| Master of Healthcare Management and Business Administration (MBA) with Honors, University of Texas, School of Management and Southwestern Medical School, Dallas, Texas | 06/2005-12/2007 |

**Certificate Programs**

| | |
|---|---|
| Business of Medicine (Certificate of Medical Business), Johns Hopkins University School of Medicine, School of Continuous Studies, Baltimore, Maryland | 07/1997-06/1998 |
| Teaching for Quality Faculty Development Certificate Program, Association of American Medical Colleges, Washington DC | 06/2015-12/2017 |

**ACADEMIC APPOINTMENTS**

**Assistant Professor**

| | |
|---|---|
| Department of Obstetrics & Gynecology, The University of Michigan Medical School | 07/1981-10/1983 |

**Associate Professor**

| | |
|---|---|
| Department of Obstetrics & Gynecology, The University of Michigan Medical School | 10/1983-10/1985 |
| Departments of Obstetrics & Gynecology and Pharmacology, University of Nebraska College of Medicine | 11/1985-06/1988 |

**Professor**

| | |
|---|---|
| Departments of Obstetrics & Gynecology and Pharmacology University of Nebraska College of Medicine | 07/1988-03/1992 |
| Departments of Obstetrics & Gynecology and Pharmacology/Toxicology The University of Oklahoma College of Medicine | 04/1992-11/1998 |

Department of Obstetrics & Gynecology                          12/1998-1/2020
The University of New Mexico School of Medicine

**Adjunct Professor**

University of Texas, Naveen Jindal School of Management          2015-present
UT Southwestern Medical Center Healthcare Leadership & Management
Dallas, TX

College of Graduate Studies, Medical University of South Carolina,    2020-present
Charleston, SC

## INSTITUTIONAL LEADERSHIP POSITIONS

### University of Michigan Medical School

Director, Division of Maternal-Fetal Medicine,                 1981-1985
Department of Obstetrics & Gynecology

### University of Nebraska College of Medicine

Director, Maternal-Infant Care Project                         1986-1988

Director, Maternal Care Program                                1988-1992

Director, Division of Maternal-Fetal Medicine                  1985-1992

Department of Obstetrics & Gynecology

### University of Oklahoma College of Medicine

Director, Section of Maternal-Fetal Medicine                   1992-1998
Department of Obstetrics & Gynecology

Director, Maternal-Fetal Medicine Service                      1992-1998
Department of Obstetrics & Gynecology
Presbyterian Hospital, Oklahoma City

| | |
|---|---|
| Chief of Obstetrics,<br>The University Hospital | 1992-1998 |
| Fellowship Program Director, Maternal-Fetal Medicine<br>Department of Obstetrics and Gynecology | 1998-2014 |

**University of New Mexico School of Medicine**

| | |
|---|---|
| Chair,<br>Department of Obstetrics & Gynecology | 1998-2014 |
| Vice-President (elected annually)<br>University Physician Associates | 1999-2007 |
| Physician-in-Chief,<br>Women's Health Strategic Business Unit | 1999-2002 |
| Director of Maternal Fetal Medicine,<br>Women's Hospital, Albuquerque, New Mexico | 2006-2007 |
| President,<br>La Tierra Sagrada Society (Fundraising at the Health Sciences Center for community health research and student scholarships) | 2005-2007 |
| Chief of Staff,<br>University Hospitals and Clinics | 2006-2008 |
| Interim Division Chief, Maternal Fetal Medicine<br>Department of Obstetrics and Gynecology | 2009-2011 |
| Associate Dean,<br>Continuing Medical Education and Professional Development | 2013-2020 |

**Medical University of South Carolina**

| | |
|---|---|
| Adjunct Professor<br>College of Graduate Studies | 2020-present |

**MEDICAL COMMITTEES AND LEADERSHIP POSITIONS**

**Department of Obstetrics and Gynecology (University of New Mexico)**

| | |
|---|---|
| Student Education Committee, member | 1998-2014 |

| | |
|---|---|
| Research Review Committee, member | 1998-2014 |
| Continuing Medical Education Committee, member | 1998-2014 |
| Resident Education Committee, member | 1998-2014 |
| Ambulatory Care Committee, chair and member | 1999-2014 |
| Executive Committee, chair | 1998-2014 |
| Maternal-Fetal Medicine Fellowship Program, director | 2016-2020 |

**Health Sciences Center/Medical School (University of New Mexico)**

| | |
|---|---|
| Medical Executive Committee, member | 1998-2020 |
| Committee of Chairs, member | 1998-2014 |
| Clinical Operations Improvement Committee, member | 1998-1999 |
| University Physicians Associates Board of Directors, member | 1998-2004 |
| School of Medicine Finance Committee, member | 1998-2001 |
| Committee of Clinical Operations, member | 1998-2003 |
| Task Force, Outreach Continuing Medical Education, member | 1999-2000 |
| Development Office, Randolph Seligman Endowed Professor Fund, chair | 1999-2014 |
| Clinical Leaders Group, member | 1999-2005 |
| Clinical Research Center, Advisory Board, member | 1999-2006 |
| University Physician Associates, Vice President | 2000-2002 |
| University Physician Associates, Task Force for Revenue Rejections, chair | 2000-2002 |
| Ad-hoc Committee for Department Reviews, chair | 2002-2004 |
| Search Committee for Chair, Department of Internal Medicine | 2002-2003 |
| La Tierra Sagrada Society, board member | 2004-2011 |
| Ad-hoc Committee for Professional Leave, chair | 2004-2005 |
| University Health Sciences Center, Task Force for Patient and Referring Physician Satisfaction, co-chair | 2004-2005 |
| Clinical Executive Council, UNM Health Sciences Center, member | 2004-2005 |
| Next Generation Task Force, UNM School of Medicine, member | 2005-2006 |
| Faculty Practice Organization Advisory Committee, member | 2005-2006 |

| | |
|---|---|
| Faculty Contracting Advisory Committee, member | 2005-2007 |
| Ad-hoc Committee for Sabbaticals, member | 2005-2006 |
| Operating Room Executive Committee, member | 2005-2008 |
| Search Committee for Chair, Department of Surgery, member | 2005-2006 |
| Education Strategic Planning Committee, member | 2006-2007 |
| CTSC Career Development Core Working Group, member | 2006-2010 |
| Clinical Operations Board, member | 2006-2010 |
| Quality Care and Patient Safety Board, member | 2006-2020 |
| University of New Mexico Medical Group, Board of Directors, member | 2007-2009 |
| Committee of Excellence, member | 2007-2009 |
| Quality Oversight Committee, member | 2007-2020 |
| Search Committee for Chair, Department of Family and Community Medicine, member | 2008-2009 |
| University of New Mexico Hospital Board of Trustees, member | 2008-2010 |
| UNMMG Strategic Action Plan Committee, member | 2008-2010 |
| LCME Institutional Setting Subcommittee, member | 2008-2009 |
| Medical Education Scholars Committee, member | 2014-2020 |
| Medical Leadership Academy, member | 2014-2020 |
| Stem Cell Research Committee, member | 2015-2020 |
| New Mexico HSC Workforce Advisory Committee, member | 2015-2020 |
| Quality Safety Officers, member | 2016-2020 |
| Sabbatical and Leave from Assigned Duties as hoc Committee, member | 2017-2020 |

**University of New Mexico (main campus)**

| | |
|---|---|
| Search Committee for President, University of New Mexico, member | 2006-2007 |
| University Board of Regents, Health Sciences representative | 2006-2009 |

**County/State Organizations**

| | |
|---|---|
| Ad-Hoc Committee on Maternal and Child Health, Nebraska Medical Association, member | 1986-1992 |

| | |
|---|---|
| Nebraska Perinatal Organization, Board of Directors, member | 1986-1992 |
| Ad-Hoc Committee on Development of Perinatal Guidelines, Nebraska State Department of Health, member | 1988-1989 |
| Advisory Committee, Maternal Child Health Division, Nebraska Department of Health, member | 1990-1992 |
| Advisory Committee, Maternal Child Health Division (Healthy Futures), Oklahoma Department of Health, member | 1992-1998 |
| Oklahoma Diabetes and Pregnancy Network Oklahoma Department of Health, member | 1992-1998 |
| Maternal Mortality Committee, Oklahoma State Medical Association, member | 1992-1998 |
| Albuquerque Obstetrics-Gynecology Society, Program Director | 1999-2005 |
| Milagro Clinic (for pregnant women with substance use disorders), Medical Director | 2001-2011 |
| New Mexico Medical Society, Continuing Medical Education Committee, member | 2013-2020 |
| Greater Albuquerque Medical Association, Membership Committee, member | 2015-2020 |
| New Mexico Health Workforce Committee, member | 2016-2020 |

**Medical University of South Carolina**

| | |
|---|---|
| Master of Science in Clinical Research Program, faculty member Course coordinator, "Community Engagement in Clinical Research" | 2020-present |

**NATIONAL LEADERSHIP POSITIONS**

**Council of University Chairs in Obstetrics and Gynecology (CUCOG)**

| | |
|---|---|
| Annual Meeting, program director | 2001-2004 |
| Assistant Secretary-Treasurer | 2002-2003 |
| Secretary-Treasurer | 2004-2005 |
| President-elect | 2006 |

| | |
|---|---|
| President | 2007-2009 |
| Immediate past president | 2010-2012 |
| Founder and Program Director, Fellowship in Academic Leadership Council of University Chairs in Obstetrics and Gynecology | 2007-2014 |

## American College of Obstetricians and Gynecologists (ACOG)

| | |
|---|---|
| Indian Affairs Committee, member | 1988-1992 |
| Scientific Program Committee, Annual College Meeting, member and chair | 2000-2008 |
| ACOG/Healthdyne Perinatal Research Fellowship, selection committee, member and chairman | 1992-1996 |
| Committee on Continuing Medical Education, member | 2004-2007, 2019-present |
| Annual Clinical Meeting, chair and general program, chair | 2004-2006 |
| Collaborative Ambulatory Research Network (CARN), member | 2010-2017 |
| Liaison Committee for Obstetrics and Gynecology (LCOG), member | 2007-2019 |
| Council of Medical Specialty Societies (CMSS), Workforce Component Group, representative | 2009-2019 |
| Workforce Studies and Planning, consultant | 2010-present |
| Physician Workforce Committee, Council of Medical Specialty Societies, member | 2012-2019 |
| Society for Maternal-Fetal Medicine, Membership Committee, member | 2014-2019 |
| Pregnancy Related Care Research Unit (RRCU), member | 2018-2019 |

## Society for Academic Continuing Medical Education (SACME)

| | |
|---|---|
| Research Committee, member | 2015-2019 |
| Communications Committee, member | 2016-present |
| CE News Journal, co-editor (scholarly publications) | 2016-present |
| Vice President | 2016-2017 |
| President-Elect | 2016-2018 |
| President | 2018-2020 |
| Immediate Past President | 2020-present |

| | |
|---|---|
| Chair, Academy of Fellows | 2020-present |

## Accreditation Council for Continuing Medical Education (ACCME)

| | |
|---|---|
| Board of Directors, member | 2015-present |
| Decision Committee, member | 2015-2018 |
| Finance Committee, member | 2018-present |
| Executive Committee, member | 2016-present |
| New Member and Election Committee, member | 2017-2018 |
| Vice Chair of the Board | 2016-2017 |
| Chair of the Board | 2017-2018 |

## Association of American Medical Colleges (AAMC)

| | |
|---|---|
| Group on Educational Activities, Continuing Professional Development | 2017-2020 |
| Senior Consultant for Continuing Medical Education | 2017-2019 |

## Association of Professors in Obstetrics and Gynecology (APGO)

| | |
|---|---|
| Committee for Council Membership, member | 1999-2001 |
| Foundation Board, member | 2002-2005 |

## Other

| | |
|---|---|
| Food and Drug Administration<br>(Office of Orphan Products Development), field reviewer | 1991-1998 |
| Neurobehavioral Teratology Society<br>Award Committee, member and chair | 1998-2000 |
| United States Pharmacopoeia Convention, field reviewer | 1983-1997 |

## REVIEWER AND CONSULTANT

## Medical Board Examiner

| | |
|---|---|
| American Board of Obstetrics and Gynecology | 1989-2010 |

| General Obstetrics and Gynecology | 1989-2007 |
| Maternal-Fetal Medicine | 2008-2010 |

**Peer Journal Reviewer**

Acta Obstetricia et Gynecologica Scandinavica (AOGS)

American Journal of Obstetrics and Gynecology (AJOG)

American Journal of Perinatology (AJP)

British Journal of Obstetrics and Gynecology (BJOG)

European Journal of Obstetrics and Gynecology and Reproductive Biology

Gynecology Obstetrics Investigation (GOI)

International Journal of Gynecology and Obstetrics (IJGO)

Journal of the American Medical Association (JAMA)

Journal of Maternal-Fetal Medicine (JMFM)

Journal of Continuing Education in the Health Professionals (JCEHP)

Journal of Obstetrical and Gynecological Research (JOGR)

Journal of Public Health (JPH)

Journal of Reproductive Medicine (JRM)

Journal of Society for Gynecologic Investigation (JSGI)

Journal of Women's Health (JWH)

New England Journal of Medicine (NEJM)

Obstetrics and Gynecology (Obstet Gynecol)

Teaching and Learning in Medical Education

**Abstract Reviewer for Scientific Meetings**

| American College of Obstetricians and Gynecologists (ACOG) | 1992-present |
| Association of Professors in Gynecology and Obstetrics (APGO) | 1999-present |
| Council of Resident Education in Obstetrics & Gynecology (CREOG) | 1999-present |
| Society for Academic Continuing Medical Education (SACME) | 2014-present |
| Society for Reproductive Investigation (SRI) | 2015-present |
| Society for Gynecologic Investigation (SGI) | 1996-2014 |

Society for Maternal Fetal Medicine (SMFM)                    1983-present

**Editorial**

Journal of Reproductive Medicine

    Editorial advisory board                    1992-present

    Associate editor                    2000-present

    Editor-in-chief                    2000-2001

Journal of Maternal-Fetal Medicine

    Editorial advisory board                    1999-2004

Reproductive Toxicology

    Editorial advisory board                    2000-2009

Obstetrics and Gynecology Clinics of North America

    Editor                    2003-present

**Medical Publisher Consultant**

Williams and Wilkins Publishers, Baltimore, MD

The C.V. Mosby Company, St. Louis

W. B. Saunders Publishers, Philadelphia, PA

Forest Laboratories, St. Louis, MO

Lippincott Publishers, Philadelphia, PA

Elsevier Publishers, Philadelphia, PA

**ACADEMIC HONORS & AWARDS**

**Scholarship**

Distinguished Professor, Medicine, University of New Mexico                    2014-2020

**Teaching**

| | |
|---|---|
| Golden Apple Award (Resident Excellence in Teaching Award), honorable mention<br>University of Kentucky Medical Center | 1977 |
| Golden Apple Award (Resident Excellence in Teaching Award), honorable mention<br>University of Kentucky Medical Center | 1978 |
| Appreciation for Teaching Faculty Award<br>Department of Obstetrics and Gynecology<br>The University of Oklahoma College of Medicine | 1992 |
| Faculty Teaching Award for Excellence in Teaching Medical Students<br>Department of Obstetrics and Gynecology<br>The University of Oklahoma College of Medicine | 1993 |
| Faculty Teaching Award for Excellence in Teaching Medical Students<br>Department of Obstetrics and Gynecology<br>The University of Oklahoma College of Medicine | 1994 |
| Faculty Teaching Award for Excellence in Teaching Medical Students<br>Department of Obstetrics and Gynecology<br>The University of Oklahoma College of Medicine | 1996 |
| Award for Teaching Excellence by Medical Students<br>Department of Obstetrics and Gynecology<br>The University of New Mexico School of Medicine | 2003-2016 |

**Research**

| | |
|---|---|
| Residents' Prize Paper Award, Kentucky Obstetrical & Gynecological Society | 1978 |
| Ephraim McDowell Prize Paper Award (Second Place Award),<br>District V American College of Obstetricians & Gynecologists | 1978 |
| Residents' Prize Paper Award, Kentucky Obstetrical & Gynecological Society | 1979 |
| Searle-Donald F. Richardson Prize Paper Award,<br>American College of Obstetricians & Gynecologists | 1980 |
| Award for Research Excellence (Best Poster Presentation),<br>Society of Maternal-Fetal Medicine | 1998 |
| Top 100 Reviewers, American Journal of Obstetrics and Gynecology | 2003-2006 |

| | |
|---|---|
| Top 100 Reviewers, Obstetrics and Gynecology | 2006 |
| Award for Excellence in Education Research (Best Oral Presentation) Association of Professors in Gynecology and Obstetrics | 2010 |
| American College of Obstetricians and Gynecologists, Roy M. Pitkin Award for Outstanding Research Published in Obstetrics and Gynecology | 2010-2012 |
| Robert Fox Award for Excellence in CME Research Society for Academic Continuing Medical Education | 2014 |
| Top 10 Citation in MedEdPublish, "Flipping an Obstetrics Clerkship Lecture with an Interactive Learning Session" | 2017 |

**Scholastic**

| | |
|---|---|
| Dean's Letter of Special Recognition, (Third highest score on USMLE, Part I, Class of 1975) | 1973 |
| Marquis Who's Who in Science and Engineering® | 1996-2014 |
| Marquis Who's Who in The South and Southwest® | 1997-2016 |
| Marquis Who's Who in America® | 1997-2016 |
| Marquis Who's Who in Medicine and Healthcare® | 1998-2016 |
| Marquis Who's Who in the World® | 1998-2017 |
| Marquis Who's Who in American Education® | 2003-2015 |
| Marquis Who's Who Among America's Teachers® | 2004-2015 |
| Scholar, Physician Workforce Research, American College of Obstetricians and Gynecologists | 2008-2010 |
| Scholar, Policy Research in Physician Workforce, Robert Graham Center for Policy Research in Primary Care, American Board of Family Physician | 2013-2016 |
| Albert Nelson Marquis Lifetime Achievement Award | 2017 |

**Clinical**

| | |
|---|---|
| Best Doctors in America: Central Region (Maternal-Fetal Medicine), Woodward / White Inc., NY. | 1996-1997 1998-1999 |
| Best Doctors in America: Southwest Region (Maternal-Fetal Medicine), Woodward/White Inc., NY. | 2000-2001 2001-2002 |

2009-2010

## Books

Book of the Year Award, <u>Drug Therapy in Obstetrics and Gynecology</u>                    1983
American Journal of Nursing

Presidential Honor for Published Professors, University of New Mexico            2002,2003,2011,
                                                                                2013, 2018

Official Book of the Society for Academic Continuing Medical Education           2018 - present
Society, <u>Continuing Professsional Development in Medicine and Health
Care: Better Education, Better Patient Outcomes</u>

## Endowed Chair/ Professorships

John W. Records Chair in Obstetrics and Gynecology                               1992-1998
University of Oklahoma

Randolph V. Seligman Professor in Obstetrics and Gynecology                      1999-2014
University of New Mexico

## Alumni/Development

Distinguished Alumnus Award, University of Kentucky Medical Alumni               2005
Association

Distinguished Service Award, School of Medicine Development Office               2006
University of New Mexico

## International Business Honor Society

Beta Gamma Sigma Society                                                         2007-present

## Residency and Fellowship Training Program Reaccreditation

Reaccreditation, maximal duration (Am Bd Obstet Gynecol)                         1995
Maternal-Fetal Medicine
College of Medicine, University of Oklahoma

| | |
|---|---|
| Reaccreditation, maximal duration (Am Bd Obstet Gynecol, Accred Coun Grad Med Ed)<br>Residency Program<br>Department of Obstetrics & Gynecology<br>School of Medicine, University of New Mexico | 2001,2007,2013 |
| Reaccreditation (Am Bd Obstet Gynecol, Accred Coun Grad Med Ed)<br>Maternal-Fetal Medicine Fellowship Program<br>Department of Obstetrics and Gynecology<br>School of Medicine, University of New Mexico | 2017, 2019 |

**Continuing Medical Education Leadership**

| | |
|---|---|
| Reaccreditation with Commendation, University of New Mexico<br>Office of Continuing Medical Education and Professional Development<br>Accreditation Council for Continuing Medical Education | 2014 |
| Physician Recognition Award with Commendation<br>Continuing Medical Education<br>American Medical Association | 2012-2021 |
| President's Award for Invaluable Effort<br>Society for Academic Continuing Medical Education | 2017, 2018 |
| Reaccreditation, University of New Mexico<br>Office of Continuous Professional Learning<br>Accreditation Council for Continuing Medical Education | 2021 |

**PROFESSIONAL SOCIETIES**

**National**

American Board of Obstetrics and Gynecology (ABOG)

American College of Obstetricians and Gynecologists (ACOG)

American Gynecological and Obstetrical Society (AGOS)

Association of Professors in Gynecology and Obstetrics (APGO)

Council of University Chairs in Obstetrics and Gynecology (CUCOG)

Society for Academic Continuing Medical Education (SACME)

Society for Gynecologic Investigation (SGI)

Society for Reproductive Investigation (SRI)

Society of Maternal-Fetal Medicine (SMFM)

Teratology Society (TS)

**City/State**

| | |
|---|---|
| Michigan Medical Society | 1981-1985 |
| Michigan Obstetrics and Gynecology Society | 1981-1985 |
| Washtenaw County Obstetrics and Gynecology Society | 1981-1985 |
| Nebraska Medical Society | 1985-1992 |
| Nebraska Obstetrics and Gynecology Society | 1985-1992 |
| Omaha Obstetrics and Gynecology Society | 1985-1992 |
| Oklahoma State Medical Society | 1992-1998 |
| Oklahoma Obstetrics and Gynecology Society | 1992-1998 |
| Oklahoma City Obstetrics and Gynecology Society | 1992-1998 |
| Albuquerque Obstetrics and Gynecology Society | 1999-2006 |
| New Mexico Section, District VIII, American College of Obstetrics and Gynecologists | 1999-2020 |
| Greater Albuquerque Medical Association | 2013-2020 |
| New Mexico Medical Society | 2013-2020 |

**BOARD CERTIFICATIONS & MEDICAL LICENSURE**

**Board Certifications**

| | |
|---|---|
| National Board of Medical Examiners (159481) | 1976 |
| American Board of Obstetrics & Gynecology | |
|     Certified | 1982-1999 |
|     Recertified | 2000-2009 |

| | |
|---|---|
| Recertified, voluntary | 2010-2014 |
| Maintenance of Certification | 2015-2016 |
| Lifelong Learning and Self-Assessment | 2017-present |

American Board of Obstetrics & Gynecology, Division of Maternal-Fetal Medicine

| | |
|---|---|
| Certified | 1983-1998 |
| Recertified | 1999-2014 |
| Recertified, voluntary (December 13, 1991) | 2015-2019 |
| Maintenance of Certification | 2015-2016 |
| Lifelong Learning and Self-Assessment | 2017-present |

**Medical Licensure**

| | |
|---|---|
| Kentucky (18474) | 1976-79 |
| Ohio | 1979-81 |
| Michigan (4301043615) | 1981-85 |
| Nebraska (17088) | 1985-92 |
| Oklahoma (17985) | 1992-99 |
| New Mexico (99106) | 1998-2021 |
| South Carolina (MD83276) | 2019-present |

**SERVICE CONTRACT SUPPORT**

| | |
|---|---|
| Fellowship, Maternal-Fetal Medicine, Ohio State Health Department | 1979-1981 |
| Maternal and Infant Care Grant, Maternal Child Health Division Nebraska State Health Department | 1986-1988 |
| Maternal Care Program, Maternal Child Health Division Nebraska State Health Department | 1988-1992 |
| Perinatal Consultant Grant, Aberdeen Indian Health Service, Omaha and Winnebago Indian Reservations | 1988-1992 |
| Prenatal Genetic Screening Services, Oklahoma City Indian Health Service | 1992-1995 |

| | |
|---|---|
| Prenatal Genetics Services, Oklahoma State Department of Health | 1992-1997 |
| Perinatal Consultation Service, HCA Health Services of Oklahoma, Inc. Columbia Presbyterian, Oklahoma City | 1992-1997 |
| Perinatal Consultation Service, Mercy Hospital, Oklahoma City | 1994-1995 |
| Professional Medical Services by Resident Physicians at Community Clinics, Oklahoma State Department of Health | 1995-1997 |
| Perinatal Consultation Services, Integris Baptist Medical Center Oklahoma City | 1996-1997 |
| Perinatology Fellowship, HCA Health Services of Oklahoma, Inc. Columbia Hospital, Oklahoma City | 1996-1997 |
| Central Oklahoma Perinatal Coalition: Community Clinic System | 1996-1998 |
|     City-County Board of Health of Oklahoma County | 1996-1998 |
|     Hope Clinic | 1996-1998 |
|     Neighborhood Service Organization | 1996-1997 |
|     Variety Clinic | 1996-1998 |
|     Mary Mahoney Clinic | 1996-1998 |
| Maternity and Infant Care Grant, Maternal Child Health Division New Mexico Department of Health | 1999-2007 |
| Planned Parenthood of New Mexico | 1999-2014 |
| Annual County Maternal and Child Health Training Institute New Mexico Department of Health | 2000-2001 |
| New Mexico, Special Perinatal Care Grant, New Mexico State Legislature | 2000-2014 |
| Family Planning Program, New Mexico Department of Health | 1999-2007 |
| New Mexico Community Integrated Service Systems Intervention New Mexico Department of Health | 2001-2003 |
| Albuquerque Indian Health Service Clinics, Department of Human Health Services, Indian Health Services | 2001-2012 |
| 377th Medical Group, Ob/Gyn Services, Veterans Administration Medical Center | 2001-2004 |

**CLINICAL CARE RESPONSIBILITIES**

Approximately half of my time at the University of New Mexico was dedicated to patient care which includes primary obstetric care, perinatal consultation, fetal ultrasound interpretation, outreach consultation clinics, and supervisory inpatient activities .  While serving as an associate dean, my clinical responsibilities declined to 0.2 FTE and included the following patient care responsibilities:

**Clinic Care**

Staff one half-day fetal ultrasound clinic per week.

**Consultation**

Assist in correspondence with referral physicians for outpatient and inpatient maternal transfers.

Be on-call for the Maternal-Fetal Medicine consultation every sixth night.

**Supervisory**

Make daily rounds on the Maternal-Fetal Medicine inpatient service for an average of one week every five weeks.


**EDUCATIONAL PROGRAMS & TEACHING**

Approximately 20 percent of my professional time has been dedicated toward educational activities that include teaching medical students, residents, and fellows; in-service education/preparation; and continuing medical education.  Recent examples include the following educational activities:

**Medical Students**

Lecture in preclinical years about normal pelvic anatomy and about anatomic and physiologic changes during pregnancy.

Advise approximately seven medical students annually who are contemplating careers in obstetrics/gynecology.

Provide monthly problem-based didactic sessions to medical students in a classroom setting.

Teach regularly at the bedside or in small group sessions while on-call in the hospital, during morning patient rounds, or in clinic consultation.

Evaluate the performances of every medical student rotating on our service monthly with the clerkship director.

Semi-annually review all student written evaluations of the teaching efforts by department fellows.

Annually review national educational objectives for medical student education.

Advise and assist on one or more research projects by medical students annually.

**Residents/Fellows**

Assist one or more residents in the preparation of their annual research projects.

Assist in training fellows about research design and thesis preparation.

Annually review resident evaluations about my teaching performance as a constructive tool for improving my teaching skills.

Annually review Accreditation Council for Graduate Medical Education (ACGME) educational objectives for resident and fellow education.

Assist in implementing American Board of Obstetrics & Gynecology (ABOG) educational objectives for maternal-fetal medicine fellows.

Provide a learning opportunity to medical students, residents, and fellows by sharing the care of patients with complicated pregnancies.

Teach regularly at the bedside or in small group sessions while on-call in the hospital, during morning patient rounds, or in consultation clinics.

Utilize the Internet frequently in searching for randomized control studies for teaching about evidence –based guidelines for clinical practice.

Evaluate individual residents and fellows rotating on the maternal-fetal medicine service after procedures monthly using written guidelines for the six core competencies.

**Continuing Medical Education and Professional Development**

Actively participate in regularly scheduled departmental teaching conferences (grand rounds, morbidity and mortality case conference, perinatology-neonatology conference, annual postgraduate courses, annual research symposium).

Prepare for and present between two and six new lectures annually for presentations at community hospitals, other academic departments in the medical school, and other obstetrics/gynecology departments nationally.

Act as a resource for educational materials for community physicians.

Continually seek innovative methods for teaching patients, referring physicians, medical students, residents, and fellows.

Participate regularly in educational staff meetings at approximately 17 community hospitals in New Mexico.

Lecture at three or more other universities or graduate level conferences each year.

Obtain a minimum of 25 CME credit hours (usually 75-100) annually as desired by the state medical licensure board.


