# EXHIBIT 9

**EDITORIAL**

# Methadone and Ketamine: Boosting Benefits and Still More to Learn

Evan D. Kharasch, M.D., Ph.D., J. David Clark, M.D., Ph.D.

Methadone is a utilitarian opioid with multiple applications in anesthesiology, acute pain, cancer pain, sickle cell disease, and opioid use disorder, in both adults and children. Although methadone was only modestly popular after initial introduction to anesthesia practice in the early 1980s,[1] subsequent "reintroduction" more than 20 yr later[2] spurred growing use in the ensuing decade.[3] Multiple clinical studies have demonstrated the clinical benefits and therapeutic advantages of perioperative long-duration methadone compared with shorter-duration opioids, for both inpatient and outpatient surgery. Patients receiving a single intraoperative dose of methadone, compared with shorter-duration opioids, report less pain, use less opioid, and have greater satisfaction with pain relief. Moreover, these advantages seem to persist for weeks or months after surgery.[4,5] Indeed, methadone is aptly described as an "opioid-sparing opioid."

Compared with other opioids, less is known about methadone in the context of perioperative drug combinations. In this issue of ANESTHESIOLOGY, Murphy *et al.*[6] report a clinical trial that compared the combination of methadone plus ketamine to methadone alone in patients undergoing elective spine surgery. One hundred thirty patients undergoing mainly single-level lumbar fusion received intraoperative methadone (0.2 mg/kg ideal body weight) and either placebo or ketamine (0.3 mg · kg$^{-1}$ · h$^{-1}$ intraoperatively, then 0.1 mg · kg$^{-1}$ · h$^{-1}$ for the next 48 h), along with sevoflurane, propofol, and remifentanil. The primary outcome was intravenous hydromorphone use on postoperative day 1, and the hypothesis was that adding ketamine to methadone would result in less hydromorphone use. Secondary outcomes included pain scores, cumulative intravenous and oral opioid requirements, and patient satisfaction with pain management for the first 3 postoperative days.



"Ketamine appears to have 'boosted' the effects of methadone…"

The results were unambiguous and clinically meaningful. Median postoperative intravenous hydromorphone use was statistically less on day 1 after methadone/ketamine *versus* methadone alone (2.0 *vs.* 4.6 mg) and cumulatively over 72 h (2.7 *vs.* 5.8 mg). Postoperative oral opioid use after methadone/ketamine was also half that after methadone alone (11 *vs.* 20 tablets). Bolstering the significance of the differences in opioid requirements, pain scores at rest, with coughing, and with movement were significantly one-third lower (3 to 4 *vs.* 5 to 6) in the methadone/ketamine group at nearly every assessment time over 72 h. Adverse events (sedation, nausea, vomiting, dizziness, hallucinations, hypoxia, hypoventilation) were not different between groups. Thus, the addition of ketamine to methadone was highly effective, resulting in half the opioid use and one-third less pain compared with methadone alone.

The magnitude of these effects was unusually large, clinically relevant, and thought-provoking. Ketamine appears to have "boosted" the effects of methadone in a manner analogous to the "boosting" of antiretrovirals by coadministering low doses of ritonavir—a protease inhibitor with only modest effects when used alone.

The study by Murphy *et al.*[6] is remarkable for several reasons. First, it actually evaluated a simple, practical, multimodal anesthetic regimen with a design enabling the testing of a specific hypothesis, rather than testing a complex "bundle," which may inform on the aggregate but not the value of specific components. Multimodal analgesia is a contemporary centerpiece of the perioperative protocol banquet, and such protocols are widely espoused and often

Image: J. P. Rathmell.

This editorial accompanies the article on p. 697.

Accepted for publication February 17, 2021. Published online first on March 19, 2021. From the Department of Anesthesiology, Duke University School of Medicine, Durham, North Carolina (E.D.K.); the Anesthesiology Service, Veterans Affairs Palo Alto Health Care System, Palo Alto, California (J.D.C.); and the Department of Anesthesiology, Stanford University School of Medicine, Stanford, California (J.D.C.).

Copyright © 2021, the American Society of Anesthesiologists, Inc. All Rights Reserved. Anesthesiology 2021; 134:676–9. DOI: 10.1097/ALN.0000000000003752

Copyright © 2021, the American Society of Anesthesiologists, Inc. Unauthorized reproduction of this article is prohibited.

