# EXHIBIT 12

# COWEN

**EQUITY RESEARCH**

April 6, 2021

■ Biotechnology

**Boris Peaker, Ph.D., CFA**
646 562 1377
boris.peaker@cowen.com

**Cynthia Chen, Ph.D.**
646 562 1304
cynthia.chen@cowen.com

**INDUSTRY UPDATE**

# FAILED EXPAREL STUDIES OPEN THE DOOR TO AN EFFECTIVE HTX-011 MARKETING CAMPAIGN

## THE COWEN INSIGHT

Heron's PDUFA (5/12/2021) for HTX-011 is the first meaningful challenge to Pacira's Exparel in postsurgical pain management. Despite the regulatory risk, we believe that Heron has multiple advantages in strength of efficacy data and convenience of administration. A number of negative studies recently published and soon to report could be effectively used to counter-market against Exparel.

**HTX-011 the First Meaningful Challenger to Exparel**

Heron's upcoming PDUFA date for HTX-011 (5/12/2021) is the first time we could see a meaningful competitor into the postsurgical pain management space to challenge Exparel. Xaracoll and Posimir were approved with limited labels due to weak efficacy data that we expect will prevent them from becoming substantial competitors to Exparel. However, we anticipate HTX-011 to be approved with a broad label similar to Exparel but with stronger clinical data due to the use of an active comparator in the registrational trials.

**Potential Upside from Regulatory Risk for HTX-011**

Investors see significant risk for HTX-011's approvability. HTX-011 received 2 CRLs (for non-clinical issues) and the FDA DAAP group has a history of missing PDUFA dates and surprise CRLs. This risk is being reflected in the short interest in HRTX, which has been rising over the last 6 months. We see a large potential upside with the approval of HTX-011 (100%+).

**Failed Exparel Studies Create an Opportunity for HTX-011 Marketing**

A key investor question has been whether Heron will be able to effectively market HTX-011 if approved since Exparel is viewed as an entrenched market leader. Multiple recent publications have cast doubt on the efficacy of Exparel, especially vs active comparators (recall Exparel was approved in studies vs placebo, but standard of care is generic bupivacaine). There are 88 additional trials in progress testing Exparel in a variety of indications that have potential negative readouts. These studies are not presently receiving much attention, but could be used to effectively counter-market if HTX-011 is approved.

**Pacira Model Updated to Reflect Slower Growth Rate Post HTX-011**

We updated our Pacira model to reflect a decrease in the rate of Exparel growth after 2021 due to sales pressure from approval of HTX-011. We now model Exparel sales growing to $611M in 2026, below consensus of $776M.

Please see pages 12 to 16 of this report for important disclosures.    COWEN.COM

## EXPAREL: THE NUMBNESS IS WEARING OFF

Pacira's Exparel (liposomal bupivacaine) is the clear market leader in branded post-surgical local anesthesia. Recent entrants into this market – Innocalls's Xaracoll (bioresorbable collagen embedded bupivacaine) and Posimir's Durect (polymer based bupivacaine) – have been unable to effectively compete due to their limited labels. However, we believe that Exparel's success rests on an unstable foundation. The three studies that initially led to Exparel's approval in 2011 compared Exparel to placebo, not the standard of care (SOC) – generic bupivacaine. Pacira did complete a Phase 4 post-marketing study in which they compared Exparel to bupivacaine, but statistical and methodological issues have raised doubts about the clinical applicability of these findings. Despite those issues, Exparel has propelled Pacira to revenues >$400MM. Heron's HTX-011 is a polymer-based bupivacaine that has shown clear benefit over SOC in head-to-head trials but has received 2 CRLs in the past 2 years for non-clinical issues. HTX-011's upcoming May 12, 2021 PDUFA target date sets the stage for a market competition between these two compounds if HTX-011 is approved, as we expect.

A key question we have been receiving from investors leading up to the HTX-011 PDUFA is – if approved, will Heron be able to effectively market HTX-011 vs Exparel? Based on the trials for both drugs, we expect the answer is yes – we believe HTX-011 will be able to compete both on efficacy, safety, and convenience. Furthermore, a recent series of journal publications of investigator-sponsored trials (ISTs) comparing Exparel to bupivacaine has begun to cast further doubt on Exparel's ability to beat SOC broadly. Due to the fact that Xaracoll and Durect have been ineffective competitors to Exparel, we suspect there has been little effort dedicated to marketing these negative results. These data are likely to become more significant if and when HTX-011 is approved, since the Phase 3 trial of HTX-011 included bupivacaine as an active comparator.

Nevertheless, the approval of HTX-011 isn't without controversy. After 2 CRLs there is a contingent of investors who have significant doubts about its overall approvability. We believe that the approval of HTX-011 in Europe in 2020 bodes well for its approvability in the US. We expect HTX-011 to be approved and model peak sales of $1.3B in 2035. Short interest in HRTX (shown below) has been building, suggesting large potential upside with HTX-011 approval. In the rest of this report, we briefly review the data supporting Exparel's label and look at the emerging body of literature directly comparing Exparel with SOC. These data are likely to form the basis of an effective marketing strategy by Heron post-approval.

