# EXHIBIT 14

Mission: Promoting scientific discovery and knowledge in perioperative, critical care, and pain medicine to advance patient care.

## FEATURED ARTICLES



Perioperative Medicine

**Restrictive Transfusion Strategy after Cardiac Surgery: Role of Central Venous Oxygen Saturation Trigger: A Randomized Controlled Trial**



Perioperative Medicine

**Intravenous *versus* Volatile Anesthetic Effects on Postoperative Cognition in Elderly Patients Undergoing Laparoscopic Abdominal Surgery: A Multicenter, Randomized Trial**

View More in Latest Issue >

## ONLINE FIRST

Using the Tubing Clamp to Prevent the Dislodgement of a Double Lumen Endotracheal Tube: Comment

Non–Peer–reviewed Preprint Articles as References in Anesthesiology: Reply

Non–Peer-reviewed Preprint Articles as References in Anesthesiology: Concerns

Dependent Lung Pulmonary Artery Hypoplasia as a Cause of Hypoxia during One-lung Ventilation

Osborn Waves with Ventricular Fibrillation Caused by Hypothermia

Browse All >

Advertisement

Skip to Main Content

## SUBMIT YOUR WORK

Sign up for Alerts

## CURRENT ISSUE



Volume 134, Issue 3
March 2021

Skip to Main Content

## VIEW ISSUE

## FEATURED INFOGRAPHIC



View Full Size

### LATEST PODCAST

### March 2021 Podcast

*Anesthesiology* March 2021 Volume 134, Issue 3

Evan D. Kharasch, M.D., Ph.D., Editor-in-Chief

   0:00 / 16:36

### Translations

| 汉语 | 한국어 | 日本語 |
|---|---|---|
| Chinese | Korean | Japanese |
| Español | Português | Français |
| Spanish | Portuguese | French |

View All Podcasts >

### FEATURED VIDEO

Intraoperative Blood Pressure Monitoring in Obese Patients: Arterial Catheter, Finger Cuff, and Oscillometry

View All Videos >

## COVID-19 Collection

Greater Fibrinolysis Resistance but No Greater Platelet Aggregation in Critically Ill COVID-19 Patients

COVID-19–Associated Coagulopathy: Less Fibrinolysis Can Be More Harmful!

COVID-19, Personal Protective Equipment, and Human Performance

Aerosol Retention Characteristics of Barrier Devices

"Silent" Presentation of Hypoxemia and Cardiorespiratory Compensation in COVID-19

Acute Respiratory Distress Syndrome: Contemporary Management and Novel Approaches during COVID-19

View the collection

### MOST VIEWED

Skip to Main Content
Acute Respiratory Distress Syndrome: Contemporary Management and Novel Approaches during COVID-19

Calculating Ideal Body Weight: Keep It Simple

### MOST CITED

ASA Physical Status Classifications: A Study of Consistency of Ratings

Uptake of Halothane by the Human Body

Perineural Liposomal Bupivacaine Is Not Superior to Nonliposomal Bupivacaine for Peripheral Nerve Block Analgesia: A Systematic Review and Meta-analysis

Practice Guidelines for Moderate Procedural Sedation and Analgesia 2018: A Report by the American Society of Anesthesiologists Task Force on Moderate Procedural Sedation and Analgesia, the American Association of Oral and Maxillofacial Surgeons, American College of Radiology, American Dental Association, American Society of Dentist Anesthesiologists, and Society of Interventional Radiology

Intubation and Ventilation amid the COVID-19 Outbreak: Wuhan's Experience

Postoperative Nausea and Vomiting: Its Etiology, Treatment, and Prevention

Ketamine—Its Pharmacology and Therapeutic Uses

*A Simplified Risk Score for Predicting Postoperative Nausea and Vomiting* : Conclusions from Cross-validations between Two Centers

## FEATURED JOBS

**Chief, Division of Critical Care Medicine**

Massachusetts General Hospital

Boston

**Anesthesiologist**

Barton Associates

-

**Medical Director-CVT-ICU**

University of North Carolina at Chapel Hill

Chapel Hill

**Anesthesiologist**

Barton Associates

New York

**General Physiatrist and Subspecialists in Pain/Spine, Musculoskeletal and Stroke Rehabilitation**

Wayne State University

Detroit

View All Featured Jobs >

Skip to Main Content

## SOCIAL MEDIA

  

## RELATED ORGANIZATIONS

  







Issues

ASA Practice Parameters

Online First

Topics

Skip to Main Content

Podcasts

Videos

Author Resource Center

About the Journal

Editorial Board

Rights & Permissions

Contact Us

**Online ISSN:** 1528-1175     **Print ISSN:** 0003-3022

Anesthesiology

ASA Monitor



Terms & Conditions     Privacy Policy     © Copyright 2021 American Society of Anesthesiologists