# EXHIBIT 15

Case 2:21-cv-09264-MCA-JBC   Document 3-17   Filed 04/14/21   Page 2 of 2 PageID: 590

# ANESTHESIOLOGY

**2021 January**

Trusted Evidence: Discovery to Practice®

ES
QL
PM

**Quadratus Lumborum Block for Cesarean Delivery**

Volume 134
Number 1
anesthesiology.org

The Journal of the American Society of Anesthesiologists, Inc.