# EXHIBIT 16

Case 2:21-cv-09264-MCA-JBC   Document 3-18   Filed 04/14/21   Page 2 of 2 PageID: 592

# ANESTHESIOLOGY

Trusted Evidence: Discovery to Practice®

2021
February

**Liposomal Bupivacaine Is Not Superior to Standard Local Anesthetics**

Volume 134
Number 2
anesthesiology.org

The Journal of the American Society of Anesthesiologists, Inc.