# EXHIBIT 18

## (CONTAINS EXCERPTED PAGES)

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH

ANESTHETIC AND ANALGESIC DRUG PRODUCTS

ADVISORY COMMITTEE (AADPAC) MEETING

Thursday, February 15, 2018

Day 2

8:00 a.m. to 2:56 p.m.

FDA White Oak Campus

Building 31 Conference Center

10903 New Hampshire Avenue

Silver Spring, Maryland

2

1  Meeting Roster

2  **DESIGNATED FEDERAL OFFICER (Non-Voting)**

3  **Moon Hee V. Choi, PharmD**

4  Division of Advisory Committee and Consultant

5  Management

6  Office of Executive Programs, CDER, FDA

7

8  **ANESTHETIC AND ANALGESIC DRUG PRODUCTS ADVISORY**

9  **COMMITTEE MEMBERS (Voting)**

10  **David S. Craig, PharmD**

11  Clinical Pharmacy Specialist

12  Department of Pharmacy

13  H. Lee Moffitt Cancer Center and Research Institute

14  Tampa, Florida

15

16  **Jeffrey L. Galinkin, MD, FAAP**

17  Professor of Anesthesiology and Pediatrics

18  University of Colorado, AMC

19  Medical Safety Officer

20  CPC Clinical Research

21  University of Colorado

22  Aurora, Colorado

1  **Jennifer G. Higgins, PhD**
2  *(Consumer Representative)*
3  Director of Research & Policy
4  Association of Developmental Disabilities
5  Providers (ADDP)
6  Framingham, Massachusetts
7
8  **Ronald S. Litman, DO**
9  Professor of Anesthesiology & Pediatrics
10 Perelman School of Medicine
11 University of Pennsylvania
12 Attending Anesthesiologist
13 The Children's Hospital of Philadelphia
14 Medical Director, Institute for Safe Medication
15 Practices
16 Philadelphia, Pennsylvania
17
18
19
20
21
22

1   **Mary Ellen McCann, MD, MPH**

2   *(Acting Chairperson)*

3   Associate Professor of Anesthesia

4   Harvard Medical School

5   Senior Associate in Anesthesia

6   Boston Children's Hospital

7   Boston, Massachusetts

8

9   **Abigail B. Shoben, PhD**

10  Associate Professor, Division of Biostatistics

11  College of Public Health

12  The Ohio State University

13  Columbus, Ohio

14

15  **Kevin L. Zacharoff, MD, FACIP, FACPE, FAAP**

16  Faculty and Clinical Instructor

17  Pain and Medical Ethics

18  State University of New York Stony Brook School of

19  Medicine, Stony Brook, New York

20  Ethics Committee Chair

21  St. Catherine of Siena Medical Center

22  Smithtown, New York

```
1    TEMPORARY MEMBERS (Voting)

2    Gregory Terman, MD, PhD

3    Professor, Department of Anesthesiology and

4    Pain Medicine and the Graduate Program in

5    Neuroscience

6    Director, University of Washington Medical Center

7    Acute Pain Service

8    University of Washington

9    Seattle, Washington

10

11   Padma Gulur, MD

12   Professor of Anesthesiology

13   Vice Chair, Operations

14   Department of Anesthesiology

15   Duke University

16   Durham, North Carolina

17

18   Laura D. Porter, MD

19   (Patient Representative)

20   Cancer Survivor Independent Patient Advocate

21   Washington, District of Columbia

22
```

```
 1   ACTING INDUSTRY REPRESENTATIVE TO THE ANESTHETIC

 2   AND ANALGESIC DRUG PRODUCTS ADVISORY COMMITTEE

 3   (Non-Voting)

 4   Michele Hummel, PhD, RPh

 5   (Acting Industry Representative)

 6   Pharmacist

 7   Moss Rehab Einstein Healthcare Network

 8   Elkins Park, Pennsylvania

 9

10   FDA PARTICIPANTS (Non-Voting)

11   Sharon Hertz, MD

12   Director

13   Division of Anesthesia, Analgesia and Addiction

14   Products (DAAAP)

15   Office of Drug Evaluation II (ODE-II)

16   Office of New Drugs (OND), CDER, FDA

17

18   Rigoberto Roca, MD

19   Deputy Division Director

20   DAAAP, ODE-II, OND, CDER, FDA

21

22
```

1  **Alla Bazini, MD**

2  Medical Officer

3  DAAAP, ODE-II, OND, CDER, FDA

4

5  **David Petullo, MS**

6  Statistics Team Leader

7  Division of Biometrics II

8  Office of Biostatistics (OB)

9  Office of Translational Sciences (OTS)

10  CDER, FDA

11

12  **Yun Xu, PhD**

13  Clinical Pharmacology Team Leader

14  Division of Clinical Pharmacology II

15  Office of Clinical Pharmacology (OCP)

16  OTS, CDER, FDA

17

18

19

20

21

22

```
1                    C O N T E N T S

2    AGENDA ITEM                                          PAGE

3    Call to Order and Introduction of Committee

4         Mary Ellen McCann, MD, MPH                        10

5    Conflict of Interest Statement

6         Moon Hee Choi, PharmD                             14

7    FDA Introductory Remarks

8         Sharon Hertz, MD                                  18

9    **FDA Presentations**

10   Assessment of Efficacy Data of Studies

11   Submitted in Support of sNDA

12        Alla Bazini, MD                                   20

13   Statistical Review of EXPAREL Efficacy

14   From Nerve-Block Studies

15        Katherine Meaker, MS                              37

16        Alla Bazini, MD                                   48

17   Pharmacokinetics (PK) of EXPAREL from

18   Infiltration and Nerve-Block Studies

19        Suresh Naraharisetti, DVM, PhD                    61

20   Assessment of Safety Data of Studies

21   Submitted in Support of sNDA

22        Alla Bazini, MD                                   77
```

9

1            C O N T E N T S (continued)

2    AGENDA ITEM                                        PAGE

3    Clarifying Questions                                 91

4    Open Public Hearing                                 155

5    Charge to the Committee

6          Sharon Hertz, MD                              197

7    Questions to the Committee and Discussion          198

8    Adjournment                                         260

1   going on out there already, to take this and try

2   and figure out what blocks this is helpful for and

3   worth the money, frankly.

4       DR. McCANN:  Are there any more comments on

5   question number 1?

6       (No response.)

7       DR. McCANN:  My task is to summarize a

8   question that's been all over the map here.  The

9   question is what efficacy data are necessary to

10  adequately evaluate the benefit of EXPAREL for

11  nerve block?  Discuss whether active comparator

12  arms should be included in future efficacy studies

13  of EXPAREL.  I think the majority of the committee

14  felt that it would be preferable to include a

15  comparator arm but not absolutely necessary.

16      For the second part, discuss any

17  circumstances where placebo-controlled studies

18  alone are adequate to evaluate the efficacy of

19  EXPAREL, Dr. Zacharoff commented that it's almost

20  impossible to do in post-surgical patients,

21  patients that are having pain, but others pointed

22  out that as long as you demonstrate efficacy,