# EXHIBIT 20



# Recent publications show liposomal bupivacaine (LB) does not provide an improvement in pain scores up to 72 hours.

## Join us for a Live Panel Discussion

Please join us on **Thursday, March 25th at 7:00 PM EDT** for a meeting of the minds: a Live Panel Discussion on Long-Acting Locals versus Pumps and Catheters featuring Anesthesiologists, OB/GYNs and Orthopedics. This live event will feature Drs. Jon Zhou, Brian Vaughan, Anita Somani, and Sridhar Rachala.


**Jon Zhou, MD**
Asst. Clinical Professor, UC Davis Medical Center


**Brian Vaughan, MD**
Director of Acute Pain Management, University of Cincinnati West Chester Medical Campus


**Anita Somani, MD**
Comprehensive Women's Care, Inc., Columbus, Ohio


**Sridhar Rachala, MD**
Asst. Professor of Orthopaedic Surgery, University at Buffalo, SUNY

Register now

The critically acclaimed *Anesthesiology* journal has brought to light the lack of data behind liposomal bupivacaine. Hear from this cross-specialty panel as they interpret the data from these publications and how it affects their practice and pain management protocol.

  

There are inherent risks in all medical devices. Please refer to the product labeling for Indications, Cautions, Warnings and Contraindications. Failure to follow the product labeling

could directly impact patient safety. Physician is responsible for prescribing and administering medications per instructions provided by the drug manufacturer. Refer to www.avanospainmanagement.com for additional product safety Technical Bulletins.

Avanos Medical
5405 Windward Parkway | Alpharetta, GA 30004
*Registered Trademark or Trademark of Avanos Medical, Inc., or its affiliates.

©2018 AVNS. All rights reserved
View our Privacy Policy | Unsubscribe