| | |
|---|---|
| Kevin M. McDonough<br>**LATHAM & WATKINS LLP**<br>885 Third Avenue<br>New York, NY 10022-4834<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: kevin.mcdonough@lw.com | Allen M. Gardner (*PHV* forthcoming)<br>Sarah M. Gragert (*PHV* forthcoming)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: allen.gardner@lw.com<br>Email: sarah.gragert@lw.com |

*Attorneys for Plaintiff Pacira BioSciences, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA BIOSCIENCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF ANESTHESIOLOGISTS, INC., et al.,<br><br>Defendants. | Case No 2: 21 Civ. 09264. |

### CERTIFICATE OF SERVICE

I, Kevin M. McDonough, hereby certify pursuant to 28 U.S.C.§ 1746 that:

1. I am a partner of the law firm Latham & Watkins LLP, 885 Third

Avenue, New York, New York 10022, counsel to Plaintiff Pacira BioSciences, Inc. in the above-captioned matter. I am admitted to the Bar of the State of New Jersey and of this Court.

    2.    On April 14, 2021, I caused to be filed a true and correct copy of the following documents submitted on behalf of Pacira BioSciences, Inc. with the Court via the CM/ECF system:

- Notice of Motion for Preliminary Injunction;
- Declaration of Sarah M. Gragert in Support of Motion for Preliminary Injunction with attached exhibits;
- Proposed Order Granting Motion for Preliminary Injunction;

    3.    I further certify that I caused a true and correct copy of each of the aforementioned documents, and a Memorandum of Law in Support of Motion for Preliminary Injunction and additional exhibits filed under seal, to be served by hand-delivery upon:

American Society of Anesthesiologists
1061 American Lane
Schaumburg, IL 60173

Dr. Evan Kharasch
Duke University School of Medicine
Department of Anesthesiology
Box 3094, 905 S. Lasalle, GSRB1 Room 20031
Durham, NC 27710

Dr. Nasir Hussain
Ohio State University
Wexner Medical Center Doan Hall
Department of Anesthesiology
410 W. 10th Ave.
Columbus, OH, 43201

Dr. Richard Brull
University of Toronto
Women's College Hospital
76 Grenville Street
Toronto ON, M5S182

Dr. Brendan Sheehy
Ohio State University
Wexner Medical Center Doan Hall
Department of Anesthesiology
410 W. 10th Ave.
Columbus, OH, 43201

Dr. Michael K. Essandoh
Ohio State University
Wexner Medical Center Doan Hall
Department of Anesthesiology
410 W. 10th Ave.
Columbus, OH, 43201

Dr. David L. Stahl
Ohio State University
Wexner Medical Center Doan Hall
Department of Anesthesiology
410 W. 10th Ave.
Columbus, OH, 43201

Dr. Tristan E. Weaver
Ohio State University
Wexner Medical Center Doan Hall
Department of Anesthesiology
410 W. 10th Ave.
Columbus, OH, 43201

Dr. Faraj W. Abdallah
University of Ottawa
Department of Anesthesiology & Pain Medicine
Ottawa Hospital, General Campus
501 Smyth Road
Ottawa, ON, K1H8L6

Dr. Brian Ilfeld
University of California
San Diego, Jacobs Medical Center at UC San Diego Health
Department of Anesthesiology
9300 Campus Point Drive
La Jolla, CA 92037

Dr. James C. Eisenach
Wake Forest University School of Medicine
Bowman Gray Center for Medical Education
475 Vine Street
Winston-Salem, NC 27101

Dr. Rodney A. Gabriel
University of California
San Diego, Jacobs Medical Center at UC San Diego Health
Department of Anesthesiology
9300 Campus Point Drive MC7770
La Jolla, CA 92037

Dr. Mary Ellen McCann
Boston Children's Hospital
Department of Anesthesiology, Critical Care & Pain Medicine
300 Longwood Avenue, Bader, 3rd Floor
Boston, MA 02115

Dated: April 14, 2021         /s/ *Kevin M. McDonough*
New York, New York            Kevin M. McDonough