Kevin H. Marino
John A. Boyle
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
(973) 824-9300

OF COUNSEL:
Michael B. Carlinsky (*pro hac vice* pending)
F. Dominic Cerrito (*pro hac vice* pending)
Kaitlin P. Sheehan (*pro hac vice* pending)
**QUINN EMANUEL URQUHART &
 SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Robert M. Schwartz (*pro hac vice* pending)
**QUINN EMANUEL URQUHART &
 SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3675

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PACIRA BIOSCIENCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF ANESTHESIOLOGISTS, INC., et al.,<br><br>Defendants. | Civil Action No. 21-cv-9264-MCA-JSA<br><br>ECF Case<br><br>**ORDER ADMITTING MICHAEL B. CARLINSKY, ROBERT M. SCHWARTZ, F. DOMINIC CERRITO, AND KAITLIN P. SHEEHAN**<br>***PRO HAC VICE***<br><br>**Document Electronically filed** |

THIS MATTER having been brought before the Court by John A. Boyle, Esq., of Marino, Tortorella & Boyle, P.C., attorneys for Defendants, American Society of Anesthesiologists, Inc., Evan D. Kharasch, Nasir Hussain, Richard Brull, Brendan Sheehy, Michael K. Essandoh, David L. Stahl, Tristan E. Weaver, Faraj W. Abdallah, Brian M. Ilfeld, James C. Eisenach, Rodney A. Gabriel, and Mary Ellen McCann (collectively, "Defendants"), on an application for an Order allowing Michael B. Carlinsky, Esq., Robert M. Schwartz, Esq., F. Dominic Cerrito, Esq., and Kaitlin P. Sheehan, Esq., of Quinn Emanuel Urquhart & Sullivan

LLP to appear and participate *pro hac vice* as counsel for Defendants; and counsel for Plaintiff, Pacira Biosciences, Inc., having consented to the admission *pro hac vice* of Messrs. Carlinsky, Schwartz, and Cerrito, and Ms. Sheehan; and the Court having considered Defendants' submission; and for good cause shown;

 IT IS on this _3rd_ day of _____May_____, 2021,

 ORDERED that Michael B. Carlinsky, Esq., and F. Dominic Cerrito, Esq., members of the Bar of the State of New York; Robert M. Schwartz, Esq., a member of the Bar of the State of California; and Kaitlin P. Sheehan, Esq., a member of the Bar of the State of Illinois, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

 ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Marino, Tortorella & Boyle, P.C., attorneys of record for Defendants, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

 ORDERED that Michael B. Carlinsky, Esq., Robert M. Schwartz, Esq., F. Dominic Cerrito, Esq., and Kaitlin P. Sheehan, Esq., each shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order; and it is further

 ORDERED that Michael B. Carlinsky, Esq., Robert M. Schwartz, Esq., F. Dominic Cerrito, Esq., and Kaitlin P. Sheehan, Esq., each shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days from the date of entry of this Order; and it is further

 ORDERED that Michael B. Carlinsky, Esq., Robert M. Schwartz, Esq., F. Dominic Cerrito, Esq., and Kaitlin P. Sheehan, Esq., each shall be bound by the Rules of the United States

District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Michael B. Carlinsky, Esq., Robert M. Schwartz, Esq., F. Dominic Cerrito, Esq., and Kaitlin P. Sheehan, Esq., each shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

    /s/ Jessica S. Allen, May 3, 2021
HONORABLE JESSICA S. ALLEN, U.S.M.J.