Kevin M. McDonough (#41892005)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200

Allen M. Gardner (*pro hac vice*)
Sarah M. Gragert (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200

*Attorneys For Plaintiff Pacira Biosciences, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SOCIETY OF ANESTHESIOLOGISTS, INC., et al. <br><br> Defendants. | Case No. 2:21 Civ. 09264 (MCA) <br><br> **MOTION DAY:** July 6, 2021 |

**NOTICE OF PLAINTIFF PACIRA BIOSCIENCES, INC.'S MOTION TO SEAL**

1

**PLEASE TAKE NOTICE** that on July 6, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Pacira Biosciences, Inc. ("Pacira") shall move this Court, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an order pursuant to L. Civ. R. 5.3(c) and L. Civ. R. 7.1 to seal certain portions of Pacira's Motion for a Preliminary Injunction and exhibits accompanying the Declaration of Sarah M. Gragert in Support of Plaintiff Pacira Biosciences, Inc.'s Motion for Preliminary Injunction ("Gragert Declaration"), as identified in Appendix A to this Motion. Pacira has conferred with the Defendants' and the Defendants' do not oppose the relief sought in this motion. Pursuant to Local civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by Local Civil Rule 5.3(c)(3) have been set forth in Appendix A to this Motion and its supporting declaration, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Pacira will rely upon Appendix A to this Motion and the Declaration of Daryl Gaugler in Support of Pacira Biosciences, Inc.'s Motion to Seal.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

1

Dated: June 7, 2021                                   Respectfully submitted,

LATHAM & WATKINS LLP

 /s/ *Kevin M. McDonough*
Kevin M. McDonough
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: kevin.mcdonough@lw.com

Allen M. Gardner (*pro hac vice*)
Sarah M. Gragert (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: allen.gardner@lw.com
Email: sarah.gragert@lw.com

*Attorneys for Plaintiff Pacira BioSciences, Inc.*