Appendix A to Motion to Seal

| Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is not Available | Party in Opposition to sealing, if any, and Basis |
|---|---|---|---|---|
| **List of Proposed Redactions in Memorandum of Law in Support of Plaintiff Pacira Biosciences, Inc.'s Motion for Preliminary Injunction [ECF No. 4]** ||||||
| Page 54 — "$[redacted] worth"; "$[redacted]." | This text contains highly confidential information about the annual sales figures from one of Pacira's customers. Both Pacira and this customer have a legitimate interest in keeping this information confidential which is protected from disclosure pursuant to Fed R. Civ. P. 5.2(e)-(f), Local Civ. R. 5.2(17), and Local Civ. R. 5.3. | Public disclosure of information regarding a specific customer of Pacira's and Pacira's communications with said customer poses a substantial risk of harm to Pacira's competitive position in the market and will disclose both Pacira's and the customer's sensitive financial information. | No less restrictive alternative to the relief sought is available, and the proposed redaction is tailored to redact only the confidential information necessary to protect confidential information. | None. |
| **List of Proposed Redactions in Declaration of Sarah M. Gragert in Support of Plaintiff Pacira Biosciences, Inc.'s Motion for Preliminary Injunction ("Gragert Decl."), Ex. 7 [ECF No. 4-1]** |||||

| Gragert Decl., Ex. 7, ¶ 3 | "Dr. [redacted] Program,"; "Dr. [redacted]"; "$[redacted] worth"; "$[redacted] in" | This text contains highly confidential information about the annual sales figures for one of Pacira's customers and the substance of Pacira's communications with this customer. Both Pacira and this customer have a legitimate interest in keeping this information confidential which is protected from disclosure pursuant to Fed R. Civ. Pro. 5.2(e)-(f), Local Civ. R. 5.2(17), and Local Civ. R. 5.3. | Public disclosure of information regarding a specific customer of Pacira's and Pacira's communications with said customer poses a substantial risk of harm to Pacira's competitive position in the market and will disclose the customer's sensitive financial information. | No less restrictive alternative to the relief sought is available, and the proposed redaction is tailored to redact only the confidential information necessary to protect confidential information. | None. |
|---|---|---|---|---|---|
| **List of Proposed Redactions in Gragert Decl., Ex. 13 [ECF No. 4-3]** | | | | | |
| Gragert Decl., Ex. 13, at p. 1 | "From [redacted] .com"; "From [redacted] .com"; "To: [redacted] .edu"; "To: [redacted] .com" | This text contains nonparty personal information which is subject to protection pursuant to Fed R. Civ. P. 5.2(e)-(f) and Local Civ. R. 5.3. | If relief is not granted, nonparty identifying confidential information will be publicly disclosed. | The proposed redactions are tailored to redact only the nonparty personal information. | None. |
| Gragert Decl., Ex. 13, at p. 2 | "Dear [redacted]," | This text contains nonparty personal information which is subject to protection pursuant to Fed R. Civ. P. 5.2(e)-(f) and Local Civ. R. 5.3. | If relief is not granted, nonparty identifying confidential information will be publicly disclosed. | The proposed redaction is tailored to redact only the nonparty personal information. | None. |

| List of Proposed Redactions in Gragert Decl., Ex. 19 [ECF No. 4-4] | | | | | |
|---|---|---|---|---|---|
| Gragert Decl., Ex. 19, at p. 1 | "From: [redacted] .com"; "T[redacted] MD"; "To: [redacted] .com"; "Dr. [redacted]," | This text contains nonparty personal information which is subject to protection pursuant to Fed R. Civ. P. 5.2(e)-(f) and Local Civ. R. 5.3. | If relief is not granted, nonparty identifying confidential information will be publicly disclosed. | The proposed redactions are tailored to redact only the nonparty personal information. | None. |
| Gragert Decl., Ex. 19, at p. 2 | "From: [redacted] .com."; "T[redacted] MD"; "To: [redacted] .com."; "Dr. [redacted]," | This text contains nonparty personal information which is subject to protection pursuant to Fed R. Civ. P. 5.2(e)-(f) and Local Civ. R. 5.3. | If relief is not granted, nonparty identifying confidential information will be publicly disclosed. | The proposed redactions are tailored to redact only the nonparty personal information. | None. |