

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

CORINNE MCCANN TRAINOR
Direct No: 609.844.3038
Email: ctrainor@FoxRothschild.com

June 22, 2021

**VIA CM/ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:**  **Pacira Biosciences, Inc. v. American Society of Anesthesiologists, Inc., et al.
Civ. A. No. 2:21-cv-9264**

Dear Judge Arleo:

This firm represents the defendants Michael K. Essandoh, Nasir Hussain, Brendan Sheehy, David L. Stahl, and Tristan E. Weaver (the "Ohio State Defendants") in the above captioned action. Per the instructions of Your Honor's Courtroom Deputy, we write to memorialize our request to respond to plaintiff Pacira Biosciences, Inc.'s ("Pacira") letter regarding the stay of discovery [ECF No. 62] by Friday, June 25, 2021.

We thank the Court for its time and continued consideration of this matter.

Respectfully submitted,

/s/ Corinne McCann Trainor

Corinne McCann Trainor

CMT

cc:     Counsel of Record (*via* CM/ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington
123867107.1