Kevin M. McDonough
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: kevin.mcdonough@lw.com

Allen M. Gardner (*pro hac vice*)
Sarah M. Gragert (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: allen.gardner@lw.com
Email: sarah.gragert@lw.com

*Attorneys for Plaintiff Pacira BioSciences, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA BIOSCIENCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF ANESTHESIOLOGISTS, INC. et al.,<br><br>    Defendants. | Civil Action No. 21-cv-9264-MCA-JSA<br><br>Hon. Madeline Cox Arleo<br>Hon. Jessica S. Allen<br><br>**Oral Argument Requested**<br><br>**MOTION DAY**: October 18, 2021 |

**NOTICE OF PACIRA BIOSCIENCES, INC.'S RULE 72(a) APPEAL FROM THE SEPTEMBER 17, 2021 ORDER OF MAGISTRATE JUDGE ALLEN**

PLEASE TAKE NOTICE that on October 18, 2021, or as soon thereafter as this motion may be heard, Latham & Watkins LLP, attorneys for plaintiff Pacira Biosciences, Inc. ("Pacira") will appeal to the Honorable Madeline Cox Arleo, United States District Judge, in the United States District Court for the District of New Jersey, the September 17, 2021 Order of Magistrate Judge Jessica S. Allen, pursuant to Federal Rule of Civil Procedure 72(a) and Local Civil Rule 72.1(c)(1)(A).

PLEASE TAKE FURTHER NOTICE that the basis of Pacira's appeal is that Judge Allen's Order is contrary to law in holding that Pacira's public records requests to The Ohio State University and the University of California San Diego, made pursuant to state law, violated the Court's June 21, 2021 stay of discovery.

PLEASE TAKE FURTHER NOTICE that Pacira shall rely upon its Memorandum Of Law In Support Of Pacira BioSciences, Inc.'s Rule 72(a) Appeal From The September 17, 2021 Order Of Magistrate Judge Allen, which  is submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed order is submitted herewith for the Court's consideration.

PLEASE TAKE FURTHER NOTICE that oral argument on the motion is hereby requested.

1

Dated: September 24, 2021          Respectfully submitted,

LATHAM & WATKINS LLP

 /s/ *Kevin M. McDonough*

Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: kevin.mcdonough@lw.com

Allen M. Gardner (*pro hac vice*)
Sarah M. Gragert (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: allen.gardner@lw.com
Email: sarah.gragert@lw.com

*Attorneys for Plaintiff Pacira BioSciences, Inc.*