| | |
|---|---|
| Kevin M. McDonough<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: kevin.mcdonough@lw.com | Allen M. Gardner (*pro hac vice*)<br>Sarah M. Gragert (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: allen.gardner@lw.com<br>Email: sarah.gragert@lw.com |

*Attorneys for Plaintiff Pacira BioSciences, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA BIOSCIENCES, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF ANESTHESIOLOGISTS, INC. et al.,<br><br>                Defendants. | Civil Action No. 21-cv-9264-MCA-JSA<br><br>Hon. Madeline Cox Arleo<br>Hon. Jessica S. Allen |

## [PROPOSED] ORDER

THIS MATTER having been brought before the Court by Notice of Appeal by Plaintiff Pacira BioSciences, Inc., pursuant to Federal Rule of Civil Procedure 72(a) and Local Civil Rule 72.1(c)(1)(A), from the September 17, 2021 Order of Magistrate Judge Allen finding Pacira's public records request to be in violation of the June 21, 2021 discovery stay; and the Court having considered the written submissions and arguments of counsel; and good cause having been shown:

1

IT IS on this ____ day of _____, 2021,

ORDERED that the September 17, 2021 Order is hereby reversed.

SO ORDERED:

_____
Hon. Madeline Cox Arleo
United States District Judge