Kevin M. McDonough
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: kevin.mcdonough@lw.com

Allen M. Gardner (*pro hac vice*)
Sarah M. Gragert (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: allen.gardner@lw.com
Email: sarah.gragert@lw.com

*Attorneys for Plaintiff Pacira BioSciences, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SOCIETY OF ANESTHESIOLOGISTS, INC. et al., <br><br> Defendants. | Civil Action No. 21-cv-9264-MCA-JSA <br><br> Hon. Madeline Cox Arleo <br> Hon. Jessica S. Allen <br><br> **Oral Argument Requested** |

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin M. McDonough, hereby certify that:

1.     I am a partner at the law firm of Latham & Watkins LLP, 1271

Avenue of the Americas, New York, New York 10020, counsel to Plaintiff Pacira

BioSciences, Inc. ("Pacira") in the above captioned matter.  I am admitted to the

Bar of the State of New Jersey and of this Court.

2.     On September 24, 2021, I caused the Notice of Appeal from the September 17, 2021 Order of Magistrate Judge Allen, the attached Memorandum in Support of the Notice of Appeal, and the proposed form of Order to be filed using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.


Dated: September 24, 2021

                                             /s/ *Kevin M. McDonough*
                                             Kevin M. McDonough