| | |
|---|---|
| Kevin M. McDonough<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: kevin.mcdonough@lw.com | Allen M. Gardner (*pro hac vice*)<br>Sarah M. Gragert (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: allen.gardner@lw.com<br>Email: sarah.gragert@lw.com |

*Attorneys for Plaintiff Pacira BioSciences, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA BIOSCIENCES, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SOCIETY OF ANESTHESIOLOGISTS, INC. et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 21-cv-9264-MCA-JSA<br><br>Hon. Madeline Cox Arleo<br>Hon. Jessica S. Allen |

## NOTICE OF APPEAL

Notice is hereby given that PACIRA BIOSCIENCES, INC., Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum and Order which granted Defendants' Motion to Dismiss, entered in this action on February 4, 2022 (Docket Nos. 92, 93).

Dated: March 4, 2022     Respectfully submitted,

LATHAM & WATKINS LLP

<u>/s/ *Kevin M. McDonough*</u>

Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: kevin.mcdonough@lw.com

Allen M. Gardner (*pro hac vice*)
Sarah M. Gragert (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: allen.gardner@lw.com
Email: sarah.gragert@lw.com

*Attorneys for Plaintiff Pacira BioSciences, Inc.*

## CERTIFICATE OF SERVICE

I, Kevin M. McDonough, hereby certify that:

1. I am a partner at the law firm of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, counsel to Plaintiff Pacira BioSciences, Inc. ("Pacira") in the above captioned matter. I am admitted to the Bar of the State of New Jersey and of this Court.

2. On March 4, 2022, I caused Pacira's Notice of Appeal to be filed using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Dated: March 4, 2022

/s/ *Kevin M. McDonough*
Kevin M. McDonough