**CONTINUING MEDICAL EDUCATION CREDITS (2013 - Present)**

| | |
|---|---|
| 2013 Annual Women's Health Conference (Albuquerque, NM), February 22-23, 2013 | **10.25** |
| Prenatal Diagnosis and Genetics Conference (Albuquerque, NM), March 5, 2013 | 1 |
| ACOG Annual Clinical Meeting (New Orleans, LA), May 4-8, 2013 | 18 |
| American Gynecological and Obstetrical Society Annual Meeting (Chicago, IL), September 9-10, 2013 | 12 |
| Annual UNM Health Sciences Center Education Day (Albuquerque, NM), September 17, 2013 | 6 |
| Pain Management: Reducing Risk, Protecting Patients (Albuquerque, NM), October 2013 | 5 |
| Association of American Medical Colleges Annual Meeting (Philadelphia, PA), November 1-6, 2013 | 24 |
| ABOG, Annual Board Recertification Examination, 2013 | 30 |
| ACOG Annual Clinical Meeting (Chicago, IL), April 30-May 2, 2014 | 18 |
| 81st Annual Meeting of Central Association of Obstetricians and Gynecologists (Albuquerque, NM), October 8-11, 2014 | 16 |
| ABOG, Annual Board Recertification Examination, 2014 | 30 |
| ABOG, Lifelong Learning and Self-Assessment (MOC Part II), 2015 | 25 |
| AAMC, Teaching for Quality | 25 |
|     QI Boot Camp, April 6-7, 2015 | |
|     Part II, August 23-24, 2015 | |
|     Part III, January 11, 2015 | |

| | |
|---|---|
| University of Texas School of Management, Leading in a Complex Organization, December 5-8, 2015 | 24 |
| University of Texas School of Management, Quality and Performance Improvement in Healthcare, February 6-9, 2016 | 32 |
| 4th International Meeting on Indigenous Women's Health, February 17,2016 | 3.5 |
| Annual Women's Health Conference, February 19-20, 2016 | 6.5 |
| American College of Obstetricians and Gynecologists Annual Clinical and Scientific Meeting, May 14-17, 2016 | 17 |
| New Mexico Medical Society Annual Scientific Meeting, May 13, 2016 | 3.5 |
| Symposium of Integrative Medical Professionals in the Land of Enchantment, July 11, 2016 | 3.5 |
| American Board of Obstetrics and Gynecology Lifelong Learning and Self-Assessment for CME, 2016 | 25 |
| Annual UNM Health Science Center Education Day, September 9, 2016 | 3.5 |
| Annual Women's Health Conference, February 10-11, 2017 | 7.5 |
| Society for Maternal- Fetal Medicine: The Obstetric Critical Care Interactive Course, October 2015-April, 2017 | 27 |
| University of New Mexico LEADing to Excellence, June 5-6, 2017 | 7.5 |
| Accreditation Council for Continuing Medical Education Annual Course, April 25-27, 2017 | 26 |
| American College of Obstetricians and Gynecologists Annual Clinical and Scientific, May 6-9, 2017 | 27 |
| Society for Academic Continuing Medical Education, May 24-27, 2017 | 27 |
| University of New Mexico LEADing to Excellence, June 5-6, 2017 | 9.75 |
| ABOG, Lifelong Learning and Self-Assessment (MOC Part II), 2017 | 25 |
| University of New Mexico LEADing to Excellence, September 18-19, 2017 | 9.75 |
| Education Day, University of New Mexico Health Sciences Center, October 13, 2017 | 3.5 |
| Learn, Serve, and Lead. Annual Association of American Medical Colleges meeting, November 2-6, 2017 | 24.5 |
| University of New Mexico LEADing to Excellence, December 14, 2017 | 6.25 |

| | |
|---|---|
| Annual Women's Health Conference, February 23-24, 2018 | 11 |
| University of New Mexico LEADing to Excellence, March 8, 2018 | 6.25 |
| AAMC Regional Western Group on Education Affairs Conference, March 24-27, 2018 | 21.25 |
| Accreditation Council for Continuing Medical Education Annual Meeting, April 17-19, 2018 | 26 |
| Society for Academic Continuing Medical Education, April 25-28, 2018 | 22 |
| 14th Annual AAMC Health Workforce Research Meeting, May 10-11, 2018 | 8 |
| Alabama/Mississippi Section, ACOG annual meeting, May 12-13, 2018 | 10.5 |
| Controlled Substance Abuse in New Mexico, New Mexico Department of Health, May 29, 2018 | 5.5 |
| Electronic Fetal Monitoring V 34.o, California Board of Registered Nursing, June 4, 2018 | 4.5 |
| Mission Excellence, LEADing to Excellence, University of New Mexico Health System, June 14, 2018 | 6.25 |
| Mission Excellence, LEADing to Excellence, Universiy of New Mexico Health System, December 7, 2018 | 6.25 |
| Society for Academic Continuing Medical Education, February 27-March 1, 2019 | 25 |
| Mission Excellence, LEADing to Excellence, University of New Mexico Health System, June 16, 2019 | 6.25 |
| Guidelines for Medical Marijuana, Univesity of New Mexico School of Medicine, September 20-21, 2019 | 4.75 |
| American Board of Obstetrics and Gynecology Lifelong Learning and Self Assessment for CME, 2019 | 25 |
| University of New Mexico Education Day, October 4, 2019 | 3.5 |
| Society for Academic Continuing Medical Education Annual Meeting, February 18-21, 2020 | 12.5 |
| Annual Virtual Meeting, American College of Obstetricians and Gynecologists, October 24-25, 2020 | 12.5 |

2021 Society for Academic Continuing Medical Education Annual Virtual                    15.5
Meeting: The Art and Science of Continuing Medical Education

**INVITED LECTURES (2013 – Present)**

1. "Present and Future Workforce of ACOG Fellows in District VI," District VI Interim Advisory Council, American Congress of Obstetricians and Gynecologists, Savannah GA, February 23, 2013.

2. "Present and Future Workforce of ACOG Fellows in District XII," District XII Interim Advisory Council, American Congress of Obstetricians and Gynecologists, Sea Cloister GA, March 15, 2013.

3. "Clinical Development and Product Profile of MVI 200 (Misodel)," Ferring Pharmaceuticals, Phoenix AZ, March 22, 2013.

4. "Family Physicians Are Performing Fewer Deliveries," AAMC 9th Annual Physician Workforce Research Conference, Washington DC, May 2, 2013.

5. "Present and Future Workforce of ACOG Fellows in District VII," District VII Interim Advisory Council, American Congress of Obstetricians and Gynecologists, New Orleans LA, May 5, 2013.

6. "Present and Future Workforce of ACOG Fellows in District IV," District IV Interim Advisory Council, American Congress of Obstetricians and Gynecologists, Hot Springs, VA, March 13, 2014.

7. "The Need for Succession Planning by All Academic Chairs," Council of University Chairs in Obstetrics and Gynecology, Chicago, IL, April 28, 2014.

8. "Screening for Birth Defects and Teratogen Risks with Ultrasonography in Early Gestation," Teratology Society, Seattle, WA, June 29, 2014.

9. "Types of Continuing Medical Education Credits and Recognition Awards," Learning through Teaching: Preceptor Conference, Albuquerque, NM, July 11, 2014.

10. "Workforce Projections for CREOG Curriculum Planning," Council for Resident Education in Obstetrics and Gynecology, Laguna, CA, July 30, 2014.

11. "Changes in the Future Practices of Obstetrics and Gynecology," Central Association of Obstetricians and Gynecologists, Albuquerque, NM, October 10, 2014.

12. "Present and Future Workforce of ACOG Fellows in District IX," District IX Interim Advisory Council, American Congress of Obstetricians and Gynecologists, Marina del Rey, CA, March 14, 2015.

13. "Changes in the Practices of Obstetricians and Gynecologists: Now and in the Future," Annual Clinical Meeting, American College of Obstetrics and Gynecology. San Francisco, CA, May 5, 2015.

14. "Benefits and Limitations with Ultrasound Imagine in the First Trimester," Contemporary Ob/Gyn Ultrasound, Honolulu, HI, August 7, 2015.

15. "Flipped Clinic Approach to Educating Medical Students about Interpreting Fetal Ultrasounds," Contemporary Ob/Gyn Ultrasound, Honolulu, HI, August 7, 2015.

16. "Learning about Quality Improvement Projects," HSC UNM Annual Education Day, October 16, 2015.

17. "Flipping a Learning Session in Medical Education," HSC UNM Annual Education Day, October 16, 2015

18. "Roles of Ob-Gyn Hospitalists with Changes in the Future Practices of Obstetricians-Gynecologists," SOC Ob-Gyn Hospitalists, Scottsdale, AZ, November 14, 2015

19. Strategic Value of Succession Planning of Department Chairs," Association of American Medical Colleges Annual Meeting, Baltimore, MD, November 19, 2015.

20. "Learning about Quality Improvement (QI) Projects," University of Texas School of Management, Dallas, TX, February 9, 2016.

21. "Outpatient Cervical Ripening, Ready, Set, Go," Donald Richardson Memorial Lecture, American College of Obstetricians and Gynecologists, Annual Clinical Meeting, Washington, DC, May 15, 2016.

22. "Will There be a Shortage of Obstetricians and Gynecologists?" American College of Obstetrics and Gynecology, Annual Clinical Meeting, Washington, DC, May 15, 2016.

23. "Changes in the Practice of Obstetrics and Gynecology," Brigham and Women's Hospital, Harvard Medical School, Boston, MA, June 15, 2016.

24. "Finding Happiness and Balance in Medicine (even for New Interns)," Department of Obstetrics and Gynecology Grand Rounds, University of New Mexico, Albuquerque, NM, August 5, 2016.

25. "Lunch and Learn: How to Prepare the Most Effective Research Poster." Office of Medical Educators Development, University of New Mexico, Albuquerque, NM, August 8, 2016.

26. "Intrapartum Management of the Opioid-Dependent Parturient," Soc Mat Fetal Med, Fellows Lecture Series, Cary, NC, July 20, 2016.

27. "Links to Life: People who Care, Timely Opportunities, Continually Contributing," Berea College, Berea, KY, February 13, 2017.

28. "How to Prepare the Most Effective Research Poster." Office of Medical Educators Development, University of New Mexico, Albuquerque, NM, February 21, 2017.

29. "Criterion 33. Preparing to Perform Quality Improvement and Scholarly Work." Accreditation Council for Continuing Medical Education, Chicago, Il, April 29, 2017.

30. "Is There a Shortage of Obstetrician-Gynecologists in the United States?" Am College of Obstetricians and Gynecology Annual Clinical Meeting, San Diego, CA, May 6, 2017.

31. "The Editing of a Professional Book: Continuing Professional Development in Medicine and Health Care: Better Education, Better Patient Outcomes," Soc Acad Cont Med Ed, Scottsdale, AZ, May 17, 2017.

32. "Changes in the Practice of Obstetrics and Gynecology." Department of Obstetrics and Gynecology Grand Rounds, Medical University of South Carolina, Charleston, SC, June 12, 2017.

33. "Is There a Shortage of Obstetrician-Gynecologists in Iowa?" Department of Obstetrics and Gynecology Grand Rounds, University of Iowa, Iowa City, IA, July 25, 2017.

34. "Designing a Robust System to Deliver CME Credit." metaECHO International Conference, Albuquerque, NM, September 12, 2017.

35. "Five Trends in Continuing Professional Development and Its Relevance to the University of New Mexico Mission of Excellence." Studor Group, Mission: EXCELLENCE, University of New Mexico Health Sciences Center, Albuquerque, NM, September 18-19, 2017.

36. "Five Trends in Continuing Professional Development and Its Relevance to Clinician Educators." Education Day, University of New Mexico, Albuquerque, NM, October 13, 2017.

37. "Changes in the Practice of Obstetrics and Gynecology." Department of Obstetrics and Gynecology Grand Rounds, University of Oklahoma, Oklahoma City, OK, November 10, 2017.

38. "Coping with Changes in Obstetrics-Gynecology Practice in Oklahoma." Oklahoma City Ob-Gyn Society, Oklahoma City, OK, November 13, 2017.

39. "Issues relating to Changes in Practice," Alumni Association and Preceptor Program, University of New Mexico, Albuquerque, NM, April 14, 2018.

40. "Learning about Research and Scholarly Activity in Continuing Medical Education," Accreditation Council for Continuing Medical Education, Chicago, Il, April 20, 2018.

41. "President-Elect Perspectives about Moving Forward in Academic Continuing Medical Education, Society for Academic Continuing Medical Education, San Antonio, TX, April 26, 2018.

42. "Changes in the Practice of Obstetricians-Gynecologist in Alabama and Mississippi," Ft Walton Beach, FL, May 12, 2018.

43. "Academic Continuing Medical Education and Professional Development in the U.S. and Canada: Results of the 2018 AAMC/SACME Survey," Education Day, University of New Mexico School of Medicine, Albuquerque, NM, September 28, 2018.

44. "Changes in Practices of Obstetrician and Gynecologists in Kentucky" Department of Obstetrics and Gynecology Grand Rounds, University of Kentucky, Lexington, KY October 31, 2018.

45. "2018 AAMC/SACME Harrison Survey Results: Academic Continuing Medical Education and Professional Development in the U.S. and Canada." AAMC Learn, Serve and Lead (LSL) Annual Meeting, Austin, TX, November 5, 2018.

46. "Annual Quality Improvement and Patient Safety Symposium: The Why and How." Offices of Graduate Medical Education and Continuing Medical Education/Professional Development." Univeristy of New Mexico School of Medicine, Albuquerque, MN, February 22, 2019.

47. "Presidential Address: A Historical Perspective of Continuing Medical Education at U.S. Medical Schools." Society for Academic Continuing Medical Education, Charleston, SC, February 28, 2019.

48. "Online Resources for Point of Care (POC) Learning," Society for Academic Medical Education Virtual Journal Club," Philadelphia, PA, March 28, 2019.

49. "Opportunities for Learning and Measuring Outcomes in Continuing Prfessional Development," Western Group on Educational Activities, Reno, NV, March 29, 2019.

50. "Addressing Challenges in the Obstetrician-Gynecologist Workforce,"  Austin, TX, May 10, 2019.

51. "Changes in the Practices of Obstetricians and Gynecologists in the Lone Star State," Grand Rounds, Department of Obstetrics and Gynecology, University of Texas Southwestern Medical School, Dallas, TX, May 22, 2019.

52. "Marijuana during Pregnancy and Breastfeeding," University of New Mexico School of Medicine, Albuquerque, NM, September 20-21, 2019.

53. "Developing Faculty in an Evolving Healthcare World: Where We Need to Go," Association of American Medical Colleges Annual Meeting, Phoenix, AZ, November

54. "Comparison in Accredited Continuing Education between the American College of Obstetricians and Gynecologists and other Non-Profit Medical Specialty Societies, Washington, DC, November 18, 2019.

55. "Tools for the Future," Alliance for Continuing Education in the Health Professions, San Francisco, CA, January 11, 2000.

56. "Leading with Change," Presidential Address, Society for Academic Continuing Medical Education, Miami, FL, February 21, 2020.

57. " Vaginal Breech Delivery" and "Operative Vaginal Delivery," Advanced Life Support in Obstetrics annual meeting, Charleston, SC, January 4, 2021.


## RESEARCH GRANTS

### Primary Areas of Established Research

*Methods and Effectiveness of Induction of Labor*

Conclusions from our randomized clinical trials over the past 35 years have aided in developing evidence-based national practice guidelines. These include the value and limitations with different prostaglandin agents used for cervical ripening, different dosing regimens, single versus multi-dosing, outpatient versus inpatient therapy, prevalence of elective inductions, safety for the fetus and newborn infant, and cost comparisons.

*Fetal Neurobehavioral Effects from Maternal Medications*

Observations from our mouse model translational laboratory support the belief that the developing fetal brain is vulnerable to a variety of prescription medications at specific brain receptor sites that are critical to the expression of organized responses. General principles and processes discovered with this model system served as the basis for formulating new hypotheses- the kind which may be tested in other species including the human. Phenomenon observed from our investigations on the offspring's cognition and complex behaviors should stimulate clinical correlations of positive findings in humans and promote a deeper understanding about neural mechanisms underlying the organization of integrated responses at various stages of life.

*Workforce Issues Affecting U.S. Obstetrician-Gynecologists*

Scholarly efforts by our nationally-known multidisciplinary team are recognized for research in contemporary workforce issues which support policy-making for women's health care services. Their series of research projects provide past, present, and evolving pictures of the ob-gyn workforce in the United States. Developing these scholarly projects represented a stepwise approach to systematically collect and analyze survey data to determine the roles of ob-gyns. We have examined such factors as changes in office and hospital practices, gender, geographic location, time commitments (part-time or full-time), and scope of practice. My work has included a series of investigations examining the changing landscape of academic departments in obstetrics and gynecology. My three texts deal with such timely issues as changes in practice, physician demographics and diversity, salaries, retention/relocation, professional dissatisfaction, and retirement.

### Industry Sponsored

Principal investigator, "Comparison between moxalactam and cefazolin for cesarean section," Eli Lilly — 1981-1983

Principal investigator, "Piroxicam in post episiotomy pain," Pfizer Pharmaceuticals — 1983-1984

Principal investigator, "Patient controlled analgesia and post cesarean pain relief," Bard Med Systems — 1987

Principal investigator, "Meperidine pharmacokinetics for patient-controlled analgesia during labor," Abbott Laboratories — 1987-1988

Principal investigator, "Patient controlled analgesia and gynecologic surgery," Abbott Laboratories — 1988-1989

Principal investigator, "Randomized, placebo controlled multi-center trial of prostaglandin E2 (PGE2) in a controlled release vaginal pessary as a ripening agent for the unfavorable cervix," Controlled Therapeutics, Inc. — 1990-1991

Co-investigator, "Effects of intrapartum analgesics on fetal behavior patterns during labor," Hewlett-Packard — 1991-1992

Principal investigator, "Double-blind, placebo-controlled, multi-center study of prostaglandin E2 in controlled release vaginal pessary with a retrieval system." Controlled Therapeutics, Inc. — 1993-1994

Principal investigator, "An open-label, active control safety and efficacy study of Antocin in the acute treatment of preterm labor," Robert W. Johnson — 1994-1995

Principal Investigator, "A trial of labor in women who have had one previous low segment transverse cesarean section: comparison of Prepidil ® versus expectant arrangement," The UpJohn Company — 1996-1997

Principal investigator, "Double-blind, placebo-controlled study of nonprescription ranitidine (Zantac ®) for gastroesophageal reflux symptoms during pregnancy," GlaxoWelcome — 1997-1998

Principal investigator, "A multicenter, prospective, randomized, double-blind, parallel-group, single-dose study comparing the efficacy and safety of extra strength Bayer ® Aspirin caplets, Tylenol ® with codeine #3 tablets, and placebo in patients with moderate to severe pain due to postpartum uterine cramping," PPD Pharmaco — 1997-1998

Principal investigator, "Antocin PTL099-A randomized open label safety and efficacy study of Antocin maintenance therapy versus oral B- — 1996-1998

mimetic nitrated maintenance therapy in women in preterm labor,"
Robert W. Johnson

| | |
|---|---|
| Principal investigator, "Double-blind, placebo-controlled study of nonprescription famotidine (Pepcid A®) for gastroesophageal reflux symptoms during pregnancy," Merck & Co. | 1999 |
| Co-investigator, "Cyclo-Provera contraceptive Injection and Depo-Provera contraception injection versus Ortho-Novum 7/7/7, 28 Tablets: a comparative study of safety and patient acceptability in adolescents (< 18 years old)," Pharmacia UpJohn | 1999 |
| Principal investigator, "Patterns of uterine activity with low-dose oxytocin begun immediately or twelve hours after sustained release intravaginal prostaglandins E2 (PGE2)," Forest Pharmaceuticals | 1999-2000 |
| Principal Investigator, "A randomized trial of Cervidil-immediate oxytocin versus misoprostol for induction of labor," Forest Pharmaceuticals | 2000-2003 |
| Principal investigator, "A multi-center to evaluate fetal fibronectin as an aid in the predictions of successful labor induction," Ross Laboratory and Adeza Biomedical Corporation | 2001-2003 |
| Principal investigator, "Phase II study of the misoprostol vaginal delivery system (Misoprostol VDS) in nulliparous women at term," Cytokine Pharmasciences | 2003-2004 |
| Principal investigator, "A multi-center randomized, double blind trial of four doses of controlled release misoprostol for labor induction in parous women," Cytokine Pharmasciences | 2004-2005 |
| Principal investigator, "Phase III study of the efficacy and safety of the misoprostol vaginal insert (MVI) compared to Cervidil® in women at term requiring cervical ripening and initiation of labor," Cytokine Pharmasciences | 2006-2007 |
| Principal investigator, "Iodide concentrations in matched maternal serum, cord serum amniotic fluid and placental tissue from term and pre-term subjects," Exygen Research Laboratories | 2006-2007 |
| Principal investigator, "A multi-center, randomized, double-blind, dose-ranging, phase II study to assess the efficacy and safety of the 100, 150 and 200 mcg misoprostol vaginal insert (MVI 100, MVI 150 and MVI 200) for women requiring cervical ripening and induction of labor," Cytokine Pharmasciences | 2009-2010 |

Principle investigator, "Time-to-appointment for new well woman examinations: a national sampling using mystery shopper methodology," Merritt Hawkins
2017-2018

**National Institutes of Health**

Co-investigator, "Ultrasonic evaluation of fetal lung maturity," NICHD grant 5 RO IHD 172302
1984-1985

Co-investigator, "Phencyclidine biotransformation by human liver and placenta," NIDA grant DA-0153
1982-1984

Co-investigator, "Changes in insulin requirements during pregnancy," National Heart, Lung, and Blood Institute, NIH
1984-1985

Co-investigator, "Severe hypoglycemia during pregnancy and indications for glucagon," National Heart, Lung, and Blood Institute, NIH
1984-1985

Co-investigator, "Intravenous ritodrine therapy; Comparison between twin and singleton gestation," National Heart, Lung, and Blood Institute, NIH
1984-1985

Co-Principal investigator, "Cooperative Multicenter Network of Maternal-Fetal Medicine Units (MFMU)," National Institute of Child Health and Human Development
1993-1996

Co-investigator, "Women's Reproductive Health Research Career Development Centers," National Institute of Child Health and Human Development, Office of Research on Women's Health (not funded)
1998

Director, Milagro Substance Use Clinic, "Motivational enhancement therapy," National Institute of Drug Abuse (NIDA) 1U1O DA 1533, William Miller PhD, Principal investigator, $1,323,000
2003-2012

Co-investigator, "UNM clinical core for preterm birth genomics/ proteomics," National Institutes of Child Health and Human Development, Office of Research in Women's Health, $979,266 (not awarded)
2004-2009

Co-investigator, "Integrative perinatal harm reduction and prevention," National Institute of Child Health and Human Development, Office of Research in Women's Health, $1,452,017 (not awarded)
2004-2009

Co-investigator, "Cooperative multicenter network of maternal-fetal medicine units (MFMU)", National Institute of Child Health and Human Development, $1,234,011 (not awarded)
2005-2010

| | |
|---|---|
| Co-Principal investigator, "Cooperative multicenter network of safe labor," National Institute of Child Health and Human Development, $239,282 (not awarded) | 2007-2011 |
| Collaborator in pilot projects, "Fetal ethanol-induced behavioral deficits: Mechanisms, diagnoses and interventions," Department of Health and Human Services, $2,499,999 | 2007-2012 |
| Co-investigator, "Fetal alcohol-induced behavioral deficits: mechanisms, diagnoses, and interventions. Serum microRNA biomarkers of maternal alcohol consumption," National Institute of Health/National Institute of Alcohol Abuse and Alcoholism, (1 P50 AA022534) | 2012-2017 |
| Co-investigator, "Early indices of atypical neurodevelopment associated with fetal alcohol exposure," National Institute of Health/National Institute of Alcohol Abuse and Alcoholism, (1 R01 AA0218771-01) | 2013-2018 |

**Health Resources & Services Administration (HRSA)**

| | |
|---|---|
| Principal investigator, "Health equities and education and training of healthcare providers," Health Workforce Research Center Cooperative Agreement Program, $1,800,000 (not awarded) | 2018 |

**Institution Sponsor**

| | |
|---|---|
| Co-investigator, "The placenta: An active organ of drug biotransformation," The University of Michigan Psychopharmacology Research Fund | 1982-1984 |
| Principal investigator, "Acetaminophen pharmacokinetics during pregnancy," The University of Michigan Clinical Research Center (funded by NIH), protocol 536 | 1984-1985 |
| Co-investigator, "Pharmacokinetics of labetalol in the sheep maternal-fetal unit," University of Nebraska College of Medicine Seed Grant | 1986-1987 |
| Principal investigator, "Establishment and expansion of scientist physician interactive research in women's health," University of New Mexico, School of Medicine | 1999-2002 |

**National Medical Organizations**

| | |
|---|---|
| Principal investigator, "Tenure of academic chairs in obstetrics and gynecology," Council of University Chairs in Obstetrics and Gynecology | 2003-2005 |
| Principal investigator, "Tenure of chairs at United States medical schools: a 30-year perspective," Association of American Medical Colleges | 2007-2008 |
| Principal investigator, "The changing landscape in obstetrics and gynecology: anticipating increased demand in academic faculty," American College of Obstetricians and Gynecologists and Association of American Medical Colleges | 2008-2009 |
| Principal investigator, "The obstetrician-gynecologist workforce in the United States," American College of Obstetricians and Gynecologists | 2009-2010 |

**Research Endowments**

| | |
|---|---|
| John W Records Perinatal Research Fund | 1992-1998 |
| Randolph and Eleanor Seligman Perinatal Research Fund | 1999-2014 |

**March of Dimes**

| | |
|---|---|
| Principal investigator, "Postnatal ontogeny of muscarinic receptors in rat striatum," March of Dimes Summer Science Research Program | 1985-1986 |
| Principal investigator, "Fetal behavior and intrapartum exposure to fentanyl," March of Dimes Summer Science Research Program | 1990 |

## INSTITUTIONAL REVIEW BOARD APPROVED PROJECTS (UNIVERSITY OF NEW MEXICO ONLY)

1. "Randomized comparison of intracervical prostaglandin E2 with immediate oxytocin versus intravaginal prostaglandin E1 analog (misoprostol) for cervical ripening and induction of labor."

2. "Patterns of uterine activity with low-dose oxytocin begun immediately or twelve hours after sustained release intravaginal prostaglandins E2."

3. "A randomized trial of Cervidil-immediate oxytocin versus misoprostol for induction of labor."

4. "Effect of an external light source on fetal behavior testing."

5. "Intravenous oxytocin for induction or augmentation: a comparison between twin and singleton gestations."

6. "A double blind assessment for fetal fibronectin assay and salivary estriol for prediction of preterm delivery in non-symptomatic Patients with multiple gestation receiving transvaginal assessment of endocervical length."

7. "A randomized trial of Cervidil-immediate oxytocin versus misoprostol for induction of labor."

8. "A multicenter study to evaluate fetal fibronectin as an aid in the prediction of successful labor induction."

9. "Ginger therapy for nausea of early pregnancy: a randomized, placebo-controlled trial."

10. "Adverse drug events in hospitalized obstetrics patients."

11. "Role of the clinical chair in phase II medical student education."

12. "Removal of cutaneous staples after cesarean delivery: before or after hospital discharge?"

13. "Effect of external light stimulation from a halogen light source on fetal heart rate patterns." (HRRC #02-508)

14. "Effect of methadone maintenance therapy on intrapartum heart rate patterns." (HRRC #03-130)

15. "Medical students' attitudes toward pregnant substance abusers: assessing the effect of a teaching module." (HRRC #03-184)

16. "Risk of cesarean with routine induction of labor at 38 weeks' gestation in gestational diabetic population." (HRRC #03-228)

17. "Phase II study of the misoprostol vaginal delivery system (misoprostol VDS) in nulliparous women at term." (HRRC #03-248)

18. "Cross-over trial of fetal heart rate response from external light and vibroacoustic stimulation." (HRRC #03-262)

19. "Patterns of uterine activity with the low-dose oxytocin begun immediately or twelve hours after sustained release intravaginal prostaglandin E2 (PHE2)" (HRRC #99-044)

20. "A multi-centre, randomized, double blind trial of four doses of controlled-release misoprostol for labor induction in parous women." (HRRC #04-002)

21. "Effects of gestational age on labor induction with severe preeclampsia." (HRRC #04-289)

22. "Determining when a short umbilical cord length can explain failure to descend during labor." (HRRC #05-306)

23. "Predicting outstanding resident teachers." (HRRC #05-039)

24. "Tenure of academic chairs in obstetrics and gynecology." (HRRC #05-357)

25. "Multicenter, randomized, double-blind phase III study of the efficacy and safety of the misoprostol vaginal insert (MVI) compared to Cervidil® in women at term requiring cervical ripening and initiation of labor" (HRRC #06-208)

26. "Iodide concentrations in matched maternal serum, cord serum, amniotic fluid and placental tissue from term and pre-term subjects" (HRRC #06-240)

27. "Effect of a specialized prenatal clinic on medical students' attitudes toward women with drinking problems" (HRRC #03-184)

28. "Medical students' awareness of traditional values of Native American pregnant women" (HRRC #06-239)

29. "Tenure of chairs at United States medical schools: a 30-year perspective" (HRRC #07-317)

30. "Influence of maternal obesity on no stress test performance" (HRRC #08-354)

31. "Trends in academic manpower in obstetrics and gynecology" (HRRC #07-285)

32. "A multicenter, randomized, double-blind, dose-ranging, phase II study to assess the efficacy and safety of the 100, 150 and 200 mcg Misoprostol vaginal insert (MVI 100, MVI 150 and MVI 200) for women requiring cervical ripening and induction of labor" (HRRC #09-122)

33. "Influence on medical students' attitudes of an educational encounter at a rehabilitation residence for substance abusing pregnant women" (HRRC #09-298)

34. "How dependent is the proportion of decosapentanoic acid (DHA) in the plasma phospholipids or newborn infants on the DHA status of the mother?" (HRRC #10-062)

35. "Promotion rates for first time assistant and associate professors in obstetrics and gynecology" (HRRC #10-396)

36. "The obstetrician-gynecologist workforce in the United States: facts, figures, and implications" (HRRC #11-328

37. "Changing demographics of obstetrics and gynecology faculty, 1980-2009" (HRRC #12-325)

38. "Long-term trends in obstetrics and gynecology residents pursuing accredited subspecialty fellowship training, 1992-2012" (HRRC #12-326)

39. "Changing landscape of academic obstetrics and gynecology" (HRRC #13-328)

40. "Workforce issues affecting obstetricians and gynecologists in the United States" (HRRC #13-329)

## ABSTRACTS AT NATIONAL MEDICAL MEETINGS

1. Jawad MJ, Wilson EA, Rayburn WF. The effect of serum lipids on unconjugated serum estriol determinations by R.I.A. Soc Gynecol Investiga, Denver CO, 1980.

2. Rayburn WF. Maternal perception of fetal movement and perinatal outcome. Am Col Obstet Gynecol, New Orleans LA, 1980.

3. Rayburn WF, Brinkman D, Beyens A. Umbilical cord length and intrapartum complications. Am Col Surgeons, Atlanta GA, 1980.

4. Rayburn WF, Zuspan FP, Motley ME. An alternative to fetal antepartum fetal heart rate testing. Central Assoc. Obstet Gynecol, Minneapolis MN, 1980.