Downloaded from http://pubs.asahq.org/anesthesiology/article-pdf/doi/10.1097/ALN.0000000000003752/504518/aln.0000000000003752.pdf by Jonathan Slonin on 12 April 2021

enthusiastically embraced. While perhaps sometimes beneficial, they are also insufficiently tested and are unfortunately often found less effective than believed or desired when they are finally formally evaluated.[7] Moreover, in addition to opioid consumption, the methadone–ketamine trial evaluated the important and patient-centric outcomes: pain and unwanted side effects. There has been a switch from trials emphasizing pain relief as a primary outcome, to quantifying opioid consumption as a goal unto itself as a primary or even sole outcome. This may reflect the ease, low expense, and objectivity of obtaining drug administration data (retrospective review of electronic medical records rather than hiring research staff to query patients about pain) or misattribution of the nation's opioid crisis to immediate postoperative opioid prescribing. Nevertheless, opioid sparing by itself is not likely meaningful to patients unless accompanied by improved patient-centric outcomes like better pain relief or the sparing of undesirable opioid-related side effects. Furthermore, the investigation by Murphy et al.[6] was well designed and meticulously conducted and reported—all at a private hospital. The point is that high-quality clinical research is not the exclusive province of tertiary care academic institutions—a message that we hope will be widely heard and heeded.

Second, the magnitude of the effect of adding ketamine to an opioid was substantially greater than commonly reported. Much enthusiasm attends to ketamine use, although enthusiasm may exceed reported benefits.[8] A review of the initial decades of ketamine use for postoperative pain across a range of surgical procedures found mixed evidence for and against better analgesia and opioid sparing,[9] a finding recapitulated a decade later.[10] The most recent comprehensive review,[11] encompassing 130 studies of various surgical procedures with more than 8,300 patients, evaluating ketamine given before, during, or after surgery (predominantly 0.12 to 0.3 mg · kg$^{-1}$ · h$^{-1}$) found that compared with placebo, postoperative opioid use over 48 h was less (median 54 vs. 67 mg), and pain at rest or with movement after 24 and 48 h was less (6 mm with movement on a 100-mm scale; median, 31 vs. 37 mm). Nevertheless, the 20% less opioid use and the 15 to 20% less pain were statistically significant but considered below the clinically important difference of 30%.[11] Evaluations focusing specifically on spine surgery found similarly marginal results. Ketamine addition had minimal or no effect on morphine use, pain, or opioid side effects after pediatric scioliosis surgery.[12,13] A meta-analysis found overall benefit but mixed evidence for better analgesia and opioid sparing with ketamine addition.[14] Interestingly, the one study (a statistical outlier) that showed the greatest benefit, and influenced the overall result, was with methadone. Most recently, a trial of intraoperative S-ketamine (0.5 mg/kg bolus plus 0.12 or 0.6 mg · kg$^{-1}$ · h$^{-1}$ infusion) versus placebo in spine surgery found no difference in the primary outcome of cumulative 48-h opioid consumption or in time-weighted average pain or pain after 3 and 24 months but greater sedation in the postanesthesia care unit.[11,15] Thus, the magnitude of the differences in opioid use and pain when combining ketamine with methadone, compared with methadone alone,[6] was far greater than when combining ketamine with other opioids. This contrast is remarkable.

The third notable aspect of the report by Murphy et al.[6] is, simply, the question of why, or how, did this happen? What is so different compared with the corpus of decades of previous ketamine studies? The most obvious answer is methadone. The results reported herein echo those of a previous small study in multilevel lumbar spine surgery using intraoperative methadone and methadone patient-controlled analgesia, plus either placebo or intraoperative ketamine infusion and ketamine added to patient-controlled analgesia.[16] Patients receiving ketamine used 79% less cumulative 48 h postoperative opioid, a very large treatment effect. What then is different about ketamine plus methadone compared with other opioids?

One simple explanation is the substantially slower elimination of methadone compared with other opioids, so that the additive or synergistic interaction lasts longer. However, most studies freely allow postoperative opioids, so that explanation seems unlikely. Another possible explanation is the pharmacologic difference between methadone and other opioids. Methadone is a μ-opioid receptor agonist and an N-methyl-D-asparate (NMDA) receptor antagonist, whereas most other opioids are essentially pure μ agonists. Some postulate that NMDA effects may contribute to the unique clinical properties of methadone. Nonetheless, clinical methadone concentrations after 0.2 mg/kg (less than 0.2 μM) are much lower than the $IC_{50}$ or $K_i$ of methadone for the NMDA receptor (3 to 10 μM).[17] Moreover, methadone analgesia is stereoselective, but NMDA receptor binding is not.[18] Thus, the unique methadone–ketamine interaction may not work through the NMDA receptor effects of methadone. Methadone also interacts with norepinephrine and serotonin reuptake systems at concentrations more closely resembling those achieved clinically.[19] Whether this mediates the methadone–ketamine interaction is unknown.