**Short Interest in HRTX Building Since August 2020**



Source: Cowen and Company, Thomson Reuters

## Exparel: Leading the Market with a Broad Label

Exparel, Xaracoll, and Posimir are the only approved extended-release bupivacaine for post-operative pain indications. Exparel was approved in 2011 and carries label indications for post-surgical local analgesia via infiltration and interscalene brachial plexus nerve block for post-surgical regional analgesia. Xaracoll was approved in August 2020 and its label indication is for 24 hours of post-surgical analgesia only after open inguinal hernia repair. Posimir was approved in February 2021 and its only label indication is for 72 hours of post-surgical analgesia after arthroscopic subacromial decompression. We do not see either of these as significant threats to Exparel's market leadership. Pacira reported 2020 Exparel sales of $413M and we project sales growing to $611M in 2026, below consensus estimate of $776M.

**Exparel Annual Sales, Actual and Projected, 2012-2026**



Source: Cowen and Company, Consensus from Thomson Reuters

We anticipate the 2021 approval of HTX-011 will affect the growth trajectory of Exparel. We also want to be clear that we don't anticipate HTX-011 will shrink Exparel's market, but we do anticipate it to have a material impact on future growth. Therefore our projected rate of Exparel growth is below consensus in 2022 and beyond. We believe Heron will be more effective at marketing into new segments and potentially incrementally taking share from Exparel. We remain Market Perform on Pacira.

### Exparel's Approval Left Something to be Desired

Exparel's approval for the local analgesia indication was supported by a bunionectomy study and a hemorrhoidectomy study. The bunionectomy study randomized 193 patients to Exparel or placebo. There was a reduction in pain through 24 hours as measured by the AUC of the numerical rating scale (NRS), but there was no difference in morphine equivalents used through 24 hours, and there was not a statistically significant difference in the number of patients using ketorolac. The hemorrhoidectomy study randomized 189 patients to Exparel or placebo. Again AUC of the NRS scores was significantly reduced in the Exparel group, and the differences between the groups were most evident in the first 24 hours. Additionally, 28% of patients in the Exparel group required no rescue pain medication vs 10% in the placebo, and the mean amount of morphine used over 72 hours was 22 mg in the Exparel group but 29 mg in the placebo group. This difference was statistically significant but even the label questions whether this difference is clinically meaningful.

Our consultants and KOLs have repeatedly raised the issue of placebo comparator in these trials. The standard of care for local analgesia is not placebo – it is an active drug. Surgeons commonly use one or a mixture of generic bupivacaine, ropivacaine, lidocaine, and procaine for this purpose. Given that the cost of Exparel is nearly 100x the cost of generic bupivacaine, physicians want to see data for Exparel against active comparator instead of placebo. Pacira performed a post-marketing study (the PILLAR trial) with the goal of addressing this concern. In PILLAR, the Exparel arm achieved a statistically significant reduction in AUC of visual rating scores (VRS) vs control (p=0.0381). Patients who received Exparel consumed significantly fewer opioids versus control during the 48 hours that followed surgery (p=0.0048). Additionally, a higher fraction of patients on Exparel required no rescue medication (p = 0.023), although the absolute delta between the two curves is rather modest. The study design left some unanswered questions. Primarily, the two arms were bupivacaine and Exparel + bupivacaine, and in the Exparel + bupivacaine arm the patients received more total bupivacaine than in the SOC comparator. As such, the trial was not a head to head vs. SOC, but an add-on of Exparel to bupivacaine.

**Market Penetration of Exparel**



Source: Pacira

**HTX-011's Registrational Trials Include an Active Comparator**

Heron studied HTX-011 in multiple trials that included an active comparator. Study 301/EPOCH1 was a Phase 3 bunionectomy trial that compared instilled HTX-011 vs generic bupivacaine vs placebo and showed a significant reduction in pain intensity scores over a 72 hour period after surgery. Although we don't anticipate an opioid-sparing claim on the label, there was also a significant increase in patients remaining opioid free through 72 hours (53.5% bs 75.5% in bupivacaine group, p<0.0001).

**HTX-011 Study 301/EPOCH1 Bunionectomy Pain Intensity Scores**



Source: Heron Therapeutics

Study 302/EPOCH2 was a Phase 3 herniorrhaphy trial that compared instilled HTX-011 vs generic bupivacaine vs placebo and the results were similar to study 301. There was a significant reduction in pain intensity scores through 72 hours and fewer patients requiring opioids (48.8% vs 60.5% in bupivacaine group, p=0.0372).