5. Rayburn WF. Activity patterns in malformed fetuses. Soc Gynecol Investiga, St. Louis MO, 1981.

6. Rayburn WF. The post mature infant: Predictive value of urine estrogen determinations. Soc Gynecol Investiga, Dallas TX, 1982.

7. Rayburn WF, Barr M. Concordance for teratomas in mother and fetus. Teratology Society, Indianapolis IN, 1982.

8. Rayburn WF, Donn S:  Obstetric factors and neonatal intra-ventricular hemorrhage.  Ross Symposium on Neonatal Intraventricular Hemorrhage, Washington DC, 1982.

9. Rayburn WF, Motley ME, Stempel LE:  Antepartum prediction of the post mature infant. Soc Perin Obstet, San Antonio TX, 1982.

10. Rayburn WF, Rayburn PR, Gabel LL. Fetal hyperactivity: Another worrisome sign? Southern Perin Assoc., New Orleans LA, 1982.

11. Rayburn WF, Donn SM, Kolin M, Schork M. Obstetric care and intraventricular hemorrhage in the low birth weight infant. Am Col Obstet Gynecol, Atlanta GA, 1983.

12. Rayburn WF, Johnson MZ, Menon KMJ. Rh isoimmunization: Normal amniotic fluid absorbance characteristics between 16 and 20 weeks. Soc Gynecol Investiga, Washington DC, 1983.

13. Wible-Kant J, Hamazaki Y, Rayburn WF. The dynamics of anti-D IgG injected at 28 weeks of pregnancy in Rh negative females. Soc Gynecol Investiga, Washington DC, 1983.

14. Rayburn WF, Holsztynska EJ, Domino EF. Phencyclidine: Biotransformation by the placenta. Soc Gynecol Investiga, Washington DC, 1983.

15. Rayburn WF, Zuspan FP, Piehl EJ. Home blood pressure monitoring during pregnancy. Soc Perin Obstet, San Antonio TX, 1983.

16. Rayburn WF, Lavin J, Miodovnik M, Varner M. Multifetal gestation: Time interval between delivery of the first and second twin. Soc Perin Obstet, San Antonio TX, 1984.

17. Crowley D, Dick M, Rayburn WF, Rosenthal A. Two-dimensional M mode echocardiography-evaluation of fetal arrhythmias. Am Col Cardiol, Boston MA, 1984.

18. Rayburn WF, Sander C, Barr M, Rygiel R. The stillborn fetus: The role of placental histologic examination in determining a cause. Soc Gynecol Investiga, San Francisco CA, 1984.

19. Rayburn WF, Piehl E, Lewis R, Schork A. Changes in insulin requirements during pregnancy. Soc Perin Obstet, Las Vegas NV, 1985.

20. Holsztynska EJ, Pohorecki R, Blusiewiczk, Rayburn WF, Coon WW, Domino EF. Phencyclidine biotransformation by human liver and placenta. Soc Gynecol Investiga, Phoenix AZ, 1985.

21. Rayburn WF, Piehl E, Schork A. Intravenous ritodrine and twin gestations. Soc Perin Obstet, Las Vegas NV, 1985.

22. Rayburn WF, Donn S, Compton A, Piehl E. Maternal phenobarbital therapy and intraventricular hemorrhage in the low birth weight infant. Ross Symposium on Neonatal Intraventricular Hemorrhage, Washington DC, 1985.

23. Meyer CR, Dupuy ME, Absalom K, Rayburn WF, Silver TM, Carson PL. Preliminary results regarding the correlation of fetal lung maturity with quantitative parameters estimated from digitized RF ultrasound. Am Instit Ultrasound Med, Dallas TX, 1985.

24. Rayburn WF, Piehl E, Jacober S. Severe hypoglycemia during pregnancy: Its frequency and predisposing conditions in diabetic women. Am Col Obstet Gynecol, Washington DC, 1985.

25. Davidson B, Rayburn WF, Fleming W, Beer A. Immune globulin therapy and idiopathic thrombocytopenic purpura during pregnancy. Soc Perin Obstet, Las Vegas NM, 1985.

26. Rayburn WF, Stetson P, Shukla U, Piehl E. Acetaminophen pharmacokinetics: comparison between pregnant and nonpregnant states. Soc Gynecol Investiga, Toronto Canada 1986.

27. Rayburn WF, Donn S, Compton A, Piehl E. Maternal phenobarbital therapy and intraventricular hemorrhage in the low birth weight infant. Soc Perin Obstet, San Antonio TX, 1986.

28. Rayburn WF, LeMire MS, Bird JL, Buda AJ. Mitral valve prolapses: Serial echocardiographic assessment during and after pregnancy. Soc Perin Obstet, San Antonio TX, 1986.

29. Irsik R, Johnson R, Anderson J, Imray T, Rayburn WF. Ultra-sonography of the pregnant uterine cervix. Am Instit Ultrasound Med, Las Vegas NV, 1986.

30. Rayburn WF, Compton A, Sander C. Histologic findings of the placenta in the growth retarded fetus. Soc Perin Obstet, Orlando FL, 1987.

31. Gibbens D, Rayburn WF, Murrin L, Wickstrom E. Postnatal ontogeny of muscarinic receptors in rat striatum. Soc Gynecol Investiga, Atlanta GA, 1987.

32. Rayburn WF, Gosen R, Ramadei C, Woods R, Scott J. Outpatient cervical ripening with prostaglandin E2 gel in postdate pregnancies. Central Assoc Obstet Gynecol, Tarpon Springs FL, 1987.

33. Vaughn D, Penney L, Rayburn WF, Cotterill R, Schaaf L. Verapamil infusion during pregnancy: Maternal and fetal cardiorespiratory effects. Soc Gynecol Investiga, Atlanta GA, 1987.

34. Rayburn WF, Geranis B, Ramadei C, Woods R, Patil K. Patient controlled analgesia (PCA) for post-cesarean pain relief. Soc Perin Obstet, Las Vegas NV, 1988.

35. Rayburn WF, Woods R, Ramadei C. The favorable cervix: Pre-induction ripening with prostaglandin E2 gel. Soc Perin Obstet, Las Vegas NV, 1988.

36. Rayburn WF, Donn S, Piehl E, Patil K. In-utero barbiturate exposure and bilirubin metabolism in the very low birth weight infant, Soc Gynecol Invest, Baltimore MD, 1988.

37. Rayburn WF, Woods R. Blood pressure responses in hypertensive pregnancies treated with intravaginal prostaglandin E2. Int Soc Study Hyperten Preg, Montreal Canada, 1988.

38. Selig C, Rayburn WF, Yi P, Chapin J. Portable electronic devices for self-blood pressure measurement during pregnancy. Int Soc Study Hyperten Preg, Montreal Canada, 1988.

39. Rayburn WF, Smith C, Parriott J, Rathke A. Comparative study of intravenous fentanyl and meperidine. Soc Perin Obstet, New Orleans LA, 1989.

40. Selig C, Yi P, Rayburn WF, Smith C. Reliability of low cost electronic blood pressure devices for hypertensive pregnant patients. Soc Perin Obstet, New Orleans LA, 1989.

41. Rayburn WF, Smith C, Woods M, Geranis B. Patient controlled analgesia after cesarean section: The effect of different basal infusion rates of meperidine. Soc Perin Obstet, New Orleans LA, 1989.

42. Rayburn WF, Rathke A, Leuschen P, Earl R, Ramadei C, Gaston-Johansson F. Patient controlled analgesia using meperidine during labor. Soc Gynecol Investiga, San Diego CA, 1989.

43. Rayburn WF, Rathke A, Leuschen P, Chleborad J, Weidner W. Fentanyl analgesia during labor. Soc Gynecol Investiga, San Diego CA, 1989.

44. Wang Y, Metcalf W, Metcalf N, Rayburn WF. The role of fetal hemoglobin in the sensitivity of infants to methemoglobinaemia. Anat Soc Great Britain, London UK, 1989.

45.  Smith C, Rayburn WF, Karaiskakis P, Morton R, Norvell J. Comparison between patient controlled analgesia and epidural narcotics for post cesarean pain. Armed Forces, Am Col Obstet Gynecol, Washington DC, 1989.

46.  Smith C, Leuschen M, Rayburn WF, Nelson R, Willett L, Karaiskakis P. Antenatal betamethasone and premature infants treated with surfactant replacement therapy. Armed Forces, Am Col Obstet Gynecol, Washington DC, 1989.

47.  Egarter C, Husslein P, Rayburn WF. Uterine hyperstimulation after prostaglandin E2 therapy for cervical ripening. Soc Perin Obstet, Houston TX, 1990.

48.  Rayburn WF, Smith C, Leuschen M, Hoffman K. Patient-controlled analgesia using fentanyl during labor. Soc Perin Obstet, Houston TX, 1990.

49.  Smith C, Rayburn WF, Connor R, Fredstrom G. Double-blind comparison of intravaginal prostaglandin E2 gel and "chip" for preinduction cervical ripening. Soc Perin Obstet, Houston TX, 1990.

50.  Rayburn WF, Anderson J, Smith C, Appel L, Adams S. Fetal circulatory effects from long-acting intranasal decongestants. Soc Gynecol Investiga, Houston TX, 1990.

51.  Smith C, Rayburn WF, Anderson J, Duckworth A. Effect of oral pseudoephedrine on uterine and fetal circulations. Society for the Study of Fetal Physiology, Monterey CA, 1990.

52.  Smith C, Leuschen M, Rayburn WF, Nelson R. Antenatal betamethasone and premature infants treated with surfactant replacement therapy. Fetus as a Patient, Detroit MI, 1990.

53.  Rayburn WF, Smith C, Newland J, Bane T. Microscopic changes in the term rabbit cervix induced by intravaginal prostaglandin E2. Soc Perin Obstet, San Francisco CA, 1991.

54.  Anderson J, Smith C, Rayburn WF. Changes in cervical length and width during pregnancy. Am Instit Ultrasound Med, Washington DC, 1991.

55.  Miller A, Rayburn WF, Smith C, Stancil M. Uterine activity after intravaginal prostaglandin E2 therapy using ambulatory tocodynamometry. Soc Perin Obstet, San Francisco CA, 1991.

56.  Livezey G, Rayburn WF, Smith C. Quantitative electroencephalography (EEG): A marker of prenatal drug exposure. Teratology Soc, Boca Raton FL, 1991.

57.  Rayburn WF, Spitzberg E, Molina R, Barss V, Wapner R, Mandsager N, Yonekura M, Caritis S. Preliminary report of a randomized, double-blind, placebo-controlled multicenter trial of the efficacy and safety of an intravaginal hydrogel controlled release pessary for the delivery of prostaglandin E2 (PGE2) for cervical ripening. Am Col Obstet Gynecol, New Orleans LA, 1991.

58.  Smith C, Plambeck R, Rayburn WF, Albaugh K. Relation of mild polyhydramnios and perinatal outcome. Soc Perin Obstet, Orlando FL, 1992.

59. Smith C, Rayburn WF, Miller A, Stancil M. Randomized comparison of intravaginal PGE2 as a gel or controlled-release pessary for cervical ripening and initiation of labor. Soc Perin Obstet, Orlando FL, 1992.

60. Livezey G, Rayburn WF, Smith C. In-utero exposure to phenobarbital and changes in the electroencephalogram of the maturing rat. Soc Gynecol Invest, San Antonio TX, 1992.

61. Rayburn WF, Livezey G, Smith C. Developing a model for prenatal insult: Quantitative electroencephalographic and locomotor activities in the gravid rat. Teratol Soc, Boca Raton FL, 1992.

62. Rayburn WF. Danford D, Miller A, Felix G, Bussey M. Low-dose prostaglandin E2 and its effect on closure time of the ductus arteriosus in term newborns. Teratol Soc, Boca Raton FL, 1992.

63. Livezey G, Rayburn WF, Smith C. Sexually dimorphic influence of prenatal exposure to phenobarbital on the quantified electroencephalogram (EEG). Teratol Soc, Boca Raton FL, 1992.

64. Rayburn WF. Glucocorticoids for rheumatic disease: effects on the mother and fetus. International Congress on Rheumatic Diseases, Jerusalem Israel, 1992.

65. Hales K, Lightfoot S, Reshef E, Rayburn WF. Histologic changes by low dose prostaglandin E2 in the preterm rabbit cervix. Soc Perin Obstet, San Francisco CA, 1993.

66. Livezey G, Smith C, Rayburn WF, Smith S. Tolerance to acute phenobarbital challenge in mature rat offspring produced by prenatal exposure. Soc Perin Obstet, San Francisco CA, 1993.

67. Livezey G, Smith S, Rayburn WF, Smith C. Chronic prenatal exposure to phenobarbital and subtle changes in the mature rat. Soc Gynecol Invest, Toronto Canada, 1993.

68. Rayburn WF, Turnbull G. Drugs for off-label indications during pregnancy. Teratol Soc, Tucson AZ, 1993.

69. Atkinson B, Rayburn WF, Bryant T, Cox G, Parekh M. Variations in use of low dose prostaglandin E2 at university and community-based hospitals. Southern Med Assn, New Orleans LA, 1993.

70. Orza B, Cobb J, Carey JC, Rayburn WF. Impact of an on-site prenatal clinic for incarcerated women. Southern Med Assn, New Orleans LA, 1993.

71. Hales K, Matthews J, Atkinson B, Rayburn WF. Intravenous magnesium sulfate for premature labor: comparison between twin and singleton gestations. Southern Med Assn, New Orleans LA, 1993.

72. Atkinson BD, Lightfoot SA, Rayburn WF. Microscopic changes in the term rabbit cervix and upper vagina after single or sequential dosing of low-dose intravaginal prostaglandin E2. Southern Med Assn, New Orleans LA, 1993.

73. Hales K, Rayburn WF, Thurnau G, Schipul A, Atkinson B, Turnbull G. Double-blind comparison of prostaglandin E2 as a 0.5 mg intracervical gel or a 2.5 mg intravaginal gel for cervical ripening and induction of labor. Soc Perin Obstet, Las Vegas NV, 1994.

74. Atkinson B, Turnbull G, Truitt L, Rayburn WF. Double-blind comparison of intravenous fentanyl and butorphanol during labor. Soc Perin Obstet, Las Vegas NV, 1994.

75. Schwartz W, Turnbull G, Rayburn WF. Reliability of self-blood pressure monitoring devices for obese pregnant patients. Soc Perin Obstet, Las Vegas NV, 1994.

76. Atkinson B, Hales K, Lightfoot S, Reshef E, Rayburn WF. Microscopic changes with single or sequential doses of prostaglandin E2 in the preterm and term rabbit cervix. Soc Gynecol Invest, Chicago IL, 1994.

77. Christensen HD, Gonzalez C, Christensen M, Rayburn WF. Behavioral changes in developing mice after prenatal exposure to alprazolam (Xanax). Soc Gynecol Invest, Chicago IL, 1994.

78. Rayburn WF, Atkinson B, Schwartz B, Gilbert K, Turnbull G. Effect of inhaled albuterol on uterine, fetal, and umbilical circulations. Teratol Soc, San Juan PR, 1994.

79. Gonzalez C, Smith R, Christensen HD, Rayburn WF. Prenatal alprazolam induces subtle impairments in hind limb balance and dexterity in C576BL/6 mice. Teratol Soc, San Juan PR, 1994.

80. Christensen HD, Pearce K, Gonzalez C, Rayburn WF. Does prenatal alprazolam exposure increase anxiety in adult mice? Teratol Soc, San Juan PR, 1994.

81. Christensen, HD, Kupiec T, Gonzalez C, Rayburn WF. Alprazolam (Xanax) dose establishment and reproductive performance in inbred mice. Teratol Soc, San Juan PR, 1994.

82. Rayburn WF, Stanley S. Methods of folic acid supplementation to reduce the prevalence of fetal neural tube defects. Am Col Nutri, Atlanta GA, 1994.

83. Schwartz W, Turnbull G, Farmer K, Rayburn WF, Gonzalez C. Cost analysis of intracervical prostaglandin E2 on an outpatient versus inpatient setting. Southern Med Assn Soc Perin Obstet, Atlanta GA, 1995.

84. Larson J, Rayburn WF, Turnbull G, Schwartz W, Stanley J, Christensen D. Effect of intracervical prostaglandin E2 gel on uterine activity and fetal heart rate patterns in pregnancy with oligohydramnios. Soc Perin Obstet, Atlanta GA, 1995.

85. Larson J, Rayburn WF, Crosby S, Thurnau G, Crosby W. Multiple nuchal cord entanglements and perinatal outcomes. Soc Perin Obstet, Atlanta GA, 1995.

86. Turnbull G, Rundell O, Pearman C, Jove R, Rayburn WF. An external nasal dilator for nighttime nasal congestion during pregnancy: A double-blind placebo-controlled study. Soc Perin Obstet, Atlanta GA, 1995.

87. Rayburn WF, Gonzalez C, D Christensen. Social interactions of C57B46 mice offspring exposed prenatally to alprazolam (Xanax☐). Soc Perin Obstet, Atlanta GA, 1995.

88. Christensen D, Rayburn WF, Parker M, Gonzalez C. Comparison of prenatal carbamazepine and phenobarbital monotherapy on the behavior of C3H/He mice offspring.  Soc Gynecol Invest, Chicago IL, 1995.

89. Christensen H, Parker M, Rayburn WF, Pearce K, Gonzalez G. Clinically relevant doses of carbamazepine and phenobarbital in inbred pregnant mice.  Soc Gynecol Invest, Chicago IL, 1995.

90. Atkinson B, Fishburne J, Hales K, Levy G, Rayburn WF. Placental transfer of milrinone in the nonhuman primate (baboon). Soc Gynecol Invest, Chicago IL, 1995.

91. Rayburn WF, Christensen H, Gonzalez C, Parker K. Impact of prenatal phenobarbital or carbamazepine on social play on C3H/He mice. Teratology Soc, Newport Beach CA, 1995.

92. Christensen H, Gonzalez C, Rayburn WF. Impact of prenatal alprazolam (Xanax®) on social play in inbred mice. Teratology Soc, Newport Beach CA, 1995.

93. Rayburn WF, Crosby W, Thurnau G, Fishburne J, Stanley J, Coleman F. A statewide, toll-free telephone service to improve obstetric care. Southern Med Assn, Kansas City MO, 1995.

94. Splinter M, Nightingale B, Sawgraves R, Rayburn WF. Medication use during pregnancy by women delivering at a tertiary university hospital.  Southern Med Assn, Kansas City MO, 1995.

95. Coleman F, Rayburn WF, Burks L, Farmer K, Larson J, Turnbull J. A randomized trial of low-dose oxytocin begun immediately or six hours after intracervical prostaglandin E2 for induction of labor. Soc Perin Obstet, Honolulu HA, 1996.

96. Schwartz W, Christensen H, Carey J, Gonzalez, Rayburn WF. Betamethasone delays endotoxin-induced preterm labor in the murine model. Soc Perin Obstet, Honolulu HA, 1996.

97. Valley M, Hager D, Rayburn WF, Carey J. Induction of labor in the second trimester. A comparison of outcomes between pregnancies complicated by fetal malformations, intrauterine fetal demise, and premature rupture of membranes. Teratol Soc, Keystone CO, 1996.

98. Sienko A, Christensen H, Rayburn WF, Gonzalez C, Coleman F. Selection of a clinically relevant dose of corticosteroids used to enhance fetal lung maturity and their effect on fetal growth and development. Teratol Soc, Keystone CO, 1996.

99. Rayburn WF, Christensen HD, Sienko A, Coleman F, Henry G, Gonzalez C. Understanding neurobehavioral effects from antenatal betamethasone: selection of a murine model. Neurobehav Teratol Soc, Keystone CO, 1996.

100. Rayburn WF, Christensen HD, Gonzalez C. A placebo-controlled comparison between antenatal betamethasone and dexamethasone for fetal maturation: effects on long-term neurobehavior in the mouse. Am Gynecol Obstet Soc, Ashville NC, 1996.

101. Payne T, Rayburn WF, Carey J. Recurrence rate of extensive perineal tears during delivery. Soc Perin Obstet, Anaheim CA, 1997.

102. Stewart J, Christensen H, Gonzalez C, Rayburn WF. Placebo-controlled comparison of multi dosing of betamethasone on the growth and development of mice offspring. Soc Perin Obstet, Anaheim CA, 1997.

103. Larson J, Pantanian E, Miner P, Rayburn WF, Robinson M. Double-blind placebo controlled study of ranitidine (Zantac) for gastroesophageal symptoms unresponsive to antacids during pregnancy. Soc Perin Obstet, Anaheim CA, 1997.

104. Sanchez-Ramos L, Valenzuela G, Romero R, and the Antocin PTL 098 Study Group. A double-blind placebo-controlled trial of oxytocin receptor antagonist (Antocin) maintenance therapy in patients with preterm labor. Soc Perin Obstet, Anaheim CA, 1997.

105. Silver H, Valenzuela G, L Sanchez-Ramos and the Antocin PTL Study groups. Maternal side effects and safety of the oxytocin receptor antagonist Antocin. Soc Perin Obstet, Anaheim CA, 1997.

106. Sibai B, Romero R, Sanchez-Ramos L, and the Antocin PTL 096 group. A double-blind placebo-controlled trial of an oxytocin-receptor antagonist (Antocin) in the treatment of preterm labor. Soc Perin Obstet, Anaheim CA, 1997.

107. Rayburn WF, Christensen H, Gonzalez C, Stewart J: Effect of repeating administration of antenatal betamethasone on motivation/anxiety behavior in mice offspring. Neurobehav Teratol Soc, Palm Beach FL. 1997.

108. Sienko A, Christensen H, Gonzalez C, Stewart J, Rayburn WF. Impact of multidosing of antenatal betamethasone on organ maturation of the mouse pup. Teratol Soc, Palm Beach Fl, 1997.

109. Christensen H, Gonzalez C, Stewart J, Rayburn WF. Effect of repeating administration of antenatal betamethasone of cognition in mice offspring. Neurobehav Teratol Soc, Palm Beach Fl, 1997.

110. Sienko A, Stewart J, Gonzalez C, Christensen H, Rayburn, W. Placebo-controlled comparison of a single versus a multidose of antenatal betamethasone on mouse liver histology. Soc Perin Obstet, Miami FL, 1998.

111. Stewart J, Rayburn WF, Farmer K, Schipul A, Stanley J, Liles E. Cost effectiveness of E2 as an intracervical gel, using oxytocin immediately, versus a sustained-release vaginal insert for induction of labor. Soc Perin Obstet, Miami FL, 1998.

112. Rayburn WF, Christensen H, Gonzalez C, Stewart J. Placebo-controlled comparison of the anti-obesity drug fenfluramine given prenatally for growth and development of mice offspring. Soc Perin Obstet, Miami FL, 1998.

113. Stewart J, Christensen H, Rayburn WF. Effect of a single dose versus a multidose of antenatal betamethasone on mouse lung maturation. Soc Perin Obstet, Miami FL, 1998.

114. Hennessey M, Rayburn WF, Stewart J, Liles E. Induction of labor and pre-eclampsia: a randomized comparison of prostaglandin E2 as an intracervical gel, and oxytocin immediately, or as a sustained release vaginal insert. Soc Perin Obstet, Miami FL, 1998.

115. Christensen HD, Gonzalez CL, Stewart JD, Rayburn WF. Antiobesity drug fenfluramine given prenatally: Effect on cognition of mice offspring. Soc Toxicol, San Francisco CA, 1998.

116. Rayburn WF, UpJohn Prepidil M/5600/0073 Study Group. Randomized trial of Prepidil gel for cervical ripening before an attempted vaginal birth after a cesarean section. Am Col Obstet Gynecol, New Orleans LA, 1998.

117. Coleman F, Rayburn WF, Stanley J, Bossert R, Krusel L, Wilson F. Labor-adjusted cesarean section rates between a university hospital and a private community hospital. Am Col Obstet Gynecol, New Orleans LA, 1998.

118. Stewart J, Rayburn WF, Gonzalez C, Christensen H. Impact of antenatal paroxetine (Paxil) exposure on perinatal and neonatal outcomes in mice. Neurobehav Teratol Soc, San Diego CA, 1998.

119. Christensen HD, Kupiec T, Jacobson J, Stewart J, Gonzalez C, Rayburn WF. Tissue concentrations from consumption of paroxetine (Paxil) in gravid mice. Neurobehav Teratol Soc, San Diego CA, 1998.

120. Gonzalez C, Stewart J, Rayburn WF, Christensen H. Establishment of a clinically relevant dose of antenatal hypericum (St. John's Wort) for a neurobehavioral development study. Neurobehav Teratol Soc, San Diego CA, 1998.

121. Rayburn WF, Stewart J, Sienko A, Gonzalez, Christensen H. Impact of antenatal exposure to the antiobesity drug fenfluramine (Pondimin, Redux) on fetal and neonatal outcomes in mice. Teratol Soc, San Diego CA, 1998.

122. Coleman F, Christensen D, Gonzalez C, Rayburn WF. Behavioral changes in developing mice after prenatal exposure to hypericum (St John's Wort). Soc Mat Fetal Med, San Francisco CA, 1999.

123. Beaty C, Bhaktaramv, Rayburn L, Parker M, Christensen D, Rayburn WF. Acute hemodynamics effects from an elastic abdominal support to relieve low backache during pregnancy. Am Col Obstet Gynocol, Philadelphia PA, 1999.

124. Rayburn WF, Coleman F, Gonzalez C, Christensen H. Effect of antenatal hypericum (St John's Wort) on growth and physical development of mice offspring. Teratol Soc, Keystone CO, 1999.

125. Rayburn WF, Stewart J, Gonzalez C, Christensen H. Effect of the antidepressant paroxetine (Paxil) given prenatally on growth and physical development of mice offspring. Teratol Soc, Keystone CO, 1999.

126. Beebe L, Rayburn WF, Beaty C, Eberly K, Stanley J, Rayburn L. Indications and rates of induction of labor: a comparison between a university hospital and community hospitals. Soc Mat Fet Med, San Francisco CA, 1999.

127. Bossert R, Stanley J, Coleman F, Mirabile C, Rayburn WF. Outcome-based analysis of early postpartum discharge at a university hospital. Soc Mat Fetal Med, San Francisco CA, 1999.

128. Gilson G, Gordon B, Bekes K, Silva L, Axtell H, Curet L, Rayburn WF. Group B Streptococcus (GBS) screening: Does the Centers for Disease Control (CDC) protocol work? Soc Mat Fetal Med, San Francisco CA, 1999.

129. Rayburn WF. Gonzalez C, Christensen H, Coleman F. Behavior changes in developing mice after prenatal exposure to hypericum (St. John's Wort). Neurobehav Teratol Soc, Keystone CO, 1999.

130. Gonzalez C, Christensen D, Rayburn WF, Coleman F. Impact of antenatal hypericum (St. John's Wort) exposure on cognition in mice. Neurobehav Teratol Soc, Keystone CO, 1999.

131. Christensen D, Rayburn WF, Gonzalez C. Impact of antenatal paroxetene (Paxil) exposure on cognition in mice. Neurobehav Teratol Soc, Keystone CO, 1999.

132. Smith H, Key C, Qualls C, Waxman A, Cole L, Hilgers R, Swanson M, Rayburn WF. American Indians are at high risk for gestational trophoblastic disease (GTD): a 25-year multiethnic population-based study. Am Radium Soc, London UK, 1999.

133. Rayburn WF, Espey E. Problem-based learning about human relations and cost containment in a managed care environment. Asso Prof Gynecol Obstet, New Orleans LA, 2000.

134. Garcia V, Frishmuth G, Dorin M, Rayburn WF. Selection of resident candidates: the value of a postinterview letter from the applicant. Asso Prof Gynecol Obstet, New Orleans LA, 2000.

135. Rayburn WF, Christensen D, Gonzalez C. Effect of antenatal exposure to St. John's Wort (hypericum) on neurobehavior of developing mice offspring. Soc Mat Fetal Med, Miami FL, 2000.

136. Carey J, Rayburn WF. Nuchal cord encirclements and risk of stillbirth. Soc Mat Fetal Med, Miami FL, 2000.

137. Fronterhouse W, Christensen F, Rappaport V, Gilson G, Curet L. Mandated preterm delivery: its prevalence and impact at a tertiary care center. Am Col Obstet Gynecol, San Francisco CA, 2000.

138. Tassone S, Pearman C, Rayburn WF. Is Cervidil☐ appropriate for outpatient cervical ripening? Am Col Obstet Gynecol, San Francisco CA, 2000.

139. Harkins TL, Kupiec T, Christensen H, Rayburn WF. Simultaneous assay of multiple active agents – pseudohypericin, hypericin, and hyperforin – in commercially available St. John's Wort products by high performance liquid chromatography. Am Asso Pharm Scient, Indianapolis IN, 2000.

140. Christensen F, Tehranifar M, Gonzalez J, Rappaport V, Gilson G, Rayburn WF. Randomized trial of concurrent oxytocin and sustained-release dinoprostone for labor induction. Soc Mat Fetal Med, Reno NV, 2001.

141. Rayburn WF, Wallerstedt C, Fletcher B, Cosgrove E. Maintaining a referral base for resident education: a template for outreach education. Asso Prof Gynecol Obstet, Orlando FL, 2001.

142. Christensen F, Gilson G, Dorin M, Espey E, Ogburn JA, Rayburn WF. Use of the objective structured clinical examination for evaluation of clinical competency of residents in obstetrics and gynecology. Evidence from the objective structured clinical exam (OSCE). Asso Prof Gynecol Obstet Orlando FL, 2001.

143. Beebe LA, Rayburn L, Stanley J, Beaty C, Rayburn WF. Neonatal outcomes after elective induction of labor. Soc Mat Fetal Med, Reno NV, 2001.

144. Celnik C, Rayburn WF, Gonzalez, JL, Gilson G, Rappaport V, Curet LB. Comparison of induced versus spontaneous labor in twins. Am Col Obstet Gynecol, Chicago IL, 2001.

145. Christensen F, Gardner MO, Levy A, Rayburn WF, Curet LB. Rising trends in induction of labor. Am Col Obstet Gynecol, Chicago IL, 2001.

146. Christensen F, Gonzalez JL, Rayburn WF, Karnaze K, Little J. Adverse drug events in hospitalized obstetric patients. Am Col Obstet Gynecol, Chicago IL, 2001.