Ketamine is a noncompetitive NMDA receptor antagonist, and analgesia at subanesthetic concentrations is attributed to NMDA antagonism in the brain and spinal cord. Based on ketamine pharmacokinetics,[20] the bolus and infusion regimen used by Murphy et al.[6] would achieve plasma concentrations of approximately 0.4 μM, which is in the range of the $IC_{50}$ or $K_i$ for the NMDA receptor (0.2 to 1 μM),[21] and known analgesic concentrations (0.4 to 0.7 μM).[22] Perhaps the NMDA-specific effects of ketamine and methadone might be additive, but this appears unlikely based on the above calculations.

Another potential explanation is that analgesia from methadone alone was simply insufficient and was augmented by postoperative ketamine. This parsimonious explanation is certainly possible because the methadone

Downloaded from http://pubs.asahq.org/anesthesiology/article-pdf/doi/10.1097/ALN.0000000000003752/504518/aln.0000000000003752.pdf by Jonathan Slonin on 12 April 2021

Copyright © 2021, the American Society of Anesthesiologists, Inc. Unauthorized reproduction of this article is prohibited.

dose (0.2 mg/mg) was comparatively low (20 mg is a more conventional dose, particularly for spine surgery), as was evidenced by the need for additional intraoperative opioid (fentanyl, remifentanil, and hydromorphone). The influence of ketamine addition to a higher methadone dose, or perhaps the effect of a higher methadone dose alone, awaits exploration.

Another possibility explaining the ketamine–methadone advantage is the specific patient population and type of pain. Ketamine and methadone are believed to be more effective than other opioids for neuropathic pain, even if the clinical data are presently not compelling.[23,24] Neuropathic contributions to postoperative pain are poorly understood, although more than 13% of postoperative patients having a mix of surgeries had pain of a neuropathic nature,[25] and the incidence of preexisting neuropathic pain was nearly 50% in spine surgery patients.[26] The high prevalence of chronic postoperative neuropathic pain suggests that surgical nerve damage is common and may also contribute to immediate postoperative pain.[27] Interestingly, the ketamine–methadone combination appears synergistic in animal models of neuropathic pain and that synergy is greater than with other opioids.[28]

A separate process potentially explaining the effects of ketamine plus methadone for spinal surgery relates to preoperative opioid consumption and intraoperative remifentanil infusions. Patients in the trial by Murphy *et al.*[6] received approximately 3 mg of remifentanil. Intraoperative remifentanil in large doses is linked to increased postoperative pain and opioid requirements.[29] Remifentanil-induced hyperalgesia can be lessened by a simultaneous ketamine infusion.[30] Moreover, opioid-induced hyperalgesia is measurable in patients taking opioids for chronic pain,[31] and half of the patients in the methadone–ketamine study were taking preoperative opioids.[6] Thus, ketamine may have exerted part of its effects not by directly providing analgesia but indirectly by mitigating opioid (intraoperative remifentanil or chronic preoperative)–induced sensitization. Interestingly, methadone too may resolve opioid-induced hyperalgesia and reduce opioid requirements.[32] Thus, like ketamine, methadone could enhance postoperative pain control in part by reducing opioid-induced hyperalgesia, an effect not likely provided by other opioids.

What then have we learned? This was not just another ketamine-opioid trial. Spine surgery patients receiving ketamine plus 0.2 mg/kg methadone had less pain and used less opioid than those receiving 0.2 mg/kg methadone alone, an effect different than when combining ketamine with other opioids. Such methadone "boosting" with ketamine may be clinically useful, and we are also left with more questions than before. Are the effects pharmacokinetic, pharmacodynamic, direct (methadone analgesia), indirect (less opioid hyperalgesia), methadone dose-related, specific to spine surgery, or other? All are good and important questions to explore and answer.

### Research Support

Supported by grant No. R01 DA042985 from the National Institutes of Health, Bethesda, Maryland (to Dr. Kharasch) and grant No. I01 BX000881 from the Department of Veterans Affairs, Washington, D.C. (to Dr. Clark).