**HTX-011 Study 302/EPOCH2 Herniorrhaphy Pain Intensity Scores**



Source: Heron Therapeutics

## Emerging Data Casts Doubt on Exparel's Efficacy vs SOC

Since Exparel's approval in 2011, there has only been one voice in the room: Pacira. That has helped lead to the impressive growth of Exparel sales. As of March 2021, Pacira was estimating a total addressable procedure market of 33M procedures. Based on the published WAC for Exparel and reported Exparel sales, we estimate Pacira has captured ~1.5M or 4.5% of these procedures. However, we heard from many physicians the desire to see real head-to-head data for Exparel vs. bupivacaine, and Pacira refused to conduct such trials. As such, independent investigators decided to address this question across a variety of surgical settings.

A significant body of literature from independent investigators has accumulated over the last several years that has begun to cast doubt on the effectiveness of Exparel. Most of these studies are ISTs (investigator sponsored trials) that don't receive much press. The February 2021 edition of *Anesthesiology* featured two articles on Exparel – one a

narrative review, the other a systematic review and meta-analysis. Both of these articles concluded that there is insufficient benefit of Exparel to justify the costs.

The narrative review, published by Ilfeld et al, summarized results from 76 trials of Exparel across a wide range of procedures (no procedures were excluded). For infiltrative local analgesia, there were 12 trials vs placebo; 7 of 12 failed to find a benefit of Exparel on pain scores, opioid consumption, or length of hospital stay. In the 5 that did find a benefit, the overall risk of bias was high (judged by the Cochrane Risk of Bias tool). There were 36 trials with an active control arm. Of the 19 non-TKA studies, 15 failed to find a difference for all outcome variables at all time points. In the 4 of 19 that had a difference, 3 had a high bias. Even in the studies with positive results, they were deemed clinically insignificant due to magnitude of effect being small or being time-limited. In TKA studies, 15 of 17 failed to find an effect on the primary outcome. Results for nerve block indications were similar. In 12 active-controlled RCTs, only 6 found a clearly statistically significant benefit of Exparel on any outcome.

The systematic review and meta-analysis by Hussain et. al. evaluated Exparel vs unencapsulated bupivacaine in peripheral nerve blocks. The primary endpoint was the 24 hours to 72 hours difference in weighted mean AUC of pain scores. There were 9 trials included. The difference between Exparel and bupivacaine was statistically significant (1 cm/hour, p=0.0003) in favor of Exparel but was judged to be clinically insignificant with investigators assigning 2 cm/hour as minimally clinically significant benefit. However, we would like to point out that Heron has no near-term plans to expand HTX-011 label to nerve block, so these studies are less significant from the competitive perspective.

Additional studies have been published and are underway that bolster this conclusion. An RCT (randomized control trial) comparing Exparel to bupivacaine published in the *Canadian Journal of Anesthesiology* in January 2021 showed no improvement with Exparel in TAP blocks for open hysterectomy in time to first opioid use or total opioid consumption in 72 hours. Another RCT published in the *American Journal of Obstetrics & Gynecology* published in January 2021 showed no benefit to Exparel when added to unencapsulated bupivacaine after ex-lap for gynecologic indications; primary outcome was percent of patients opioid free at 48 hours. Yet another RCT published in *JAMA Network Open* in March 2021 randomized patients with truncal incisions to Exparel or unencapsulated bupivacaine and found that neither pain scores nor opioid use was different between the two groups.

**Recent Articles on Exparel**

| Author | Title | Journal Reference | Description |
| --- | --- | --- | --- |
| Ilfeld et al | Clinical Effectiveness of Liposomal Bupivacaine Administered by Infiltration or Peripheral Nerve Block to Treat Postoperative Pain | Anesthesiology 2021; 134:282-344 | Narrative review of 76 trials. |
| Hussain et al | Perineural Liposomal Bupivacaine Is Not Superior to Nonliposomal Bupivacaine for Peripheral Nerve Block Analgesia | Anesthesiology 2021; 134:147-64 | Systematic review and meta-analysis of 9 peripheral nerve block trials. |
| Fidkowski et al | A randomized-controlled trial comparing liposomal bupivacaine, plain bupivacaine, and the mixture of liposomal bupivacaine and plain bupivacaine in transversus abdominus plane block for postoperative analgesia for open abdominal hysterectomies | Canadian Journal of Anesthesiology 2021 https://doi.org/10.1007/s12630-020-01911-1 | Exparel vs bupivacaine in TAP block. |
| Meyer et al | A prospective randomized trial comparing liposomal bupivacaine vs standard bupivacaine wound infiltration in open gynecologic surgery on an enhanced recovery pathway | Am J Obstet Gynecol 2021;224:70.e1-11 | Exparel vs bupivacaine after laparotomy (infiltration). |
| Sandhu et al | Effectiveness of Standard Local Anesthetic Bupivacaine and Liposomal Bupivacaine for Postoperative Pain Control in Patients Undergoing Truncal Incisions | JAMA Network Open. 2021;4(3):e210753. doi:10.1001/jamanetworkopen.2021.0753 | Exparel vs bupivacaine with truncal incisions (infiltration). |

Source: Cowen and Company

Results like this are likely to keep coming in. According to ClinicalTrials.gov there are 88 active trials testing liposomal bupivacaine (Exparel) as of March 2021. Eight of these trials are co-sponsored by Pacira. Forty-three of those trials have primary completion dates in the next year (March 2021 through March 2022). Although there are often greater lags between primary completion and data publication for ISTs than industry-funded trials, we should still expect to see a significant number of readouts over the next year. Each readout is potentially more fuel for Heron's marketing campaign.