147. Christensen F, Olson K, Rayburn WF. Improved maternal acceptance using a new fetal movement chart. Am Col Obstet Gynecol, Chicago IL, 2001.

148. Carey JC, Rayburn WF. Birth weight is not affected by the presence of single or multiple nuchal cord encirclements. Teratol 2001; 63: 262.

149. Smith H, Bedrick E, Qualls, C, Rayburn WF, Waxman A, Stephens N, Wiggins C, Hilgers R, Key C.  Multiethnic differences in gestational trophoblastic diseases (GTD) rates in New Mexico: a 25-year population-based study. XIth World Congress on Gesta Tropho Dis, Santa Fe NM, 2001.

150. Bishop L, Siegle J, Rayburn WF. Randomized comparison between microlaparoscopic techniques for sterilization: Parkland versus Pomeroy salpingectomy. Soc Lapro Surgeons, New York NY, 2001.

151. Levy AL, Gonzalez JL, Curet LB, Rappaport VJ, Rayburn WF. Effect of labor induction on cesarean rates in diabetic pregnancies. Am J Obstet Gynecol 2002; 185: S211.

152. Rayburn WF, Christensen HD, Gonzalez CL, Neurobehavior effects in four strains of mice offspring exposed to alprazolam. Am J Obstet Gynecol 2002; 185: S184.

153. Martinez CA, Baca JS, Maez AA, Espey EB, Rayburn WF. Do frequent faculty absences affect their teaching evaluations by third-year medical students? Asso Prof Gynecol Obstet, Dallas TX, 2002.

154. Chongsiriwatana KM, Phelan ST, Smith HO, Skipper BJ, Rayburn WF, Rhyne RL. Medical student research and choice of "Women's Health Care" residency: is there a relationship? Asso Prof Gynecol Obstet, Dallas TX, 2002.

155. Christensen HD, Gonzalez CL, Rayburn WF. Impact of prenatal alprazolam on anxiety testing and social interaction tasks in mice. Neurotox Teratol 2002; 430.

156. Bolnick J, Velazquez M, Gonzalez J, McIlwain G, Rayburn W. Randomized trial of sustained-release vaginal dinoprostone with concurrent oxytocin versus misoprostol for induction of labor at term. Soc Mat Fetal Med, San Francisco CA, 2003.

157. Cole LA, Rayburn WF. A novel undergraduate course presented by a department of obstetrics and gynecology. Asso Prof Gynecol Obstet, Anaheim CA, 2003.

158. McIlwain G, Phelan S, Rayburn W. What medical students value most from chairs during their clinical clerkships. Asso Prof Gynecol Obstet, Anaheim CA, 2003.

159. Rayburn WF, Gonzalez CL, Parker KM, Christensen HD. Placebo-controlled comparison of prenatal carbamazepine on the behavior of mice offspring. J Soc Gynecol Investiga 2003; 10,680.

160. Chang D, Velazquez M, Rayburn W. Efficacy and safety of outpatient use of misoprostol for cervical ripening at term. Obstet Gynecol 2003; 101:453.

161. Rayburn B, Theele D, Bolnick J, Rayburn W. Selection of a light source for fetal biophysical testing. Neurotox Teratol 2003; 25:395.

162. Christensen D, Gonzalez CL, Rayburn WF. Prenatal exposure to phenobarbital and behavior of adult mice offspring. Neurotox Teratol 2003; 25:391.

163. Adeza Study Group. A positive fetal fibronectin test is associated with more favorable induction of labor outcomes. Am J Obstet Gynecol 2003; 189:5199.

164. Caridi B, Bolnick J, Fletcher B, Rayburn WF. Effect of external light stimulation from a halogen light source on no stress testing. Obstet Gynecol 2004; 103:78S.

165. Rayburn WF, Handmaker N, Rayburn BB, Meng C, Bell J, Rappaport V. Alcohol consumption before and after pregnancy awareness: its impact on fetal growth. Obstet Gynecol 2004; 103:112S.

166. Sokkary N, Rayburn W, Clokey DE, Moore LE, Curet LB, Zhang J. Routine delivery at 38 weeks' gestation for A-2 diabetes: is it hazardous? Obstet Gynecol 2004; 103:113S

167. Handmaker NS, Meng C, Rayburn BB, Wadejo A, Rappaport V. Differences in fetal brain anatomy associated with levels of maternal alcohol consumption before and after pregnancy recognition. Birth Defects Research 2004; 70:259.

168. Bolnick J, Garcia G, Fletcher B, Rayburn W. Cross-over trial of fetal heart rate response to external light and vibroacoustic stimulation. Am J Obstet Gynecol 2004; 191: S150.

169. Santana-Casteneda C, Izquierdo-Puente C, Leon-Ochoa R, Plasse T, Rayburn W. Misoprostol controlled-release vaginal insert for cervical ripening and induction of labor in nulliparous women. Am J Obstet Gynecol 2004; 191: S187.

170. Ramirez-Cacho W, Rappaport V, Smith H, Rayburn W. Conservative management of placenta percreta. Am J Obstet Gynecol 2004; 191: S98.

171. Ogburn TO, Dorin MH, Beraun C, Meng C, Rayburn WF. Predicting which intern candidates will be excellent teachers of medical students. Assoc Prof Gynecol Obstet, Salt Lake City UT, 2005.

172. Rayburn WF, Ramirez W, Strickland L, Price S. Teaching medical students about substance use disorders during pregnancy. Assoc Prof Gynecol Obstet, Salt Lake City UT, 2005.

173. Berkley E, Bolnick J, Nguyen T, Meng C, Rayburn W. Induction of preterm labor in nulliparous patients with severe preeclampsia. Obstet Gynecol 2005; 105:111S.

174. Rayburn B, Handmaker N, Meng C, Proctor B, Rayburn W. Beer consumption among problematic drinkers during pregnancy. Obstet Gynecol 2005; 105:110S.

175. Ramirez-Cacho W, Flores S, McKay J, Rayburn W. Effect of maternal methadone on interpretation of intrapartum fetal heart rate patterns. J Soc Gynecol Invest 2005; 12:345A.

176. Rayburn W, Powers B, Plasse T, Carr D, Dispirito M. Pharmacokinetics of a controlled-release misoprostol vaginal insert. J Soc Gynecol Invest 2005; 12:146A.

177. Ramirez W, Strickland L, Meng C, Beraun C, Rayburn W. Medical students' comfort levels toward pregnant women with substance use disorders. Birth Defects Research 2005; 73:346.

178. Rayburn B, Handmaker N, Meng C, Proctor B, Rayburn W. Wine consumption among problematic drinkers during pregnancy. Birth Defects Research 2005; 73:346.

179. Rayburn W, Meng C, Ramirez W, Rayburn B. Special prenatal clinic experience on medical students' attitudes toward women with problem drinking. Assoc Prof Gynecol Obstet, Orlando FL, 2006.

180. Ogburn T, Rayburn W, Espey E. Unique step-wise program for resident research projects.  Assoc Prof Gynecol Obstet, Orlando FL, 2006.

181. Rayburn W, Schrader R, Cain J, Artal R, Anderson G, Merkatz I. Tenure of academic chairs in obstetrics and gynecology: a 25-year perspective. Coun Univ Chairs Obstet Gynecol. Orlando FL, 2006.

182. Ramsey P, Flood C, Gilpin M, Williams S, Rayburn WF. Medical student attendance at the ACOG annual clinical meeting.  Obstet Gynecol 2006; 107: 104S.

183. Powers B, Rayburn W, Wing D, Byrne J, Mercer B, Alfirenic Z. Safety profile of a controlled-release misoprostol vaginal insert for cervical ripening and labor induction. Obstet Gynecol 2006; 107:25.

184. LaMonica GE, Wilson ML, Rayburn WF. The short umbilical cord: minimum length to permit spontaneous vaginal delivery. Birth Defects Res, June 2006.

185. Meng C, Rayburn W, Ramirez W, Rayburn B. Effect of a specialized prenatal clinic on medical students' attitudes toward women with drinking problems. Birth Defects Res, June 2006.

186. Rayburn W, Espey E, Ogburn T, Hutchison J. Periodic meetings with American College of Obstetricians and Gynecologists (ACOG) Fellows for Career Planning for Medical Students. Obstet Gynecol 2007; 109:15S.

187. Braverman L, Robinson AC, Rayburn WF, Kinzell J, Gargas M, Kaiser E. Iodide concentrations in matched maternal serum, cord serum, amniotic fluid and placental tissue from term and pre-term pregnancies. Am Thyroid Asso, October 3-7, 2007.

188. Rayburn WF, Kennedy K, Ogburn T, Espey E. Periodic dinners with community physicians for medical students considering pursuing obstetrics and gynecology. Asso Prof Gynecol Obstet, Orlando FL, 2008.

189. Rayburn W. Recruitment and retention of chairs at 125 US medical schools: a 30-year perspective. Asso Prof Gynecol Obstet, Orlando FL, 2008.

190. Valdez J, Jim L, Fullilove A, Rayburn BB, Rayburn WF. Medical students' awareness of traditional values of Native American women during pregnancy. Obstet Gynecol 2008; 111(4 Supp):17S-18S.

191. Rayburn, WF. Retention of chairs in academic obstetrics and gynecology: a comparison with other clinical departments. Asso Prof Gynecol Obstet, San Diego CA, 2009.

192. Brown S, Wolfe M, Coalson R, Fullilove AM, Rayburn DT, Rayburn WF. Influence of maternal obesity on nonstress test performance. Am Coll Obstet Gynecol 2009, Abst 90.

193. Johnson J, Rayburn WF. Part-time faculty in academic obstetrics and gynecology. Asso Am Med Coll, Physician Workforce Research Conf. Washington DC, 2009.

194. Rayburn WF, McReynolds MA, Anderson BL, Schulkin J. Workforce trends in academic obstetrics and gynecology. Assoc Am Med Coll Physician Workforce Research Conf. Washington DC, 2009.

195. Bakhireva LN, Young BN, Phelan ST, Sarangarm P, Jaiswal P, Rayburn WF. Knowledge and attitudes towards medication use in pregnancy among pregnant women recruited into the SMART study in New Mexico. Birth Defects Res A Clin Mol Teratol 2009; 85: 438.

196. Young BN, Rayburn WF, Phelan ST, Dalen J, Sarangarm P, Jaiswal P, Schesser C, Forzani K, Cox J, Flores E, Vergara-Blake J, Bakhireva LN. Lack of inquiry about safety of medications in pregnancy among Latinas: SMART study results. Birth Defects Res A Clin Mol Teratol 2009; 85: 419.

197. Sarangarm P, Rayburn WF, Phelan ST, Young BN, Jaiswal P, Bakhireva LN. The use of over-the-counter medications during pregnancy among immigrants in New Mexico: results from the SMART study. Org Teratol Infor Serv Birth Defects Res A Clin Mol Teratol 2009; 85: 495.

198. Baklhireva LN, Young BN, Phelan ST, Dalen J, Rayburn WF. Periconceptional binge drinking and acculturation among pregnant Latinas in New Mexico.  Alcohol Clin Exp Res 2009; 33(6):136A.

199. Leeman L, Brown S, Albright BB, Skipper B, Rayburn WF. Association between intrapartum fetal heart rate patterns and neonatal abstinence syndrome in methadone exposed neonates. Am J Obstet Gynecol 2009; 201: s240.

200. Brennan M, Pevzner L, Powers B, Wing DA, Rayburn WF. Safety of prolonged retention of a sustained-release dinoprostone vaginal insert for labor induction.  Am J Obstet Gynecol 2009; 201: s128.

201. LaMonica GE, Rayburn WF, Leslie KK. N-Myc downstream regulated gene-2 (NDRG-2) is elevated in placentas with severe preeclampsia. Am J Obstet Gynecol 2009; 201: s272.

202. Rayburn WF, Fullilove AM, Rayburn DT, Lang J. Retention of faculty in maternal-fetal medicine, 1981 to 2008. Am J Obstet Gynecol 2009; 201: s201.

203. LaMonica G, Seifert SA, Rayburn WF. Rattlesnake bites in pregnant women. J Med Toxicol 2010; 6:245.

204. Wolfe M, Rayburn WF, Seifert SA. Black widow spider bites in reproductive-age women and pregnancy. J Med Toxicol 2010; 6:264.

205. Rayburn WF, Lang J. Retention of entry-level faculty in obstetrics and gynecology. Asso Prof Gynecol Obstet, Orlando FL, 2010.

206. Johnson J, Anderson B, Schulkin J, Rayburn WF. Changes in part-time faculty in academic obstetrics and gynecology: current and anticipated trends. Asso Prof Gynecol Obstet, Orlando FL, 2010.

207. Muller C, Rayburn WF. Salary trends in academic gynecologic oncology, 1981-2008. Soc Gynecol Oncol, San Francisco CA, 2010.

208. Muller C, Rayburn WF. Retention of entry-level faculty in gynecologic oncology, 1981-2008. Soc Gynecol Oncol, San Francisco CA, 2010.

209. Rayburn WF, Klagholz J, Strunk A. County distribution of obstetricians-gynecologists in the United States. Asso Am Med Coll Physician Workforce Research Conf, Alexandria VA, 2010.

210. Rayburn WF, McReynolds MA, Hale RW, Salsberg E. Physician specialty workforce planning: the role and structure of advisory committees. Asso Am Med Coll Physician Workforce Research Conf, Alexandria VA, 2010.

211. Wolfe M, de la Torre L, Moore LE, Rayburn WF. Success rates for labor induction between twin and singleton gestations. Am Coll Obstet Gynecol, San Francisco CA, May 2, 2010.

212. Albright BB, Price S, Abbott P, de la Torre L, Rayburn WF. Increasing dose of methadone during pregnancy. Am Coll Obstet Gynecol, San Francisco CA, May 2, 2010.

213. Kennedy KA, Phelan ST, Riley S, Rayburn WF. NBME subject examination performance among third-year students who pursued obstetrics and gynecology residencies. Asso Prof Gynecol Obstet, Atlanta, GA, 2010.

214. Rayburn WF, Fullilove AM, Lang J, Schrader R. Trends of salaries of faculty in maternal-fetal medicine faculty. Am J Obstet Gynecol, Chicago IL, February 2010.

215. Pevzner L, Powers B, Rayburn WF, Rumney P, Wing DA. Effects of maternal obesity on duration and outcomes of prostaglandin cervical ripening and labor induction. Am J Obstet Gynecol, Chicago IL, February 2010.

216. Bakhireva LN, Young BN, Savich RD, Zozaya-Price S, Garcia-Cherino S, Chavez S, Trujillo-Lewis P, Savage DD, Rayburn WF. Methadone treatment and illicit drug use do not affect traditional ethanol biomarkers among pregnant women. Res Soc Alcohol, San Antonio TX, 2010.

217. Bakhireva LN, Phelan ST, Young BN, Sarangarm P, Liu S, Rayburn WF. Prevalence and predictors of the complementary and alternative medicine (CAM) use among pregnant women in New Mexico. Teratol Soc, Louisville, KY, 2010.

218. Bakhireva LN, Young BN, Rowland AS, Vergara-Blake J, Cano S, Flores E, Liu S, Rayburn WF, Phelan ST. Risk factors of lead exposure among socially disadvantaged pregnant women in New Mexico. Soc Ped Perin Epid Res, Seattle WA, 2010.

219. Sarangarm P, Liu S, Young BN, Davis A, Phelan ST, Nawarskas J, Rayburn WF, Bakhireva LN. Perception of teratogenicity among pregnant women with asthma or diabetes mellitus. Teratol Soc, Louisville, KY, 2010.

220. Bakhireva LN, Young BN, Savish RD, Zozaya Price S, Garcia-Cherino S, Chavez S, Trujillo Lewis P, Phelan ST, Rayburn WF. Initiation of prenatal care among patients with a history of alcohol and other substance use disorders. Res Soc Alcohol, San Antonio TX, 2010.

221. Jaiswal P, Sarangarm P, Young BN, Khan N, Dodd M, Phelan ST, Rayburn WF, Bakhireva LN. Validity of self-report with respect to prescription medications among pregnant women. International Society for Pharmacoeconomics and Outcomes Research (ISPOR), Atlanta GA, 2010.

222. Brennan MC, Albright BB, Price S, Rayburn WF. Evaluation of women for hepatitis C antiviral therapy after delivery. Infectious Diseases Society for Obstetrics and Gynecology (IDSOG), Santa Fe NM, 2010.

223. Rutledge T, Schrader RM, Gener Y, Fullilove AM, Rayburn WF. Attrition of first-time faculty in gynecologic oncology: is there a difference between men and women? Soc Gynecol Oncol, Orlando FL, 2011.

224. Wing DA, Miller H, Parker L, Powers BL, Rayburn WF. A double-blind, randomized, multicenter, dose-ranging phase II study of the misoprostol vaginal insert. Am J Obstet Gynecol 2011; 204: S48.

225. Wolfe MD, Chuang LT, Rayburn WF, Wen PC, VanderJagt D, Glew R. Correlation between maternal and neonatal serum concentrations of long-chain polyunsaturated fatty acids (LCPUFA). Am J Obstet Gynecol 2011; 204: S97.

226. Rayburn WF, Klagholz J, Strunk A. Maternal-fetal medicine workforce in the United States. Am J Obstet Gynecol 2011; 204: S248.

227. Phelan ST, de la Torre L, Schrader RM, Gener Y, Fullilove AM, Rayburn WF. Attrition of first-time faculty in maternal-fetal medicine: is there a difference between men and women? Am J Obstet Gynecol 2011; 204: S274.

228. Santillan M, Santillan D, Hamilton W, Hunter S, Leslie K, Rayburn WF. Adaptations in maternal sera of immuno-vasoactive IDO, trail, and IL-4 in response to a high sFLT-1 preeclamptic environment. Am J Obstet Gynecol 2011; 204: S303.

229. Brennan MC, Albright BB, Price S, Skipper B, Rayburn WF. Differences in methadone maintenance requirements for pregnant women with illicit prescription opioid use versus heroin use. Am J Obstet Gynecol 2011; 204: S319.

230. Santillan M, Santillan D, Hamilton W, Rayburn WF, Hunter S, Leslie KK. The Th1 versus Th2 cytokine milieu in control and preeclamptic pregnancies: a second trimester predictor of preeclampsia? Soc Gynecol Investiga, Miami FL, 2011.

231. Phelan ST, Schrader RM, Fullilove AM, Rayburn WF. Attrition of first-time faculty in general obstetrics and gynecology: is there a difference between men and women? Asso Prof Gynecol Obstet, San Antonio TX, 2011.

232. Rayburn WF, Klagholz J, Williams S. Location of residency programs and distribution of practicing obstetrician-gynecologists. Asso Prof Gynecol Obstet, San Antonio TX, 2011.

233. Rayburn WF, Klagholz J, Williams S. Selective expansion of residency programs according to maldistribution of obstetrician-gynecologists. Asso Am Med Coll Physician Workforce Research Conf, National Harbor MD, 2011.

234. Richards ME, Albright BB, Rayburn WF. Measuring the obstetrician workforce: access to maternity centers using geographical information systems (GIS) mapping. Asso Am Med Coll Physician Workforce Research Conf, National Harbor MD, 2011.

235. Young BN, Cano S, Price S, Liu S, Savich RD, Annett R, Savage DD, Rayburn WF, Bakhireva LN. The effect of alcohol consumption on perceived stress in pregnant women on opiate maintenance therapy. Res Soc Alcohol, Atlanta GA, 2011.

236. Bakhireva LN, Cano S, Artyushkova K, Price S, Chavez S, Mohan S, Brown LA, Gauthier T, Savich RD, Rayburn WF, Savage DD. Validity of ethanol biomarkers for identification of moderate, intermittent alcohol consumption in polysubstance-using pregnant women. Res Soc Alcohol, Atlanta GA, 2011.

237. Young BN, Cano S, Price S, Gregory-Goff C, Savich RD, Savage DD, Rayburn WF, Bakhireva LN. Methods to evaluate validity of ethanol biomarkers in pregnant women and newborns. Texas Research Soc on Alcoholism, Austin TX, 2011.

238. Albright BB, Rayburn WF, Riley S, Abbott P, Skipper B. Influence of an educational encounter at a rehabilitation residence on medical students' attitudes toward substance-abusing pregnant women. Am Psychiatric Asso, Honolulu HI, 2011.

239. Brown SA, Richards ME, Rayburn WF. Geographical information systems (GIS) mapping indicates access to tertiary care perinatal centers in the United States is regionally maldistributed. Soc Mat Fetal Med, Dallas TX, 2012.

240. de la Torre L, Brennan MC, Rayburn WF, Jelinek D, Garver W. Prevalence of NPC1 gene variants in the local obstetric population and their association to obesity and gestational diabetes. Soc Gyn Investigation, San Diego, CA, 2012.

241. Rutledge TL, Gener Y, Schrader RM, Muller C, Rayburn WF. Promotion rates for first-time assistant and associate professors in gynecologic oncology, 1980-2009. Soc Gyn Oncol, Austin TX, 2012.

242. Kennedy KA, Brotherton SE, Ogburn JA, Cleghorn DG, Rayburn WF. Annual attrition of residents in obstetrics and gynecology compared with other clinical specialties, 2000-2009. Asso Prof Gynecol Obstet, Orlando FL, 2012.

243. Albright BB, Skipper B, Price SZ, Elwell EC, Rayburn WF. Attendance at a rehabilitation residence on medical students' perspectives about substance-using pregnant women. Asso Prof Gynecol Obstet, Orlando FL, 2012.

244. Gener Y, Phelan ST, Fullilove AM, Rayburn DT, Schrader RM, Rayburn WF. Promotion rates for first-time assistant and associate professors in general obstetrics and gynecology, 1980-2009. Asso Prof Gynecol Obstet, Orlando FL, 2012.

245. Rayburn WF, Gilstrap LC, Gant NF. Pursuit of board-certified subspecialties in obstetrics and gynecology by graduating residents, 2001-2010. Asso Prof Gynecol Obstet, Orlando FL, 2012.

246. Richards ME, Albright BB, Rayburn WF. Measuring the obstetrician workforce: access to maternity centers using geographical information systems (GIS) mapping. Am Coll Obstet Gynecol, 2012.

247. Albright BB, Schiffer R, Skipper B, Rayburn WF. National residency matches in combined psychiatry-neurology programs compared with psychiatry and neurology programs, 2008-2011. Am Neuropsychiatric Assoc, New Orleans LA, 2012.

248. Klagholz J, Richards ME, Elwell EC, Rayburn WF. Drive times to hospitals offering maternity care in the United States. Am Coll Obstet Gynecol, San Diego CA, 2012.

249. Klagholz J, Rose B, Strunk A, Rayburn WF. County distribution of obstetricians-gynecologists in the United States. Am Coll Obstet Gynecol, San Diego CA, 2012.

250. Rayburn WF, Dall T, Chakrabarti R, Storm M. State-by-state forecast of obstetrician-gynecologist supply and demand by 2020. Assoc Am Med Coll, Washington DC, 2012.

251. Cano S, Robles L, Rayburn WF, Savich RD, Garg M, Anton R, Savage DD, Bakhireva LN. Elevation of serum CDT levels with advanced gestational age in alcohol-abstaining pregnant women. Res Soc Alcohol, San Francisco CA, 2012.

252. de la Torre L, Brennan MC, Rayburn WF. Can we predict adverse neonatal outcomes in cases of gastroschisis using ultrasound assessment of the abdominal wall defect size? Teratol Soc, Baltimore MD, 2012.

253. Brennan MC, Mozurkewich E, Rayburn WF. Counseling about risks of congenital anomalies from prescription opioids. Teratol Soc, Baltimore MD, 2012.

254. Tyner J, Brennan MC, Brown SA, Rayburn WF. Long-term trends in residents pursuing maternal-fetal medicine fellowships, 1993-2012. Soc Mat Fetal Med, San Francisco CA, 2013.

255. Wing D, Brown R, Plant L, and EXPEDITE Study Group. Efficacy and safety of misoprostol vaginal insert compared with dinoprostone vaginal insert for labor induction. Soc Mat Fetal Med, San Francisco CA, 2013.

256. Brennan MC, Wolfe M, Rayburn WF, Cole L. Predictive value of hyperglycosylated hCG and subsequent preeclampsia. Soc Gynecol Investiga, Orlando FL, 2013.

257. Liu C, Rogers RG, Rayburn WF. Changing demographics of obstetrics and gynecology faculty, 1980-2009. Asso Prof Gynecol Obstet, Phoenix AZ, 2013.

258. Holbrook BD, Elwell EC, Tyner JE, Brown, SA, Rayburn WF. Access to obstetricians-gynecologists in New Mexico. National Health Disparities 2013 Joint Conference, Albuquerque NM, 2013.

259. Brown SA, Brennan MC, Rayburn WF, Bakhireva L. Prenatal ultrasound and ethanol biomarkers for early identification of prenatal alcohol exposure. Am Institute of Ultrasound Med, New York, NY, 2013.

260. Peterson S, Rayburn WF, Phillips R. Family medicine physicians are performing fewer obstetric deliveries, 2000-2010. Assoc Am Med Coll, Alexandria VA, 2013.

261. Brown SA, Richards ME, Elwell EC, Rayburn WF. Access to comprehensive maternity and newborn care: another value of geographic information system (GIS) mapping. Assoc Am Med Coll, Alexandria VA, 2013.

262. Rayburn WF, Klagholz J, Strunk A. Aging of the obstetrician-gynecologist workforce. Assoc Am Med Coll, Alexandria VA, 2013.

263. Rayburn WF, Klagholz J, Murray-Krezan C, Lumalcuri J, Scroggs J, Strunk A. Trends in practice settings of obstetrician-gynecologists, 1992 to 2012. Assoc Am Med Coll, Alexandria VA, 2013.

264. Petterson S, Bazemore A, Rayburn WF. The growing number of reproductive age women who obtain office-based care from obstetrician-gynecologists. Assoc Am Med Coll, Alexandria VA, 2013.

265. Rogers R, Liu C, Rayburn WF. Diversity of faculty in academic obstetrics and gynecology. Council of University Chairs in Obstet Gynecol, New Orleans LA, 2013.

266. Rayburn WF, Klagholz J, Murray-Krezan C, Lumalcuri J, Scroggs J, Strunk A. Trends in practice settings of obstetrician-gynecologists, 1992 to 2012. Am Coll Obstet Gynecol, New Orleans LA, 2013.

267. Wing D and MVI Group (Rayburn WF). Misoprostol vaginal insert: reduced time to delivery and significantly less antibiotic use. Am Coll Obstet Gynecol, New Orleans LA, 2013.

268. Brown SA, Seifert S, Elwell EC, Rayburn WF. Antibiotic prescribing for snake envenomation's during pregnancy. Infec Dis Soc Obstet Gynecol, Albuquerque NM, 2013.

269. Liu CQ, Rayburn WF. Aging of faculty in obstetrics and gynecology, 1967-2012. Asso Prof Gynecol Obstet, Atlanta GA, 2014.

270. Mozurkewich E, William J, Romero V, Jain J, Nirgudkar P, Schrader RM, Ren J, Djuric Z, Rayburn WF. Does prenatal DHA supplementation or vitamin D status affect plasma MCP-1? Soc Gynecol Invest, Florence, Italy, 2014.

271. Tyner J, Nirgudkar P, Yonke N, Leeman L, Rayburn WF. Intrapartum fetal heart rate patterns in the buprenorphine-exposed fetus. Soc Gynecol Invest, Florence, Italy, 2014.

272. Garver WS, de la Torre L, Luo L, Rayburn WF. Frequency of Niemann-Pick C1 gene alleles and association with obesity and diabetes in a New Mexican obstetric population. Soc Gynecol Invest, Florence, Italy, 2014.

273. Rayburn WF, Liu CQ, Rogers RG. Diversity of faculty in academic obstetrics and gynecology. Am Coll Obstet Gynecol, Chicago IL, Obstet Gynecol 2014; 213:21 S.

274. Rayburn WF, Petterson S, Cheng N. Ages of obstetrician-gynecologists at retirement from clinical practice. Am Coll Obstet Gynecol, Chicago IL, Obstet Gynecol 2014; 123:25 S.

275. Rayburn WF, Petterson S, Bazemore A. Preferences of sites for office-based care by reproductive age women. Am Coll Obstet Gynecol, Chicago IL, Obstet Gynecol 2014; 123:38 S.

276. Albright BB, Liu CQ, Elwell EC, Rayburn WF. The graying of academic psychiatry: faculty age trends, 1967-2012. Am Psych Assoc, New York City NY, 2014.

277. Jamieson D, Driscoll D, Johnson T, Learman L, Horowitz I, Rayburn WF. Attitudes about faculty mentoring among academic chairs in obstetrics and gynecology. Coun Univ Chairs Obstet Gynecol, Chicago IL, 2014.

278. Gutierrez H, Rayburn WF, Savage DD, Bakhireva LN. Validity of ethylglucuronide in maternal hair as a biomarker of prenatal alcohol exposure. Res Soc Alcohol, Bellevue WA, 2014.

279. Rayburn WF, Petterson SM, Cheng N. Obstetrician-gynecologists nearing retirement: its impact on women's health workforce pipeline. Assoc Am Med Coll, Washington DC, 2014.

280. Petterson SM, Bazemore A, Rayburn WF. Preferences of specialties for office-based care by women aged 40-64. Assoc Am Med Coll, Washington DC, 2014.

281. Bradley PB, Getrich CM, Hannigan GG, Rayburn WF. Information resource availability and use by unaffiliated practitioners in predominantly rural New Mexico. Soc Acad Cont Med Ed, Cincinnati OH, 2014.

282. Katzman J, Comerci G, Geppert C, Arora S, Kalishman S, Murray D, Rayburn WF. Opioid prescribing patterns after a statewide mandated CME course about chronic pain and addiction. Soc Acad Cont Med Ed, Cincinnati OH, 2014.

283. Katzman J, Kalishman S, Arora S, Monette R, Flatow L, Hubbard Y, Rayburn WF. Instant electronic course evaluation and credit to attendees for a clinic. Soc Acad Cont Med, Cincinnati OH, 2014.