### Competing Interests

Dr. Clark has a consulting agreement with Teikoku Pharma USA (San Jose, California). Dr. Kharasch declares no competing interests.

### Correspondence

Address correspondence to Dr. Kharasch: evan.kharasch@duke.edu

### References

1. Gourlay GK, Wilson PR, Glynn CJ: Pharmacodynamics and pharmacokinetics of methadone during the perioperative period. Anesthesiology 1982; 57:458–67
2. Kharasch ED: Intraoperative methadone: Rediscovery, reappraisal, and reinvigoration? Anesth Analg 2011; 112:13–6
3. Murphy GS, Szokol JW: Intraoperative methadone in surgical patients: A review of clinical investigations. Anesthesiology 2019; 131:678–92
4. Komen H, Brunt LM, Deych E, Blood J, Kharasch ED: Intraoperative methadone in same-day ambulatory surgery: A randomized, double-blinded, dose-finding pilot study. Anesth Analg 2019; 128:802–10
5. Murphy GS, Avram MJ, Greenberg SB, Shear TD, Deshur MA, Dickerson D, Bilimoria S, Benson J, Maher CE, Trenk GJ, Teister KJ, Szokol JW: Postoperative pain and analgesic requirements in the first year after intraoperative methadone for complex spine and cardiac surgery. Anesthesiology 2020; 132:330–42
6. Murphy GS, Avram MJ, Greenberg SB, Benson J, Bilimoria S, Maher CE, Teister K, Szokol JW: Perioperative methadone and ketamine for postoperative pain control in spinal surgical patients: A randomized, double-blind, placebo-controlled trial. Anesthesiology 2021; 134:697–708
7. Memtsoudis SG, Poeran J, Kehlet H: Enhanced recovery after surgery in the United States: From evidence-based practice to uncertain science? JAMA 2019; 321:1049–50
8. Schwenk ES, Viscusi ER, Buvanendran A, Hurley RW, Wasan AD, Narouze S, Bhatia A, Davis FN, Hooten WM, Cohen SP: Consensus guidelines on the use of intravenous ketamine infusions for acute pain management from the American Society of Regional Anesthesia and Pain Medicine, the American Academy of Pain Medicine, and the American Society of

Copyright © 2021, the American Society of Anesthesiologists, Inc. Unauthorized reproduction of this article is prohibited.

Downloaded from http://pubs.asahq.org/anesthesiology/article-pdf/doi/10.1097/ALN.0000000000003752/504518/aln.0000000000003752.pdf by Jonathan Slonin on 12 April 2021