**Exparel Ongoing Trials Part 1 of 2**

| NCT Number | Title | Start Date | Primary Completion Date | Completion Date |
|---|---|---|---|---|
| NCT04751344 | Liposomal Bupivacaine Versus Bupivacaine Plain for Operative Pain Management of Forefoot Surgery | 16-Jun-20 | Jun-22 | Jun-22 |
| NCT03737604 | TAP Blocks With Ropivacaine Continuous Infusion Catheters vs Single Dose Liposomal Bupivacaine After Kidney Transplant | 4-Oct-18 | 1-Jun-21 | 1-Oct-21 |
| NCT04066296 | Outcomes for Lumbar Decompressions With Use of Liposomal Bupivacaine | Sep-21 | Dec-21 | Jan-22 |
| NCT03922620 | Liposomal Bupivacaine vs Peripheral Nerve Block | 23-Jan-20 | Jan-21 | Jan-21 |
| NCT04479371 | Liposomal Bupivacaine vs Standard Penile Block for Hypospadias Repair | Jul-21 | 30-Jul-22 | 30-Jul-23 |
| NCT04461028 | Liposomal Bupivacaine in Shoulder Arthroscopy | 21-May-19 | 21-May-21 | 21-May-22 |
| NCT04539730 | Liposomal Bupivacaine in Adductor Canal Blocks (ACB) | 1-Aug-21 | 1-Oct-21 | 1-Oct-21 |
| NCT03907033 | Liposomal Bupivacaine in Vaginal Hysterectomy | 3-Sep-19 | 31-Dec-21 | 31-Dec-21 |
| NCT03906617 | Bupivacaine/Epinephrine +Dexamethasone vs. Liposomal Bupivacaine | 10-Apr-19 | 10-Apr-20 | 10-Jun-20 |
| NCT03738696 | Liposomal Bupivacaine in Rotator Cuff Repair | 15-Dec-19 | 1-Dec-20 | 1-Dec-20 |
| NCT04047446 | Liposomal Bupivacaine vs Dexamethasone ISB | 11-Jul-19 | 27-Aug-21 | 27-Aug-22 |
| NCT04180943 | Liposomal Bupivacaine Versus Bupivacaine for for Postoperative Pain Control in Shoulder Surgery | 13-Dec-19 | 1-Dec-21 | 1-Mar-22 |
| NCT02749968 | Intercostal Liposomal Bupivacaine for the Management of Blunt Chest Wall Trauma | 9-Mar-18 | Jan-21 | Jan-21 |
| NCT04382144 | Levobupivacaine Versus Liposomal Bupivacaine (Exparel®) for Treatment of Pain and Disability in Lateral Epicondylitis | 1-Sep-20 | 31-Dec-21 | 1-May-22 |
| NCT04258631 | Liposomal Bupivacaine and Intrathecal Hydromorphone for Women With Gynecological Malignancies Undergoing Laparotomy | 9-Jul-20 | 31-Jan-22 | 31-Mar-22 |
| NCT03745040 | Liposomal Bupivacaine in One-level Instrumented Posterior Spinal Fusion | 26-Jan-19 | Jan-22 | May-22 |
| NCT04333095 | Sternal Block With Liposomal Bupivacaine vs. Saline Prior to Incision in Cardiac Surgery | 6-Feb-20 | Jun-21 | Jun-21 |
| NCT04571606 | Interscalene Catheter vs. Interscalene Liposomal Bupivacaine for Arthroscopic Rotator Cuff Repair | 14-Oct-20 | Mar-21 | Mar-21 |
| NCT04117074 | Thoracic Epidural Analgesia vs Surgical Site Infiltration With Liposomal Bupivacaine Following Open Gynecologic Surgery | Mar-21 | Mar-23 | Mar-24 |
| NCT03305666 | Trial of Injected Liposomal Bupivacaine vs Bupivacaine Infusion After Surgical Stabilization of Rib Fractures | 5-Oct-17 | 20-Jul-20 | 31-Dec-21 |
| NCT03599635 | Pec Infiltration With Liposomal Bupivacaine for Breast Surgery | 1-Jul-18 | Dec-20 | Dec-20 |
| NCT03854344 | Liposomal Bupivacaine Versus Lidocaine for Skin Graft Donor Site Pain | 18-Mar-19 | 31-Dec-20 | 31-Dec-20 |