284. Sokkary N, Murray-Krezan C, Rayburn WF. Applicants for first-year residencies in obstetrics and gynecology according to medical school background, 1992-2013. Central Asso Obstet Gynecol, Albuquerque, NM, 2014.

285. Brown SA, Brennan MC, King IB, Rayburn WF, Mozurkewich EL. Maternal and cord blood levels of docosahexaenoic acid (DHA) after low dose supplementation. Central Asso Obstet Gynecol, Albuquerque, NM, 2014.

286. Hutchison JR, Petterson SM, Rayburn WF. An overview of obstetrician-gynecologists nearing retirement age. Central Assoc Obstet Gynecol, Albuquerque, NM, 2014.

287. Murata EL, Maenchen ME, Skipper BJ, Singh RH, Rayburn WF. Identifying core competencies in Grand Rounds lectures. Asso Prof Gynecol Obstet, Atlanta, GA, 2015.

288. Albright BB, Rayburn WF, Petterson S. An overview of psychiatrists nearing retirement age. Am Psych Assoc, Toronto Canada, 2015.

289. Muruthi, J, Rayburn WF. Forecasted changes in the U.S. adult female population during the next 30 years. Obstet Gynecol 2015; 125:84S.

290. Maenchen ME, Murata EL, Skipper BJ, Singh RH, Rayburn WF. Identifying core competencies during grand rounds lectures in an academic department of obstetrics and gynecology. Soc Acad Cont Med Ed, Tampa, FL 2015.

291. Rayburn WF, Kalishman S, Arora S. Aligning Project ECHO® with contemporary recommendations for continuing professional development. Soc Acad Cont Med Ed, Tampa, FL, 2015.

292. Rayburn WF, Cosgrove E, Quintana A, Hart LS, La Farge G. A university mini-sabbatical program in conjunction with a state medical board for physician reentry into practice. Soc Acad Cont Med Ed, Tampa, FL, 2015.

293. Castillo-Page L, Xierali I, Nivet M, Rayburn W. Underrepresented minority physicians in large specialties providing medical care to adults. Assoc Am Med Coll Health Workforce, Alexandria VA, 2015.

294. Xierali I, Nivet M, Castillo-Page L, Rayburn W. Racial and ethnic composition of obstetricians- gynecologists practicing in underserved locations. Assoc Am Med Coll Health Workforce, Alexandria VA, 2015.

295. Rayburn WF, Cosgrove E, Quintana A, Hart LS, La Farge G. A university mini-sabbatical program in conjunction with a state medical board for physician reentry into practice. Assoc Am Med Coll Health Workforce, Alexandria VA, 2015.

296. Peterson S, Rayburn W. Preferences of specialties for office based care by women aged 45-64. Assoc Am Med Coll Health Workforce, Alexandria VA, 2015.

297. Liu C, Rayburn W, Morrison E. Aging of faculty in basic science and clinical departments 1981-2011. Ass Med Coll Faculty Develop, Boston, MA, 2015.

298. Bradley P, Hannigan G, Knight E, Rayburn W. A collaboration to educate unaffiliated community health care practitioners about patient information resources through online continuing education. Medical Librarian Association, Austin, TX, 2015.

299. Liu C, Rayburn WF. Faculty attrition by age and gender in academic medicine, 1981-2011. Assoc Am Med Coll Prof Dev Conf, San Juan, PR, 2015.

300. Liu C, Rayburn WF, Morrison E. Promotion rates of assistant professors in diverse clinical departments: a national longitudinal study. Assoc Am Med Coll Prof Dev Conf, San Juan, PR, 2015.

301. Rayburn W, McGuire B, Smith G. Flipping an obstetrics clerkship session to replace a lecture with active learning. Asso Prof Gynecol Obstet, New Orleans, LA, 2016.

302. Sokkary N, Murray-Krezan C, Rayburn W. First year resident applicants in obstetrics and gynecology according to medical school background. Asso Prof Gynecol Obstet, New Orleans, LA, 2016.

303. Holbrook BD, Petterson SM, Rayburn WF. Retirement ages of maternal-fetal medicine physicians. Soc Mat Fetal Med, Atlanta, GA, 2016.

304. Bradley P, Knight E, Rayburn W, Hannigan G. Good information for good health. Medical Librarians Association. Austin, TX, 2016.

305. Brueseke T, Muffly T, Rayburn W, Connolly R, Nieto T, Wu JM. Workforce analysis of urogynecologists in the United States. Am Urogyn Soc, Chicago, IL, 2016.

306. Arora S, Kalishman S, Thornton K, Komaromy M, Katzman J, Struminger B, Rayburn W. Project ECHO: a national and global model for continuing professional development. Soc Acad Cont Med Edu, World Congress Cont Prof Devel, San Diego, CA, 2016.

307. Rodriguez E, Maenchen M, Skipper B, Rayburn W. Core competencies addressed in grand rounds of five core clinical departments. Soc Acad Cont Med Edu, World Congress Cont Prof Devel, San Diego, CA, 2016.

308. Rhyne R, Callan D, Herrick A, Sussman A, Page-Reeves J, Tigges B, Skipper B, Bryant J, Bleecker M, Rayburn W. Adaptive continuing professional development (CPD) for rural providers: a new longitudinal model. Soc Acad Cont Med Edu, World Congress Cont Prof Devel, San Diego, CA, 2016.

309. Kaufman A, Silverblatt H, Medina C, Nkouaga C, Rayburn W. Integrating community health workers into the care team: professional development for clinicians. Soc Acad Cont Med Edu, World Congress Cont Prof Devel, San Diego, CA, 2016.

310. Stonehocker J, Murray-Krezan C, Rayburn W. Residency positions in obstetrics and gynecology and growth of the U.S. adult female population, 1992 To 2015. Am Coll Obstet Gynecol, Washington, DC, 2016.

311. Blue N, Holbrook B, Weinberg D, Rayburn W. Reported experience with intracervical ripening bulb for outpatient induction of labor at term. Am Coll Obstet Gynecol, San Diego, CA, 2016.

312. Petterson S, Rayburn W, Liaw W. When do primary care physicians retire? Implications for workforce projections. Asso Am Med Coll Health Workforce Res, Chicago, IL, 2016.

313. Moffett M, Farnbach Pearson A, Larson R, Rayburn W. The value of latitudinal and longitudinal health workforce data: obstetrician-gynecologists in New Mexico. Asso Am Med Coll Health Workforce Res, Chicago, IL, 2016.

314. Xierali I, Nivet M, Rayburn W. Migration of obstetrician gynecologists in the United States during a recent 10-year period. Asso Am Med Coll Health Workforce Res, Chicago, IL, 2016.

315. Farnbach Pearson A, Moffett M, Rayburn W, Larson R. New Mexico rural and metropolitan obstetrics and gynecology physician workforce, 1990-2014: implications for population health, rural health care workforce, and health policy. Asso Am Med Coll Health Workforce Res, Chicago, IL, 2016.

316. Xierali I, Nivet M, Rayburn W. Movement of general obstetrician-gynecologists in the United States, 2005-2015. Academy Health, Boston, MA, 2016.

317. Cano S, Mallawaarachichi I, Bishop S, Leeman L, Rayburn W, Savage DD, Stephen J, Bakhireva L. Phosphatidylethanol in newborn dried blood spots as a biomarker of prenatal alcohol exposure: what is a cut-off? Res Soc Alcohol, 2016.

318. Davis D, Rayburn W, Turco M, Continuing professional development in medicine and health care: better education, improved care, best outcomes, Assoc. Med. Ed. Europe, Barcelona, Spain, 2016.

319. Katukuri VR, Blue NR, Holbrook BD, Chao CR, Rayburn W, Blackstone JA, Mozurkewich EL. Double balloon is not superior to single balloon trans-cervical catheter for induction of labor: a meta-analysis. Soc Mat Fetal Med, Las Vegas, NV, 2017.

320. Rhyne R, Callan D, Herrick A, Sussman A, Page-Reeves J, Tigges B, Skipper B, Bryant J, Bleeker M, Rayburn W. Value of academic detailing in addition to adaptive CPD workshops in stimulating provider behavior change in managing chronic pain. Soc Acad Cont Med Ed, Scottsdale, AZ, 2017.

321. Cox J, Breckenridge K, Stokes S, Couch J, Morley S, Rayburn W. Live streaming of grand rounds: an educational delivery model between the University of New Mexico and its statewide military treatment facilities. Soc Acad Cont Med Ed, Scottsdale, AZ, 2017.

322. Bakhireva L, Mallawaarachch I, Shrestha S, Qeadan F, Cano S, Bishop S, Leeman L, Rayburn W, Stephen J, Lowe J. Quality of maternal interaction ameliorates the effects of prenatal alcohol and opioid exposures on infant's emotional regulation. Int Conf Fetal Alcohol Spec Dis, 2017.

323. Moffett M, Farnbach Pearson A, Larson R, Rayburn W. Value of mandatory statewide collection of demographic data about obstetrician-gynecologists. Am Coll Obstet Gynecol, San Diego, CA. (Obstet Gynecol 2017; 129: 52S-53S).

324. Cano S, Garrison L, Lowe J, Leeman L, Rayburn W, Stephen JM, Bakhireva LN. Neurodevelopmental indices of prenatal alcohol exposure observed in 6-month old infants. Res Soc Alcohol, Denver, CO, 2017.

325. Stephen JM, Flynn L, Kabella D, Cano S, Savage D, Rayburn W, Leeman L, Lowe JR, Bakhireva LN. Altered mu rhythm reactivity in infants prenatally exposed to alcohol and opioid maintenance therapy. Res Soc Alcohol, Denver, CO, 2017.

326. Ashley M, Holbrook B, Cano S, Lowe J, Stephen J, Qeadan F, Leyva Y, Rayburn W, Leeman L, Bakhireva LN. Neurodevelopmental outcomes at 6-month of age among infants with neonatal abstinence syndrome. Teratol Soc, Denver, CO, 2017.

327. Rayburn W, Farnbach Pearson A, Arora S, Bradley P, Buchanan HS, Kaufman A, McGrath J, Rhyne R, Silverblat H, Smith, Dtulber D. Continuing professional development programs for volunteer medical school faculty in New Mexico. Soc Cont Med Ed, Scottsdale, AZ, 2017.

328. Xierali I, Rayburn W. Relocations of maternal fetal medicine specialists in the United States; 2006 to 2016. Soc Mat Fetal Med, 2018.

329. Blackstone JL, Will V, Rayburn WF. Females in maternal-fetal medicine: a 32-year perspective. Soc Mat Fetal Med, 2018.

330. Farnbach Pearson AW, Reese AL, Cox KJ, Rayburn WF. New Mexico's metropolitan and rural CNM workforce: insights from mandatory license renewal surveys. Am Acad Cert Nurse Midwives, 2018.

331. Maenchen ME, Garchar ES, Gordon EL, Skipper BJ, Rayburn WF. Core competencies addressed in grand rounds at an academic medical center. Soc Acad Cont Med Ed, San Antonio, TX, 2018.

332. Phelan S, Rayburn W. The role of CME to improve perinatal core measure metrics at an academic institution. Soc Acad Cont Med Ed, San Antonio, TX, 2018.

333. Rhyne R, Callan D, Sussman A, Page-Reeves J, Tigges E, Skipper B, Bleecker M, Perez M, Rayburn R. Academic detailing for behavior changes in physician prescribing for chronic pain disorders.  Soc Acad Cont Med Ed, San Antonio, TX, 2018.

334. Rayburn WF, Blue NR, Smith GA. Introducing authentic fetal ultrasound interpretation during an obstetrics clerkship. Asso Prof Obstet Gynecol, National Harbor, MD, 2018.

335. Farnbach Pearson AW, Reese AL, Rayburn WF, Larson RS, Cox KJ. Access to obstetric care: understanding the demographics and distribution of obstetrician-gynecologists, certified nurse midwives, and licensed direct entry midwives in underserved areas of New Mexico. Asso Am Med Coll Healthcare WorkforceRes, Tysons Corners, VA, 2018.

336. Miller P, Farnbach Pearson A, Rayburn W. Access to care for new well-woman examinations: a national sampling using a mystery shopper model. Asso Am Med Coll Healthcare Workforce Res, Tysons Corners, VA, 2018.

337. Farnbach Pearson AW, Rayburn WF, Kauffman A, Larson R. Demographic diversity of New Mexico primary care physicians by population setting. Asso Am Med Coll Healthcare Workforce Res, Tysons Corners, VA, 2018.

338. Farnbach Pearson AW, Rayburn WF, Larson RS, Cordova de Ortega LM. Access to pediatric care across New Mexico communities: ratios of pediatric to adult primary care physicians and physicians to population ratios. Asso Am Med Coll Healthcare Workforce Res, Tysons Corners, VA, 2018.

339. Williams S, Shrestha S, Garrison L, Leeman L, Rayburn W, Stephen J, Bakhireva L. Prevalence of alcohol use in pregnant women with substance use disorders. Res Soc Alcohol, 2018.

340. Esters D, Xierali I, Rayburn W. The substantial rise of clinician educators among obstetrics and gynecology faculty, 1977-2017. Asso Prof Gynecol Obstet, New Orleans, LA 2019.

341. Quiner T, Perez Yorden J, Izquierdo L, Rayburn W. Learning to write interpretations and recommendations of fetal ultrasound reports by maternal-fetal medicine fellows. Am Instit Ultra Med, Orlando, FL, 2019.

342. Quiner T, Blackstone J, Rayburn M. Evaluation of smartphone diabetes tracking applications for use in pregnancy using the APPLICATIONS scoring system. Am Coll Obstet Gynecol, Nashville, TN, 2019.

343. Rayburn W, Ranier K, McMahon G. 20-year trends in continuing medical education at U.S. medical schools. Soc Acad Cont Med Ed, Charleston, SC, 2019.

344. Quiner T, Gochar L, Rayburn W. Systematic identification and categorization of patient-led mobile applications for pregnancy that facilitate provider-patient interaction and lead to improved care. Soc Acad Cont Med Ed, Charleston, SC, 2019.

345. Xierali IM, Nivet MA, Rayburn W. Rising trend of clinician educators among faculty at U.S. medical schools. Soc Acad Cont Med Ed, Charleston, SC, 2019.

346. Rayburn W, Dunivan G. Standardized search of the medical literature for scholarly publications cited in CE NEWS. Soc Acad Cont Med Ed, Charleston, SC, 2019.

347. Kim E, Xierali I, Rayburn W. The effect of cost of professional liability insurance on the obstetrician-gynecologist workforce in the United States from 2005 to 2015. Am Coll Obstet Gynecol, Nashville, TN, 2019

348. Rhyne R, Daitz D, Callan D, Solares, A, McKinney K, Sanchez C, Franklin R, Off C, Warrick B, Rayburn W.  Adaptive CPD: Impact of Medical Marijuana on Pain and Opioids Cohort Trial (IMMPACT) study. Soc Acad Cont Med Ed, Charleston, SC, 2019.

349. Rayburn WF, Farnbach Pearson AW, Blackstone J, Larson RS. Obstetrician-gynecologists in general practice in New Mexico: a comparision between rural and metropolitan settings. Asso Am Med Coll Health Workforce Conf, Alexandria, VA, 2019.

350. Farnbach AW, Rayburn WF, Larson RS. Beyond "counting heads:" patterns of working hours among physicians and implications for future workforce needs. Asso Am Med Coll Health Workforce Conf, Alexandria, VA, 2019.

351. Perez-Yodar J, Ma X, Carmody M, Holbrook B, Rayburn W, Bakhireva L. Effects of medications for opiod use disorder on fetal brain and body measurments. Soc Mat Fetal Med, Grapevine, TX, 2020.

352. Quiner T, Rayburn W. Improving obstetric ultrasound interpreting and reporting through a faculty menotor program for fellows. Soc Mat Fetal Med, Grapevine, TX, 2020.

353. Breckenridge K, Aldredge T, Hazlett M, Kruse L, Harbough J, Bauman S, Rayburn W. Comparison of accredited CME between individual and all U.S. medical schools. Soc Acad Cont Med Ed, Miami, FL, 2020.

354. Murray V, Jackson M, Rayburn W. Comparison of accredited CME between American College of Obstetricians and Gynecologists and other nonprofit physician member organizations. Soc Acad Cont Med Ed, Miami, FL, 2020.

355. Quiner T, Rayburn W. A mentorship training program for improving obstetric ultrasound interpretation and reporting. Soc Acad Cont Med Ed, Miami, FL, 2020.

356. Quiner T, Garchar E, Blackstone J, Rayburn W. Improving quality of care by selecting the best smartphone diabetes tracking application for pregnant patients. Soc Acad Cont Med Ed, Miami, FL, 2020.

357. Vinas E, Shroedl C, Howley L, Rayburn W. A practical framework for advancing academic continuing medical education. Soc Acad Cont Med Ed, Miami, FL, 2020.

358. Schroedl C, Vinas E, Kutab R, and the CPD Section of the AAMC Group on Educational Affairs. A new paradigm for continuing professional development. Soc Acad Cont Med Ed, Miami, FL, 2020.

359. Rayburn W, Goul K. Investigating the maldistribution of obstetric services in rural areas. Association of American Medical Colleges Health Workforce Research Conference, Bethesda, MD, 2020.

360. Hu A, Rayburn W, Hannigan G Albright B. Patient education about new FDA-approved medications: an innovative strategy for continuing professional development. Soc Acad Cont Med Ed, Virtual Meeting, 2021.

361. Rayburn W, Jenkins C, Lackland D. Virtual learning about community engagement in clinical research. Soc Acad Cont Med Ed, Virtual Meeting, 2021.

362. Smiley S, Chao C, Perez-Yodan J,Rayburn W, Roberts M, Ma X, Rodriguez D, Backhireva L. Maternal treatment with methadone is associated with smaller fetal and neonatal cranial measurements compared to buprenorphine. Soc Mat Fetal Med, Las Vegas, NV, 2021.

363. Gaul K, Rayburn W. Effect of hospitals with birthing centers on state-wide distribution of obstetric providers. Am Coll Obstet Gynecol, (submitted)

364. Rayburn W, Xierali I. Pursuit of fellowships in obstetrics and gynecology. Am Coll Obstet Gynecol, 2008-2020, (submitted)


**PUBLICATIONS**

**Manuscripts in Peer-Reviewed Medical Journals** (excludes editorials, letters to the editor)

1.   Rayburn WF, Duhring J, Donaldson M. A study of fetal acceleration tests. Am J Obstet Gynecol 1978; 132:33-5.

2.   Wilson EA, Finn AE, Rayburn WF, Jawad MJ. Corticosteroid-binding globulin and estrogen in maternal and cord blood. Am J Obstet Gynecol 1979; 135:215-8.

3.   Rayburn WF, Wilson EA. Understanding normal and abnormal sexual differentiation. Am J Diag Gynecol Obstet 1979; 1:217-22.

4.  van Nagell JR, Rayburn WF, Donaldson ES, Hanson M, Gay E, Yoneda J, Maruyama M, Powell D. Therapeutic implications of patterns of recurrence in cancer of the uterine cervix. Cancer 1979; 44:2354-61.

5.  Rayburn WF, Greene JW, Donaldson M. Nonstress testing and perinatal outcome. J Reprod Med 1980; 24:191-6.

6.  Rayburn WF, van Nagell JR. Cervicovaginal cytology and recurrent cervical carcinoma. Surg Gynecol Obstet 1980; 151:15-6.

7.  Rayburn WF, Wilson EA. Coital activity and premature labor. Am J Obstet Gynecol 1980; 137:972-4.

8.  Rayburn WF, McKean H. Maternal perception of fetal movement and perinatal outcome. Obstet Gynecol 1980; 56:161-4.

9.  Rayburn WF, Zuspan FP. Drug use in pregnancy: I. Principles of perinatal pharmacology. Perinatal Press 1980; 4:115-7.

10.  Iams JD, Rayburn WF. Drug use in pregnancy: II. Drug effects on the fetus. Perinatal Press 1980; 4:131-6.

11.  Rayburn WF. Clinical significance of maternal perceptible fetal motion. Am J Obstet Gynecol 1980; 138:210-2.

12.  Rayburn WF, Brinkman D, Beyens A. Umbilical cord length and intrapartum complications. Surgery Forum 1980; 40:113.

13.  Rayburn WF, Zuspan F, Motley M, Donaldson M. An alternative to antepartum fetal heart rate testing. Am J Obstet Gynecol 1980; 138:223-6.

14.  Rayburn WF, Chang F. Management of the uncomplicated postdate pregnancy. J Reprod Med 1981; 26:93-5,

15.  Jawad MJ, Wilson EA, Rayburn WF. Effect of serum lipids on radioimmunoassays of unconjugated estriol in serum. 1981; Clin Chem 27:280-5.

16.  Rayburn WF, Beyens A, Brinkman D. Umbilical cord length and intrapartum complications. Obstet Gynecol 1981; 57:450-4.

17.  Rayburn WF, Anderson CW, O'Shaughnessy RW, Ruckman WP. Predictability of the distressed term infant. Am J Obstet Gynecol 1981; 140:489-91.

18.  Rayburn WF, Fontana MB. Mitral valve prolapse and pregnancy. Am J Obstet Gynecol 1981; 141:9-13.

19.  Rayburn WF. Fetal activity patterns in hypertensive pregnancies. Clin Exp Hypertension B (1); 119-25.

20.  Rayburn WF. Antepartum fetal assessment: Monitoring fetal activity. Clin Perinatal 1982; 9:1-14.

21.  Rayburn WF, Motley ME, Zuspan FP. Conditions affecting non-stress tests. Obstet Gynecol 1982; 59:490-3.

22.  Rayburn WF, Schreck J, Wilson G, Louwsma G, Hamman J. Prenatal counseling: A statewide telephone service. Obstet Gynecol 1982; 60:243-7.

23.  LaFerla J, Rayburn WF. Toward a better definition of "high risk" pregnancy: The challenge for the primary care clinician. Semin Fam Med 1982; 3:77-82.

24.  Rayburn WF, Hamman J, Louwsma G, Johnson M. Counseling by telephone: A toll free service to improve prenatal care. J Reprod Med 1982; 27:551-5.

25.  Rayburn WF, Barr M. Concordance for teratoma in mother and fetus. Am J Obstet Gynecol 1982; 144:110-1.

26.  Rayburn WF. Surveillance techniques other than ultrasonography for detecting fetal malformations. J Reprod Med 1982; 27:565-9.

27.  Rayburn WF, Motley ME, Stempel LE. Antepartum prediction of the post mature infant. Obstet Gynecol 1982; 60:148-53.

28.  Rayburn WF, Wible J, Bledsoe P. Changing trends in drug use during pregnancy. J Reprod Med 1982; 27:569-75.

29.  Rayburn WF, LaFerla JJ. Second trimester pregnancy termination for genetic abnormalities. J Reprod Med 1982; 27:584-9.

30.  Rayburn WF. Clinical implications from monitoring fetal activity. Am J Obstet Gynecol 1982; 144:967-75.

31.  Rayburn WF, Rayburn PR, Gabel LL. Excess fetal activity: another worrisome sign? Southern Med J 1983; 76:163-8.

32.  Smith B, Rayburn WF, Feller I. Burns during pregnancy. Clin Perinatol 1983; 10:383-7.

33.  Rayburn WF, Donn SM, Kolin MG, Schork AM. Obstetric care and intraventricular hemorrhage in the low birth weight infant. Obstet Gynecol 1983; 61:408-14.

34.  Rayburn WF, Donn SM, Wulf ME. Iron overdose during pregnancy: Successful management using deferoxamine. Am J Obstet Gynecol 1983; 147:717-8.

35.  Rayburn WF. Prophylactic antibiotics during cesarean section. Clin Perinatol 1983; 10:461 9.

36.  Barrett R, Rayburn WF, Barr M. Furosemide (Lasix) challenge test in assessing bilateral fetal hydronephrosis. Am J Obstet Gynecol 1983; 147:846-7.

37.  Rayburn WF, Holsztynska E, Domino E. Phencyclidine: Biotransformation by the placenta. Am J Obstet Gynecol 1984; 148:111-2.

38.  Rayburn WF, Zuspan FP, Piehl E. Self-monitoring of blood pressure during pregnancy. Am J Obstet Gynecol 1984; 148:159-64.

39.  Rayburn WF, Smith B, Feller I, Varner M, Cruikshank D. Major burns during pregnancy: Effects on the fetus. Obstet Gynecol 1984; 63:392-5.

40.  Soto CE, Rayburn WF, Taylor L, Musselman M. Portal hypertension and hypersplenism in pregnancy associated with chronic schistosomiasis. J Reprod Med 1984; 29:345-8.

41.  Rayburn WF. Over the counter drugs and pregnancy. Perinatology/Neonatology 1984; 8:21-4.

42.  Rayburn WF, Lavin J, Miodovnik M, Varner M. Multifetal gestation: time interval between delivery of the first and second twin. Obstet Gynecol 1984; 63:502-7.

43.  Rayburn WF, Aronow R, DeLancey B, Hogan M. Drug overdose during pregnancy: An overview from a metropolitan poison control center. Obstet Gynecol 1984; 64:611-5.

44.  Crowley D, Dick M, Rayburn WF, Rosenthal A. Two-dimensional M mode echocardiography-evaluation of fetal arrhythmias. Clin Cardio 1985; 8:1-5.

45.  Rayburn WF, Varner M, Galask R, DeLancey J, Piehl E. Comparison between moxalactam and cefazolin as prophylactic antibiotics during cesarean section. Antimicrob Agents and Chemotherapy 1985; 27:337-42.

46.  Rayburn WF, Barr M. The malformed fetus: diagnosis and pregnancy management. Obstet Gynecol Ann 1985; 14:112-26.

47.  Rayburn WF, Sander C, Barr M, Rygiel R. The stillborn fetus: the role of placental histologic examination in determining a cause. Obstet Gynecol 1985; 65:637 42.

48.  Rayburn WF, Piehl E, Compton A. Clinical significance of home blood pressure monitoring during pregnancy. Clin Exp Hypertension 1985; B4:63-7.

49.  Rayburn WF, Lewis R, Piehl E. Changes in insulin requirements during pregnancy. Am J Perinatol 1985; 2:271-6.

50.  Holsztynska EJ, Pohorecki R, Blusiewiczk J, Rayburn WF, Coon WW, Domino EF. Phencyclidine biotransformation by human liver and placenta. Fed Proc 1985; 44:147.

51.  Rayburn WF, Piehl E, Schork A. Intravenous ritodrine therapy: a comparison between twin and singleton gestations. Obstet Gynecol 1986; 67:243-7.

52.  Rayburn WF. Drugs during pregnancy: are any really safe? Nebr Med J 1986; 71:45-6.

53.  Rayburn WF. Coping with postdate pregnancy. Contemp Ob/Gyn 1986; 27:33-5.

54. Rayburn WF, Wolk R, Mercer N, Roberts J. Parental nutrition in obstetrics and gynecology. Obstet Gynecol Survey 1986; 41:200-8.

55. Rayburn WF, LaFerla JL. Mid-gestation abortion for medical or genetic indications. Clin Obstet Gynaecol 1986; 13:71-82.

56. Rayburn WF, Shukla U, Stetson P, Piehl E. Acetaminophen pharmacokinetics: Comparison between pregnant and nonpregnant women. Am J Obstet Gynecol 1986; 155:1353-8.

57. Rayburn WF, Piehl E, Jacober S. Severe hypoglycemia during pregnancy: its frequency and predisposing conditions in diabetic women. Inter J Gynaecol Obstet 1986; 24:263-7.

58. Rayburn WF, Lavin J. Drug prescribing for chronic medical disorders during pregnancy. Am J Obstet Gynecol 1986; 155:565-71.

59. Rayburn WF, Engdahl-Hoffman K. Gestational nausea: A role for antiemetic's? Contemp Ob/Gyn 1986; 28:163-9.

60. Rayburn WF, Johnson M, Hoffman K, Donn S, Nelson R. Intrapartum fetal heart rate patterns and neonatal intraventricular hemorrhage. Am J Perinatol 1987; 4:98-101.

61. McGanity W, Kitay D, Rayburn WF. Protection of maternal iron stores in pregnancy. J Reprod Med 1987; 32:488-91.

62. Hoffman K, Lorkovic P, Rayburn WF, Goodlin R. Alternative birth centers: a four-year experience at the University of Nebraska Medical Center. Nebr Med J 1987; 72:286-9.

63. Rayburn WF, LeMire MS, Bird JL, Buda AJ. Mitral valve prolapses: echocardiographic changes during pregnancy. J Reprod Med 1987; 32:185-7.

64. Dietrich ML, Dolnicek TF, Rayburn WF. Gestational diabetes screening in a private, Midwestern American population. Am J Obstet Gynecol 1987; 156:1403-7.

65. Rayburn WF. Fetal behavior: monitoring fetal body movement. Clin Obstet Gynecol 1987; 3:899-911.

66. Davidson B, Rayburn WF, Bishop R, Fleming W, Beer A. Immune globulin therapy for autoimmune thrombocytopenia during pregnancy. J Reprod Med 1987; 32:107-9.

67. Rayburn WF, Sanfield J, Piehl E. Reversing severe hypoglycemia during pregnancy with glucagon therapy. Am J Perinatol 1987; 4:259-63.

68. Ramadei C, Eggert J, Rayburn WF. Pros and cons of weight-control products. Contemp Ob/Gyn 1987; 30:93-108.

69. Legino L, Woods M, Rayburn WF. Third- and fourth-degree perineal tears: 50 years' experience at a university hospital.  J Reprod Med 1988; 33:423-6.

70. Rayburn WF, Gosen R, Ramadei C, Woods R, Scott J. Outpatient cervical ripening with prostaglandin E2 gel in postdate pregnancies. Am J Obstet Gynecol 1988; 158:1419-23.

71. Johar R, Weir D, Rayburn W. Birthweights in term infants: A 50-year perspective. J Reprod Med 1988; 33:813-6.

72. Rayburn WF, Smith C. Drugs for peripartum emergencies. Contemp Ob/Gyn 1988; 32:32-46.

73. Viscardi R, Donn S, Rayburn WF, Schork M. Intraventricular hemorrhage in preterm twin gestation infants. J Perinatol 1988; 8:114-7.

74. Rayburn WF, Harman M, Legino L, Woods R. Routine preoperative ultrasonography and cesarean section. Am J Perinatol 1988; 5:297-9.