Anesthesiologists. Reg Anesth Pain Med 2018; 43:456–66
9. Schmid RL, Sandler AN, Katz J: Use and efficacy of low-dose ketamine in the management of acute postoperative pain: A review of current techniques and outcomes. Pain 1999; 82:111–25
10. Carstensen M, Møller AM: Adding ketamine to morphine for intravenous patient-controlled analgesia for acute postoperative pain: A qualitative review of randomized trials. Br J Anaesth 2010; 104:401–6
11. Brinck EC, Tiippana E, Heesen M, Bell RF, Straube S, Moore RA, Kontinen V: Perioperative intravenous ketamine for acute postoperative pain in adults. Cochrane Database Syst Rev 2018; 12:CD012033
12. Minoshima R, Kosugi S, Nishimura D, Ihara N, Seki H, Yamada T, Watanabe K, Katori N, Hashiguchi S, Morisaki H: Intra- and postoperative low-dose ketamine for adolescent idiopathic scoliosis surgery: A randomized controlled trial. Acta Anaesthesiol Scand 2015; 59:1260–8
13. Perelló M, Artés D, Pascuets C, Esteban E, Ey Batlle AM: Prolonged perioperative low-dose ketamine does not improve short and long-term outcomes after pediatric idiopathic scoliosis surgery. Spine (Phila Pa 1976) 2017; 42:E304–12
14. Riddell JM, Trummel JM, Onakpoya IJ: Low-dose ketamine in painful orthopaedic surgery: A systematic review and meta-analysis. Br J Anaesth 2019; 123:325–34
15. Bhatia A, Orhurhu V, Cohen SP: Intraoperative ketamine for the opioid-naïve patients: Move along folks, nothing to see here? Anesth Analg 2021; 132:65–8
16. Pacreu S, Fernández Candil J, Moltó L, Carazo J, Fernández Galinski S: The perioperative combination of methadone and ketamine reduces post-operative opioid usage compared with methadone alone. Acta Anaesthesiol Scand 2012; 56:1250–6
17. Gorman AL, Elliott KJ, Inturrisi CE: The d- and l-isomers of methadone bind to the non-competitive site on the N-methyl-d-aspartate (NMDA) receptor in rat forebrain and spinal cord. Neurosci Lett 1997; 223:5–8
18. Matsui A, Williams JT: Activation of μ-opioid receptors and block of Kir3 potassium channels and NMDA receptor conductance by l- and d-methadone in rat locus coeruleus. Br J Pharmacol 2010; 161:1403–13
19. Codd EE, Shank RP, Schupsky JJ, Raffa RB: Serotonin and norepinephrine uptake inhibiting activity of centrally acting analgesics: Structural determinants and role in antinociception. J Pharmacol Exp Ther 1995; 274:1263–70
20. Kamp J, Olofsen E, Henthorn TK, van Velzen M, Niesters M, Dahan A; Ketamine Pharmacokinetic Study Group: Ketamine pharmacokinetics. Anesthesiology 2020; 133:1192–213
21. Parsons CG, Quack G, Bresink I, Baran L, Przegalinski E, Kostowski W, Krzascik P, Hartmann S, Danysz W: Comparison of the potency, kinetics and voltage-dependency of a series of uncompetitive NMDA receptor antagonists in vitro with anticonvulsive and motor impairment activity in vivo. Neuropharmacology 1995; 34:1239–58
22. Clements JA, Nimmo WS: Pharmacokinetics and analgesic effect of ketamine in man. Br J Anaesth 1981; 53:27–30
23. McNicol ED, Ferguson MC, Schumann R: Methadone for neuropathic pain in adults. Cochrane Database Syst Rev 2017; 5:CD012499
24. Kamp J, Van Velzen M, Olofsen E, Boon M, Dahan A, Niesters M: Pharmacokinetic and pharmacodynamic considerations for NMDA-receptor antagonist ketamine in the treatment of chronic neuropathic pain: An update of the most recent literature. Expert Opin Drug Metab Toxicol 2019; 15:1033–41
25. Beloeil H, Sion B, Rousseau C, Albaladejo P, Raux M, Aubrun F, Martinez V; SFAR research network: Early postoperative neuropathic pain assessed by the DN4 score predicts an increased risk of persistent postsurgical neuropathic pain. Eur J Anaesthesiol 2017; 34:652–7
26. Czarnetzki C, Desmeules J, Tessitore E, Faundez A, Chabert J, Daali Y, Fournier R, Dupuis-Lozeron E, Cedraschi C, Richard Tramèr M: Perioperative intravenous low-dose ketamine for neuropathic pain after major lower back surgery: A randomized, placebo-controlled study. Eur J Pain 2020; 24:555–67
27. Johansen A, Romundstad L, Nielsen CS, Schirmer H, Stubhaug A: Persistent postsurgical pain in a general population: Prevalence and predictors in the Tromsø study. Pain 2012; 153:1390–6
28. Pelissier T, Laurido C, Kramer V, Hernández A, Paeile C: Antinociceptive interactions of ketamine with morphine or methadone in mononeuropathic rats. Eur J Pharmacol 2003; 477:23–8
29. Fletcher D, Martinez V: Opioid-induced hyperalgesia in patients after surgery: A systematic review and a meta-analysis. Br J Anaesth 2014; 112:991–1004
30. Angst MS, Koppert W, Pahl I, Clark DJ, Schmelz M: Short-term infusion of the μ-opioid agonist remifentanil in humans causes hyperalgesia during withdrawal. Pain 2003; 106:49–57
31. Cohen SP, Christo PJ, Wang S, Chen L, Stojanovic MP, Shields CH, Brummett C, Mao J: The effect of opioid dose and treatment duration on the perception of a painful standardized clinical stimulus. Reg Anesth Pain Med 2008; 33:199–206
32. Mercadante S, Ferrera P, Arcuri E, Casuccio A: Opioid-induced hyperalgesia after rapid titration with intravenous morphine: Switching and re-titration to intravenous methadone. Ann Palliat Med 2012; 1:10–3

Downloaded from http://pubs.asahq.org/anesthesiology/article-pdf/doi/10.1097/ALN.0000000000003752/504518/aln.0000000000003752.pdf by Jonathan Slonin on 12 April 2021

Copyright © 2021, the American Society of Anesthesiologists, Inc. Unauthorized reproduction of this article is prohibited.