| NCT04254692 | Optimizing Recovery in Abdominoplasty | 5-Jan-21 | Jun-22 | Jun-23 |
| NCT04003506 | Effectiveness of Adductor Canal Block Using Liposomal Bupivacaine | Dec-20 | Oct-21 | Oct-21 |
| NCT04685421 | Liposomal Bupivacaine Pharmacokinetic Study After Median Sternotomy Incision Infiltration in a Pediatric Cardiac Surgery | 6-Jan-21 | 6-Jan-22 | 6-Jan-23 |
| NCT02805504 | Liposomal Bupivacaine for Postoperative Pain Control in Urologic Procedures | Jun-16 | Dec-22 | Jun-23 |
| NCT03080142 | TAP Block Catheters vs Liposomal Bupivacaine for Pain Control After Colorectal Surgery | 1-Mar-17 | 1-Jul-19 | 16-Dec-20 |
| NCT03638960 | Interscalene Single Shot With Plain Bupivacaine Versus Liposomal Bupivacaine for Arthroscopic Shoulder Surgery | 21-Feb-19 | Mar-21 | Jun-21 |
| NCT04393207 | TAP Block Using Liposomal Bupivacaine for Post-cesarean Delivery Analgesia- Walking Towards Recovery | 1-Aug-20 | 30-May-21 | 30-Aug-21 |
| NCT04360421 | Use of Long-acting Bupivacaine In Lower Extremity Amputation | 1-May-20 | 1-Feb-21 | 1-Feb-21 |
| NCT03664986 | Pudendal Block Using Liposomal Bupivacaine vs. Standard Treatment During Sacrospinous Ligament Fixation | 24-Sep-18 | 1-May-21 | 1-May-21 |
| NCT03929146 | Liposomal Bupivacaine Versus Interscalene Nerve Block | 5-Feb-19 | 1-Dec-21 | 1-Dec-21 |
| NCT04644796 | A Randomized Trial of Exparel vs Saline in Opioid Reduction of Pain Management Following Lumbar Spine Surgeries. | Apr-21 | Jan-23 | Jan-24 |
| NCT04603911 | RCT Comparing ESPB Solutions in Breast Surgery | 4-Dec-20 | May-21 | May-21 |
| NCT03702621 | Comparing Liposomal Bupivacaine VS Standard Bupivacaine in Colorectal Surgery | 30-Aug-18 | 31-Dec-20 | Aug-21 |
| NCT04272086 | Utility of Liposomal Bupivacaine Transversus Abdominal Plane Block for Open Myomectomy | 9-Nov-20 | Dec-22 | Dec-22 |
| NCT03574376 | Liposomal Bupivacaine Intercostal Nerve Block vs Thoracic Epidural for Regional Analgesia in Multiple Rib Fractures | 29-Aug-18 | 1-Aug-20 | 1-Aug-21 |
| NCT03587584 | Liposome Bupivacaine in Interscalene Block for Rotator Cuff Repair | 16-Jul-18 | 1-Sep-20 | 1-Sep-20 |
| NCT04585867 | Liposomal Bupivacaine vs Bupivacaine for Pain Control After Sternotomy | 11-Oct-17 | 10-Oct-23 | 10-Oct-23 |
| NCT04047745 | Post-operative Exparel Study Following Rotator Cuff Repair | Sep-19 | Sep-21 | Sep-21 |
| NCT04005859 | Pain Control in Colorectal Surgery: Liposomal Bupivacaine Block Versus Intravenous Lidociane | 22-Feb-18 | 22-Feb-20 | 22-Feb-20 |
| NCT03731221 | Pectoral Fascial Plane and Serratus Anterior Plane Blocks With Bupivacaine v. Liposomal Bupivacaine | 1-Nov-18 | Dec-22 | Dec-22 |
| NCT04189783 | Repeat or Single Quadratus Lumborum Block for the Reduction of Opioid Prescriptions After Surgery in Retroperitoneal Sarcoma Patients ("RESQU-SARC" Trial) | 8-Jun-20 | 31-Dec-21 | 31-Dec-21 |
| NCT04611958 | Intraductal Liposomal Bupivacaine for Chronic Pancreatitis | 1-Apr-21 | 31-Dec-21 | 31-May-22 |