75. Rayburn WF, Geranis B, Ramadei C, Woods R. Patient-controlled analgesia and post-cesarean pain. Obstet Gynecol 1988; 72:136-9.

76. Rayburn WF, Piehl E, Donn S, Compton A. Antenatal phenobarbital and bilirubin metabolism in the very low birth weight infant. Am J Obstet Gynecol 1988; 159:1491-3.

77. Rayburn WF, Siemers K, Legino L, Nabity M, Anderson J. Dystocia in late labor: determining fetal position by clinical and ultrasonic techniques. Am J Perinatol 1989; 6:316-9.

78. Rayburn WF. Prostaglandin E2 gel for cervical ripening and induction of labor: A critical analysis.  Am J Obstet Gynecol 1989; 160:529-35.

79. Pohorecki R, Rayburn WF, Coon W, Domino E. Some factors affecting phencyclidine biotransformation by human liver and placenta. Drug Metab Dispos 1989; 17:271-4.

80. Rayburn WF, Compton A, Sander C, Barr M: Histologic examination of the placenta in the growth-retarded fetus. Am J Perinatol 1989; 6:58-61.

81. Sinkinson CA, Coustan DR, Rayburn WF. How to use drugs safely and effectively for pregnant patients? Emerg Med 1989; 10:115-24.

82. Rayburn WF, Rathke A, Chleborad J, Leuschen P. Fentanyl citrate analgesia during labor. Am J Obstet Gynecol 1989; 161:202-6.

83. Selig C, Rayburn WF, Yi P, Chapin J. Portable electronic devices for self-blood pressure measurement during pregnancy. Clin Exp Hypertension 1989; B8: 523-32.

84. Rayburn WF, Donn S, Compton A, Piehl E. Oral phenobarbital given antenatal to reduce intraventricular hemorrhage: A comparison between maternal and umbilical cord serum levels at delivery. J Perinatol 1989; 9:268-70.

85. Windle M, Booker L, Rayburn WF. Postpartum pain after vaginal delivery: A review of comparative analgesic trials. J Reprod Med 1989; 34:891-5.

86. Rayburn WF, Leuschen M, Earl R, Woods M, Lorkovic M, Gaston-Johansson F. Intravenous meperidine during labor: A randomized comparison between nursing- and patient-controlled analgesia. Obstet Gynecol 1989; 74:702-6.

87. Rayburn WF, Smith CV, Parriott JE, Woods RE, Rathke A. Randomized comparison of meperidine and fentanyl during labor. Obstet Gynecol 1989; 74:604-6.

88. Rayburn WF, Woods R, Eggert J, Ramadei C. Initiation of labor with a moderately favorable cervix: A comparative trial between prostaglandin E2 gel and oxytocin. Int J Gynaecol Obstet 1989; 30:225-9.

89. Rayburn WF, Smith C, Woods M, Geranis B. Combined continuous and demand narcotic dosing for patient-controlled analgesia after cesarean section. Anes 1990; Rev 1 7:58-62.

90. Treacy B, Smith C, Rayburn WF. Ultrasound in labor and delivery. Obstet Gynecol Survey 1990; 45:213-9.

91. Smith CV, Selig CL, Rayburn WF, Yi PF. Reliability of compact electronic blood pressure devices for hypertensive pregnant women. J Reprod Med 1990; 35:399-401.

92. Moon J, Smith C, Rayburn WF. Perinatal outcome after a prolonged second stage of labor.  J Reprod Med 35:229-31, 1990.

93. Rayburn WF. Fetal body movement monitoring. Obstet Gynecol Clin No Am 1990; 17:95-110.

94. Fleming A, Rayburn WF, Mandsager N, Hill W, Levine M, Lawler R. Perinatal outcomes in twin pregnancies at term. J Reprod Med 1990; 35:881-5.

95. Egarter C, Husslein P, Rayburn WF. Uterine hyperstimulation after low-dose prostaglandin E2 therapy: Tocolytic treatment in 181 cases. Am J Obstet Gynecol 1990; 163:794-7.

96. Smith C, Rayburn WF, Connor R, Fredstrom G, Phillips C. Double-blind comparison of intravaginal prostaglandin E2 gel and "chip" for preinduction cervical ripening. Am J Obstet Gynecol 1990; 163:845-8.

97. Smith C, Rayburn WF, Anderson J, Duckworth A. Effect of a single dose of oral pseudoephedrine on uterine and fetal Doppler blood flow. Obstet Gynecol 1990; 76:803-6.

98. Smith C, Leuschen M, Rayburn WF, Nelson R, Willett L, Karaiskakis P: Effects of combined therapy with antenatal betamethasone and postnatal surfactant on respiratory distress syndrome. J Perin Med 1990; 18:106.

99. Rayburn WF, Anderson J, Smith C, Appel L, Davis S. Uterine and fetal Doppler flow changes from a single dose of a long-acting intranasal decongestant. Obstet Gynecol 1990; 76:180.

100. Zuspan F, Rayburn WF. Blood pressure self-monitoring during pregnancy: practical considerations. Am J Obstet Gynecol 1990; 164:2-6.

101. Leuschen M, Wolf L, Rayburn WF. Fentanyl excretion in breast milk. Clin Pharm 1990; 9:336-7.

102. Wolk R, Rayburn WF. Parenteral nutrition in obstetric patients. Nutri Clin Prac 1990; 5:139-52.

103. Karaiskakis P, Rayburn WF, Smith C, Woods R. Failed induction of labor despite sequential prostaglandin E2 therapy. Am J Perinatol 1991; 8:128-30.

104. Rayburn WF, Woods R, Ramadei C. Intravaginal prostaglandin E2 gel and cardiovascular changes in hypertensive pregnancies. Am J Perinatol 1991; 8:233-5.

105. Holm C, Schendt C, Rayburn WF. Advising patients on prenatal vitamins. Contemp Ob/Gyn 1991; 36:144-50.

106. Treacy B, Matthews N, Rayburn WF. The escalating cesarean section rate: A 25-year experience at the University of Nebraska Medical Center. Nebr Med J 1991; 76:271-3.

107. Rayburn WF, Smith C, Leuschen M, Hoffman K. Comparison of patient controlled and nurse-administered analgesia using intravenous fentanyl during labor. Anes Rev 1991; 18:31-3.

108. Woods M, Rayburn WF, McIntosh D, Scott J, Smith M, Anderson J. Nalbuphine after major gynecologic surgery: Comparison of patient-controlled analgesia and intramuscular injections. J Reprod Med 1991; 36:647-50.

109. Smith C, Rayburn WF, Karaiskakis P, Morton R, Norvell M. Comparison of patient-controlled analgesia and epidural morphine for post cesarean pain and recovery. J Reprod Med 1991; 36:430-4.

110. Prentice E, Rayburn WF. Research involving fetal drug therapy: Ethical, legal, and practical considerations. Clin Obstet Gynecol 1991; 34:360-8.

111. Rayburn WF, Anderson J, Smith C, Appel L. Uterine and fetal Doppler flow changes after intravaginal prostaglandin E2 therapy for cervical ripening. Am J Obstet Gynecol 1991; 165:125-6.

112. Pinsky W, Rayburn WF, Evans M. Pharmacologic therapy for fetal arrhythmias. Clin Obstet Gynecol 1991; 34:304-9.

113. Livezey G, Rayburn WF, Smith C. Quantitative electroencephalography (EEG): A marker of in-utero phenobarbital exposure. Teratology 1991; 43:442-5.

114. Miller A, Rayburn WF, Smith C. Patterns of uterine activity after intravaginal prostaglandin E2 during preinduction cervical ripening. Am J Obstet Gynecol 165:1006-9.

115. Goldstein B, Hofschire P, Rayburn WF, Sears T. Long term plasmapheresis in the homozygotic hyperlipidemic patient. Am Heart J 1991; 122:1465.

116. Smith C, Davis S, Rayburn WF, Nelson R. Fetal habituation to vibroacoustic stimulation in uncomplicated term pregnancies. Am J Perinatol 1991; 8:380-2.

117. McIntosh D, Rayburn WF. Patient-controlled analgesia in obstetrics and gynecology. Obstet Gynecol 1992; 79:374-9.

118. Rayburn WF, Wapner R, Barss V, Spitzberg E, Molina R, Mandsager N, Yonekura M. Intravaginal controlled-release PGE2 pessary for cervical ripening and initiation of labor. Obstet Gynecol 1992; 79:374-9.

119. Rayburn WF, Zuspan F. Borderline or mild hypertension during pregnancy: The role of portable blood pressure monitoring. Clin Obstet Gynecol 1992; 35:395-401.

120. Rayburn WF, Prentice E. Fetal drug therapy: an overview of selected conditions. Obstet Gynecol Survey 1992; 47:1-9.

121. Smith C, Davis S, Rayburn WF. Patient acceptance of monitoring fetal activity: A randomized comparison of charting techniques. J Reprod Med 1992; 37:144-6.

122. Smith C, Plambeck R, Rayburn WF, Albaugh K. Relation of mild idiopathic polyhydramnios and perinatal outcomes. Obstet Gynecol 1992; 79:387-9.

123. Berg T, Rayburn WF. Effects of analgesics on uterine contraction patterns. Clin Obstet Gynecol 1992; 35:457-63.

124. Smith C, Anderson J, Matamoras A, Rayburn WF. Transvaginal sonography of cervical width and length during pregnancy. J Clin Ultrason 1992; 11:465-7.

125. Melendez T, Rayburn WF, Smith C, Albaugh K. Characterization of fetal body movements recorded on the Hewlett-Packard M 1350-A fetal monitor. Am J Obstet Gynecol 1992; 167:700-2.

126. Rayburn WF. Glucocorticoids and rheumatic diseases in pregnancy: maternal, fetal, and lactation considerations. Am J Reprod Immun 1992; 28:183-40.

127. Livezey G, Rayburn WF, Smith C. Prenatal exposure to phenobarbital and quantifiable alterations in the electroencephalogram of adult rat offspring. Am J Obstet Gynecol 1992; 167:1611-5.

128. Rayburn WF, Conover E. Nonprescription drugs and pregnancy. Prog Obstet Gynecol 1993; 10:101-10.

129. Rayburn WF. A physician's prerogative to prescribe drugs for off-label uses during pregnancy. Obstet Gynecol 1993; 81:1052-5.

130. Danford D, Miller A, Felix G, Bussey M, Rayburn WF. Effect of intravaginal doses of prostaglandin E2 on the closure time of the ductus arteriosus in term newborns. J Pediatr 1993; 122:632-4.

131. Rayburn WF, Payne G. In-utero drug therapy for select fetal conditions. Pharmacol Therap 1993; 58:237-47.

132. Rayburn WF, Schnoor T, Brown D, Smith C. "White coat" hypertension during pregnancy. Hyperten Pregnancy 1993; 12:191-7.

133. Smith C, Rayburn WF, Miller A, Stancil M. Intravaginal prostaglandin E2 as a multidose gel or controlled-release pessary for cervical ripening and initiation of labor. J Reprod Med 1994; 39:381-7.

134. Atkinson BD, Rayburn WF, Turnbull GL, Truitt L. Double-blind comparison of intravenous butorphanol and fentanyl for analgesia during labor. Am J Obstet Gynecol 1994; 171:993-8.

135. Tape T, Rayburn WF, Bremer K, Schnoor T. Ambulatory blood pressure monitoring during pregnancy with a new small, easily concealed monitor. J Reprod Med 1994; 39:968-72.

136. Garner E, Smith C, Rayburn WF. Maternal respiratory arrest associated with intravenous fentanyl during labor. J Reprod Med 1994; 39:818-20.

137. Hales K. Rayburn WF, Turnbull G, Christensen H, Patatanian E. Double-blind comparison of prostaglandin E2 as a 0.5 mg intracervical gel or 2.5 mg intravaginal gel in cervical ripening and induction of labor. Am J Obstet Gynecol 1994; 171:1087-91.

138. Rayburn WF. Induction of labor. Am Col Obstet Gynecol Tech Bull 1995; 217:1-8.

139. Devoe L, Boehm F, Paul R, Frigoleto F, Goldenberg R, Rayburn WF, Smith C. Clinical experiences with the Hewlett-Packard M-1350 A fetal monitor:  correlation of Doppler-detected fetal body movements with fetal heart rate parameters and perinatal outcome. Am J Obstet Gynecol 1994; 170:650-5.

140. Rayburn WF, Newland J, Lightfoot S, Smith C, Christensen H. A model for investigating microscopic changes induced by prostaglandin E2 in the term cervix. J Maternal Fetal Invest 1994; 4:137-40.

141. Rayburn WF, Atkinson BD, Gilbert K. Turnbull GL. Short-term effects of inhaled albuterol (Proventil) on maternal and fetal circulations. Am J Obstet Gynecol 1994; 171:770-3.

142. Berg T, Rayburn WF. Umbilical cord length and acid-base balance at delivery. J Reprod Med 1995; 40:9-12.

143. Hales K, Mathews J, Atkinson B, Rayburn WF. Intravenous magnesium sulfate for premature labor: comparison between twin and singleton gestations. Am J Perinatol 1995; 12:7-10.

144. Rayburn, WF, Turnbull GL. A survey of drugs for off-label indications during pregnancy. J Reprod Med 1995; 40: 1886-8.

145. Friesen C, Miller A, Rayburn WF. Influence of fetal macrosomia on intrapartum complications and uterine activity during labor. Am J Perinatol 1995; 12:63-6.

146. Rayburn WF. Fetal movement monitoring. Clin Obstet Gynecol 1995; 38: 59-67.

147. Larson J, Rayburn WF, Turnbull G, Schwartz W, Stanley J, Christensen H. Effects of intracervical prostaglandin E2 on fetal heart rate and uterine activity patterns in the presence of oligohydramnios. Am J Obstet Gynecol 1995; 173:1166-70.

148. Rayburn WF, Fishburne J, Crosby W, Thurnau G, Stanley J, Coleman F. A statewide toll-free telephone service for improving prenatal care. Okla. State Med J 1995; 88:1-3.

149. Larson J, Rayburn WF, Crosby S, Thurnau G, Crosby W. Multiple nuchal cord entanglements and prenatal outcomes. Am J Obstet Gynecol 1995; 173:1228-31.

150. Rayburn WF, Stanley J. Folic acid supplementation and occurrence of neural tube defects during pregnancy. J Am Col Nutri 1996; 15:1-5.

151. Rayburn WF. The bromocriptine (Parlodel□) controversy and recommendations for lactation suppression. Am J Perinatol 1996; 13:69-71.

152. Atkinson B, Fishburne J, Hales K, Levy G, Rayburn WF. Placental transfer of milrinone in the nonhuman primate. Am J Obstet Gynecol 1996; 174:895-6.

153. Rayburn WF, Schwartz WJ. Refinements in performing a cesarean delivery. Obstet Gynecol Surv 1996; 51:445-50.

154. Larson J, Rayburn WF. Gestational heartburn: What role for medications? Contemp Ob/Gyn 1996; 41:95-117.

155. Christensen H, Sienko A, Gonzalez C, Coleman F, Rayburn WF. Neurobehavior effects from prenatal exposure to centrally acting drugs: selection of a murine model. Neurotox Teratol 1996; 18:329-30.

156. Turnbull G, Rundell O, Rayburn WF, Jove R, Pearman C. Managing pregnancy-related nocturnal nasal congestion using an external nasal dilator. J Reprod Med 1996; 12:897-902.

157. Farmer K, Schwartz W, Rayburn WF, Turnbull G. A cost minimization study of intracervical prostaglandin E2 gel administered on an outpatient versus inpatient setting. Clin Therapeutics 1996; 18:747-56.

158. Witter F, Mercer B, and The Controlled Therapeutics Research Group. An improved intravaginal controlled-release prostaglandin E2 insert for cervical ripening at term. J Mat Fet Med 1996; 5:64-9.

159. Smith C, Rayburn WF, Allen K, Bane T. Influence of intravenous fentanyl on fetal behavior and uterine activity during labor. J Mat Fet Med 1996; 5:89-92.

160. Atkinson BD, Lightfoot SA, Rayburn WF, Reshef E. Microscopic effect of sequential dosing of prostaglandin E2 on the preterm rabbit cervix. J Mat Fetal Invest 1996; 6:195-8.

161. Schwartz, WJ, Rayburn WF, Turnbull GL, Christensen HD. Accuracy of blood pressure monitoring during pregnancy using portable devices designed for obese patients. J Reprod Med 1996; 41:581-5.

162. Rayburn WF. Off-label prescribing during pregnancy. Obstet Gynecol Cl No Am 1996; 24:471-8.

163. Rayburn WF, Liles E, Christensen H, Robinson M. Antacids versus nonprescription ranitidine (Zantac) for heartburn during pregnancy. Int J Gynecol Obstet 1997; 66:35-7.

164. Coleman F, Rayburn WF, Burks L, Farmer K, Larson J, Turnbull J. Patterns of uterine activity using oxytocin after intracervical prostaglandin E2. J Reprod Med 1997; 42:44-8.

165. Rayburn WF. Chronic medical disorders during pregnancy: guidelines for prescribing drugs. J Reprod Med 1997; 42:1-24.

166. Rayburn WF. The mouse as a model to investigate long-term effects from prenatal exposure to centrally acting drugs. J Mat Fetal Invest 1997; 7:3-6.

167. Coleman F, Christensen HD, Kupiec T, Gonzalez C, Rayburn WF. A therapeutic dose of alprazolam (Xanax□) and its effect on perinatal outcomes of inbred mice. J Mat Fetal Invest 1997; 7:3-6.

168. Splinter M, Nightingale B, Sawgraves R, Rayburn WF. Medication use during pregnancy by women delivering at a tertiary university hospital. South Med J 1997; 90:498-502.

169. Rayburn WF, Christensen HD, Gonzalez C. A placebo-controlled comparison between antenatal betamethasone and dexamethasone for fetal maturation: effects on long-term neurobehavior in mouse offspring. Am J Obstet Gynecol 1997; 176:842-51.

170. Christensen HD, Sienko A, Rayburn WF, Gonzalez C, Coleman F. Selection of a dose of corticosteroids to enhance fetal lung maturity in the mouse: its effect on perinatal outcomes. J Soc Gynecol Investiga 1997; 4:130-4.

171. Hager D, Valley M, Rayburn WF, Carey C. Midtrimester pregnancy termination for fetal malformations: use of intravaginal prostaglandins E2. J Reprod Med 1997; 42:497-500.

172. Larson J, Rayburn WF, Harlan V. Nuchal cord entanglements and gestational age. Am J Perinatol 1997; 14:557-9.

173. Stewart J, Christensen H, Gonzalez C, Rayburn WF. Placebo-controlled comparison of multi-dosing of betamethasone on the growth and development of mice offspring. Am J Obstet Gynecol 1997; 177:1138-44.

174. Rayburn WF. Clinical experience with a controlled release prostaglandin E2 intravaginal insert in the United States. Br J Obstet Gynaecol 1997; 104:8-12.

175. Larson J, Patatanian E, Miner P, Rayburn WF, Robinson M. Double-blind, placebo controlled study of ranitidine (Zantac) for gastroesophageal reflux symptoms unresponsive to antacids during pregnancy. Obstet Gynecol 1997; 90:83-7.

176. Blair F, Tassone S, Pearman C, St Cyr M, Rayburn WF. Initiation of labor using a sustained-release PGE2 vaginal insert: experience at a community hospital. J Reprod Med 1998; 43:408-12.

177. Rayburn WF. Connective tissue disorders and pregnancy: limitations with drug prescribing. J Reprod Med 1998; 43:341-9.

178. Stewart J, Sienko A, Gonzalez C, Christensen H, Rayburn WF. Placebo-controlled comparison between a single dose and a multidose of betamethasone in accelerating lung maturation of mice offspring. Am J Obstet Gynecol 1998; 179:1241-7.

179. Rayburn WF, Christensen H, Gonzalez C, Stewart J, Rayburn LA. Effect of repeating administration of antenatal betamethasone on motivation/anxiety behavior in mice offspring. Neurotox Teratol 1998; 4:475-81.

180. Hennessey M, Rayburn WF, Stewart J, Liles E. Pre-eclampsia and induction of labor: a randomized comparison of prostaglandin E2 as an intracervical gel and oxytocin immediately, or as a sustained-release vaginal insert. Am J Obstet Gynecol 1998; 179:1204-9.

181. Stewart J, Rayburn WF, Farmer K, Schipul A, Stanley J. Cost effectiveness of prostaglandin E2 as an intracervical gel, using oxytocin immediately versus a sustained release vaginal insert for induction of labor. Am J Obstet Gynecol 1998; 179: 1241-5.

182. Rayburn WF, Gittens L, Lucas M, Gall S, Martin M. Weekly administration of prostaglandin E2 gel compared with expectant management in women with previous cesarean. Obstet Gynecol 1999; 94:250-4.

183. Raskin K, Dachauer J, Doeden A, Rayburn WF. Uterine rupture after use of a sustained-release prostaglandin E2 vaginal insert for cervical ripening. J Reprod Med 1999, 44:571-4.

184. Coleman F, Christensen D, Gonzalez C, Rayburn WF. Behavioral changes in developing mice after prenatal exposure to paroxetine (Paxil). Am J Obstet Gynecol, 1999; 181:1166-71.

185. Christensen FC, Rayburn WF. Antepartum and intrapartum fetal assessment: fetal movement counts. Obstet Gynecol Cl No Am 1999; 26: 607-621.

186. Payne T, Rayburn WF, Carey J. Prior third- of fourth-degree perineal tears and recurrence risks. Int J Gynecol Obstet 1999; 64 (1): 55-57.

187. Beaty C, Bhaktaramv, Rayburn L, Parker M, Christensen D, Rayburn WF. Acute hemodynamic effects from an elastic abdominal support to relieve low backache during pregnancy. J Reprod Med 1999; 44:1007-1011.

188. Valenzuela G, Sanchez-Ramos L, Romero R, Silver H, Koltun W, Millar L, Hobbins J, Rayburn WF. Maintenance treatment of preterm labor with the oxytocin antagonist atosiban. Am J Obstet Gynecol 2000; 182: 1184-90.

189. Coleman F, Rayburn WF. Guidelines for prescribing medications during pregnancy and lactation. Resident & Staff 2000; 46:33-40.

190. Rayburn WF, Sienko A, Gonzalez C, Christensen H, Kupiec T, Paulsen A, Stewart J. Impact of antenatal exposure of mice to fenfluramine on cardiac development and long-term growth of the offspring. Drug and Chemical Toxicology, 2000; 23:419-31.

191. Beebe L, Rayburn WF, Beaty C, Eberly K, Stanley J, Rayburn L. Indications for labor induction: differences between university and community hospitals. J Reprod Med 2000; 45(6): 469-75.

192. Christensen HD, Rayburn WF, Christensen CL. Chronic prenatal exposure to paroxetine (Paxil) and cognitive development in mice offspring. Neurotox Teratol 2000; 22:733-9.

193. Rayburn WF, Gonzalez C, Christensen H, Kupiec T, Jacobsen J, Stewart J. Effect of antenatal exposure to paroxetine (Paxil) on growth and physical maturation of mice offspring. J Mat Fetal Med 2000; 9(2): 136-41.

194. Smith C, Miller A, Rayburn WF. Conditions influencing blood pressure fluctuations in healthy gravidas. Int J Gynaecol Obstet 2000; 68(1): 45-6.

195. Carey JC, Rayburn WF. Nuchal cord encirclements and risk of stillbirth. Int J Gynaecol Obstet 2000, 69(2) 173-4.

196. Rayburn WF, Christensen D, Gonzalez C. Effect of antenatal exposure to St. John's Wort (hypericum) on neurobehavior of developing mice offspring. Am J Obstet Gynecol 2000; 183:1225-31.

197. Rayburn WF, Coleman F, Gonzalez C, Christensen H. Effect of prenatally administered hypericum (St John's Wort) on growth and physical maturation of mice offspring. Am J Obstet Gynecol 2001;184: 191-5.

198. Bossert R, Stanley J, Coleman F, Mirabile C, Rayburn WF. Outcome-based analysis of early postpartum discharge at a university hospital. J Reprod Med 2001; 46: 39-43.

199. Sienko A, Christensen H, Gonzalez C, Stewart J, Rayburn WF. Impact of multidosing of antenatal betamethasone on liver maturation of the mouse pup. Drug and Chemical Toxicity 2001; 24: 49-61.

200. De la Torre S, Gilson G, Flores S, Curet LB, Qualls CE, Rayburn WF. Is high dose misoprostol able to lower the incidence of cesarean section? a randomized control trial. J Mat Fetal Med 2001; 10: 85-90.

201. Tassone S, Pearman C, Rayburn WF. Outpatient cervical ripening using a sustained release prostaglandin E2 vaginal insert. J Reprod Med 2001; 46: 599-600.

202. Fronterhouse W, Christensen FC, Rayburn LA, Gilson GJ, Rappaport VJ, Rayburn WF. Mandated preterm delivery: its prevalence and impact at a tertiary referral center. J Mat Fetal Med 2001; 10: 1-4.

203. Rayburn WF, Gonzalez CL, Christensen HD, Harkin TL, Kupiec TC. Impact of hypericin (St. John's Wort) given prenatally on cognition of mice offspring. Neurotox Teratol 2001; 23: 629-37.

204. Christensen F, Tehranifar M, Gonzalez J, Rappaport V, Gilson G, Rayburn WF. Randomized trial of concurrent oxytocin and sustained-release dinoprostone vaginal insert for labor induction at term. Am J Obstet Gynecol 2002; 186: 61-5.

205. Christensen HD, Gonzalez CL, Stewart JD, Rayburn WF. Multiple courses of antenatal betamethasone and cognitive development of mice offspring. J Mat Fetal Med 2001; 10: 4, 269-76.

206. Rayburn WF, Zhang J. Rising rates of labor induction rates: present concerns and future strategies. Obstet Gynecol 2002; 100:164-7.

207. Velazquez MD, Rayburn WF. Antenatal evaluation of fetal well-being: fetal movement monitoring. Clin Obstet Gynecol 2002; 45:993-1004.

208. Levy A, Gonzalez J, Rappaport V, Curet L, Rayburn WF. Effect of labor induction on cesarean rates in diabetic pregnancies. J Reprod Med 2002; 47:931-2.

209. Rayburn WF. Pre-induction cervical ripening: basis and method of current practice. Obstet Gynecol Surv 2002; 57:683-92.

210. Rayburn WF, Christensen D, Pearce K, Gonzalez C. Neurobehavior effects in four strains of mice offspring exposed prenatally to alprazolam. Am J Obstet Gynecol 2002; 187: 968-72.

211. Smith HO, Hilgers RD, Qualls CR, Bedrick EJ, Prairie BA, Rayburn WF, Waxman AG, Stephens ND, Padilla LA, Cole LA, Swanson M, Wiggins CL, Key CR. Trends on gestational trophoblastic disease – a 25-year population-based perspective. Trophoblastic Disease Update 2002; 4: 9-12.

212. Smith HO, Hilgers RD, Bedrick EJ, Qualls CR, Wiggins CC, Rayburn WF, Waxman AG, Stephens ND, Cole LW, Swanson M, Key CR. Ethnic differences at risk for gestational trophoblastic disease in New Mexico: a 25-year population-based study. Am J Obstet Gynecol 2003; 188:357-66.

213. Christensen D, Gonzalez C, Rayburn WF. Effects from prenatal exposure to alprazolam on the social behavior of mice offspring. Am J Obstet Gynecol 2003; 189:1452-7.

214. Carey JC, Rayburn WF.  Nuchal cord encirclements and birth weight. J Reprod Med, 2003; 48:460-2.

215. Schwartz WJ, Christensen HD, Carey JC, Rayburn WF. Systemic administration of betamethasone delays endotoxin induced preterm labor in the murine model.  Am J Obstet Gynecol 2003; 188:439-43.

216. Little JA, Velazquez MB, Rayburn WF. Reported medication errors in obstetric inpatients in one hospital. J Reprod Med 2003; 48: 818-20.

217. Christensen F, Olson K, Rayburn WF. Cross-over trial comparing maternal acceptance of two fetal movement charts. J Mat-Fetal Neonatal Med 2003; 13:1-5.

218. Bolnick JM, Rayburn WF. Substance use disorders in women: special considerations during pregnancy. Obstet Gynecol Cl No Am 2003; 30:545-59.

219. McIlwain G, Phelan S, Rayburn W. What medical students value most from chairs during their clinical clerkships. Am J Obstet Gynecol 2003; 189:659-61.

220. Smith HO, Prairie B, Qualls CR, Padilla LA, Rayburn WF, Key CR. Trends in choriocarcinoma in the United States: a 27-year perspective. Obstet Gynecol 2003; 104(4):978-987.

221. Christensen HD, Rayburn WF, Parker KM, Gonzalez CL, Gold KA. Chronic prenatal exposure to carbamazepine and perinatal outcomes of C3H/He mice. Am J Obstet Gynecol 2004; 190:259-64.

222. Bolnick J, Velazquez M, Gonzalez J, Rappaport V, McIlwain-Dunivan G, Rayburn W. Randomized trial between two active labor management protocols in the presence of an unfavorable cervix. Am J Obstet Gynecol 2004; 190:124-8.

223. Cole LA, Khanlian S, Sutton J, Davies S, Rayburn W. Accuracy of home pregnancy tests at the time of missed menses. Am J Obstet Gynecol 2004; 190:100-5.

224. Zhang J, Troendle J, Meikle S, Klebanoff MA, Rayburn W. Isolated oligohydramnios is not associated with adverse perinatal outcomes. Br J Obstet Gynaecol 2004; 111:220-5.

225. Rayburn B, Theele, Bolnick J, Rayburn W. Selection of a light source for fetal biophysical testing. J Reprod Med 2004; 49: 563-5.

226. Rayburn WF, Gonzales CL, Parker KM, Christensen HD. Chronic prenatal exposure to carbamazepine and behavior effects on mice offspring. Am J Obstet Gynecol 2004; 190:517-21.

227. Smith HO, Qualls CR, Hilgers RD, Verschraegen CF, Rayburn WF, Cole LA, Padilla LA, Key CR. Gestational trophoblastic disease in American Indians. J Reprod Med 2004; 49:535-44.