Source: Cowen and Company, ClinicalTrials.gov

**Exparel Ongoing Trials Part 2 of 2**

| NCT Number | Title | Start Date | Primary Completion Date | Completion Date |
|---|---|---|---|---|
| NCT04074226 | ESP vs QL for Total Abdominal Hysterectomy | Mar-21 | Dec-22 | Dec-22 |
| NCT04777591 | Effectiveness of Exparel TAP Block in Breast Free Flap Reconstruction | 10-Mar-21 | 28-Feb-23 | 28-Feb-24 |
| NCT04300231 | Thoracic Epidural Analgesia Versus Rectus Sheath Block Versus Surgeon Infiltration With Liposomal Bupivacaine or Standard Bupivacaine for Post-Operative Pain Control After Cystectomy | 22-Oct-19 | May-21 | May-22 |
| NCT04559347 | Local Anesthetic as Single Shot Versus Catheter in Patients Undergoing Video Assisted Thoracoscopic Surgery | 10-Dec-20 | Dec-21 | Dec-22 |
| NCT04685876 | Comparing Bupivacaine, and Placebo for Plane Blocks | Mar-21 | Dec-22 | Jul-23 |
| NCT03975283 | Use of Exparel for Postoperative Analgesia Following Bariatric Surgery | Aug-19 | Aug-21 | Aug-21 |
| NCT03730402 | Laparoscopic Assisted Plane Block (LAPB) Trial | 4-Feb-19 | Sep-20 | Feb-21 |
| NCT04209504 | Evaluating Hemidiaphragmatic Paralysis With Prolonged Neural Blockade From an Interscalene Brachial Plexus Block | 22-Oct-20 | 1-Aug-21 | 2-Aug-21 |
| NCT03870685 | Surgical Site Infiltration of Exparel vs TAP Block With Exparel in Patients Undergoing Laparotomy Via Midline Incision | 5-Jul-18 | 31-Jul-21 | 31-Dec-21 |
| NCT03682224 | Exparel and Marcaine for Pain Management in Thoracoscopic Lobectomy Patients | 5-Jul-18 | 5-Jul-23 | 5-Dec-23 |
| NCT04382859 | TOTEM: Trial of TAP Block Effective Medications | 1-Dec-20 | Dec-20 | Feb-21 |
| NCT03326180 | Study of Peri-Articular Anaesthetic for Replacement of the Knee | 29-Mar-18 | Feb-21 | Aug-21 |
| NCT03700970 | Comparing Local Anesthetics for Transversus Abdominis Plane (TAP) Block During Abdominally-based Free Flap for Breast Reconstruction | 13-Jun-19 | 15-Mar-21 | 30-Jun-21 |
| NCT04801368 | A Study to Analyze the Effects of Exparel for Post-Surgery Pain Control in Patients Undergoing Penile Prosthesis Placement | 1-Apr-21 | 1-Apr-23 | 1-May-23 |
| NCT03587636 | Liposome Bupivacaine Interscalene Total Shoulder | 17-Jul-18 | Oct-20 | Dec-20 |
| NCT04121338 | Temporary Celiac Ganglion Block as a Test Before Celiac Ganglion Resection for Dysautonomia-Related Bowel Dysmotility | 9-Dec-19 | 1-Oct-21 | 1-Oct-21 |
| NCT03504865 | Post-Mastectomy Analgesia Using Exparel (Liposomal) Versus Standard Bupivacaine or Placebo | 1-Jul-19 | Dec-20 | Dec-21 |
| NCT03636542 | Evaluation of Diaphragm Movement After an Interscalene Block | 1-Aug-18 | Oct-21 | Oct-21 |
| NCT03859635 | Erector Spinae Block Versus Surgeon Infiltration in VATS Procedures | 7-Feb-19 | 30-Jun-21 | 30-Aug-21 |
| NCT03927326 | Postoperative Analgesia in Laparoscopic Abdominal Surgery After Exparel Via TAP or Local Infiltration | Aug-19 | Jul-20 | Jul-20 |
| NCT03827291 | QL Block With Exparel in Colectomy | 31-Oct-19 | 1-Apr-21 | 8-Apr-21 |