228. Caridi B, Bolnick J, Fletcher B, Rayburn W. Effect of external light stimulation from a halogen light source on nonstress testing. Am J Obstet Gynecol 2004; 190:1470-2.

229. Rayburn WF, Bogenschutz MP. Pharmacotherapy for pregnant women with addictions. Am J Obstet Gynecol 2004; 191:1885-97.

230. Bogenschutz M, Rayburn W. Substance use disorders and women's health. Obstet Gynecol Cl No Am Jan 2004; 30 Number 3.

231. Christensen HD, Gonzalez CL, Rayburn W. Chronic prenatal exposure to phenobarbital and long-term behavior effects on mice offspring. J Matern Fetal Neonatal Med 2004; 15(6):351-5.

232. Pearl ML, Rayburn WF. Choosing abdominal incision and closure techniques: a review. J Reprod Med 2004; 49(8):662-70.

233. Siegle J, Bishop L, Rayburn WF. Randomized comparison between microlaporoscopic techniques for sterilization. J Soc Laporoendoscopic Surgeons 2005; 9:30-4.

234. Chang D, Velazquez M, Colyer M, Klaus P, Mallipeddi S, Rayburn W. Vaginal misoprostol for cervical ripening at term: comparison of outpatient vs. inpatient administration. J Reprod Med 2005; 50:135-9.

235. Chongsiriwatana KM, Phelan ST, Smith HO, Skipper BJ, Rayburn WF, Rhyne RL. Required medical student research and their choice of a Women's Health Care residency. Am J Obstet Gynecol 2005; 192:1478-80.

236. Cole L, Khanlian S, Sutton J, Khanlian S, Borkovskaya M, Rayburn B, Rayburn W. Sensitivity of over-the-counter pregnancy tests: comparison of unity and marketing messages. J Am Pharm Asso 2005; 45:2-9.

237. Rayburn W, Sokkary N, Clokey DE, Moore LE, Curet LB, Zhang J. Consequences of routine delivery at 38 weeks for A-2 gestational diabetes. J Matern Fetal Neonatal Med 2005; 18:333-8.

238. Ogburn T, Espey E, Dorin M, Meng C, Rayburn W. Obstetrics and gynecology residents as teachers of medical students: predictors of excellence. Am J Obstet Gynecol 2005; 193:1831-4.

239. Santana-Casteneda C, Izquierdo-Puente C, Leon-Ochoa R, Plasse T, Rayburn W. Misoprostol controlled-release vaginal insert for cervical ripening and induction of labor in nulliparous women. Am J Obstet Gynecol 2005; 193:1071-5.

240. Leslie K, Koil C, Rayburn W. Chemotherapeutic drugs in pregnancy. Obstet Gynecol Cl No Am 2005 Dec; 32(4):627-40.

241. Ramirez-Cacho W, Flores S, McKay J, Rayburn W. Effect of maternal methadone on interpretation of intrapartum fetal heart rate patterns. J Soc Gynecol Investiga 2006 Feb; 13(2):108-11.

242. Rayburn WF, Meng C, Rayburn BB, Proctor B, Handmaker NS. Beer consumption among hazardous drinkers during pregnancy. Obstet Gynecol 2006 Feb; 107:355-60.

243. Rayburn W, Powers B, Plasse T, Carr D, Dispirito M. Pharmacokinetics of a controlled-release misoprostol vaginal insert. J Soc Gynecol Investiga 2006 Feb; 13(2):112-7.

244. Rayburn W, Schrader R, Cain J, Artal R, Anderson G, Merkatz I. Tenure of academic chairs in obstetrics and gynecology: a 25-year perspective. Obstet Gynecol 2006;108(5):1217-21.

245. Moore L, Rayburn W. Elective Induction of labor. Clin Obstet Gynecol 2006 Sep; 49(3):698-704.

246. Bolnick J, Garcia G, Fletcher B, Rayburn W. Cross-over trial of fetal heart rate response to external light and vibroacoustic stimulation. J Matern Fetal Neonatal Med 2006 Apr; 19(4):215-19.

247. Handmaker NS, Rayburn WF, Meng C, Bell JB, Rayburn BB, Rappaport V. Impact of alcohol exposure after pregnancy recognition on ultrasonographic fetal growth measures. Alcoholism: Clin Exper Res 2006 May; 30(5):892-8.

248. Ramirez W, Strickland L, Meng C, Beraun C, Rayburn W. Medical students' attitudes toward pregnant women with substance use disorders. Am J Obstet Gynecol 2007 Jan; 196(1):86. e1-86. e5.

249. Beebe LA, Beaty C, Rayburn WF. Immediate neonatal outcomes after elective induction of labor. J Reprod Med 2007 Mar; 52(3):173-5.

250. Meng C, Rayburn BB, Ramirez-Cacho WA, Rayburn WF. Effect of a specialized prenatal clinic on medical student attitudes toward women with drinking problems. J Matern Fetal Neonatal Med 2007 Mar; 20(3):217-20.

251. LaMonica GE, Wilson ML, Fullilove AM, Rayburn WF. Minimum cord length that allows spontaneous vaginal delivery. J Reprod Med 2007 Mar; 53(3):217-9.

252. Rayburn WF. Adverse reproductive effects of beer drinking. Reprod Toxicol 2007 Jul; 24(1):126-30.

253. Rayburn WF. Minimizing the risks from elective induction of labor. J Reprod Med 2007 Aug; 52(8):671-76.

254. Rayburn BB, Rayburn WF, Meng C, Handmaker N. Wine consumption by hazardous drinkers before and after pregnancy recognition. J Reprod Med 2007 Oct; 52(10):871-73.

255. Berkley EMF, Gill GJ, Moore LE, Rayburn WF. Consumptive coagulopathy associated with Gorham syndrome and subsequent Kasaback-Merritt syndrome during pregnancy. J Reprod Med 2007 Dec; 52(12):1103-06.

256. Rayburn WF. Maternal and fetal effects from substance use. Clin Perinatol 2007 Dec; 34(4):559-71.

257. Berkley E, Meng C, Rayburn WF. Success rates with low dose misoprostol before induction of labor for nulliparas with severe preeclampsia. J Matern Fetal & Neonatal Med 2007; 20(11):825-31.

258. Rayburn WF, Robinson A, Braverman LE, He XM, Pino S, Gargas ML, Kinzell JH. Iodide concentrations in matched maternal serum, cord serum, and amniotic fluid from preterm and term human pregnancies. Reprod Toxicol 2008 Jan; 25(1):129-32.

259. Rayburn WF, Amanze AC. Prescribing medications safely during pregnancy. Med Cl N Am 2008 Sept; 92(5):1227-37.

260. Rayburn WF, Phelan ST. Promoting healthy habits in pregnancy. Obstet Gynecol Cl No Am 2008 Sept; 35(3):385-400.

261. Wing D, Powers BL, Rayburn W. Determining dose and endpoints of a controlled-release misoprostol vaginal insert for a phase III trial. J Reprod Med 2008; 53:695-6.

262. Rayburn WF, Wallerstedt C, Cosgrove E. Template for outreach continuing education to professionals providing obstetric care. J Cont Ed Health Prof 2008 Dec; 28(4):280-1.

263. Wing DA, Misoprostol Vaginal Insert Consortium (Rayburn WF). Misoprostol vaginal insert compared with dinoprostone vaginal insert: a randomized controlled trial. Obstet Gynecol 2008; 112:801-12.

264. Rayburn WF, Espey E, Ogburn T, Hutchison J. Semi-annual dinners with community physicians for medical students considering pursuing obstetrics and gynecology. J Reprod Med 2009; 54:20-4.

265. Rayburn WF, Waldman JD, Schrader RM, Fullilove AM, Lang J. Retention of chairs in academic obstetrics and gynecology: a comparison with other clinical departments. Obstet Gynecol 2009; 114(1):130-5.

266. Rayburn W, Alexander H, Lang J, Scott J. First-time department chairs at U.S. medical schools: a 29-year perspective on recruitment and retention. Acad Med 2009; 84(10):1336-41.

267. Valdez J, Jim L, Fullilove A, Schrader RM, Albright BB, Rayburn WF. Medical students' awareness about traditional Southwest Native American values during pregnancy. J Reprod Med 2009; 54(10):603-8.

268. Pevzner L, Powers B, Rayburn W, Rumney P, Wing D. Effects of maternal obesity on duration and outcomes of prostaglandin cervical ripening and labor induction. Obstet Gynecol 2009; 114(6):1315-21.

269. Albright BB, Rayburn WF. Substance abuse among reproductive age women. Obstet Gynecol Clin N Am 2009; 36(4):891-906, xi-xii.

270. Pevzner L, Rayburn WF, Rumney P, Wing DA. Factors predicting successful labor induction with dinoprostone and misoprostol vaginal inserts. Obstet Gynecol 2009; 114(2) Part 1: 261-7.

271. Bakhireva LN, Young BN, Phelan ST, Dalen J, Rayburn WF. Periconceptional binge drinking and acculturation among pregnant Latinas in New Mexico. Alcohol 2009; 43:475-81.

272. Rayburn WF, Anderson BL, Johnson JV, McReynolds MA, Schulkin J. Trends in the academic workforce of obstetrics and gynecology. Obstet Gynecol 2010; 115(1):141-6.

273. Buckley PF, Rayburn WF. The care and feeding of chairs of departments of psychiatry. Am J Psychiatry 2010; 167(4):376-8.

274. Rayburn WF. Emerging importance of interim department chairs. Dept Chair 2010; 20(4):7-9.

275. LaMonica GE, Seifert SA, Rayburn WF. Rattlesnake bites in pregnant women. J Reprod Med 2010; 55(11-12):520-2.

276. Rayburn WF, Fullilove A, Scroggs J. Trends in salaries of obstetrics-gynecology faculty, 2000-01 – 2008-09. Am J Obstet Gynecol 2011; 204(1):82-3.

277. Wolfe MD, Myers O, Caravati EM, Rayburn WF, Seifert SA. Black widow spider envenomation in pregnancy. J Matern Fetal & Neonatal Med 2011; 24(1):122-6.

278. Buckley PF, Rayburn WF. Turnover of first-time chairs of departments of psychiatry. Acad Psychiatry 2011; 35(2):126-8.

279. Brennan MC, Pevzner L, Wing DA, Powers BL, Rayburn WF. Retention of dinoprostone vaginal insert beyond 12 hours for induction of labor. Am J Perinatol 2011; 28(6):479-84.

280. Wing DA, Miller H, Parker L, Powers BL, Rayburn WF. Misoprostol vaginal insert for successful labor induction: a randomized controlled trial. Obstet Gynecol 2011; 117(3):533-41.

281. Rayburn WF, Brennan MC. Periconception warnings about prescribing opioids. Am J Obstet Gynecol 2011; 204(4):281-2.

282. Leeman LM, Brown SA, Albright BB, Skipper B, Hsi A, Rayburn WF. Association between intrapartum fetal heart rate patterns and neonatal abstinence syndrome in methadone exposed neonates. J Matern Fetal & Neonatal Med 2011; 24(7):955-9.

283. Bakhireva LN, Young BN, Dalen J, Phelan ST, Rayburn WF. Patient utilization of information sources about safety of medications during pregnancy. J Reprod Med 2011; 56(7-8):339-43.

284. Rayburn WF, Lang J, Fullilove AM, Phelan, ST, Rayburn DT, Schrader RM. Retention of entry-level faculty members in obstetrics and gynecology. Am J Obstet Gynecol 2011; 204(6): 540.e1-6.

285. Brown S, Wolfe MD, Coalson R, Myers OB, Rayburn WF. Maternal obesity and nonstress testing. Am J Perinatol 2011; 28(9):723-8.

286. Albright BB, de la Torre L, Skipper B, Price S, Abbott P, Rayburn WF. Changes in methadone maintenance therapy during and after pregnancy. J Subst Abuse Treat 2011; 41:347-53.

287. Albright BB, Rayburn WF. Educating medical students about pregnant women with drug addiction disorders. Encyclopedia of Education Research, 2011; Vol1: pp1295-1300.

288. Rayburn WF, Richards ME, Elwell EC. Drive times to hospitals with perinatal care in the United States. Obstet Gynecol 2012; 119(3):611-6.

289. Rayburn WF, McReynolds M, Elwell EC, Salsberg, E. Creation of an advisory group for physician workforce studies in obstetrics and gynecology. J Reprod Med 2012; 57(3-4):95-7.

290. Sarangarm P, Young BN, Rayburn WF, Jaiswal P, Dodd M, Phelan ST, Bakhireva LN. Agreement between self-report and prescription data in medical records for pregnant women. Birth Defects Res A Clin Mol Teratol 2012; 94(3):153-61.

291. Rayburn WF, Klagholz JC, Murray-Krezan C, Dowell LE, Strunk A. Distribution of American Congress of Obstetricians and Gynecologists fellows and junior fellows in practice in the United States. Obstet Gynecol 2012; 119(5):1017-22.

292. Rayburn WF, Schrader RM, Fullilove AM, Rutledge TL, Phelan ST, Gener Y. Promotion rates for assistant and associate professors in obstetrics and gynecology. Obstet Gynecol 2012; 119(5):1023-9.

293. Rayburn WF, Klagholz JC, Elwell EC, Strunk AL. Maternal-fetal medicine workforce in the United States. Am J Perinatol 2012; 29(9):741-6.

294. Brennan MC, Rayburn WF. Counseling about risks of congenital anomalies from prescription opioids. Birth Defects Res A Clin Mol Teratol 2012; 94(8):620–5.

295. Albright BB, Skipper B, Riley S, Wilhelm P, Rayburn WF. Medical students' comfort with pregnant women with substance-use disorders: a randomized educational study. Acad Psychiatry 2012; 36(6):457-60.

296. Rayburn WF, Gant NF, Gilstrap LC, Elwell EC, Williams SB. Pursuit of accredited subspecialties by graduating residents in obstetrics and gynecology, 2000-2012. Obstet Gynecol 2012; 120(3):619-25.

297. Wolfe MD, Chuang LT, Rayburn WF, Wen PC, VanderJagt DJ, Glew RH. Low fatty acid concentrations in neonatal cord serum correlate with maternal serum. J Matern Fetal & Neonatal Med 2012; 25(8):1292-6.

298. Bakhireva LN, Cano S, Rayburn WF, Savich RD, Leeman L, Anton RF, Savage DD. Advanced gestational age increases serum carbohydrate-deficient transferrin levels in abstinent pregnant women. Alcohol 2012; 47(6):683-7.

299. Bakhireva LN, Rowland AS, Young BN, Cano S, Phelan ST, Artyushkova K, Rayburn WF, Lewis J. Sources of potential lead exposure among pregnant women in New Mexico. Matern Child Health J 2013; 17(1):172-9.

300. Brown SA, Seifert SA, Rayburn WF. Management of envenomation's during pregnancy. Clin Toxicol 2013; 51(1):3-15.

301. Wolfe MD, de la Torre L, Moore LE, Myers O, Rayburn WF. Is the protocol for induction of labor in singletons applicable to twin gestations? J Reprod Med 2013; 58(3-4):137-42.

302. Tyner J, Rayburn WF. Emergency cesarean delivery: special precautions. Obstet Gynecol Clin N Am 2013; 40(1):37-45.

303. Rayburn WF (Chair, CUCOG). A statement on abortion by 100 professors of obstetrics: 40 years later. Contraception 2013; 88: 568-76.

304. Kennedy KA, Brennan MC, Rayburn WF, Brotherton SE. Attrition rates between residents in obstetrics and gynecology and other clinical specialties, 2000-2009. J Grad Med Ed 2013; 5(2):267-71.

305. Dall TM, Chakrabarti R, Storm MV, Elwell EC, Rayburn WF. Estimated demand for women's health services by 2020. J Women's Health 2013; 22(7):643-8.

306. Rayburn WF, Strunk AL. Profiles about practice settings of American College of Obstetricians and Gynecologists Fellows. Obstet Gynecol 2013; 122(6):1295-8.

307. Brennan MC, Wolfe MD, Murray-Krezan CM, Cole LA, Rayburn WF. First-trimester hyperglycosylated human chorionic gonadotropin and development of hypertension. Prenat Diagn 2013; 33(11):1075-9.

308. Brown SA, Richards ME, Elwell EC, Rayburn WF. Geographical information systems (GIS) for mapping maternal ground transport to Level III care neonatal centers. Am J Perinatol 2014; 31(4):287-92.

309. Bakhireva LN, Leeman L, Savich RD, Cano S, Gutierrez H, Savage DD, Rayburn WF. Validity of phosphatidylethanol in dry blood spots of a newborn for identification of prenatal alcohol exposure. Alcohol Clin Exp Res 2013; 38(4):1078-85.

310. Tyner JE, Rayburn WF. Long-term trends in applicants for maternal-fetal medicine fellowship positions. Am J Perinatol 2014; 31:923-5.

311. Rayburn WF, Petterson SM, Phillips RL. Trends in family physicians performing deliveries, 2003-2010. Birth 2014; 41(1):26-32.

312. Holbrook B, Rayburn WF. Teratogenic risks with exposure to illicit drugs. Obstet Gynecol Cl N Am 2014; 41(2):229-40.

313. Mozurkewich E, Rayburn WF. Prescribing buprenorphine and methadone maintenance during pregnancy. Obstet Gynecol Cl N Am 2014; 41(2):241-54.

314. Petterson SM, Bazemore AW, Rayburn WF. Trends in office-based care for reproductive-aged women according to physician specialty: a ten-year study. J Women's Health. 2014; 23(12):1021-6.

315. Davis NL, Davis DA, Rayburn WF. Clinical faculty: taking the lead in teaching quality improvement and patient safety. Am J Obstet Gynecol 2014; 211:215-6.

316. Gonzales N, Quinn DK, Rayburn WF. Perinatal catatonia: a case report and literature review. Psychosomatics 2014; 55:708-14.

317. Rayburn WF, Jolley JA, Simpson LL. Advances in imaging malformations during early gestation. Birth Defects 2015; 103(4):260-8.

318. Tessmer-Tuck J, Rayburn W. Roles of ob-gyn hospitalists during changes in the ob-gyn workforce and practice. Obstet Gynecol Cl N Am 2015; 42:447-56.

319. Kreitinger C, Gutierrez H, Hamidovic A, Schmitt C, Sarangarm P, Rayburn WF, Leeman L, Bakhireva LN.  The effect of prenatal alcohol co-exposure on neonatal abstinence syndrome in infants born to mothers in opioid maintenance treatment. J Mat Fetal Neo Med. 2015 Mar 23:1-6 (Epub ahead of print).

320. Garver W, de la Torre L, Brennan M, Luo L, Jelinek D, Castillo J, Meyre D, Orlando R, Heidenreich R, Rayburn W. Differential association of Niemann-Pick C1 gene polymorphisms with maternal pregnancy overweight and gestational diabetes. J Diabetes Obesity 2015; 2(1):1-6.

321. Rayburn WF, Petterson SM, Strunk AL. Considerations about retirement from clinical practice by obstetrician-gynecologists. Am J Obstet Gynecol. 2015 Mar 17 (Epub ahead of print).

322. Rayburn WF, Albright BB. Addiction and substance abuse: an update. Clin Update Women's Health Care 2015; XI: 1-17.

323. Garg M, Garrison L, Leeman L, Hamidovic A, Borrego M, Rayburn WF, Bakhireva L. Validity of self-reported drug use information among pregnant women. Maternal Child Health. 2015 Jul 15 (Epub ahead of print). NIHMSID 708208

324. Gutierrez HL, Hund L, Shrestha K, Rayburn WF, Leeman L, Savage DD, Bakhireva LN. Ethyglucuronine in maternal hair a biomarker of prenatal alcohol exposure. Alcohol. 2015 Jul 21 (Epub ahead of print).

325. Rayburn W, Raglan G, Herman CJ, Schulkin J.  A survey of obstetrician-gynecologists about their care of women 65 years or older. J Geriatr Med Gerontol 2015; 1:6-9.

326. Rayburn WF, Brubaker L, Grigsby K. The strategic value of succession planning by academic department chairs. Acad Med 2016;91: 465-8.

327. Rayburn WF, Liu C, Elwell EC, Rogers R. Diversity of faculty in obstetrics and gynecology. J Reprod Med 2016; 61:22-26.

328. Rayburn WF, Izquierdo LA. Benefits and limitations with ultrasound imaging in the first trimester. J Ultra Obstet Gynecol 2016; 10:9-13.

329. Rayburn W, Xierali I, Castillo-Page L, Nivet M. Racial and ethnic differences between obstetrician-gynecologists and other adult medical specialists.  Obstet Gynecol 2016; 127:148-52.

330. Rayburn WF, Tracy EE. Changes in practice of obstetrics and gynecology. Obstet Gynecol Surv 2015; 71:1-7.

331. Davis D, Rayburn W. Integrating continuing professional development with health system redesign: building pillars of support. Acad Med 2016; 91: 26-9.

332. Garrison L, Leeman L, Savich R, Guittierez H, Rayburn W, Bakhireva L. Fetal growth outcomes in a cohort of polydrug-and opioid-dependent patients. J Reprod Med 2016; 61: 311–9.

333. Petterson S, Rayburn W, Liaw W. When do primary care physicians retire? implications for workforce projections. Ann Fam Med 2016; 14: 344-5.

334. Arora S, Kalishman S, Thornton K, Komaromy M, Katzman J, Struminger B, Rayburn W. Project ECHO (Project Extension for Community Healthcare Outcomes): a national and global model for continuing professional development. J Cont Ed Health Prof 2016; S48-9.

335. Rayburn W, Quintana A, Cosgrove E, La Farge G. Facilitating physician relicensure and reentry into clinical practice. J Med Regula 2016; 102: 18-21.

336. Brueseke T, Muffly T, Rayburn W, Connolly R, Nieto T, Wu J. Workforce analysis of female pelvic medicine and reconstructive surgery, 2015 to 2045. Female Pelvic Med Reconstr Surg 2016; 22: 385-9.

337. Raffoul MC, Petterson SM, Rayburn WF, Bazemore AW. Office visits for women aged 45-64 years according to physician specialists. J Women's Health, 2016; 25: 1231-6.

338. Holbrook B, Petterson S, Rayburn W. Retirement ages of maternal-fetal medicine physicians. Am J Perinatol, 2017; 34: 499-502.

339. Stonehocker J, Muruthi J, Rayburn W. Is there a shortage of obstetrician-gynecologists? Obstet Gynecol Cl No Am 2017; 44:121-32.

340. Weinburg D, Blue N, Holbrook B, Rayburn W. Outpatient pre-induction cervical ripening using a balloon catheter. a meta-analysis. J Reprod Med 2017; 62(5): 486-92

341. Xierali I, Nivett M, Rayburn W. Relocation of obstetrician-gynecologists in the United States, 2005-2015. Obstet Gynecol 2017; 129: 543-50.

342. Rayburn W, McGuire B, Skipper B, Smith G. Flipping an obstetrics clerkship lecture with an interactive learning session. MedEdPublish 2017; 6: 24-7.

343. Davis D A, Rayburn WF, Smith GA. Continuing professional development of faculty – an elephant in the house of academic medicine. Acad Med 2017; 92: 1078-81.

344. Rayburn WF. Who will be delivering the babies? Identifying and addressing barriers. J Am Board Fam Prac 2017; 30: 402-4.

345. Rayburn W. The consultant obstetrician on the labor ward: moving from infancy to early adolescence. Brit J Obstet Gynaecol 2017; 124: 1331.

346. Sokkary N, Murray-Krezan C, Rayburn W. Applicants in obstetrics and gynecology residency positions according to medical school background: a 25-year perspective. J Reprod Med. January-February 2018; 64: 3-5

347. Moffett M, Farnbach Pearson A, Larson R, Rayburn W. Value of mandatory statewide collection of demographic data about obstetrician-gynecologists. J Med Regula 2017; 103: 6-11.

348. Rayburn W, Blue N, Smith G. Fetal ultrasound interpretation using a flipped learning approach during an introductory obstetrics clerkship. J Reprod Med (in press)

349. Arora S, Kalishman S, Rayburn W. Project ECHO: a telementoring network model for continuing education in the health professions. J Contin Med Ed Health Profess 2017; 37: 239-43

350. Miller P, Rayburn W. Time-to-appointment for new well woman examinations: a national sampling using mystery shopper methodology. J Reprod Med 2019; 64(2): 115-18

351. Stephen J, Flynn L, Kabella D, Schendel M, Cano S, Savage D, Rayburn W, Leeman L, Lowe J, Bakhireva L. Hypersynchrony in MEG spectral power in prospectively-identified 6-month-old infants prenatally exposed to alcohol. NeuroImage: Clini-2018; 17: 826-834

352. Bakhireva L, Shrestha S, Garrison L, Leeman L, Rayburn W, Stephen J. Prevalence of alcohol use in pregnant women with substance use disorders. Drug Alcohol Depend-2018; 187:305-310

353. Blackstone J, Will V, Rayburn W. Female physicians in maternal-fetal medicine: a 32-year perspective. Am J Perinatol 2008; 35:1308-10.

354. Rayburn W, Perez Jordan J, Xierali I. Relocation of maternal-fetal medicine specialists in the United States. Am J Perinatol 2019; 36: 526-9.

355. Holbrook BD, Davies, S, Cano S, Shrestha S, Jantzie LL, Rayburn WF, Bakhireva LN, Savage DD. The association between prenatal alcohol exposure and protein expression in human placenta. Birth Defects Research 2019; 111:749-59.

356. Kim E, Xierali I, Rayburn W. The effect of cost of professional liability insurance on the obstetrician-gynecologist workforce in the United States from 2005 to 2015. J Reprod Med 2019; doi: 10.1097/01.AOG.0000558927.41491.0a

357. Rayburn W, Howley L, Barnes B, Blachman M, Schroedl C, Vinas E. Academic CME/CPD in the United States and Canada: The 2018 AAMC/SACME Harrison survey report. Washington, DC, Asso Am Med Coll, 2018.

358. Holbrook, BD, Davies S, Cano S, Shrestha S, Jantzie LL, Rayburn WF, Bakhireva LN, Savage DD. The association between prenatal and alcohol exposure and protein expression in human placenta. Birth Defects Res 2019; 14:111: 749-59..

359. Rayburn WF, Regnier K, McMahon GT. Continuing medical education at U.S. medical schools: a 20-year perspective. Acad Med 2019; 95:623-9.

360. Esters, D, Xierali I, Nivet MA, Rayburn W.  The rise of nontenured faculty in obstetrics and gynecology by gender and underrepresented in medicine status. Obstet Gynecol 134: suppl 1: 34S-39S (PMID 315680390).

361. Vinas E, Schroedl C, Howley L, Rayburn W. Closing the GAPS: practical strategies for advancing academic continuing medical education. J Cont Ed Health Profess (in press)

362. Rayburn WF, Quiner T , Blackstone JA. Obstetrician-gynecologists in general practice in New Mexico: a comparison between rural and metropolitan counties. Women's Health Rev 2020; 1: 1-6. DOI: 10.1089/whr.2020.0070.

363. Ramierez  M, Smolinske S, Warrick B, Rayburn W, Seifert S. Envenomations during pregnancy reported to the National Poison Data System, 2009-2018. J Toxicon (in press)

364. Xerali I, Nivet M, Rayburn W. Full-time faculty in clinical and basic science departments by sex and underrepresented in medicine status: a 4-year review. Acad Med (in press)

365. Smith R, Rayburn W. Burnout in obstetrician-gynecologists: its prevalence, identification, prevention, and reversal. Obstet Gynecol Cl No Am 2021; 48: 231-45.

366. Rayburn W, Jenkins C. Interprofessional collaboration and women's healthcare improvement. Obstet Gynecol Cl No Am 2021; 48: 1-10.

367. Rayburn WF, Xierali IM. Subspecializatin in obstetrics and gynecology: is it affecting the future availability of women's health specialists? Obstet Gynecol Cl No Am 2022; (in press)

368. Rayburn W, Xierali I. Expanded fellowship training and availability of obstetrician-gynecologists for general women's health care. Obstet Gynecol (in press)

369. Holcomb DS, Rayburn WF. Postscript: Women's health and the era after COVID-19. Obstet Gynecol Cl No Am 2022; (in press)

**Manuscripts Submitted**

1. Livezey G, Smith C, Rayburn WF, Smith S. Tolerance to acute phenobarbital challenge in mature rat offspring produced by prenatal exposure.

2. Livezey G, Smith A, Rayburn WF, Smith C. Chronic prenatal exposure to phenobarbital and subtle behavior changes in the mature rat.

3. Rayburn WF, Christensen H, Gonzalez C, Parker K. Impact of prenatal phenobarbital or carbamazepine on social play on C3H/He mice.

4. Ramirez-Cacho W, Rappaport V, Smith H, Rayburn W. Conservative management of placenta percreta.

5. Brown SA, Wolfe MD, Brennan MC, King IB, Rayburn WF, Mozurkewich EL. Maternal and cord serum docosahexaenoic acid after third trimester commercially-available supplementation.

6. Maenchen ME, Garchar E, Gordon E, Skipper BJ, Rayburn WF. Core competencies add ressed in grand rounds lectures at an academic health center.

7. Schroedl CJ, Vinas EK, Dutob R, and the GEA-CPD Section. A new paradigm for continuing professional development of faculty.

8. Perez Yordan J, Ma X, Holbrook B, Roberts M, Rayburn W, Bakhireva L. Effects of medications for opiod use disorder (MOUD) on fetal brain, cranium, and estimated fetal weight measurements.

**Books**

1. Rayburn WF. Obstetrics/Gynecology: Pre-Test Self-Assessment and Review. New York, McGraw-Hill, 1982.

2. Rayburn WF, and Zuspan FP (eds). Drug Therapy in Obstetrics and Gynecology.  New York, Appleton-Century-Crofts, 1982.

3.  Rayburn WF, Zuspan FP, and Fitzgerald JT. Every Woman's Pharmacy: A Guide to Safe Drug Use. St. Louis, Mosby Press, 1983.