| NCT04764916 | Evaluation of Exparel Adductor Canal Field Block for Pain Control After ACL Reconstruction | 16-Feb-21 | 16-Feb-22 | 2-Mar-22 |
| NCT03496610 | Surgeon Infiltration QL Block Comparison | 25-Jan-21 | 1-Dec-21 | 1-Dec-21 |
| NCT03377595 | Post C-Section Pain Control Using EXPAREL | 2-Jul-19 | 30-Jun-20 | 1-Sep-20 |
| NCT04345341 | Efficacy of Laparoscopic-assisted Transversus Abdominus Plane (TAP) Block Compared to Ultrasound-guided TAP Block in Minimally Invasive Gynecologic Surgeries: A Prospective, Randomized Control Trial. | Oct-20 | May-21 | Jun-21 |
| NCT04781075 | Modified TAP (Transverse Abdominis Plane) Block in Colorectal Surgery | 1-Dec-17 | 31-Dec-20 | 31-Jul-21 |
| NCT04655339 | Laparoscopic Transversus Abdominis Plane (TAP) Block to Reduce Post-operative Opioids | 10-Dec-20 | 1-Jul-24 | 1-Jul-24 |
| NCT03743194 | Pectoralis and Serratus Muscle Blocks | 1-Dec-18 | Dec-22 | Dec-22 |
| NCT03187379 | Efficacy of Exparel (TM) on Post-operative Pain After Laparoscopic Gastric Bypass Using Circular EEA Stapler | 1-Jun-17 | 1-Jul-21 | 1-Jul-21 |
| NCT03827213 | Exparel Interscalene vs Indwelling Catheter | 22-Jan-19 | 29-Sep-21 | 29-Sep-21 |
| NCT03541941 | Exparel vs. Bupivacaine Hydrochloride vs. Placebo for Hernia Repair | 3-Jul-18 | Jun-21 | Dec-21 |
| NCT04003987 | ESP Block VS TAP in Laparoscopic Hysterectomy | 1-May-19 | Apr-21 | Apr-24 |
| NCT03420638 | EXPAREL Post-tonsillectomy Clinical Trial | 15-Feb-18 | 1-Jul-20 | 31-Dec-20 |
| NCT04415931 | Local Infiltration Analgesia Vs. Interscalene Block in Total Shoulder Arthorplasty | 15-Aug-20 | 15-Jul-23 | 15-Jul-24 |
| NCT03214510 | Thoracic Epidural Analgesia or Four-Quadrant Transversus Abdominus Plane Block in Reducing Pain in Patients Undergoing Liver Surgery | 4-Oct-17 | 31-Aug-22 | 31-Aug-23 |
| NCT03739021 | Exparel for Total Shoulder Pain | Nov-19 | 1-Mar-20 | 15-Nov-20 |
| NCT04046068 | Multimodal Perioperative Pain Management: ComfortSafe Program | 11-May-20 | Jul-21 | Sep-21 |
| NCT04549090 | Ultrasound Guided Posterior Quadratus Lumborum Block for Postoperative Analgesia in Gynecologic Surgery | 1-Oct-20 | 31-Dec-21 | 31-Dec-21 |
| NCT03867539 | Exparel and Education to Avoid Opioids After Carpal Tunnel Release | 15-Feb-19 | 31-Jan-21 | 31-Jan-21 |
| NCT04364867 | Exparel for Total Shoulder Arthroplasty | 1-Jun-20 | 1-Jun-23 | 1-Dec-23 |
| NCT04421196 | Opioid-free Total Hip Arthroplasty | 1-Jul-21 | 1-Dec-21 | 1-Dec-21 |
| NCT04518462 | Study to Evaluate the Efficacy, Safety, and Pharmacokinetics of EXPAREL, EXPAREL Admixed With Bupivacaine HCl vs. Bupivacaine HCl Administered as Combined Sciatic and Saphenous Nerve Blocks for Postsurgical Analgesia in Subjects Undergoing Lower Extremity Surgeries | 20-Oct-20 | 16-Mar-21 | 1-Apr-21 |
| NCT03972397 | Intercostal Nerve Cryoablation for Postoperative Pain Management | 1-Aug-19 | 1-Aug-20 | 1-Aug-20 |
| NCT04504812 | A Sequenced Strategy for Improving Outcomes in People With Knee Osteoarthritis Pain | 1-Feb-21 | Aug-24 | Sep-24 |