4.  Rayburn WF, and Lavin JP. Obstetrics for the House Officer. Baltimore, Williams & Wilkins, 1984.

5.  Rayburn WF, Zuspan FP, and Fitzgerald JT. Every Woman's Pharmacy, 2nd edition. New York, Doubleday, 1984.

6.  Rayburn WF, and Zuspan FP (eds). Drug Therapy in Obstetrics and Gynecology, 2nd edition. Norwalk, Conn., Appleton and Lange, 1986.

7.  Rayburn WF, and Lavin JP. Obstetrics for the House Officer, 2nd edition, Baltimore, Williams & Wilkins, 1988.

8.  Rayburn WF, and Zuspan FP (eds). Drug Therapy in Obstetrics and Gynecology, 3rd ed. St. Louis, C.V. Mosby, 1992.

9.  Zuspan FP, Rayburn WF, Fitzgerald JT. The Women's Health and Drug Reference. St. Louis, G W Manning, 1993.

10. Miles P, Rayburn WF, Carey J. Oklahoma Notes: Obstetrics and Gynecology. New York, Springer-Verlag, 1994.

11. Rayburn WF, Carey J. The House Officer Series: Obstetrics and Gynecology, Baltimore, Williams & Wilkins, 1996.

12. Miles P, Rayburn WF, Carey J. Oklahoma Notes: Obstetrics and Gynecology, 3rd ed., New York, Springer-Verlag, 1996.

13. Rayburn WF, Carey JC. Obstetrics and Gynecology, The House Officer Series. Tian Jin Science and Tech Translation and Publishing Corp. Bejing, China, 2001.

14. Carey JC, Rayburn WF. The House Officer Series: Obstetrics and Gynecology, 4th ed., Philadelphia, Lippincott, 2002.

15. Rayburn WF, Schulkin J. Changing Landscape of Academic Women's Health Care in the United States. New York, Springer, 2011.

16. Rayburn WF. The Obstetrician-Gynecologist Workforce in the United States: Facts, Figures, and Implications. Washington DC, ACOG Press, 2011.

17. Klagholz J, Rayburn WF, Strunk A. Mapping the Obstetrician-Gynecologists in the United States. Washington DC, ACOG Press, 2012.

18. Rayburn WF, The Obstetrician Gynecologist Workforce in the United States: Facts, Figures, and Implications, 2nd ed. Washington, DC, ACOG Press, 2017.

19. Rayburn W, Turco M, Davis D, (eds). <u>Continuing Professional Development in Medicine and Health Care. Better Education, Better Patient Outcomes</u>. Philadelphia, Wolters-Kluwer, 2018.

**Symposia Edited**

1. Rayburn WF (ed). <u>Diagnosis and Management of the Malformed Fetus</u>. J Reprod Med 27:549-606, 1982.

2. Rayburn WF (ed). <u>Operative Obstetrics</u>. Clinics in Perinatol, Vol. 10, Number 2, 1983.

3. Rayburn WF (ed). <u>Controversies in Fetal Drug Therapy</u>. Clin in Obstet Gynecol, Vol. 34, Number 2, 1991.

4. Rayburn WF (ed). <u>Recommending Medications during Pregnancy: An Evidence-Based Approach.</u> Clin in Obstet Gynecol, Vol. 45, Number 1, 2002.

5. Bogenshultz M, Rayburn W (eds). <u>Substance Use Disorders and Women's Health</u>. Obstet Gynecol Cl No Am, Vol. 30, Number 3, 2003.

6. Rayburn WF (ed). <u>Update in Fetal Medicine.</u> Clin in Perinatol, Vol. 34, Number 4, 2007.

7. Connery H, Rayburn WF. <u>Substance Abuse during Pregnancy</u>. Obstet Gynecol Cl No Am, Vol. 41, Number 2, 2014.

8. Rayburn WF (ed). <u>Interprofessional Collaboration in Addressing Women's Health Issues</u>. Obstet Gynecol Cl No Am, Vol. 43, Number 1, 2021 (in press)

**Chapters**

1. Rayburn WF. Prenatal Care. In Zuspan F and Quilligan E (eds): Practical Manual of Obstetrical Care. St. Louis, The C.V. Mosby Company, 1981.

2. Rayburn WF. Perinatal Pharmacology. In Zuspan F and Quilligan E (eds): Practical Manual of Obstetrical Care. St. Louis, The C.V. Mosby Company, 1981.

3. Rayburn WF. Over-the-Counter Drug Use and Illicit Drug Use During Pregnancy. In Zuspan F and Quilligan E (eds): Practical Manual of Obstetrical Care. St. Louis, The C.V. Mosby Company, 1981.

4. Rayburn WF. Accidents of Placentation. In Zuspan F and Quilligan E (eds): Practical Manual of Obstetrical Care. St. Louis, The C.V. Mosby Company, 1981.

5. Rayburn WF. Antepartum Fetal Heart Rate Testing. In Zuspan F, Iams J, vanGeigh H, and O'Shaghnessy R (eds): Fetal Heart Rate Monitoring, New York, Marcel Dekker, 1982.

6. Rayburn WF, Anderson B. Principles of Perinatal Pharmacology. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

7.  Gardner D, Rayburn WF. Drugs in Breast Milk. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

8.  Rayburn WF. Mitral Valve Prolapse and Pregnancy. In Elkayam U and Gleicher N (eds): Cardiovascular Problems in Pregnancy. New York, Alan R. Liss, 1982.

9.  Hafner P, Rayburn WF. Over-the-Counter Drugs in Gynecology. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

10. Iams J, Rayburn WF. Drug Effects on the Fetus. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

11. Kryce J, Rayburn WF. Management of Pain during Labor. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

12. Ross J, Rayburn WF, Samuels M. Uterine Stimulants. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

13. DeDonado D, Rand W, Rayburn WF. Drugs to Inhibit Premature Labor. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology.  New York, Appleton-Century-Crofts, 1982.

14. Vorys N, Rayburn WF. Oral Contraceptives. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

15. McNulty RM, Rayburn WF, O'Shaughness R. Drug Therapy for Endocrine Disorders during Pregnancy. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

16. Schad RF, Rayburn WF. Iron Preparations, Vitamins, Antiemetics, and Over-the-Counter Drugs. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology. New York, Appleton-Century-Crofts, 1982.

17. Wolk RA, Rayburn WF. Parenteral Nutrition in Obstetrics and Gynecology. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology, 2nd ed. Norwalk, CT, Appleton-Century-Crofts, 1986.

18. Rayburn WF, Russ JS. Nutrition and Lactation. In Sciarra J (ed): Gynecology and Obstetrics, vol. 2. Phil., Harper & Row, 1987.

19. Stempel LE, Rayburn WF. Anticonvulsant Therapy and Pregnancy. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology, 2nd ed. Norwalk, CT, Appleton-Century-Crofts, 1986.

20. Zuspan FP, Rayburn WF. Drug Abuse during Pregnancy. In Rayburn WF and Zuspan FP (eds): Drug Therapy in Obstetrics and Gynecology, 2nd ed. Norwalk, CT, Appleton-Century-Crofts, 1986.

21. Rayburn WF, Eggert J. Nutrition and Lactation. In Sciarra J (ed): Gynecology and Obstetrics, vol. 2. Phil., Harper & Row, 1987.

22. Rayburn WF. Mitral Valve Prolapse and Pregnancy. In Elkayam U and Gleicher N (eds): Cardiovascular Problems in Pregnancy, 2nd ed. New York, Alan P. Liss, 1988.

23. Rayburn WF, Wolk RA. Enteral and Parenteral Nutrition in Obstetrics. In Charles D (ed): Current Therapy in Obstetrics. New York, Brian Decker, 1988.

24. Rayburn WF. Antepartum Fetal Assessment - Fetal Movement. In Volpe J and Hill, A (eds): Fetal Neurology. New York, Raven Press, 1989.

25. Rayburn WF. Antiemetic Agents for Gestational Nausea. In Petrie R (ed): Perinatal Pharmacology. Oradell, NJ, Medical Economics, 1989.

26. Rayburn WF. Drugs for Use in Obstetrical Emergencies. In Petrie R (ed): Perinatal Pharmacology. Oradell, NJ, Medical Economics, 1989.

27. Rayburn WF. Fetal Movement Charting (Kick Counts) In Quilligan E and Zuspan F (eds): Current Therapy in Obstetrics and Gynecology, 3rd ed. Philadelphia, W.B. Saunders, 1990.

28. Rayburn WF. The Fetus, Placenta, and Newborn Infant. In Smith C and Scott J (eds): Clinical Obstetrics and Gynecology: Pre Test Self-Assessment and Review, 2nd ed. New York, McGraw Hill, 1991.

29. Livesey GT, Rayburn WF. Principles of Perinatal Pharmacology. In Rayburn WF. and Zuspan F (eds): Drug Therapy in Obstetrics and Gynecology, 3rd ed. S Louis, Rayburn WF: CV Mosby Company 1992.

30. Rayburn WF. Over the Counter Drugs and Pregnancy. In Rayburn W and Zuspan F (eds): Drug Therapy in Obstetrics and Gynecology, 3rd ed. St. Louis, C.V. Mosby Company, 1992.

31. Conover EA, Rayburn WF. Incompetent Cervix. In Campbell S and Chervenak F (eds): Ultrasound in Obstetrics and Gynecology. Boston, Little Brown, 1992.

32. Rayburn WF. Drugs for Fetal Therapy. In Rayburn W and Zuspan F (eds): Drug Therapy in Obstetrics and Gynecology, 3rd ed. St. Louis, C.V. Mosby Company, 1992.

33. Rayburn WF, Payne GE. Use of Drugs in Pregnancy and Labour. In Philipp E and Setchell M (eds): Scientific Foundations of Obstetrics and Gynecology, 4th ed. London, Heinemann, 1992.

34. Rayburn WF, Schad RF. Prenatal Vitamins, Nutritional Supplements, and Antiemetics. In Rayburn W and Zuspan F (eds): Drug Therapy in Obstetrics and Gynecology, 3rd ed. St. Louis, C.V. Mosby Company, 1992.

35. Rayburn WF. Medications in Pregnancy. In Knuppel R and Dauphinee J (eds): High Risk Pregnancy: A Team Approach, 2nd ed. Philadelphia, W.B. Saunders, 1992.

36. Rayburn WF. Cervical Ripening Agents and Uterine Stimulants. In Rayburn W and Zuspan F (eds): Drug Therapy in Obstetrics and Gynecology, 3rd ed. St. Louis, C.V. Mosby Company, 1992.

37. Rayburn WF. Chronic Hypertension. In Winn H and Petrie R (eds): Clinical Maternal-Fetal Medicine. Oradell, NJ, Medical Economics, 1993.

38. Rayburn WF, Smith CV. Antepartum Assessment of Fetal Well-Being. In Moore T, Reiter R, Rebar R, Baker V (eds): Gynecology and Obstetrics: An Integrated Approach. New York, Churchill Livingstone, 1993.

39. Rayburn WF, Atkinson BD. Fetal Movement Monitoring. In Quilligan E and Zuspan F (eds): Current Therapy in Obstetrics and Gynecology, 4th ed. Philadelphia, W.B Saunders, 1994, pp 353-5.

40. Rayburn WF. Prostaglandin E2 for Cervical Ripening and Induction of Labor. In Quilligan E and Zuspan F (eds): Current Therapy in Obstetrics and Gynecology, 4th ed. Philadelphia, W. B. Saunders, 1994, pp 287-90.

41. Eggert J, Rayburn WF. Nutrition and Lactation. In Sciarra J (ed): Gynecology and Obstetrics, Vol. 3. Philadelphia, Harper & Row, 1994.

42. Rayburn WF. Cervical Ripening. In Hankins GD, Clark SL, Cunningham FG, Gilstrap L. (eds) Operative Obstetrics, Norwalk, CT, Appleton & Lange, 1995.

43. Rayburn WF. Induction of Labor: Indications and Techniques. In Repke J (ed) Intrapartum Obstetrics, New York, Churchill Livingstone, 1995.

44. Rayburn WF. Transplacental Drug Therapy. In Fiske N and Moise K (ed) Fetal Drug Therapy: Invasive and Transplacental, Cambridge Univ, 1997.

45. Rayburn WF. Drogas en El Emaraco: Feto a la Madre y El Feto. In Clinicas Perinatological Argentinas, 1998.

46. Rayburn WF, Atkinson BD. Fetal Movement Charting. In Quilligan E. and Zuspan F (eds.): Current Therapy in Obstetrics and Gynecology, 5th ed., Philadelphia, W.B. Saunders, 1999.

47. Larson J, Rayburn WF. Hyperemesis Gravidarum. In Quilligan E. and Zuspan F (eds.): Current Therapy in Obstetrics and Gynecology, 5th ed., Philadelphia, W.B. Saunders, 1999.

48. Rayburn WF. Prostaglandin E2 for Cervical Ripening. In Quilligan E. and Zuspan F (eds.): Current Therapy in Obstetrics and Gynecology, 5th ed., Philadelphia, W.B. Saunders, 1999.

49. Rayburn WF. Mitral Valve Prolapse and Pregnancy. In Elkayam U and Gleicher N (eds): Cardiac Problems in Pregnancy, 3rd ed. New York, Alan P. Liss, 1999.

50. Medford E, Rayburn WF. Anovulation. In emedicine World Medical Library, Journal of Ob/Gyn.emedicine.com, 2001.

51. Rayburn WF. Cervical Ripening and Induction of Labor. In Gilstrap L, Cunningham FG, van Dorsten JP (eds.) Operative Obstetrics, 2nd ed.  New York, McGraw-Hill, 2002.

52. Rayburn WF. Alcohol and Substance Abuse. In Queenan J, Spong C, Lockwood C (eds): Management of High Risk Pregnancy, 5th ed. New York, Blackwell Science, 2006.

53. Rayburn WF. Uso de Medicamentos Durante el Embarazo. In Jijon A, Sacoto M, Cordova L (eds.): Alfa Riesgo Obstetrico, Ecuqoffset Cia. Ltda. 2006.

54. Rayburn BB, Rayburn WF. Beer Consumption during Pregnancy. In Preedy VR, Watson RR (eds): Beer in Health and Disease Prevention. London, Elsevier, 2009.

55. Melvin C, Rayburn WF. Substance Use. In Precis: Primary and Preventive Care, Washington, DC, Am Coll Obstet Gynecol, 4th ed., 2009.

56. Albright BB, Rayburn WF. Educating Medical Students about Pregnant Women with Drug Addiction Disorders. In Albertson ML (ed): Developments in Higher Education. Hauppauge NY, Nova Science, 2009.

57. Rayburn WF, Plante L. Chronic Hypertension and Acute Hypertensive Crisis. In Winn HN, Chervenak FA, Romero R (eds.): Clinical Maternal-Fetal Medicine, 2nd ed. London, Informa Healthcare, 2011.

58. Rayburn WF. Alcohol and Substance Abuse. In Queenan J, Spong C, Lockwood C (eds): Management of High Risk Pregnancy, 6th ed. New York, Blackwell Science, 2012.

59. Rayburn WF. Trends in Faculty Salaries. In Rayburn WF and Schulkin J (ed.): Changing Landscape in Academic Women's Health Care. New York, Springer, 2012.

60. Rayburn WF, Schulkin J. Preparing for Tomorrow's Needs in Academic Medicine.   In Rayburn WF and Schulkin J (ed.): Changing Landscape in Academic Women's Health Care. New York, Springer, 2012.

61. Rayburn WF, Brown SA. Envenomations and Antivenoms during Pregnancy. In Matteson D: Clinical Pharmacology in Obstetrics. London, Academic Press, 2013.

62. Davis D, Rayburn W. Integrating Professional Development with Health System Change. In Rayburn W, Turco M, Davis D (eds): Continuing Professional Development in Medicine and

Health Care: Better Education, Better Patient Outcomes. Philadelphia, Wolters Kluwer, 2017

63. Morley S, Rayburn W. Accessing Information Resources at the Point of Care. In Rayburn W, Turco M, Davis D, (eds): Continuing Professional Development in Medicine and Health Care: Better Education, Better Patient Outcomes. Philadelphia, Wolters Kluwer, 2017.

64. Ramirez M, Rayburn W. Envenomations and Antivenoms during Pregnancy. In Matteson D : Clinical Pharmacology in Obstetrics. London, Academic Press, (in press, 2020).

**Monographs, Non-Peer-Reviewed Publications, Commentaries**

1. Ohio Medical Education Network, The Ohio State University College of Medicine (1979 1981)
   a. "Drug Effects on the Fetus"
   b. "Hypertension and Pregnancy"
   c. "Antenatal Fetal Surveillance Testing"

2. "Guidelines for Obstetric Care: Protocols at Woman's Hospital," Michigan Update Press, The University of Michigan Medical School (1983), 207 pp.

3. Media Library, The University of Michigan Medical Campus, Michigan Perinatal Project, Slides and Tape Programs (1982-1984):
   a. "The Postdate Pregnancy"
   b. "Multifetal Pregnancy"
   c. "Hypertension During Pregnancy"
   d. "Premature Labor: Diagnosis and Predisposing Conditions"
   e. "Premature Labor: Management"
   f. "Drugs and Pregnancy"
   g. "Premature Rupture of Membranes"

4. "Core Syllabus:  Essentials in Clinical Obstetrics" (Second-Year and Third-Year Medical Student Clerkship), University of Nebraska College of Medicine (1986 1988), 128 pp.

5. University of Nebraska Medical Center Teleconference Network, Slide and Tape Programs (1985 1990):

   a. "New Strategies in Fetal Biophysical Assessment"

   b. "Hypertension and Pregnancy"

   c. "Drugs during Pregnancy: Are Any Really Safe?"

   d. "The Postdate Pregnancy"

   e. "Premature Labor and Delivery: Its Identification and Prevention"

6. American College of Obstetricians Gynecologists, "Update" audio cassette (1990)

a. "Patient Controlled Analgesia in Obstetrics and Gynecology," participant

b. "Cervical Ripening and Induction of Labor," moderator

7. Quick Reference for Drug Therapy in Obstetrics and Gynecology"The C.V. Mosby Company (1992), 63 pp.

8. "Cervical Ripening: Advances in the Pre-Induction of Labor"
   The University of Texas Telecommunications Network (1993)
   The South Dakota Medical Information Exchange (1993)
   Medical College of Virginia Teleconference Network (1994)
   Virginia Healthcare Teleconference Network (1996)

9. "Managed Care Program for Obstetrics and Immediate Newborn Care: A Template for Change." The University of Oklahoma (1994), 59 pp.

10. "Prostaglandins for Pre-Induction: Cervical Ripening," A monograph for Drug Therapy Medical Economics, Oradell NJ (1996), 14 pp.

11. Clinical Perspectives, Journal of Reproductive Medicine

   a. "Diabetes Mellitus: New definitions and categories from the American Diabetes Association," J Reprod Med 1997;42:585-6

   b. "Prevention of Bacterial Endocarditis:  New Guidelines from the American Heart Association," J Reprod Med 1998;43:98-9

   c. "Prevention, Detection, Evaluation, and Treatment of High Blood Pressure fromthe Sixth Report of the Joint National Committee," J Reprod Med 1998;45:444-50

   d. "Sexually Transmitted Diseases: 1998 guidelines for Treatment from theCenters for Disease Control," J Reprod Med 1998 43:471-6

12. Ob/Gyn Special Edition, Am Col Obstet Gynecol Annual Meeting
    a. "Cervical Ripening and Labor Induction" (Ob/Gyn, Spring 1999, pp. 31-6).
    b. "Cervical Ripening and Labor Induction" (Ob/Gyn, Spring, 2003, pp. 37-42).

13. Hypericum (St. John's Wort) in Briggs G, Freeman R, Yaffe S (eds.) Update Drugs in Pregnancy and Lactation Vol. 12, No. 3, Sept 1999.

14. "Gestational Hypertension: Implications for Preeclampsia" (Sibai B, Repke J, Rayburn WF, Ravin C) The Female Patient, Vol 25, November 2000.

15. "Which Medications Are Safe in Pregnancy?" Patient Care (December 30, 2000).

16. International Correspondence Society of Obstetricians and Gynecologists
    a. "Recommended Laboratory Tests During the Prenatal Period." Vol. 27, No. 2, February 1986.
    b. "Unexplained Fetal Demise and Post-Partum Hemorrhage – Advice for Future Pregnancies." Vol. 28, No. 12, December 1987.

c. "Role of Intranasal Oxytocin for Augmentation of Labor." Vol. 30, No. 8, August 1989.

d. "Use of Intramuscular Iron in Pregnant Patients." Vol. 31, No. 7 July 1990.

e. "Fluoride Tablet Supplementation During Pregnancy." Vol. 32, No. 1, January 1991.

f. "Use of Hormonal Contraceptives in Patients with Seizure Disorders." Vol. 34, No. 7, July 1993.

g. "Varicella Vaccination: Could It Have an Effect During Subsequent Pregnancy?" Vol. 39, No. 10, October 1998.

h. "Isolated Oligohydramnios" Vol. 41, No. 12, December 2000

17. "Effects of Pregnancy on Drug Action: Principles of Prescribing". Contemp Clin Gynecol Obstet 2001; 1:83-94.

18. "Pre-induction Cervical Ripening: An Evidence-Based Approach." OBG Management, November 2001, pp 66-76.

19. "Communicating Risks during Pregnancy; a Workshop on the Use of Data from Annual Developmental Toxicity Studies in Pregnancy Labels for Drugs."  Birth Defects Research, Part B (in press).

20. "Prolonged Gestation – What to Do and Why," ACOG Update 2004, 30(6):1-11.

21. "What you need to know about medication safety in pregnancy"; OBG Management 2007 Nov; 19(11):66-82.

22. Preface, Clinics in Perinatology "Update in Fetal Medicine," Clin Perinatol 2007; 34(4): xi-xii.

23. "An evolving specialty confronts workforce changes," Contemp ObGyn 2011 July; 44-50.

24. "Are fewer nongregnant women seeing ObGyns?" OBG Management 2017; 29: 52-3.

25. "Mapping the field of adult and continuing education," J Contin Educ Health Prof 2018; (in press)

**Forewords (Editor, Obstetrics and Gynecology Clinics of North America)**

1. "Cancer Complicating Pregnancy", Obstet Gynecol Cl No Am 2005; 32(4): x-xiii.

2. "New Therapies for Uterine Myomas", Obstet Gynecol Cl No Am 2006; 33(1):  x-xi.

3. "Teaching and Evaluating Surgical and Ultrasound Skills", Obstet Gynecol Cl No Am 2006; 33(2):x-xi.

4. "Thrombophilia and Women's Health", Obstet and Gynecol Cl No Am 2006:33(3): xi-    xii.

5. "Sexual Dysfunction", Obstet Gynecol Cl No Am 2006; 33(4): xi-xii.

6. "Contraception", Obstet Gynecol Cl No Am 2007; 34(1): xiii-xiv.

7. "Diabetes in Pregnancy", Obstet Gynecol Cl No Am 2007; 34(2): xiii-xiv.

8. "Obstetric and Gynecologic Emergencies", Obstet Gynecol Cl No Am 2007; 34(3): xvii-xviii.

9. "Preventing Malignancies of the Reproductive Tract", Obstet Gynecol Cl No Am 2007; 34(4): xiii-xiv.

10. "Patient Safety in Obstetrics and Gynecology: Improving Outcomes, Reducing Risks", Obstet Gynecol Cl No Am 2008; 35(1): xiii-xiv.

11. "Office Gynecology", Obstet Gynecol Cl No Am 2008; 35(2): xiii-xiv.

12. "Office Obstetrics", Obstet Gynecol Cl No Am 2008; 35(3): xi-xii.

13. "Colposcopy, Cervical Screening, and HPV", Obstet Gynecol Cl No Am 2008;35(4): xiii-xiv.

14. "Pediatric and Adolescent Gynecology", Obstet Gynecol Cl No Am 2009; 36(1): xiii-xiv.

15. "Women and Obesity", Obstet Gynecol Cl No Am 2009; 36(2): xiii-xiv.

16. "Female Pelvic Medicine and Reconstructive Surgery," Obstet Gynecol Cl No    Am 2009; 36(3): xv-xvi.

17. "Challenging Issues in Women's Health Care," Obstet Gynecol Cl No Am 2009; 36(4): xv-xvi.

18. "Genetic Screening and Counseling," Obstet Gynecol Cl No Am 2010; 37(1): xiii-xiv.

19. "Update on Medical Disorders in Pregnancy," Obstet Gynecol Cl No Am 2010; 37(2): xv-xvi.

20. "Prevention and Management of Complications from Gynecologic Surgery," Obstet Gynecol Cl No Am 2010; 37(3): xi-xii.

21. "Cosmetic Procedures in Gynecology," Obstet Gynecol Cl No Am 2010; 37(4): xi-xii.

22. "Diagnostic Imaging in Women's Health," Obstet Gynecol Cl No Am 2011; 38(1): xi-xii.

23. "Practical Approaches to Controversies in Obstetric Care," Obstet Gynecol Cl No Am 2011; 38(2): xv.

24. "Perimenopause," Obstet Gynecol Cl No Am 2011; 38(3): xv-xvi.

25. "Advances in the Knowledge and Technical Skills in Laparoscopy and Minimally Invasive Surgery," Obstet Gynecol Cl No Am 2011; 38(4): xi-xii.

26. "Management of Preterm Birth: Best Practices in Prediction, Prevention, and Treatment," Obstet Gynecol Cl No Am 2012; 39(1): xi-xii.

27. "Updates of Gynecologic Oncology," Obstet Gynecol Cl No Am 2012; 39(2): xiii.

28. "Collaborative Practice in Obstetrics and Gynecology," Obstet Gynecol Cl No Am 2012; 39(3): xvii-xviii.

29. "Medical and Surgical Management of Common Fertility Issues," Obstet Gynecol Cl No Am 2012; 39(4): xi-xii.

30. "Obstetric Emergencies," Obstet Gynecol Cl No Am 2013; 40(1): ix.

31. "HPV, Colposcopy, and Prevention of Squamous Anogenital Tract Malignancy," Obstet Gynecol Cl No Am 2013; 40(2): xiii-xiv.

32. "Breast Disorders," Obstet Gynecol Cl No Am 2013; 40(3): ix-x.

33. "Procedures in the Office Setting," Obstet Gynecol Cl No Am 2013; 40(4): ix-x.

34. "Recurrent First Trimester Pregnancy Loss," Obstet Gynecol Cl No Am 2014; 41(1): xi-xii.

35. "Substance Abuse during Pregnancy," Obstet Gynecol Cl No Am 2014; 41(2): ix-x.

36. "Pelvic Pain in Women," Obstet Gynecol Cl No Am 2014; 41(3):x-xi.

37. "Infectious Diseases in Pregnancy," Obstet Gynecol Cl No Am 2014; 41(4): ix.

38. "At Risk Pregnancies," Obstet Gynecol Cl No Am 2015; 42(1): xi-xii.

39. "Contraception: A Gateway to the Obstetrician-Gynecologist's Office," Obstet Gynecol No Am 2015; 42(2): ix-x.

40. "The Ob-Gyn Hospitalist: An Expanding Area of Practice Deserving Our Attention," Obstet Gynecol Cl No Am 2015; 42(3): viii-ix.

41. "Primary Care in Obstetrics and Gynecology," Obstet Gynecol Cl No Am 2015; 42 (4): vii-viii.

42. "Keeping Informed about Management Options for Pelvic Floor Disorders," Obstet Gynecol Cl No Am 2016; 43 (1): xi-xii.

43. "Are Obstetrician-Gynecologists Primary Care Physicians?" Obstet Gynecol Cl No Am 2016; 43 (2): vii-viii.

44. "Fewer Hysterectomies and So Many Alternatives," Obstet Gynecol Cl No Am 2016; 43 (3): ix-x.

45. "An End to Happiness…Attention to the Critically Ill Parturient," Obstet Gynecol Cl No Am 2016; 43 (4): viii-ix.

46. "Reducing Barriers to Invest in Improved Health Care," Obstet Gynecol Cl No Am 2017; 44 (1): xi-xii.

47. "Lifelong Learning Requires Maintenance of Knowledge," Obstet Gynecol Cl No Am 2017; 44(2): vii-viii.

48. "Differentiating between Normal, Benign, and More Serious Vulvar Conditions," Obstet Gynecol Cl No Am 2017; 44(3): viii-ix.

49. "Addressing Common Management Dilemmas in Labor and Delivery," Obstet Gynecol Cl No Am 2017; 44(4): viii-ix.

50. "Update on Reproductive Genetics: What an Obstetrician-Gynecologist Needs to Know," Obstet Gynecol Cl No Am 2018; 45(1): vi-viii.

51. "Pregnancy: An Opportune Time to Evaluate and Treat for Mental Health Disorders," Obstet Gynecol Cl No Am 2018; 45(2): v-vi.

52. "Team-Based Care of Pregnant Women with Challenginng Medical Disorders," Obstet Gynecol Cl No Am 2018; 45(3): xii-xiii.

53. "A More Complete Picture of Reproductive Aging and Menopause Transition," Obstet Gynecol Cl No Am 2018; 45(4): iv-v.

54. "Gynecologic Malignancies: Update on Nonsurgical and Surgical Management," Obstet Gynecol Cl No Am 2019; 46(1): v-vi.

55. "Patient Safety: Action Learning for Improving, Not Just Informing," Obstet Gynecol Cl No Am 2019; 46 (2): iv-v.

56. "Women's Health Begins with Preventive Care." Obstet Gynecol Cl No Am 2019; 46(3): iv-v.

57. "A Practical Guide to Gynecologic Ultrasonography." Obstet Gynecol Cl No Am 2019; 46 (4): viii-ix.

58. "The Placenta: Its Importance from Womb to Tomb." Obstet Gynecol Cl No Am 2020; 47 (1): xiii-xiv.

59. "The Role of Telemedicine in Improving Women's Healthcare." Obstet Gynecol Cl No Am 2020; 47 (2): v-vi.

60. "The Postpartum Visit: An Opportune Time for Reflection and Looking Ahead." Obstet Gynecol Cl No Am 2020; 47 (3): vi-vii.

61. "Preterm Premature Rupture of Membranes: The Most Common Factor for Preterm Birth," Obstet Gynecol Cl No Am 2020; 47 (4): iii-iv.

62. "Interprofessional Collaboration for Womens' Health Issues," Obstet Gynecol Cl No Am 2021; 48 (1): xiii-xiv.