Source: Cowen and Company, ClinicalTrials.gov

**Pacira P&L**

| FY ending Dec 31st<br>in $000s, except per share amount | 2020A | 1QE | 2QE | 3QE | 4QE | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | |
| EXPAREL | 413,338 | 114,690 | 119,676 | 129,649 | 134,636 | 498,650 | 532,710 | 547,799 | 563,613 | 587,687 | 611,457 |
| iovera | 8,817 | 2,976 | 2,738 | 3,559 | 2,631 | 11,903 | 15,474 | 19,342 | 23,211 | 26,692 | 29,362 |
| Other Product Sales | 4,459 | 375 | 345 | 345 | 435 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Total net product sales | 426,614 | 118,040 | 122,759 | 133,553 | 137,701 | 512,053 | 549,684 | 568,641 | 588,324 | 615,879 | 642,319 |
| Collaborative licensing and milestone revenue | 0 | 0 | 0 | 2,230 | 3,344 | 5,574 | 20,167 | 19,463 | 31,824 | 48,185 | 77,578 |
| Royalty revenue | 3,033 | 773 | 712 | 726 | 883 | 3,094 | 3,156 | 3,219 | 3,283 | 3,349 | 3,416 |
| Total revenues | 429,647 | 118,814 | 123,470 | 136,508 | 141,928 | 520,721 | 573,006 | 591,322 | 623,430 | 667,413 | 723,312 |
| **Operating expenses:** | | | | | | | | | | | |
| Cost of goods sold | 117,328 | 30,723 | 28,265 | 29,878 | 34,026 | 122,893 | 129,906 | 128,312 | 128,560 | 130,404 | 140,100 |
| Gross margin | 73% | | | | | 76% | 77% | 78% | 79% | 80% | 80% |
| Research and development | 59,421 | 16,341 | 15,034 | 15,334 | 18,655 | 65,363 | 66,670 | 68,004 | 69,364 | 70,751 | 72,166 |
| Selling, general and administrative | 193,516 | 58,055 | 53,410 | 57,683 | 63,071 | 232,219 | 250,797 | 270,860 | 292,529 | 315,932 | 341,206 |
| Product discontinuation | 5,166 | | | | | | | | | | |
| Amort. of acquired intangible | 7,866 | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Total operating expenses | 383,297 | 107,119 | 98,709 | 104,896 | 117,751 | 428,475 | 447,373 | 475,177 | 498,453 | 525,086 | 561,473 |
| Income (loss) from operations | 46,350 | 11,695 | 24,761 | 31,613 | 24,177 | 92,246 | 125,633 | 116,146 | 124,977 | 142,327 | 161,840 |
| **Other (expense) income:** | | | | | | | | | | | |
| Interest income | 4,629 | 1,169 | 1,169 | 1,169 | 1,169 | 4,675 | 4,722 | 4,769 | 4,817 | 4,865 | 4,914 |
| Interest expense | (25,671) | (5,776) | (5,776) | (5,776) | (5,776) | (23,104) | (20,794) | (18,714) | (16,843) | (15,158) | (13,643) |
| Loss on early extinguishment of debt | (8,071) | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Royalty interest obligation | 0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Other, net | 2,852 | (500) | (500) | (500) | (500) | (2,000) | 100 | 101 | 102 | 103 | 104 |
| Total other expense, net | (26,261) | (5,107) | (5,107) | (5,107) | (5,107) | (20,429) | (15,971) | (13,844) | (11,924) | (10,190) | (8,625) |
| Income (loss) before income taxes | 20,089 | 6,588 | 19,654 | 26,505 | 19,070 | 71,817 | 109,661 | 102,302 | 113,053 | 132,136 | 153,215 |
| Income tax (expense) benefit | 125,434 | (3,232) | (3,232) | (3,232) | (3,232) | (12,927) | (19,739) | (18,414) | (21,480) | (25,106) | (30,643) |
| GAAP Net income (loss) | 145,523 | 3,356 | 16,422 | 23,274 | 15,838 | 58,890 | 89,922 | 83,888 | 91,573 | 107,030 | 122,572 |
| Total adjustments | (48,954) | 14,716 | 14,716 | 14,716 | 14,716 | 58,866 | 48,809 | 50,849 | 52,992 | 55,242 | 57,604 |
| Non-GAAP Net income (loss) | 96,569 | 18,072 | 31,139 | 37,990 | 30,555 | 117,756 | 138,731 | 134,737 | 144,565 | 162,272 | 180,175 |
| **Net income (loss) per share:** | | | | | | | | | | | |
| GAAP Net income (loss) per common share | 3.33 | 0.08 | 0.37 | 0.53 | 0.36 | 1.34 | 1.99 | 1.82 | 1.94 | 2.23 | 2.50 |
| Non-GAAP Net income (loss) per common share | 2.21 | 0.41 | 0.71 | 0.86 | 0.69 | 2.68 | 3.07 | 2.92 | 3.07 | 3.37 | 3.67 |

Source: Cowen and Company

| Ticker | Rating | Price* | Price Target | Ticker | Rating | Price* | Price Target |
|---|---|---|---|---|---|---|---|
| **HRTX** | Outperform | $16.59 | $34.00 | **PCRX** | Market Perform | $69.99 | $54.00 |

*As of 04/01/2021*

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Biotechnology:**

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

### Investment Risks

**Biotechnology:**

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

## ADDENDUM

### Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| HRTX | Heron |
| PCRX | Pacira BioSciences |

### Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

### Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Heron and Pacira BioSciences securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

### Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at April 05, 2021, 16:40 ET. and disseminated at April 06, 2021, 06:00 ET.

**Copyright, User Agreement and other general information related to this report**

© 2021 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/21**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
| --- | --- | --- | --- | --- |
| Buy (a) | 540 | 68.18% | 176 | 32.59% |
| Hold (b) | 243 | 30.68% | 22 | 9.05% |
| Sell (c) | 9 | 1.14% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



**COWEN**
EQUITY RESEARCH                                April 6, 2021



**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**
EQUITY RESEARCH                                                                 April 6, 2021

## POINTS OF CONTACT

**Analyst Profiles**



**Boris Peaker, Ph.D., CFA**
New York
646 562 1377
boris.peaker@cowen.com

Boris Peaker is a senior analyst covering biotechnology. He re-joined Cowen in 2014, having previously worked at Oppenheimer & Co.



**Cynthia Chen, Ph.D.**
New York
646 562 1304
cynthia.chen@cowen.com

Cynthia Chen is an associate covering biotech. She joined Cowen in 2019 and holds MPA, MPhil, MS and Ph.D. degrees from New York University.

**Reaching Cowen**

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



